UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191 MWF(Ex)<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND ORDER RE DEADLINES (DKT NO. 25) AND EXTEND CERTAIN DEADLINES** |

The Court, having reviewed and considered Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") and Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records' (collectively, "Defendants") (together with Plaintiff, the "Parties") Joint Stipulation to Amend Order Re Deadlines (Dkt. No. 25) and Extend Certain Deadlines, and finding good cause therein, it is ORDERED that the Parties' proposed schedule is adopted and the following dates/deadlines shall apply:

///

///

///

ORDER

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Non-expert Discovery Cut-off | September 20, 2024 | October 18, 2024 |
| Expert Disclosure (Initial) | September 13, 2024 | October 11, 2024 |
| Expert Disclosure (Rebuttal) | September 27, 2024 | October 25, 2024 |
| Expert Discovery Cut-off | October 18, 2024 | November 15, 2024 |
| Last Day to Hear Motions | October 21, 2024 | November 18, 2024 |
| Last Day to Conduct ADR Proceeding | November 8, 2024 | December 6, 2024 |

For the avoidance of doubt, all other dates/deadlines not amended pursuant to this Order shall remain as is reflected in Docket No. 25.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge