**VENABLE LLP**
Joshua M. Rosenberg (SBN 274473)
 *jmrosenberg@venable.com*
Rodney S. Lasher (SBN 307462)
 *rslasher@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone:  310.229.9900
Facsimile:   310.229.9901

*Attorneys for Defendants*
JASON DESROULEAUX p/k/a
JASON DERULO and SONY MUSIC
ENTERTAINMENT d/b/a
COLUMBIA RECORDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191-MWF-E<br><br>Assigned to the Hon. Michael W. Fitzgerald<br><br>**DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO IN SUPPORT OF DEFENDANTS JASON DESROULEAUX P/K/A JASON DERULO AND SONY MUSIC ENTERTAINMENT D/B/A COLUMBIA RECORDS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date:  November 18, 2024<br>Time:            10:00 A.M.<br>Dept.:           Courtroom 5A<br><br>Action Filed:  July 31, 2023<br>FAC Filed:     December 21, 2023<br>Trial Date:     January 21, 2025 |

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

## DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

I, Jason Desrouleaux, pursuant to 28 U.S.C. § 1746, hereby declare as follows under the penalties of perjury:

1. I am over eighteen (18) years old and am competent to testify to the facts in this Declaration based on my personal knowledge.

2. I am a named defendant in the action entitled *Spatola v. Desrouleaux, et al.*, Case No. 2:23-cv-06191-MWF-E (C.D. Cal.).

3. I am a recording artist, singer, songwriter, performer, and music producer. I am professionally known as "Jason Derulo."

4. Before I established myself as a solo artist, I wrote songs for many artists, including Lil Wayne, Birdman, Pleasure P, Pitbull, Sean Kingston, and Cassie. From the beginning, I always intended on becoming a solo performer. I was always attached to the songs I wrote, and knew I wanted to be an artist who not only wrote the songs, but recorded and performed them too. Since the start of my solo career, I have had 14 songs go Platinum in the United States and have sold more than 250 million records worldwide. I have won or been nominated for American Music Awards, MTV Video Music Awards, NAACP Image Awards, and BMI Pop Music Awards, among others. I currently have approximately 65 million followers on TikTok and 36 million followers on Instagram.

5. I am a joint author and credited co-writer of the musical composition entitled *Savage Love (Laxed – Siren Beat)* (the "Savage Love Composition"), a song by Joshua Nanai, professionally known as Jawsh 685 ("Jawsh") and me that was officially released on June 11, 2020 by Sony Music Entertainment d/b/a Columbia Records ("Sony").

6. Pursuant to a written agreement, Jason DeRulo Publishing, my publishing company under the Universal Music Publishing Group, registered the copyright in the Savage Love Composition. This notwithstanding, I am a co-owner of the copyright in the Savage Love Composition. Specifically, I own a

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

percentage share of the copyright in the Savage Love Composition attributable to my authorship contribution and I receive a corresponding share of the profits from the exploitation of this work consistent with my ownership percentage.

7.    The co-writers and co-owners of the copyright in the Savage Love Composition are as follows: (a) Jawsh; (b) Jacob Kasher Hindlin p/k/a JKash ("JKash"); (c) Philippe Henri Greiss, professionally known as Phil Greiss ("Greiss"); and (d) me.

8.    I entered into and signed a "Release Agreement & Featured Artist Agreement" with Sony and Jawsh effective as of June 4, 2020 (the "Tripartite Agreement"), in which I, among other things, assigned all rights, title and interest I had in the copyright in the sound recording of *Savage Love (Laxed – Siren Beat)* (the "Savage Love Sound Recording").  A true and correct copy of the Tripartite Agreement that I signed is attached hereto as **Exhibit 1**.

9.    I understand that Plaintiff Matthew Spatola, professionally known as Matty Spats ("Spatola") initiated the above-captioned action in which Spatola asserts, among other things, that he is a co-author, co-writer, and co-producer of the Savage Love Composition and the Savage Love Sound Recording.

10.    I never had any intention for Spatola to be a co-author, co-writer, or co-producer of the Savage Love Composition or the Savage Love Sound Recording.  Spatola never had control over any contributions that I made to the Savage Love Composition or the Savage Love Sound Recording, or the whole of either the Savage Love Composition or the Savage Love Sound Recording.  Spatola never had control over the whole of any of the session files that were created during the times I oversaw, directed, and supervised the work done to ultimately create the Savage Love Composition and the Savage Love Sound Recording at my home studio.  I never agreed to share credit with Spatola as a co-author, co-writer, or co-producer of the Savage Love Composition or the Savage Love Sound Recording.

2

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

11.     I was captivated when I first heard the song *Laxed (Siren – Beat)* ("Laxed") by Jawsh.  On April 21, 2020, I contacted Jawsh about creating a song based on Laxed.  Attached hereto as **Exhibit 2** is a true and correct copy of Instagram direct messages that I exchanged with Jawsh during the time period of April to September 2020.  Based on these messages and conversations, I shared an intent to co-author and co-write the Savage Love Composition with Jawsh because it was going to, and did, heavily incorporate Jawsh's musical composition from Laxed, and I understand that Jawsh had the same intent as to me.

12.     Attached hereto as **Exhibit 3** is a true and correct copy of an email that Jawsh sent me on April 22, 2020, attaching two audio files that are the Laxed "stems," *i.e.*, individual audio tracks that make up a song, and that can be used to edit or remix a song.

13.     On April 21, 2020, I contacted JKash, my longtime songwriting collaborator, and asked him if he would co-write a song based on Laxed with me, which I ultimately titled *Savage Love (Laxed – Siren Beat)* (hereinafter, "Savage Love").  I texted JKash a link to Laxed from YouTube so he could familiarize himself with the instrumental that we would be using to write the lyrics for what became Savage Love.  Attached hereto as **Exhibit 4** is a true and correct copy of text messages that I exchanged with JKash during the time period of April to June 2020.  On April 22, 2020, I emailed JKash the Laxed stems that I had received from Jawsh.  A true and correct copy of this April 22, 2020 email that I sent to JKash is attached here as **Exhibit 5**.

14.     I did not pay JKash for his time or work on Savage Love, nor did he request that I do so.  I knew, based on my pattern and practice of writing songs together with JKash for years, that if he wrote lyrics for a song, then he expected to receive songwriting credit, which was true for songs that JKash and I co-wrote prior to Savage Love, including, for example, *Wiggle* (released in 2014), *Me Too* (2016), and *Swalla* (released in 2017).  Based on my knowledge of the industry

3

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

and working together, JKash had established himself as one of the most successful lyric writers prior to his work on Savage Love. So, I shared an intent to co-author and co-write the Savage Love Composition with JKash, and I understand that he had the same intent as to me.

15. On April 22, 2020, I contacted Ben Hogarth, a recording engineer with whom I had consistently worked with since approximately 2017, to work with me on Savage Love at my home recording studio in Tarzana, California. Attached hereto as **Exhibit 6** is a true and correct copy of text messages that I exchanged with Ben Hogarth during the time period of April to June 2020.

16. On April 22, 2020, I emailed Hogarth the Laxed stems that I had received from Jawsh. A true and correct copy of this April 22, 2020 email that I sent to Hogarth is attached here as **Exhibit 7**.

17. On the evening of April 22, 2020, Hogarth arrived at my home recording studio, and we started work on Savage Love. I paid Hogarth for his time on Savage Love and Hogarth worked under my direction, supervision, and control at all times during the Savage Love recording sessions, which lasted from April to June 2020 and all took place at my home recording studio in Tarzana, California.

18. On or about April 22, 2020, I contacted my usual session guitarist, Charles Gibson, to see if he would be able to come to my home studio to work on Savage Love. Gibson was not available, so I contacted Spatola. I had never spoken directly with Spatola before but I was familiar with him because Spatola had come to my home studio to perform session guitar work on potential songs; none of those songs were ever released. Indeed, prior to Savage Love, I had never worked with Spatola on a song that had been released. From when I first contacted Spatola to work on Savage Love in April 2020 to when I completed the song in June 2020, I was not aware that Spatola was a songwriter or a producer. Based on everything that I had witnessed and been told, I understood that he was an instrumentalist who played guitar and bass. No one, including Spatola, ever told

4

me that if Spatola played guitar, bass, or any instrument on one of my songs, that he would expect songwriting and/or producer credit.  My understanding at all relevant times was that Spatola was a session guitar player, like Gibson.

19.     When I contacted Spatola, I asked him to play guitar.  I never asked Spatola to co-author, co-write, or co-produce Savage Love.  Spatola never stated nor requested that he co-author, co-write, or co-produce Savage Love.  I asked Spatola to perform the same session guitar work that Gibson performed for me (Gibson was a mutual friend) and I told Spatola that I would pay him for his time in studio.  Similarly, during my initial contact with Spatola to work on Savage Love and in all of my communications with Spatola, he never asked me for any writing or producing credit on Savage Love.  Neither Spatola nor anyone else ever told me that Spatola would not work on Savage Love if he did not receive writing or producing credit.  Spatola never told me that he ever thought he was a co-writer or co-producer of Savage Love, or that he expected to receive writing or producing credit on Savage Love.  I never heard Spatola state that he wanted, expected, or was entitled to writing or producing credit on Savage Love prior to his legal demands in March and April 2023.  At no point before, during, or after the recording of Savage Love did Spatola ever express to me any intent, desire, or request that he be considered a co-author, co-writer, or co-producer on Savage Love until his lawyers sent a legal demand in March and April 2023.

20.     Spatola played guitar and bass at two Savage Love recording sessions at my home studio, and I was present for the entire time he was there.  Hogarth, under my control, direction, and supervision, recorded what Spatola played. Spatola played on guitar what I told him to play, which was primarily to mimic the rhythm, melody, and beat of Laxed.  It was my decision to choose whether and to what extent Spatola's guitar portions would be used in Savage Love.  I was free at all times to accept or reject whatever Spatola played.  If Spatola and I disagreed about what he was playing or how he was playing it, I could have asked Spatola to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

leave my home studio and he would have had no further involvement playing guitar and bass on Savage Love.  Spatola never had the power to override my directions, veto me, or require that I accept any of his recommendations and incorporate any of his guitar and bass contributions into the Savage Love Composition or the Savage Love Sound Recording (or any of the session versions of the same).  Spatola had no control over my contributions to Savage Love or the contributions of any of the other participants in the creation of Savage Love. Spatola played guitar for a couple of hours for portions of two sessions at my home recording studio, he sent me an invoice for his time, and I paid him.  Attached hereto as **Exhibit 8** is a true and correct copy of text messages that I exchanged with Spatola during the time period of April 2020 to January 2023.  Further, attached hereto as **Exhibit 9** is a true and correct copy of the invoice that I received from Spatola via email on April 28, 2020.  I paid Spatola the amount requested in his invoice in full.

21.    In late April 2020, I asked Greiss to work on Savage Love because the song still needed a lot of work before it would be ready to be released.  I had worked with Greiss prior to Savage Love, including on the song *Goodbye* by me, Nicki Minaj and David Guetta, which was released in August 2018.  Greiss and I shared songwriting credit on *Goodbye* (along with other songwriters), so I knew that by asking Greiss to work on Savage Love and knowing the work that he would be doing, he expected songwriting credit based on our established pattern and practice and our shared understanding of what he would be doing on Savage Love. As a result, I shared an intent to co-author and co-write the Savage Love Composition with Greiss, and I understand that Greiss had the same intent as to me.

22.    Greiss reworked the composition and production of Savage Love, and emailed audio files to me.  Attached hereto as **Exhibit 10** is a true and correct copy of WhatsApp messages that I exchanged with Greiss in April 2020.  Attached

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

hereto as **Exhibit 11** is a true and correct copy of a May 9, 2020, email that I received from Greiss where he sent a "WeTransfer" link to audio files that he created for Savage Love that I incorporated into the song. I did not pay Greiss any money for his time or work on Savage Love, nor did he request it.

23. During the process of writing and recording Savage Love, I instructed Ben Hogarth to send me the audio files resulting from each of the Savage Love sessions. Spatola never asked me to send him any of the audio files from the Savage Love sessions, and I never sent any of the audio files from the Savage Love sessions to Spatola because I did not share any intent to co-author, co-write, or co-produce the Savage Love Composition or the Savage Love Sound Recording with Spatola. On the other hand, I did send audio files from Savage Love recording sessions to JKash, Greiss, and Jawsh, with whom I did share an intent to co-author, co-write, and co-produce the Savage Love Composition. Attached hereto as **Exhibit 12** is a true and correct copy of an April 24, 2020 email that I sent to Jawsh with Version 2 of Savage Love as an audio attachment. I sent audio files of versions of Savage Love to JKash in our text messages in Exhibit 4 attached hereto, and I sent audio files of versions of Savage Love to Greiss in our WhatsApp messages in Exhibit 10 attached hereto.

24. Even though I orchestrated the entire production of Savage Love in my home studio from April to June 2020, I did not ask for producer credit on Savage Love. I consider Jawsh to be the producer of Savage Love because Jawsh produced the melody and the beat for Laxed, and Savage Love is based on Laxed's melody and beat. In other words, Savage Love incorporates the Laxed musical composition and the Laxed sound recording. So, Jawsh rightfully received the primary producer credit on Savage Love. Savage Love would not exist without Laxed, and Jawsh is the featured artist on Savage Love.

25. I had no idea that Spatola thought of himself as a songwriter or music producer when I contacted him to play guitar on Savage Love, or when he worked

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

on Savage Love.  After the release of Savage Love, Spatola texted me various audio files for new songs that he claimed he produced, but I was not interested in the songs.  *See* Exhibit 8 attached hereto.  Also, Spatola and I continued working together at my home recording studio for two-and-a-half years after Savage Love was released.  Still, in those two-and-a-half years after the release of Savage Love, Spatola never asked me – orally or in writing – for writing or producing credit on the Savage Love Composition or the Savage Love Sound Recording.  Spatola never told me he thought he deserved credit for co-writing or co-producing the Savage Love Composition or the Savage Love Sound Recording.  Spatola never told me he thought he received the wrong credit for his contributions to Savage Love, and he never told me that when he requested and received credit for "Additional Guitar & Bass" on Savage Love that he really was asking for co-writing or co-producing credit.  Spatola never told me that he intended to be or considered himself a co-author, co-writer, or co-producer of the Savage Love Composition or the Savage Love Sound Recording.

26.     The only credit Spatola ever asked me for was the instrumentalist credit of "Additional Guitar & Bass," and he asked me for that specific credit in writing in a text message that he sent to me on September 7, 2020.  *See* Exhibit 8 attached hereto.  I approved Spatola's request for the credit of "Additional Guitar & Bass" on the Savage Love Sound Recording, and I understand that Spatola received the credit of "Additional Guitar & Bass" on Savage Love.  Based on my nearly two decades of experience in the music industry, receiving credit for playing instruments on a song (*e.g.*, guitar and bass) is a different credit than credit for writing, co-writing, producing, or co-producing the musical composition or sound recording of a song.  Also, I never understood, nor did I ever have reason to understand, that Spatola's request for the credit of "Additional Guitar & Bass" on the Savage Love Sound Recording was a request for the credit of writing, co-

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**VENABLE LLP**
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310-229-9900

writing, producing, or co-producing the Savage Love Composition or the Savage Love Sound Recording.

27. Attached hereto as **Exhibit 13** is a true and correct copy of an April 23, 2020 email that I received from Ben Hogarth with Version 1 of Savage Love (then entitled "Somebody Else") as an audio attachment.

28. Attached hereto as **Exhibit 14** is a true and correct copy of an April 24, 2020 email that I received from Ben Hogarth with Version 2 of Savage Love as an audio attachment.

29. Attached hereto as **Exhibit 15** is a true and correct copy of an April 24, 2020 email that I received from Ben Hogarth with Version 3 of Savage Love as an audio attachment.

30. Attached hereto as **Exhibit 16** is a true and correct copy of an April 24, 2020 email that I received from Ben Hogarth with Version 4 of Savage Love as an audio attachment.

31. Attached hereto as **Exhibit 17** is a true and correct copy of an April 25, 2020 email that I received from Ben Hogarth with Version 5 of Savage Love as an audio attachment.

32. Attached hereto as **Exhibit 18** is a true and correct copy of an April 25, 2020 email that I received from Ben Hogarth with Version 6 of Savage Love as an audio attachment.

33. Attached hereto as **Exhibit 19** is a true and correct copy of an April 28, 2020 email that I received from Ben Hogarth with Version 7 of Savage Love as an audio attachment.

34. Attached hereto as **Exhibit 20** is a true and correct copy of an April 28, 2020 email that I received from Ben Hogarth with Version 7 of Savage Love contained in the email as a session link.

///

///

9

DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO

35.     Attached hereto as **Exhibit 21** is a true and correct copy of a May 10, 2020 email that I received from Ben Hogarth with Version 8 of Savage Love as an audio attachment.

36.     Attached hereto as **Exhibit 22** is a true and correct copy of a June 2, 2020 email that I received from Ben Hogarth with Version 9 of Savage Love as an audio attachment.

37.     I never sent nor instructed Hogarth to send any of these audio files to Spatola, and Spatola never asked that they be sent to him.  Spatola's involvement with Savage Love ended when he left my home recording studio while the studio session that began on April 27, 2020 was still ongoing.  Because I never shared any of the session files with Spatola or allowed that they be sent to him, it is my understanding that, prior to this litigation, he never heard any of Versions 7-9 of what would become Savage Love (and he would have only heard the prior versions that I played during the two sessions he did attend before Version 7 was created and fixed).  I further understand that Spatola did not hear the final mastered version of Savage Love until it was commercially released on June 11, 2020.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 19, 2024, in Los Angeles, California.


By:_____
        Jason Desrouleaux

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

10
DECLARATION OF JASON DESROULEAUX P/K/A JASON DERULO