NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191 MWF(Ex)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE TRIAL, FINAL PRETRIAL CONFERENCE, AND RELATED DEADLINES (DKT. NO. 25, AS AMENDED BY DKT. NO. 54)**<br><br>Action Filed:       July 31, 2023<br>FAC Filed:         Dec. 21, 2023<br>Pretrial Conference: Jan. 6, 2025<br>Trial Date:        Jan. 21, 2025 |

# ORDER

The Court, having reviewed and considered Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") and Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records' (collectively, "Defendants") (together with Plaintiff, the "Parties") Joint Stipulation to Continue Trial, Final Pretrial Conference, and Related Deadlines (Dkt. No. 25, as amended by Dkt. No. 54), and finding good cause therein, IT IS ORDERED that the Parties' proposed schedule is adopted and the following dates/deadlines shall apply:

| **Event** | **Original Deadline** | **Amended Deadline** |
| --- | --- | --- |
| Lodge Pretrial Conference Order, file agreed set of Jury Instructions and Verdict Forms, statement regarding Disputed Instructions and Verdict Forms, and Oppositions to Motions in Limine | December 23, 2024 | April 7, 2025 |
| Final Pretrial Conference and Hearing on Motions in Limine | January 6, 2025, at 11:00 a.m. | April 21, 2025, at 11:00 a.m. |
| Trial Date (New Est. 10 Days**) | January 21, 2025, at 8:30 a.m. | May 6, 2025, at 8:30 a.m. |

\*\* A trial of **ten (10) Court days** or more requires prescreening of a jury panel. No later than *seven* **weeks prior to the Final Pretrial Conference**, counsel must file joint notice of the then current estimate for trial, including the number of hours of testimony. Failure to timely file the notice may result in continuance of the trial to allow sufficient time for a jury panel to be prescreened.

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge