**FROST LLP**
Christopher Frost (SBN 200336)
*chris@frostllp.com*
Nico L. Brancolini (SBN 318237)
*nico@frostllp.com*
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: 424.254.0441
Facsimile: 424.600.8504

**WERGE & CORBIN LAW GROUP**
*Thomas E.M. Werge
*tom@werge.law*
1736 Race Street
Denver, CO 80206
Telephone: 303.586.4900
Facsimile: 720.554.8042

Attorneys for Plaintiff
MATTHEW SPATOLA p/k/a MATTY SPATS

**VENABLE LLP**
Joshua M. Rosenberg (SBN 274473)
*jmrosenberg@venable.com*
Rodney S. Lasher (SBN 307462)
*rslasher@venable.com*
*Emily J. Wilson
*ejwilson@venable.com*
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: 310.229.9900
Facsimile: 310.229.9901

Attorneys for Defendants
JASON DESROULEAUX p/k/a
JASON DERULO and SONY
MUSIC ENTERTAINMENT d/b/a
COLUMBIA RECORDS

**Admitted Pro Hac Vice*

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW SPATOLA p/k/a MATTY SPATS,

Plaintiff,

v.

JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,

Defendants.

Case No. 2:23-cv-06191 MWF(Ex)

Hon. Michael W. Fitzgerald

**JOINT STIPULATION TO RE-OPEN DISCOVERY FOR LIMITED PURPOSES (ECF 25, ECF 54, ECF 113, ECF 130)**

Action Filed: July 31, 2023
FAC Filed: Dec. 21, 2023
Final Pretrial Conf.: TBD
Trial Date: TBD

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**JOINT STIPULATION**

Pursuant to L.R. 7-1 and the Hon. Michael W. Fitzgerald's "Judge's Procedures," Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") and Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court amend Section I. Order Re Deadlines of the Order Re Jury Trial (*see* ECF 25, as amended by ECF 54 but not modified by ECF 113 or ECF 130) to re-open discovery for the limited purposes as set forth below and based on the following:

WHEREAS, on December 7, 2023, the Court entered its Order Re Jury Trial, which included setting forth various deadlines leading up to the trial in this action as are reflected in Section I. Order Re Deadlines (*see* ECF 25);

WHEREAS, on August 28, 2024, the Court entered its Order Granting Joint Stipulation to Amend Order Re Deadlines and Extend Certain Deadlines (*see* ECF 54);

WHEREAS, on December 20, 2024, the Court entered its Order Granting Joint Stipulation to Continue Trial, Final Pretrial Conference and Related Deadlines (*see* ECF 113);

WHEREAS, on March 3, 2025, Defendants filed an *Ex Parte* Application to Quash Deposition Subpoena and for Protective Order relating to the depositions of two non-party witnesses, Akintunde Akinwande p/k/a TuneDaRula and Pedro Fontes Veiga p/k/a June Freedom (*see* ECF 118);

WHEREAS, on March 4, 2025, Plaintiff filed a Motion to Modify Scheduling Order relating to the depositions of Messrs. Akinwande and Fontes Veiga, and a supplemental report from Plaintiff's expert witness, Dr. Ethan Lustig (*see* ECF 120);

WHEREAS, on March 7, 2025, the Court denied Defendants' *Ex Parte* Application but kept Plaintiff's Motion to Modify Scheduling Order on calendar in connection with the issue of the supplementation of Plaintiff's expert's report, which order otherwise allowed Plaintiff to proceed with the depositions of Messrs. Akinwande and Fontes Veiga (*see* ECF 121);

WHEREAS, on March 14, 2025, Plaintiff filed a Notice of Withdrawal of Motion to Modify Scheduling Order, which reserved Plaintiff's right to use Dr. Lustig's supplemental report for any and all purposes, including at trial (*see* ECF 122);

WHEREAS, on March 17, 2025, Defendants filed a Motion to Strike Supplemental Report of Dr. Ethan Lustig (*see* ECF 123);

WHEREAS, in connection with and as a result of, *inter alia*, the Court's Order on Defendants' *Ex Parte* Application (*see* ECF 121), Defendants conducted a further investigation and search for materials related to the depositions of Messrs. Akinwande and Fontes Veiga and produced those materials to Plaintiff on March 25 and 28, 2025, and April 24, 2025, and Plaintiff used certain of these materials in the March 31, 2025 deposition of Mr. Akinwande, discussed *infra*, and listed certain of these materials on Plaintiff's "amended" exhibit list filed on March 31, 2025 (*see* ECF 128);

WHEREAS, on March 24, 2025, Defendants served a trial subpoena on both Plaintiff and T-Mobile US, Inc. seeking testimony and the production of documents, to which Plaintiff never objected;

WHEREAS, on March 31, 2025, Mr. Akinwande sat for his deposition as noticed, with Defendants reserving their rights to continue to examine Mr. Akinwande at a later time;

WHEREAS, on April 1, 2025, the Court entered a Scheduling Notice and Order vacating the Final Pretrial Conference and Trial, and ordering the Parties to

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

meet and confer regarding, *inter alia*, proposed new dates for the same (*see* ECF 130);

WHEREAS, Mr. Fontes Veiga's deposition was noticed for April 4, 2025, but Mr. Fontes Veiga did not appear, and Plaintiff's counsel read into the record a statement of non-appearance;

WHEREAS, on April 8, 2025, Defendants served Plaintiff with a Notice of Subpoena to Testify at a Deposition relating to a deposition of T-Mobile US, Inc., with the underlying subpoena thereafter served by Defendants on T-Mobile US, Inc. for a deposition on May 8, 2025;

WHEREAS, on April 18, 2025, Defendants served Plaintiff an Amended Notice of Subpoena to Testify at a Deposition relating to the deposition of T-Mobile US, Inc. to correct the time for such remote deposition with no other changes to the notice or underlying subpoena;

WHEREAS, Defendants conferred with T-Mobile US, Inc. and also with Plaintiff regarding possible date(s) for this deposition, and the Parties intend that such deposition will be rescheduled for a date after May 8, 2025, and that this discovery will be deemed timely upon entry of the Order on this Joint Stipulation;

WHEREAS, on April 14, 2025, the Court held the hearing on Defendants' Motion to Strike Supplemental Report of Dr. Ethan Lustig and took the matter under submission (*see* ECF 131);

WHEREAS, on April 18, 2025, the Parties submitted a Joint Status Report Pursuant to ECF 130 Re: Proposed New Trial Dates setting forth the Parties' respective positions and availability (*see* ECF 132);

WHEREAS, on April 30, 2025, the Parties, through counsel, engaged in a Zoom videoconference conferral related to Defendants' contemplated motion to amend the scheduling order in connection with the materials produced by Defendants on March 25 and 28, 2025, and April 24, 2025, and certain other limited non-party discovery related thereto, including short depositions and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

documents to be requested in connection with the issuance of deposition subpoenas to third-party witnesses;

WHEREAS, following the Parties' conferral on April 30, 2025, the Parties, through counsel, reached the agreement reflected herein that would obviate the need for additional and unnecessary motion practice;

WHEREAS, during the Parties' April 30, 2025 conferral, Defendants proffered that the third-party discovery sought by Defendants was substantially justified and, in particular, harmless due to the absence of a currently-scheduled trial date, and Plaintiff concurred and, in agreeing to this Joint Stipulation, further averred that any prejudice or harm to Defendants based on Plaintiff's belated disclosure of Dr. Ethan Lustig's Supplemental Report could be similarly alleviated;

WHEREAS, Defendants' Motion to Strike Supplemental Report of Dr. Ethan Lustig (*see* ECF 123; *see also* ECF 131) remains pending, and no further order from the Court relating to the new dates for the Final Pretrial Conference and Trial has yet been issued (*see* ECF 130; *see also* ECF 132);

WHEREAS, in the hopes of preserving the judicial economy and ensuring that none of the Parties are prejudiced, the Parties all agree that a limited re-opening of discovery would be advisable and prudent, subject to the limitations described and set forth below;

WHEREAS, the Parties believe and respectfully submit that it is in the interest of both sides and the Court insofar as the judicial economy can be preserved to have the relief described herein granted by the Court;

WHEREAS, the Parties enter into this Joint Stipulation for good cause and not for purposes of delay or for any other purpose;

WHEREAS, this is the third time an extension of the deadlines set forth in the Order Re Jury Trial has been requested by the Parties in this case (*see* ECF 53 and ECF 112), with the Court previously granting each such request (*see* ECF 54 and ECF 113); and

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

Subject to this Court's approval, IT IS THEREFORE STIPULATED that discovery be re-opened and allowed as follows:

- The Parties shall be entitled to conduct only third-party discovery (including limited expert discovery, as set forth below), including the taking of depositions and/or requesting documents pursuant to deposition subpoenas issued and served upon such third parties;
- Any third-party discovery conducted after the previously set non-expert discovery cut-off (*see* ECF 54, amending ECF 25) but before the amended deadline set forth below, including the deposition of T-Mobile US, Inc., shall be deemed timely, and no objection on the grounds that the same are violative of, *inter alia*, Federal Rule of Civil Procedure 16 or 26 or this Court's Scheduling Order for being beyond the non-expert discovery cut-off will be sustained;
- Plaintiff's disclosure of Dr. Ethan Lustig's Supplemental Report on February 7, 2025 shall remain subject to the Court's ruling on Defendants' Motion to Strike Dr. Lustig's Supplemental Report, and Defendants will not object to the admissibility of the same at Trial on the grounds that its disclosure was violative of, *inter alia*, Federal Rule of Civil Procedure 16 or 26 or this Court's Scheduling Order for being beyond the expert discovery cut-off;
- Defendants' productions of documents on March 25 and 28, 2025 and April 24, 2025 are deemed timely and no objection on the grounds that the same are violative of, *inter alia*, Federal Rule of Civil Procedure 16 or 26 or this Court's Scheduling Order for being beyond the non-expert discovery cut-off will be sustained;
- No written discovery (*i.e.*, interrogatories, requests for admission, or requests for production) of any kind shall be permitted;
- No party depositions shall be permitted;
- In the event there is a dispute concerning the discovery allowed hereunder, any discovery motion related thereto shall be subject to L.R. 37-1

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

through L.R. 37-4 and directed to the Honorable Charles F. Eick, Magistrate Judge; and

- All objections that could otherwise be asserted at the time of Trial in connection with any further or additional discovery conducted pursuant to this Joint Stipulation shall be preserved.

For the Court's convenience, the Parties submit the following Proposed Scheduling Order reflecting certain modifications taking into account the relief requested hereunder:

| **Event**[1] | **Amended Deadline** |
|---|---|
| Third-party (including Expert) Discovery Cut-off, as limited above | June 13, 2025 |
| Last Day to Hear Motions | July 14, 2025 |

Respectfully submitted,

Dated: May 7, 2025

VENABLE LLP

By: */s/ Joshua M. Rosenberg*
Joshua M. Rosenberg

Attorneys for Defendants JASON DESROULEAUX p/k/a JASON DERULO & SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS

[1] Subject to further amendment as may be set forth in the Court's Order on Defendants' Motion to Strike Supplemental Report of Dr. Ethan Lustig (*see* ECF 123).

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

Dated: May 7, 2025

WERGE & CORBIN LAW GROUP

By: */s/ Thomas E.M. Werge*
Thomas E.M. Werge

Attorneys for Plaintiff MATTHEW SPATOLA p/k/a MATTY SPATS

Dated: May 7, 2025

FROST LLP

By: */s/ Nico L. Brancolini*
Nico L. Brancolini

Attorneys for Plaintiff MATTHEW SPATOLA p/k/a MATTY SPATS

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**L.R. 5-4.3.4 Attestation**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: May 7, 2025

VENABLE LLP

By: */s/ Joshua M. Rosenberg*
Joshua M. Rosenberg

Attorneys for Defendants
JASON DESROULEAUX p/k/a
JASON DERULO & SONY MUSIC
ENTERTAINMENT d/b/a
COLUMBIA RECORDS

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA 90067
310.229.9900

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

*/s/ Joshua M. Rosenberg*
Joshua M. Rosenberg