UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191 MWF(Ex)<br><br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING JOINT STIPULATION TO RE-OPEN DISCOVERY FOR LIMITED PURPOSES (ECF 25, ECF 43, ECF 113, ECF 130, ECF 134)**<br><br>Action Filed:        July 31, 2023<br>FAC Filed:           Dec. 21, 2023<br>Final Pretrial Conf.:   TBD<br>Trial Date:          TBD |

# ORDER

The Court, having reviewed and considered Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") and Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records' (collectively, "Defendants") (together with Plaintiff, the "Parties") Joint Stipulation to Re-Open Discovery for Limited Purposes (ECF 25, ECF 54, ECF 113, ECF 130, ECF 134), and finding good cause therein, it is ORDERED that the Parties' proposed schedule is adopted and the following dates/deadlines shall apply:

| Event | Deadline |
| --- | --- |
| Third Party (including Expert) Discovery Cut-off, as limited below | June 20, 2025 |
| Last Day to Hear Motions | July 21, 2025 |

For the avoidance of doubt, this Order is not intended to modify or supersede, and does not modify or supersede, ECF 134, except with regard to the deadlines set forth above. All other parts of that prior Order (*see* ECF 134) shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: June 20, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge