UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-06191-MWF(Ex)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST PURSUANT TO FED. R. CIV. P. 43(a) TO PERMIT REMOTE TESTIMONY OF (1) GHENA NASSER A/K/A GHENA SPATOLA AND (2) DR. LAWRENCE FERRARA VIA VIDEOCONFERENCING**<br><br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:　　　April 21, 2026 |

　　The Court has considered the parties' Joint Stipulation and Request to Permit Remote Testimony (the "Request"). (Docket No. 156). For good cause shown, the Request is GRANTED. IT IS HEREBY ORDERED that the testimony of Ghena Nasser a/k/a Ghena Spatola and Dr. Lawrence Ferrara in the trial in this case will be presented to the jury via live remote videoconference.

　　**IT IS SO ORDERED.**

Dated: January 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge