**WERGE & CORBIN LAW GROUP**
Thomas E.M. Werge (State Bar #362485)
*tom@werge.law*
Veronica A. Phifer *(pro hac vice)*
*veronica@werge.law*
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042
**FROST, LLP**
Christopher Frost (State Bar #200336)
*chris@frostllp.com*
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a
MATTY SPATS

UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>    Defendants. | CASE NO. 2:23-CV-06191-MWF-E<br><br>**PLAINTIFF'S NOTICE OF DISCLAIMER REGARDING ALLEGED CLAIMS AGAINST OR IMPACTING NON-PARTIES**<br><br>Action Filed:         July 31, 2023<br>FAC Filed:            December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:           April 21, 2026 |

## NOTICE OF DISCLAIMER

1. Plaintiff provides this notice to the Court and the parties to reiterate that Plaintiff does not seek, and has never sought, any relief against any non-parties that wrote and/or own any portion of Savage Love.

2. From the outset of this litigation, Plaintiff Matthew Spatola has solely sought relief exclusively from Defendants Jason Derulo and Sony, namely through a declaration that Mr. Spatola jointly authored Savage Love with Mr. Derulo and that Mr. Spatola shares in Mr. Derulo's interests in the work, including as held by Sony.

3. This Notice is filed because, despite being on notice that Mr. Spatola seeks no relief from any non-parties, Defendants have nevertheless taken the position that they are going to file a motion for dismissal based on the belated suggestion that indispensable parties have somehow not been joined. Plaintiff files this Notice out of an abundance of caution to clarify any ambiguity on the record regarding the same and to obviate any reasonable claim that Mr. Spatola seeks relief from any other non-party that holds an interest in any master or publishing rights of Savage Love and all derivative works, including the BTS remix thereof.

4. To the extent any prior pleading, argument, or inference could be construed otherwise, Plaintiff hereby expressly disclaims any suggestion that he is seeking any portion of the Composition and/or Sound Recording of "Savage Love" not held by Jason Derulo or Sony, and expressly disclaims any challenge to the respective ownership interests of all non-parties and shares of profits derived from exploitation thereof.

5. Nothing in this Notice waives any claim, theory of liability, or remedy asserted against Defendants Jason Derulo and Sony.

| | | | |
|---|---|---|---|
| 1 | Dated: | January 30, 2026 | WERGE & CORBIN LAW GROUP |

By: */s/ Thomas E.M. Werge*

Thomas E.M. Werge (SBN 362485)
WERGE & CORBIN LAW GROUP
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042
tom@werge.law

Christopher Frost (SBN 200336)
FROST LLP
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504
chris@frostllp.com

Attorneys for Plaintiff Matthew Spatola

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

                                                  */s/ Mayte Crespo*
                                                  Mayte Crespo, Legal Assistant
                                                  WERGE & CORBIN LAW GROUP