| | |
|---|---|
| **WERGE & CORBIN LAW GROUP**<br>Thomas E.M. Werge (State Bar # 362485)<br>*tom@werge.law*<br>Veronica A. Phifer *(pro hac vice)*<br>*veronica@werge.law*<br>1736 Race Street<br>Denver, CO 80206<br>Telephone: (303) 586-4900<br>Facsimile: (720) 554-8042<br>**FROST, LLP**<br>Christopher Frost (State Bar No. 200336)<br>*chris@frostllp.com*<br>10960 Wilshire Blvd., Suite 2100<br>Los Angeles, CA 90024<br>Telephone: (424) 254-0441<br>Facsimile: (424) 600-8504<br><br>*Attorneys for Plaintiff*<br>MATTHEW SPATOLA p/k/a<br>MATTY SPATS | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>  A Limited Liability Partnership<br>  Including Professional Corporations<br>JOSHUA ROSENBERG, Cal Bar No. 274473<br>jrosenberg@sheppardmullin.com<br>KAZIM A. NAQVI Cal Bar No. 300438<br>knaqvi@sheppardmullin.com<br>ALLISON C. WONG Cal Bar No. 341178<br>acwong@ sheppardmullin.com<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone:  310.228.3700<br>Facsimile:   310.228.3701<br><br>*Attorneys for Defendants*<br>JASON DESROULEAUX p/k/a JASON DERULO and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>    Plaintiff,<br><br>    v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>    Defendants. | CASE NO. 2:23-cv-06191-MWF-E<br><br>**JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE REPLY BRIEFS**<br><br>Date:          March 2, 2026<br>Time:          10:00 a.m.<br>Dept.:          Courtroom 5A<br><br>Action Filed:          July 31, 2023<br>FAC Filed:          December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:          April 21, 2026 |

STIPULATION AND REQUEST TO PERMIT EXTENSION OF REPLY DEADLINES

-1-

**JOINT STIPULATION AND REQUEST**

Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") and Defendants Jason Desrouleaux p/k/a Jason Derulo ("Derulo") and Sony Music Entertainment d/b/a Columbia Records ("Sony") (collectively, with Derulo, "Defendants") (collectively, with Plaintiff, the "Parties") jointly stipulate and respectfully request that this Court grant an extension for the Parties to file their reply briefs ("Reply Papers") in support of the Parties' respective motions filed on February 2, 2026 and set for hearing on March 2, 2026 (the "Motions") (ECF 159-164), from the current deadline of February 13, 2026, to February 17, 2026.

The Parties have good cause for their requested extension due to several upcoming deadlines in this matter including, *inter alia*, the Joint Estimate for Trial, the Joint Witness List, and the Joint Exhibit List. This extension is not sought for purposes of delay but to ensure thorough and effective briefing of the issues presented in the Parties' Motions.

For the foregoing reasons, the Parties respectfully request the Court to grant this Joint Stipulation and Request and extend the deadline for the Parties to file their Reply Papers to February 17, 2026.

Date: February 8, 2026         Respectfully submitted,

**WERGE & CORBIN LAW GROUP**

*/s/ Veronica A. Phifer*
Veronica A. Phifer

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a MATTY SPATS

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*/s/*

STIPULATION AND REQUEST TO PERMIT EXTENSION OF REPLY DEADLINES
-2-

|   |   |
|---|---|
| 1 | Joshua M. Rosenberg |
| 2 | *Attorneys for Defendants* |
| 3 | JASON DESROULEAUX P/K/A JASON DERULO & SONY MUSIC |
| 4 | ENTERTAINMENT D/B/A COLUMBIA RECORDS |

STIPULATION AND REQUEST TO PERMIT EXTENSION OF REPLY DEADLINES

-3-

## L.R. 5-4.3.4 Attestation

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated: February 8, 2026

**WERGE & CORBIN LAW GROUP**

<u>/s/ Veronica A. Phifer</u>
Veronica A. Phifer

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a MATTY SPATS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

                                                  */s/ Mayte Crespo*
                                                  Mayte Crespo