**WERGE & CORBIN LAW GROUP**
Thomas E.M. Werge (State Bar # 362485)
*tom@werge.law*
Veronica A. Phifer *(pro hac vice)*
*veronica@werge.law*
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042

**FROST, LLP**
Christopher Frost (State Bar No. 200336)
*chris@frostllp.com*
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a MATTY SPATS

UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | CASE NO. 2:23-cv-06191-MWF-E<br><br>**PLAINTIFF MATTHEW SPATOLA P/K/A MATTY SPATS' NOTICE OF ISSUANCE AND SERVICE OF SUBPOENA TO TESTIFY AT A TRIAL AS TO BEN HOGARTH**<br><br>Trial Date:           April 21, 2026<br>Time:                 8:30 a.m.<br>Dept.:                Courtroom 5A<br><br>Action Filed:        July 31, 2023<br>FAC Filed:           December 21, 2023<br>Final Pretrial Conf.: March 30, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff issued and served a trial subpoena in the above-captioned matter to Ben Hogarth, as evidenced in **Exhibit 1**. This subpoena has been issued and served in accordance with the applicable rules and procedures governing trial subpoenas in the United States District Court for the Central District of California.

Date: February 9, 2026

Respectfully submitted,

**WERGE & CORBIN LAW GROUP**

<u>/s/ Veronica A. Phifer</u>
Veronica A. Phifer

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a MATTY SPATS

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

*/s/ Mayte Crespo*
Mayte Crespo