UNITED STATES DISTRICT COURT

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>  Plaintiff,<br><br>  v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>  Defendants. | CASE NO. 2:23-cv-06191-MWF-(x)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE REPLY BRIEFS**<br><br>Action Filed:   July 31, 2023<br>FAC Filed:   December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:   April 21, 2026 |

1. The Court has considered the parties' Joint Stipulation and Request to Extend Deadline to File Reply Briefs (the "Stipulation").  (Docket No. 165). For good cause shown, the Stipulation is GRANTED.  The deadline for the parties to file their Reply briefs in support of their respective motions (Docket Nos.159-164), is EXTENDED from February 13 to February 17, 2026.

**IT IS SO ORDERED.**

Dated: February 9, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

*Matthew Spatola p/k/a Matty Spats v.*
*Jason Desrouleaux p/k/a Jason Derulo, et al.,*
Case No. 2:23-cv-06191-MWF-E

[**Proposed**] Order on Joint Stipulation to Permit Remote Testimony