UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-6191-MWF(Ex)** | | Dated: **March 2, 2026** |
| Title: | Matthew Spatola v. Jason Desrouleaux, et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Amy Diaz |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Thomas E. M. Werge | Joshua M. Rosenberg |
| Nico L. Brancolini | Kazim A. Naqvi |
| | Allison C. Wong |

**PROCEEDINGS:**   **DEFENDANTS JASON DESROULEAUX P/K/A JASON DERULO AND SONY MUSIC ENTERTAINMENT D/B/A COLUMBIA RECORDS' MOTION TO DISMISS [159]**

**DEFENDANTS JASON DESROULEAUX P/K/A JASON DERULO AND SONY MUSIC ENTERTAINMENT D/B/A COLUMBIA RECORDS' MOTION FOR AN ADVISORY JURY ON DEFENDANTS' EQUITABLE DEFENSES [161]**

**PLAINTIFF MATTHEW SPATOLA'S MOTION TO AMEND SCHEDULING ORDER AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT [163]**

The Courtroom Deputy Clerk issues the Court's tentative rulings, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matters under submission. An order will issue.

Initials of Deputy Clerk   sr

:50 min