**WERGE & CORBIN LAW GROUP**
Thomas E.M. Werge (SBN 362485)
*tom@werge.law*
Veronica A. Phifer *(pro hac vice)*
*veronica@werge.law*
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042

**FROST, LLP**
Christopher Frost (SBN 200336)
*chris@frostllp.com*
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

*Attorneys for Plaintiff*
MATTHEW SPATOLA p/k/a
MATTY SPATS

UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | CASE NO. 2:23-cv-06191-MWF-E<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL FROM JOINTLY STIPULATED FACTS (ECF NO. 106)**<br><br>Action Filed:       July 31, 2023<br>FAC Filed:          December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:         April 21, 2026 |

1

PLAINTIFF'S NOTICE OF WITHDRAWAL FROM
JOINTLY STIPULATED FACTS (ECF NO. 106)

**NOTICE OF WITHDRAWAL**

1. Plaintiff, by and through undersigned counsel, provides this Notice to the Court and the parties of his withdrawal from the Jointly Stipulated Facts filed on December 16, 2024 (ECF No. 106).

2. The Parties filed their Jointly Stipulated Facts before summary judgment briefing had concluded and, therefore, negotiated the stipulation without the benefit of the Court's March 20, 2025, Order on Defendants' Motion for Summary Judgment. (ECF No. 125.) That Order clarified the governing legal standards, narrowed certain issues, and framed the matters remaining for trial. In light of the Court's ruling, Plaintiff has refined his assessment of which facts may be appropriately stipulated to.

3. In addition, the Parties later reopened discovery, which remained ongoing until June 20, 2025 (ECF No. 135), approximately six months after the Parties filed their Jointly Stipulated Facts. During that period, the evidentiary record continued to develop. As a result of subsequent discovery and the progression of the case, the factual record and the issues for trial have evolved beyond the context in which the stipulation was originally negotiated.

4. Consistent with the Parties' agreement to remain willing to discuss revisions to the Jointly Stipulated Facts, Plaintiff sent Defendants a revised version of the Jointly Stipulated Facts to accurately reflect the current procedural posture and evidentiary record. Defendants refused to engage in further discussions.

5. Plaintiff then provided Defendants with a new version of the Jointly Stipulated Facts with fewer edits. Defendants, again, refused to engage in further discussions to revise the stipulation.

6. Although Plaintiff remains willing to continue those discussions, the Parties have been unable to reach an agreement on revisions.

7. Plaintiff files this Notice to ensure that the record accurately reflects the parties' respective positions and to avoid inefficiency or confusion arising from reliance on stipulations that no longer reflect the present record. As currently framed, Plaintiff cannot agree to the stipulated facts in their existing form.

Dated: March 5, 2026                              WERGE & CORBIN LAW GROUP

By:  /s/ Veronica A. Phifer
     Veronica A. Phifer
     Thomas E.M. Werge

     *Attorneys for Plaintiff Matthew Spatola*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

*/s/ Mayte Crespo*
Mayte Crespo, Legal Assistant
WERGE & CORBIN LAW GROUP