| | |
|---|---|
| 1 | **WERGE & CORBIN LAW GROUP** |
| 2 | Thomas E.M. Werge (SBN 362485) |
| 3 | *tom@werge.law* |
| 4 | Veronica A. Phifer *(pro hac vice)* |
| 5 | *veronica@werge.law* |
| 6 | 1736 Race Street |
|   | Denver, CO 80206 |
| 7 | Telephone: (303) 586-4900 |
|   | Facsimile: (720) 554-8042 |
| 8 | |
| 9 | **FROST, LLP** |
| 10 | Christopher Frost (SBN 200336) |
|    | *chris@frostllp.com* |
| 11 | 10960 Wilshire Blvd., Suite 2100 |
|    | Los Angeles, CA 90024 |
| 12 | Telephone: (424) 254-0441 |
| 13 | Facsimile: (424) 600-8504 |
| 14 | *Attorneys for Plaintiff* |
| 15 | MATTHEW SPATOLA p/k/a |
|    | MATTY SPATS |

UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS, | CASE NO. 2:23-cv-06191-MWF-E |
| Plaintiff, | **DECLARATION OF VERONICA A. PHIFER IN SUPPORT OF NOTICE OF WITHDRAWAL FROM JOINTLY STIPULATED FACTS (ECF NO. 106)** |
| v. | |
| JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS, | Action Filed:        July 31, 2023<br>FAC Filed:           December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:          April 21, 2026 |
| Defendants. | |

1

DECLARATION OF VERONICA A. PHIFER IN SUPPORT OF NOTICE OF
WITHDRAWAL FROM JOINTLY STIPULATED FACTS (ECF NO. 106)

**DECLARATION OF VERONICA A. PHIFER**

I, Veronica A. Phifer, declare:

1. I am over eighteen years old and am competent to testify to the facts in this Declaration based on my personal knowledge.
2. I am an Associate at the law firm Werge & Corbin Law Group.
3. I represent Plaintiff Matthew Spatola p/k/a Matty Spats in this action.
4. I submit this declaration in support of Plaintiff's Notice of Withdrawal from Jointly Stipulated Facts.
5. The Parties agreed to work together to draft an updated Jointly Stipulated Facts to file with the Court.
6. I provided our revisions to Defendants' proposed updated Jointly Stipulated Facts on February 19, 2026.
7. Defendants' counsel responded that same day that he "did not agree to [our] wholesale revisions of the jointly stipulated facts. Based on [Plaintiff's] revisions, Defendants have decided that they are not going to agree to file any updated jointly stipulated facts."
8. My co-counsel, Thomas E.M. Werge, then provided Defendants' counsel with a clearer set of facts to provide a more comprehensive and amended set of stipulated facts on February 26, 2026.
9. Defendants' counsel refused to engage in further discussions to provide the Court with an updated Jointly Stipulated Facts.
10. The Parties have been unable to agree on a revised set of Jointly Stipulated Facts.

| | |
|---|---|
| Dated: March 5, 2026 | WERGE & CORBIN LAW GROUP |
| | By: */s/ Veronica A. Phifer* <br> Veronica A. Phifer <br> Thomas E.M. Werge |
| | *Attorneys for Plaintiff Matthew Spatola* |

3

DECLARATION OF VERONICA A. PHIFER IN SUPPORT OF NOTICE OF WITHDRAWAL FROM JOINTLY STIPULATED FACTS (ECF NO. 106)

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which automatically generates a Notice of Electronic Filing ("NEF") at the time said document is filed to all CM/ECF Users and counsel of record who have appeared in this case. Service with this NEF constitutes service pursuant to Federal Rule of Civil Procedure 5(b)(E).

*/s/ Mayte Crespo*
Mayte Crespo, Legal Assistant
WERGE & CORBIN LAW GROUP