SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JOSHUA ROSENBERG, Cal Bar No. 274473
jrosenberg@sheppardmullin.com
KAZIM A. NAQVI Cal Bar No. 300438
knaqvi@sheppardmullin.com
ALLISON C. WONG Cal Bar No. 341178
acwong@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:    310.228.3701

Attorneys for Defendants
JASON DESROULEAUX p/k/a JASON
DERULO; and SONY MUSIC
ENTERTAINMENT d/b/a COLUMBIA
RECORDS

WERGE & CORBIN LAW GROUP
Thomas E.M. Werge (pro hac vice)
tom@werge.law
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042

FROST, LLP
Christopher Frost (Bar No. 200336)
chris@frostllp.com
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
MATTHEW SPATOLA p/k/a
MATTY SPATS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191 MWF-E<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**JOINT WITNESS LIST**<br><br>Action Filed:           July 31, 2023<br>FAC Filed:             December 21, 2023<br>Final Pretrial Conf.:  March 30, 2026<br>Trial Date:             April 21, 2026 |

SMRH:4907-8052-9552

Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records (collectively, "Defendants") and Plaintiff Matthew Spatola p/k/a Matty Spats ("Plaintiff") (collectively, with Defendants, the "Parties") hereby jointly submit their witness list pursuant to this Court's Order Re-Setting Rule 16 Deadlines, Final Pretrial Conference, and Trial Dates, ECF 139. The Parties submit this witness list with the understanding that rulings on the Parties' respective pending pretrial motions may impact the witnesses and estimates provided below, in addition to potential evidence stipulations.

The Parties submit their joint witness list as follows:

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| Pedro Fontes Veiga p/k/a June Freedom (in person) – | Plaintiff | June Freedom, a music writer, producer, and artist, will testify that he worked at Mr. Desrouleaux's home studio on occasion. Although June was not present during the recording of Savage Love, he is one of the artists who originally introduced Mr. Desrouleaux to Mr. Spatola. June invited Mr. Spatola to Mr. Desrouleaux's home studio before the creation of Savage Love and is familiar with the history and pattern of Mr. Spatola's work during sessions at the studio. Defendants will cross-examine Mr. Fontes Veiga as to: (1) his lack of personal knowledge concerning anything related to the Savage Love recording sessions; (2) his music industry experience and knowledge/understanding of credits; (3) what | 0.375 hours | 0.25 hours |

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Spatola told him regarding Spatola's knowledge/understanding of credits; (4) the facts and circumstances relating to his purportedly introducing Derulo to Spatola; (5) his communications with Spatola regarding Savage Love, including anything related to the Savage Love recording sessions; and (6) Spatola's purported pattern and practice of working with Derulo at Derulo's studio. | | |
| Dr. Ethan Lustig (Expert) (in person) | Plaintiff | Dr. Lustig will testify that Mr. Spatola's contributions to Savage Love were foundational to both the sound recording and musical composition. He will highlight that Mr. Spatola's guitar playing is present throughout the song, accounting for 50% of its arrangement and uniquely shaping 21% of the sound recording, while his harmonic contributions and vocal melody input significantly influenced the composition. Dr. Lustig will also emphasize Mr. Spatola's signature musicianship as crucial to the song's success and unique identity, along with any other analysis or conclusions disclosed in any of Dr. Lustig's reports. | 2.0 hours | 1.0 hours |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | To the extent not excluded in connection with Defendants' Motion in Limine #3, Defendants will cross-examine Dr. Lustig regarding Dr. Lustig's expert reports and proffered testimony, including but not limited to that Spatola made an independently copyrightable contribution to Savage Love. | | |
| Jeff Rougvie (Expert) (in person) | Plaintiff | Plaintiff's expert Mr. Rougvie will testify that songwriting and production in modern pop music are so intertwined that they are often indistinguishable, especially in Mr. Desrouleaux's genre. He will explain that Mr. Spatola's contributions to the production and songwriting of Savage Love were unique and critical to its success, which extended to the BTS remix. Mr. Rougvie will highlight that Mr. Desrouleaux's failure to credit Mr. Spatola deprived him of deserved financial benefits and career opportunities. Mr. Rougvie will testify that this negatively impacted Mr. Spatola's professional reputation, income, and potential for future work in the competitive music industry.<br><br>To the extent not disqualified and/or excluded in connection with Defendants' Motion in Limine #2, Defendants' will cross- | 1.0 hour | 0.75 hours |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | examine Mr. Rougvie regarding Mr. Rougvie's expert report and proffered testimony, including that Spatola was a joint author of Savage Love and should be compensated by Defendants, and purported industry standards and best practices as relates to Defendants, and each of them. | | |
| Robert Briggs (Expert) (in person) | Plaintiff | Plaintiff's expert Mr. Briggs will testify as an expert on the financial analysis of royalties associated with Savage Love and its BTS Remix. Based on Dr. Lustig's musicology report, he calculated Mr. Spatola's share by applying his contribution percentages—21% of the sound recording and 12.38% of the composition—to Mr. Desrouleaux's royalty earnings. Mr. Briggs will testify that $1,645,491.80 of Mr. Desrouleaux's royalties are payable to Mr. Spatola, reflecting fair financial recognition for his creative input.<br><br>Defendants will cross-examine Mr. Briggs as to his expert report and proffered testimony, including his methodology and conclusions concerning the financial exploitation of Savage Love and the shares attributed to each of the credited co-authors of Savage Love and the share he attributes to | 1.0 hour | 0.50 hours |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E
JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Spatola as a putative co-author. | | |
| Akintunde Akinwande p/k/a TuneDaRula (by deposition) | Plaintiff | Mr. Akinwande will testify about the typical nature of Mr. Desrouleaux's studio sessions, where contributions from various musicians and songwriters are actively integrated into the final product. He will emphasize the importance of each person's input, including production, instrumental arrangements, and vocal melodies, in shaping a track's sound. Mr. Akinwande will also recount a key interaction in which Mr. Desrouleaux specifically contacted Mr. Akinwande regarding Mr. Spatola during the evening when Savage Love was created. | 0.5 hours | 0.5 hours |
| | | Defendants will cross-examine Mr. Akinwande as to: (1) his lack of personal knowledge concerning anything related to the Savage Love recording sessions; (2) his music industry experience and knowledge/understanding of credits; (3) his communications with Derulo regarding Spatola and/or Savage Love; (4) his communications with Spatola regarding Savage Love and/or Derulo, including anything related to the Savage | | |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Love recording sessions; (5) his purported pattern and practice of working with Derulo and/or Spatola at Derulo's studio; and (6) his bias against Derulo and in favor of Spatola. | | |
| Ron Perry (via remote videoconference) | Plaintiff | Ron Perry is an executive with Columbia Records who was involved in negotiating and executing the deal surrounding the BTS remix of Savage Love. Specifically, Mr. Perry made representations as to which producers were to receive credit on the BTS remix subject to a split reduction. | 0.125 hours | 0.125 hours |
| | | Defendants filed Motion in Limine #5 to preclude Plaintiff from calling Mr. Perry as a witness at trial for the reasons set forth the forthcoming motion, including, among other reasons, Mr. Perry has no personal knowledge of the salient or relevant issues in this case, and it is plainly harassing given Mr. Perry's position as Chairman and CEO of Columbia Records (a division of Defendant Sony Music Entertainment). | | |
| Matthew Spatola p/k/a Matty Spats (in person and by deposition) | Plaintiff | Mr. Spatola will testify that he made substantial and original contributions to both the musical composition and sound recording of Savage Love. He will testify that his creative input, including melodic structures, musical elements, and performance techniques, | 4.0 hours | N/A |

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | were merged into the unified whole of Savage Love and qualifies him as a joint author. Mr. Spatola will also discuss the financial compensation he alleges he is due, citing claims to royalties, licensing fees, and other revenue streams generated by the song. Additionally, he will describe the harm caused by his exclusion from official credits, which has resulted in financial and reputational damages. | | |
| | Defendants | Defendants will examine Mr. Spatola as to: (1) his music industry experience and knowledge/understanding of credits, royalties, and publishing; (2) the Savage Love recording sessions: (3) the creation and submission of Spatola's American Federation of Musicians ("AFM") Session Report B Forms for Savage Love and other songs; (4) his request for "Additional Guitar & Bass" credit for Savage Love; (5) his online activity, including on Instagram and Spotify, with regard to Savage Love and other songs; and (6) any other matters that relate to Spatola's claims in this case and Defendants' defenses thereto. | 3.0 hours | N/A |
| Jason Desrouleaux p/k/a Jason Derulo (in person and by deposition) | Plaintiff | Mr. Desrouleaux will testify to his version of events during the sessions that led to the creation of Savage Love. Mr. Desrouleaux will outline how much control each | 3.0 hours | N/A |

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | author had, how much collaboration was present, and what value Spatola's contributions played in the creation and success of Savage Love. Mr. Desrouleaux will also testify to why there was no work for hire presented to Mr. Spatola and will testify to his intent while creating the song. | | |
| | Defendants | Mr. Desrouleaux ("Derulo") will testify as to: (1) his pattern and practice of working with session artists; (2) the process of creating Savage Love; (3) his experience working with Plaintiff Matthew Spatola p/k/a Matty Spats ("Spatola"), including the control he exercised over Spatola in each recording session that Spatola attended for Savage Love; (4) his work with the other credited co-authors of Savage Love, including on songs other than Savage Love; (5) his payment to Spatola at Spatola's request for Spatola's work on Savage Love, and whether any payments were made to any other contributors to Savage Love; (6) his correspondence with Spatola regarding Spatola's request for credit for "Additional Guitar & Bass;" (7) his contractual agreements with Sony and third parties, including the other credited co-authors of Savage Love, related to the ownership and distribution of Savage | 3.0 hours | N/A |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Love; and (8) any other matters that relate to Spatola's claims in this case and Defendants' defenses thereto. | | |
| Phillipe Henri Greiss a/k/a Phil Greiss (in person) | Plaintiff | Mr. Greiss, a credited co-author of Savage Love, will testify that he was unaware of Mr. Spatola's involvement in the song's creation. He will testify that Mr. Spatola's contributions were not disclosed to him during the songwriting and production process. Mr. Greiss will testify that customary industry practices require all collaborators to be properly credited and compensated to ensure fairness. | 0.5 hours | N/A |
| | Defendants | Mr. Greiss will testify as to: (1) his pattern and practice of working with Derulo; (2) the work he performed on Savage Love; (3) his knowledge and understanding of the work Spatola did on Savage Love; (4) his music industry experience and knowledge/understanding of credits; and (5) his agreement with Derulo and the other credited co-authors of Savage Love regarding the publishing splits with respect to the copyright in the musical composition of Savage Love. | 0.5 hours | N/A |
| Jacob Kasher Hindlin p/k/a JKash (in person) | Plaintiff | Mr. Hindlin, a credited co-author of Savage Love, will testify that he was not informed of Mr. Spatola's involvement in the song's creation. Mr. Hindlin will testify about his | 0.50 hours | N/A |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E
JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | contacts with Mr. Desrouleaux, including that he never mentioned that Mr. Spatola was assisting him during the songwriting and recording process. Mr. Hindlin will highlight that standard industry practices require all contributors to be disclosed, credited, and compensated appropriately. | | |
| | Defendants | Mr. Hindlin will testify as to: (1) his pattern and practice of working with Derulo; (2) the work he performed on Savage Love; (3) his lack of dealings with Spatola on Savage Love; (4) his music industry experience and knowledge/understanding of credits; and (5) his agreement with Derulo and the other credited co-authors of Savage Love regarding the publishing splits with respect to the copyright in the musical composition of Savage Love. | 0.5 hours | N/A |
| Ben Hogarth (in person) | Plaintiff | Mr. Hogarth, the former sound engineer for Mr. Desrouleaux, will testify that Mr. Spatola was actively involved in the recording of Savage Love, contributing guitar tracks and other instrumental elements. He will provide details about the sessions where Mr. Spatola's work shaped the song's final sound recording. Mr. Hogarth is the only non-party who was in the room during the creation of Savage | 1.125 hours | N/A |

SMRH:4907-8052-9552

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Love and will testify as to that unique perspective. Mr. Hogarth will further testify about Mr. Desrouleaux's propensity for untruthfulness. | | |
| | Defendants | Mr. Hogarth will testify as to: (1) his pattern and practice of working with Derulo; (2) the work he performed on Savage Love; (3) his interactions with Spatola during the two partial recording sessions for Savage Love that Spatola attended; and (4) his music industry experience and knowledge/understanding of credits. | 1.5 hours | N/A |
| Frank Harris (in person) | Plaintiff | Frank Harris, Mr. Desrouleaux's manager at the time of Savage Love's release, will testify that Mr. Desrouleaux did not disclose Mr. Spatola's involvement and ignored Mr. Harris' advice to obtain clearance from Jawsh 685 before releasing Savage Love. Mr. Harris will explain that he specifically warned Mr. Desrouleaux not to release the song without clearance from Jawsh 685, but Mr. Desrouleaux ignored his advice and released it anyway. | 0.125 hours | N/A |
| | Defendants | Mr. Harris will testify as to: (1) his pattern and practice of working with Derulo; (2) agreements related to Savage Love; (3) Derulo's approval and confirmation of Spatola's requested credit for "Additional Guitar & Bass" on Savage Love; and (4) his music | 0.25 hours | N/A |

SMRH:4907-8052-9552

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | industry experience, including but not limited to his knowledge and understanding of credits. | | |
| Wade Leak (in person) | Plaintiff | Wade Leak, the 30(b)(6) representative of Sony, will testify that Mr. Desrouleaux did not disclose Mr. Spatola's involvement in the creation of Savage Love. He will explain that as part of the Release agreement, Sony required Mr. Desrouleaux to ensure that all contributors were properly credited and compensated. Sony will also testify that Mr. Desrouleaux failed to inform Sony of Mr. Spatola's contributions. Mr. Leaks will testify that had Mr. Spatola's role been communicated, Sony would have ensured proper credit and compensation. He will also highlight Sony's standard protocols for crediting contributors, emphasizing how Mr. Desrouleaux's failure to disclose Mr. Spatola's involvement prevented Sony from properly crediting him. | 0.5 hours | N/A |
| | Defendants | Mr. Leak will testify as to: (1) the creation and submission of Spatola's AFM forms related to Savage Love; (2) his understanding of the Sound Recording Labor Agreement; (3) payments made on behalf of Sony to the AFM Pension Fund for Spatola's benefit based on the submission of AFM reports for Savage Love; (4) | 0.5 hours | N/A |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | contractual agreements with Derulo and third parties related to the ownership and distribution of both Laxed and Savage Love; (5) his music industry experience and knowledge/understanding of credits; and (6) Sony's policies and practices during the relevant time period in this case, including but not limited to those regarding song credits. | | |
| Kim Rappaport (in person) | Plaintiff | Kim Rappaport, an employee of Sony, will testify about her role in settling the claim that Mr. Desrouleaux violated Jawsh 685's copyrights in Savage Love. She will explain that Sony required Mr. Desrouleaux to indemnify the company, ensuring all necessary permissions were secured from collaborators. Ms. Rappaport will testify that she was never informed of Mr. Spatola's involvement, which was critical to addressing copyright concerns and ensuring proper credit and compensation. | 0.25 hours | N/A |
| | Defendants | Ms. Rappaport will testify as to (1) negotiations and contractual agreements with Derulo and third parties related to the ownership and distribution of both Laxed and Savage Love; and (2) Sony's policies and practices during the relevant time period in this case, including but | 0.50 hours | N/A |

-14-

SMRH:4907-8052-9552

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | not limited to those regarding song credits. | | |
| Aaron Rosenberg (in person) | Plaintiff | Aaron Rosenberg, transactional counsel for Mr. Desrouleaux, will testify regarding the contracts, agreements, and negotiations related to Mr. Desrouleax and Savage Love. | 0.125 hours | N/A |
| | Defendants | Mr. Rosenberg will testify as to negotiations, contracts, and agreements related to Savage Love. | 0.5 hours | N/A |
| Ghena Spatola a/k/a Ghena Nasser (via remote videoconference and by deposition) | Plaintiff | Ghena Nasser, Mr. Spatola's ex-wife, will testify about the impact that Mr. Desrouleaux's failure to credit Mr. Spatola caused, as well as her efforts to secure proper recognition for his contributions to Savage Love. She will explain that, after learning Mr. Spatola might be able to receive benefits through the American Federation of Musicians ("AFM"), she applied on his behalf to seek association with the record. Ms. Nasser will testify about her frustration with blocked attempts to have him properly credited and her limited success in securing recognition through Sony and Mr. Desrouleaux. She will emphasize that while she was able to secure some limited credit for Mr. Spatola, it fell short of the full acknowledgment Mr. Spatola deserved as a co-producer and cowriter. | 1.5 hours | N/A |
| | Defendants | Defendants will examine Ms. Spatola as to: (1) the creation and submission of Spatola's AFM | 1.75 hours | N/A |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Session Report B Forms for Savage Love and other songs; (2) Spatola's request for "Additional Guitar & Bass" credit for Savage Love; (3) Ms. Spatola's work on behalf of Spatola as his manager, representative, and authorized agent; and (4) her music industry experience and knowledge/understanding of song credits. | | |
| Dr. Lawrence Ferrara, (Expert) (via remote videoconference) | Defendants | Defendants' expert Dr. Ferrara will offer his expert opinions, based on his extensive experience as a musicologist, that Spatola did not make a substantial contribution to Savage Love that is independently copyrightable, as well as respond to the opinions of Spatola's expert witnesses. | 2.375 hours | 2.0 hours |
| | | If not disqualified or excluded in connection with Plaintiff's motion in limine, Plaintiff will cross-examine Dr. Ferrara regarding his opinions regarding Mr. Spatola's contributions to Savage Love as well as Dr. Ferrara's inaccurate conclusions and faulty analysis, as identified in Dr. Lustig's rebuttal report and Plaintiff's Motion in limine. | | |
| Dr. William Rayner (Expert) (in person) | Defendants | Defendants' expert Dr. Rayner will offer his expert opinions to rebut the opinions of Spatola's expert Dr. Ethan Lustig based on Dr. Rayner's professional hands-on experience with guitar | 1.5 hours | .625 hour |

-16-

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | and music production and musical composition expertise.  Dr. Rayner will offer expert opinion to specifically address Dr. Lustig's belatedly disclosed Supplemental Report. | | |
| | | If not disqualified or excluded in connection with Plaintiff's motion in limine, Plaintiff will cross-examine Dr. Rayner on his opinions related to Dr. Lustig's Supplemental Report, including a faulty analysis based on his experience with guitar and music production and musical composition. | | |
| Henry Dessources (in person) | Defendants | Mr. Dessources will testify as to: (1) the facts and circumstances surrounding Derulo's studio sessions, including specifically to rebut testimony from Mr. Akinwande or Mr. Fontes Veiga (see ECF 121) regarding the same, whether in general or as relates to Savage Love; (2) Spatola's requests for credit on Savage Love and song(s) other than Savage Love; (3) his music industry experience and knowledge/understanding of credits; and (4) impeachment testimony. | 1.0 hour | 0.375 hours |
| | | Plaintiff will cross-examine Mr. Dessources regarding: (1) the facts and circumstances surrounding Derulo's studio sessions, including specifically to rebut testimony from Mr. Akinwande or Mr. Fontes | | |

SMRH:4907-8052-9552

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | Veiga (see ECF 121) regarding the same, whether in general or as relates to Savage Love; (2) Spatola's requests for credit on Savage Love and song(s) other than Savage Love; (3) his music industry experience and knowledge/understanding of credits; and (4) impeachment testimony. | | |
| Charles ("Chuck") Gibson (in person) | Defendants | Mr. Gibson will testify as to (1) his pattern and practice of working with Derulo, including but not limited to Mr. Gibson's role, credits on Derulo's songs, and payment for his work; (2) Derulo's request that Mr. Gibson work on Savage Love; (3) his communications with Spatola related to Savage Love; and (4) his music industry experience and knowledge/understanding of credits. | 0.5 hours | 0.5 hours |
| | | Plaintiff will cross-examine Mr. Gibson as to his pattern and practice of working with Mr. Desrouleax, Mr. Desrouleax's request that Mr. Gibson work on Savage Love, his communications with Mr. Spatola related to Savage Love, and his music industry experience and knowledge/understanding of credits. | | |
| Erick Cruz (in person) | Defendants | Mr. Cruz will testify as to (1) the creation and submission of Spatola's American Federation of Musicians ("AFM") forms related to Savage Love and other songs, including but not limited | 0.75 hours | 0.75 hours |

-18-

Case No. 2:23-cv-06191 MWF-E

JOINT WITNESS LIST

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | to information relating to credits, for which Spatola submitted AFM forms, as well as Mr. Cruz's communications with Spatola and Ghena Spatola a/k/a Ghena Nasser; (2) his understanding of the Sound Recording Labor Agreement; and (3) payments made on behalf of Sony to the AFM Pension Fund for Spatola's benefit based on the submission of AFM reports for Savage Love. | | |
| | | Plaintiff will cross-examine Erick Cruz as to the discussion, creation, and submission of the AFM forms related to works for which Mr. Spatola submitted AFM forms, his understanding of the Sound Recording Labor Agreement ("SRLA"), and payments made relating to Savage Love or other works for which Mr. Spatola submitted AFM forms. | | |
| Michael Petro* (in person) | Defendants | Mr. Petro will testify to the financial exploitation of Savage Love, including monies earned and collected. | 0.5 hours | 0.50 hours |
| | | Plaintiff will cross-examine Mr. Petro as to the financial exploitation of Savage Love, including monies earned and collected. | | |
| Grady Brown* (in person) | Defendants | Mr. Brown will testify as to the financial exploitation of Savage Love, including monies earned and collected on behalf of Derulo. | 0.25 hours | 0.25 hours |
| | | Plaintiff will cross-examine Mr. Brown as to | | |

SMRH:4907-8052-9552

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | the financial exploitation of Savage Love, including monies earned and collected on behalf of Mr. Desrouleax. | | |
| Hillary Rapson (by deposition) | Defendants | Ms. Rapson will testify as an authorized representative of T-Mobile regarding Mr. Desrouleaux's telephone records during the time period of April 2020, including but not limited to authenticating and explaining such records that establish, among other things, telephone calls that did or did not occur. | 0.75 hours | 0.375 hours |
| | | Plaintiff will cross-examine Ms. Rapson on the limitations of T-Mobile's telephone records and the inability to review other forms of telephone communications including, but not limited to, Facetime and iMessage. | | |
| Joshua Christian Nanai p/k/a Jawsh 685 (remote testimony)* | Plaintiff | Mr. Nanai will testify to subjects including, but not limited to, (1) his creation of "Laxed (Siren Beat)" and communications thereof; (2) his assignment of rights in "Laxed (Siren Beat)" to Sony; (3) Derulo's unauthorized use of "Laxed (Siren Beat)"; (4) his communications with Derulo regarding Derulo's unauthorized use of "Laxed (Siren Beat)"; (5) his music industry experience and knowledge/understanding of credits; (6) his agreement with Derulo | 1.0 hours | 0.5 hours |

SMRH:4907-8052-9552

| WITNESS NAME | PARTY CALLING WITNESS | DESCRIPTION OF TESTIMONY | DIRECT (HOURS) | CROSS (HOURS) |
|---|---|---|---|---|
| | | and the other credited co-authors of Savage Love regarding the publishing splits with respect to the copyright in the musical composition of Savage Love; and (7) contractual agreements with Sony and/or Derulo related to the ownership and distribution of Laxed (Siren Beat) and Savage Love. | | |
| TOTAL (each side having 23.25 hours as indicated above) | | | **46.5 Hours** | |

-21-

SMRH:4907-8052-9552

JOINT WITNESS LIST

Dated:  March 9, 2026                SHEPPARD, MULLIN, RICHTER &
                                     HAMPTON LLP


                            By:      /s/ Joshua M. Rosenberg
                                     JOSHUA M. ROSENBERG
                                     KAZIM A. NAQVI
                                     ALLISON C. WONG

                                     Attorneys for Defendants
                                     JASON DESROULEAUX p/k/a JASON
                                     DERULO; and SONY MUSIC
                                     ENTERTAINMENT d/b/a COLUMBIA
                                     RECORDS




Dated:  March 9, 2026                WERGE & CORBIN LAW GROUP



                            By:      /s/ Veronica A. Phifer
                                     VERONICA A. PHIFER
                                     THOMAS E.M. WERGE

                                     Attorneys for Plaintiff
                                     MATTHEW SPATOLA p/k/a MATTY
                                     SPATS

SMRH:4907-8052-9552                                      JOINT WITNESS LIST

**L.R. 5-4.3.4 Attestation**

The undersigned attests that all other signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

Dated:  March 9, 2026                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:    */s/ Joshua M. Rosenberg*
                    JOSHUA M. ROSENBERG
                    KAZIM A. NAQVI
                    ALLISON C. WONG

                    Attorneys for Defendants
                    JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS

SMRH:4907-8052-9552                    JOINT WITNESS LIST