# EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| 8. | 9/3/2020-9/30/2020 E-mail thread re Savage Love BTS remix (Ex. 8 to Desrouleaux Depo; Ex. 132 to Leak Depo) (DERULO00179 - DERULO00184) | Plaintiff objects: Incomplete Document / Best Evidence Rule – includes redactions that must be removed. |
| 13. | Text Messages between Derulo and Hogarth, April 22 and April 23, 2020 (Ex. 5 to Hogarth Depo) | Plaintiff objects: Best Evidence Rule – Dates and times are inaccurate per Pacific time; 403 – confusing to the jury. Propose substituting a clean set of screenshots. |
| 46. | E-mail chain, top E-Mail to Cruz from Ghena, July 21, 2020, with attached documents (Ex. 42 to Ghena Depo) (SPATOLA-000005 - SPATOLA-000006 and SPATOLA-000013 - SPATOLA-000017) | Unredacted SSN of Plaintiff. Will agree so long as all SSNs removed.<br><br>Defendants agree to redact SSNs. |
| 49. | E-mail to Ghena and Lindy Sevier from Erick Cruz, August 17, 2020, with attached documents and E-Mails (Ex. 45 to Ghena Depo) (SPATOLA-000032 - SPATOLA-000041) | Unredacted SSN of Plaintiff. Will agree so long as all SSNs removed.<br><br>Defendants agree to redact SSNs. |
| 51. | Screenshot of "Savage Love·(Laxed - Siren Beat)" on Apple Music (Ex. 48 to Ghena Depo) (DERULO00336 - DERULO00337) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 52. | Screenshot of "Savage Love (Laxed - Siren Beat)" on YouTube (Ex. 49 to Ghena Depo) (DERULO00338 - DERULO00339) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 53. | Screenshot of "Savage Love (Laxed - Siren Beat)" on Shazam, Bates-stamped (Ex. 50 to Ghena Depo) (DERULO00352 - DERULO00356) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 54. | Wikipedia page for "Savage Love (Laxed - Siren Beat)" (Ex. 51 to Ghena Depo) (DERULO00313 - DERULO00335) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 55. | Screenshot of "Savage Love·(Laxed - Siren Beat)" on TIDAL (Ex. 52 to Ghena Depo) (DERULO00419 - DERULO00423) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 57. | Plaintiff Matthew Spatola's Privilege Log (Ex. 54 to Ghena Spatola Depo) | Plaintiff objects: A privilege log is not in evidence. |
| 75. | help.instagram.com article entitled "Create collaborative posts on Instagram" (Ex. 74 to Spatola Depo) | Plaintiff objects: Authentication/ hearsay |

| No. | Description | Grounds for Objection |
|---|---|---|
| 85. | Spotify playlist entitled "Matty Spats Produced" (Ex. 84 to Spatola Depo) (SPATOLA 000280 - SPATOLA 000282) | Plaintiff objects: Let's pick a single version of these and go with a single exhibit, deleting out all others. |
| 86. | Spotify playlist entitled "Matty Spats Produced" (Ex. 85 to Spatola Depo) (DERULO00414 - DERULO00418) | Plaintiff objects: Let's pick a single version of these and go with a single exhibit, deleting out all others. |
| 87. | Plaintiff's Response to Defendant Jason Desrouleaux's First Set of Interrogatories, verified by Spatola, dated January 18, 2024 (Ex. 86 to Spatola Depo) | Plaintiff objects: Objections – improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 91. | The TEAM Companies invoice, Bates-stamped (Ex. 90 to Spatola Depo) (SPATOLA-000146 -SPATOLA-000149) | Plaintiff objects: Object to admissibility, relevance, FRE 403<br><br>Defendants agree to redact SSNs. |
| 92. | The TEAM Companies Check Register, July 14, 2021 (Ex. 91 to Spatola Depo) | Plaintiff objects to admissibility, relevance under FRE 401, unfair prejudice under FRE 403 |
| 94. | Text messages from Spatola to June Freedom, January 28, 2020  (Ex. 93 to Spatola Depo) (SPATOLA-000141 - SPATOLA-000143) | Defendants object to the admissibility of this Exhibit (Ex. 93 to Spatola Depo) (SPATOLA-000141 - SPATOLA-000143) as inadmissible hearsay (FRE 801); lacks personal knowledge (FRE 602); calls for speculation (FRE 701); lack of foundation (FRE 901); and irrelevant (FRE 401/402).  Spatola testified at his deposition that he agreed that this text message exchange is "entirely unrelated to 'Savage Love'". |
| 99. | Screenshot of "Savage Love (Laxed - Siren Beat)" on Genius (Ex. 98 to Spatola Depo) (DERULO00340 - DERULO00351) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 104. | Comparative Transcription of part of "Laxed (Siren Beat)" and "Savage Love" (Ex. 103 to Spatola Depo) | Plaintiff objects: Inaccurate information; inauthentic; Rule 403 – confusing to jury. |
| 108. | Blank American Federation of Musicians Report Form (Ex. 109 to Cruz Depo) | Plaintiff objects: This is a blank form, does not have a purpose to have it as an exhibit |
| 109. | Sound Recording Labor Agreement dated February 1, 2006 through January | Plaintiff objects: Authentication; FRE - 403 |

-2-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | 12, 2015 (Ex. 110 to Cruz Depo) (SONY-00251 - SONY-00388) | confusing to jury, Hearsay |
| 110. | Sound Recording Labor Agreement, Signatory Packet, dated June 15, 2017-January 31, 2020 (extended) (Ex. 111 to Cruz Depo) (DERULO00088 – DERULO00125) | Plaintiff objects: Authentication, Relevance under FRE 401, Unfair prejudice under FRE 403, Hearsay |
| 111. | American Federation of Musicians Report Form, stamped received by the TEAM Companies on July 12, 2021, RP No. J685042720; Check register; emails (Ex. 112 to Cruz Depo) | Plaintiff objects: A compilation of separate documents, inappropriate for an exhibit; hearsay |
| 112. | Declaration of the Custodian of Records From the TEAM Companies, Lori Tedds dated May 16, 2024 with exhibits (Ex. 113 to Cruz Depo) | Plaintiff objects: Declarations are not evidence – also includes Plaintiff's SSN.<br><br>Defendants agree to redact SSNs. |
| 113. | The TEAM Companies Pension Contribution Report, dated July 14, 2021 (Ex. 114 to Cruz Depo) | Plaintiff objects: Relevance under FRE 401, Unfair Prejudice under FRE 403, Authentication, Hearsay |
| 116. | E-mail chain, Top E-Mail dated June 26, 2023 regarding Spatola's Copyright Infringement Claim (Ex. 117 to Rosenberg Depo) (Myman 00539 - Myman 00551) | Plaintiff objects: Settlement negotiations under FRE 408 |
| 124. | Work Made For Hire - Video Production Department Video Purchase Order dated August 5, 2020 (Ex. 125 to Rosenberg Depo) (Myman 00239 - Myman 00248) | Plaintiff objects: Object to relevance under FRE 401 |
| 127. | Cover letter from Bush Gottlieb dated May 31, 2024 with attachments regarding AFM Local 47 subpoena (Ex. 129 to Sazer Depo) | Plaintiff objects: Hearsay letter; also a compilation of separate documents, inappropriate for use as an exhibit. |
| 130. | Email from Jawsh to Derulo attaching Laxed stems, dated April 22, 2020 (DERULO25164) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 132. | Emails exchanged between Jawsh, Derulo, and JKash attaching Laxed stems, dated April 22, 2020, with audio attachment (DERULO25224) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 133. | Text messages exchanged between Derulo and Hogarth from April 22, 2020 to June 9, 2020 (DERULO25253 - DERULO25270) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 134. | Text messages exchanged between Derulo and Spatola from April 22, 2020 to January 27, 2023 (DERULO25303 - DERULO25320) | Plaintiff objects: Duplicate of deposition exhibit above |

-3-

| No. | Description | Grounds for Objection |
|---|---|---|
| 135. | Invoice received by Derulo from Spatola via email on April 28, 2020 (DERULO25229 - DERULO25230) | Plaintiff objects: Duplicate of deposition exhibit above<br><br>Defendants agree to redact banking information. |
| 136. | May 9, 2020, Email from Greiss to Derulo with "WeTransfer" link, (DERULO25186 - DERULO25187) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 137. | April 24, 2020 Email from Hogarth to Derulo and Harris regarding SAVAGE LOVE_JD V2 4.23.20 (DERULO25194) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlight |
| 138. | April 23, 2020 Email from Hogarth to Derulo and Harris with Version 1 of Savage Love (then entitled "Somebody Else (TIC TOC)_JD 4.22.20)") as audio attachment (DERULO64975) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlight |
| 139. | April 24, 2020 Email from Hogarth to Derulo and Harris with Version 2 of Savage Love (SAVAGE LOVE_JD V2 4.23.20) as an audio attachment (DERULO25215) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 140. | April 24, 2020 Email from Hogarth to Derulo and Harris with Version 3 of Savage Love (SAVAGE LOVE_JD V3 4.24.20) as an audio attachment (DERULO25205) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 141. | April 24, 2020 Email from Hogarth to Derulo and Harris with Version 4 of Savage Love (SAVAGE LOVE_JD V4 4.24.20) as an audio attachment (DERULO25155) | Plaintiff objects: Duplicate of deposition exhibit above, also may include high |
| 142. | April 25, 2020 Email from Hogarth to Derulo and Harris with Version 5 of Savage Love (SAVAGE LOVE_JD V5 4.25.20) as an audio attachment (DERULO25188) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 143. | April 25, 2020 Email from Hogarth to Derulo and Harris with Version 6 of Savage Love (SAVAGE LOVE_JD V6 4.25.20) as an audio attachment (DERULO25203) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 144. | April 28, 2020 Email from Hogarth to Derulo and Harris with Version 7 of Savage Love (SAVAGE LOVE_JD V7 4.27.20) as an audio attachment (DERULO25227) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 145. | April 28, 2020 Email from Hogarth to Derulo with Version 7 of Savage Love contained in the Email as a session link (DERULO25233) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |

-4-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| 146. | May 10, 2020 Email from Hogarth to Derulo and Harris with Version 8 of Savage Love (SAVAGE LOVE_JD V8 5.9.20) as an audio attachment (DERULO25196) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 147. | June 2, 2020 Email from Hogarth to Derulo and Harris with Version 9 of Savage Love (SAVAGE LOVE_JD V9 6.2.20) as an audio attachment (DERULO25219) | Plaintiff objects: Duplicate of deposition exhibit above, also may include highlights |
| 148. | Declaration of Charles Gibson executed on April 30, 2024 (ECF 69-13) | Plaintiff objects: Declarations are not evidence; hearsay |
| 149. | Declaration of Phillipe Henri Greiss p/k/a Phil Greiss executed on August 14, 2024 (ECF 69-14) | Declarations are not evidence; hearsay |
| 151. | Declaration of Michael J. Lebowich regarding negotiation of Sound Recording Labor Agreement executed on October 21, 2024 with exhibits (ECF 69-17) | Plaintiff objects: Declarations are not evidence; hearsay |
| 152. | Declaration of Malinda "Lindy" Sevier regarding A&R Administration at Sony Music executed on October 21, 2024 with exhibits (ECF 69-18) | Plaintiff objects: Declarations are not evidence; hearsay |
| 153. | Declaration of Jay Gress regarding Sound Recording Labor Agreement executed on October 21, 2024 with exhibits (ECF 70-1) | Plaintiff objects: Declarations are not evidence; hearsay |
| 154. | Declaration of Wade Leak executed on October 21, 2024 with exhibits (ECF 159-6) | Plaintiff objects: Declarations are not evidence; hearsay |
| 155. | Plaintiff's Response to Defendant Jason Desrouleaux's First Set of Requests for Admissions dated January 18, 2024 | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 156. | Plaintiff's Response to Defendant Jason Desrouleaux's First Set of Interrogatories dated January 18, 2024 | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 157. | Plaintiff's Further Response to Defendant Jason Desrouleaux's Requests for Admission (Set Two) dated August 30, 2024 | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 159. | Certificate of Registration issued by the U.S. Copyright Office to Sony Music for copyright in the Savage Love sound recording, SR 876-800, effective July 1, 2020 (SONY-00701 - SONY-00702) | Plaintiff objects: timely, hearsay |

-5-                                                Case No. 2:23-cv-06191 MWF-E

| No. | Description | Grounds for Objection |
|---|---|---|
| 160. | Report of Lawrence Ferrara, Ph.D dated October 4, 2024 and exhibits appended thereto | Plaintiff objects: Expert report, not evidence, hearsay |
| 161. | Audio Exhibit 1 to Report of Lawrence Ferrara, Ph.D dated October 4, 2024 | Plaintiff objects: Expert report, not evidence, hearsay |
| 162. | Audio Exhibit 2 to Report of Lawrence Ferrara, Ph.D dated October 4, 2024 | Plaintiff objects: Expert report, not evidence, hearsay |
| 163. | Audio File – "Despacito" by Luis Fonsa ft. Daddy Yankee | Plaintiff objects: Expert report, not evidence, hearsay |
| 164. | Audio File – "Cheap Thrills" by Sia | Plaintiff objects: Expert report, not evidence, hearsay |
| 165. | Audio File – "My Lovin' (You're Never Gonna Get It")" by En Vogue | Plaintiff objects: Expert report, not evidence, hearsay |
| 166. | Audio File – "Late in the Day" by Supergrass | Plaintiff objects: Expert report, not evidence, hearsay |
| 167. | Audio File – "Try" by Colbie Caillat | Plaintiff objects: Expert report, not evidence, hearsay |
| 168. | Audio File – "Champagne Supernova" by Oasis | Plaintiff objects: Expert report, not evidence, hearsay |
| 169. | Audio File – "Hold On" by Danny Wood | Plaintiff objects: Expert report, not evidence, hearsay |
| 170. | Audio File – "Still Falling for You" by Ellie Goulding | Plaintiff objects: Expert report, not evidence, hearsay |
| 171. | Audio File – "Black Roses" by Clare Bowen and the cast of Nashville | Plaintiff objects: Expert report, not evidence, hearsay |
| 172. | Audio File – "The Loco-Motion" by Little Eva | Plaintiff objects: Expert report, not evidence, hearsay |
| 173. | Audio File – "I Will Survive" by Gloria Gayno | Plaintiff objects: Expert report, not evidence, hearsay |
| 174. | Audio File – "Wildflowers" by Tom Petty | Plaintiff objects: Expert report, not evidence, hearsay |
| 175. | Report of Lawrence Ferrara, Ph.D. dated October 24, 2024 | Plaintiff objects: Expert report, not evidence, hearsay |
| 178. | Dr. Ethan Lustig resume and credentials dated October 9, 2024 | Defendants object: Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3*<br><br>Expert report, not evidence, hearsay |
| 179. | Dr. Ethan Lustig Expert Report – Tables 1 -3 | Defendants object: Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3*<br><br>Expert report, not evidence, hearsay |

-6-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|-----------------------|
| 180. | Dr. Ethan Lustig Expert Report Figures 1-16 | Defendants object: Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine* #3<br><br>Expert report, not evidence, hearsay |
| 181. | Robert Briggs resume and credentials dated October 11, 2024 | Defendants object: Mr. Briggs's report and related documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine* #4.<br><br>Expert report, not evidence, hearsay |
| 182. | Briggs' Summary of Analysis of Royalties for "Savage Love" and "Savage Love (BTS Remix)" | Defendants object: Mr. Briggs's report and related documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine* #4.<br><br>Expert report, not evidence, hearsay |
| 183. | Brabec, Jeff & Brabec, Todd (2018) "MUSIC MONEY AND SUCCESS The Insider's Guide To Making Money In The Music Business". Schirmer Trade Books | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 – hearsay |
| 184. | HOW THE MUSIC BUSINESS WORKS: SECOND EDITION. Copyright c 2021 by Exploration Group. All rights reserved. Printed in the United States of America. This work is licensed under a Creative Commons Attribution-NonCommercial 4.0 International License. | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 – hearsay |
| 185. | Jeff Rougvie resume and credentials disclosed on October 11, 2024 | Defendants object: Mr. Rougvie's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine* #2. |

-7-

SMRH:4901-8240-9875

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
| | | Expert report, not evidence, hearsay |
| 186. | Wikipedia page of Jacob Kasher Hindlin, https://en.wikipedia.org/wiki/Jacob_Kasher_Hindlin | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 187. | Wikipedia page of Jack Antonoff, https://en.wikipedia.org/wiki/Jack_Antonoff | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 188. | Wikipedia page of Rick Rubin, https://en.wikipedia.org/wiki/Rick_Rubin | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 189. | Wikipedia page of Andrew Watt, https://en.wikipedia.org/wiki/Andrew_Watt | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 190. | Interview of Phil Greiss, https://splice.com/blog/phil-greiss-interview/ | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 191. | Billboard Music Article of Jawsh 685, Jason Derulo, and BTS, https://www.billboard.com/music/music-news/jawsh-685-jason-derulo-bts-savage-loverecording-credits-9465708/ | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 192. | Jaxsta's Official Credit Metadata Means Good Business For PROs, CMOs, Labels, Publishers And Managers, https://www.digitalmusicnews.com/202 | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - |

-8-

Case No. 2:23-cv-06191 MWF-E

| No. | Description | Grounds for Objection |
|---|---|---|
| | 2/08/09/jaxsta-official-credits-for-business-and-enterprise/ | hearsay |
| 193. | Tools: Jaxsta. The music industry's official list of who did what. https://musically.com/2020/06/11/tools-jaxsta-the-music-industrys-official-list-of-who-didwhat/#:~: text=Jaxsta's%20data%20partners%20include%20all,of%20the%20industry's %20market%20share. | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 194. | Inside the Jaxsta Platform, https://gearspace.com/board/featured-content/1344093-inside-jaxstaplatform. html#:~:text=Charts%20and%20awards %20information%20is,and%20the%20 RIAA%20(certifications). | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 195. | Copyright.gov (2024) Circular 30, Works Made For Hire https://www.copyright.gov/circs/circ30. pdf | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated. |
| 196. | Fung, Brian (2022) Senate passes legislation to ban TikTok from US government devices, CNN December 15 / https://edition.cnn.com/2022/12/15/tech /senatetiktok-ban-devices/index.html | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 197. | Gabarini, Vic (1981) An Interview with Joe Strummer and Robert Fripp, Musician Magazine, June | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 198. | Leonard, Patrick (2024) Bob Lefsetz Podcast August 1 / https://open.spotify.com/episode/03ym0 2kkndQh9doLOMw3pS | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 199. | Passman, D. S., & Glass, R. (2012), *All you need to know about the music business 8th Edition* (Simon & Schuster) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |

-9-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | FRE 403 – This identifies an entire book.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 200. | Passman, D. S., & Glass, R. (2015), *All you need to know about the music business 9th Edition* (Simon & Schuster) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay<br><br>FRE 403 – This identifies an entire book.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 201. | Passman, D. S., & Glass, R. (2023), In *All You Need to Know About the Music Business: 11th Edition* (Simon & Schuster) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay<br><br>FRE 403 – This identifies an entire book.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 202. | Hutchinson, Lydia (2014) Tom Petty Tells The Stories Behind His Songs, Performing Songwriter October 20 | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE |

-10-

| No. | Description | Grounds for Objection |
|---|---|---|
| | | 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay<br><br>FRE 403 – This identifies an entire book. Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 203. | Lord, Annie (2020) Jason Derulo criticized for sampling Polynesian teenager's TikTok hit without permission The Guardian, May 20 / https://www.independent.co.uk/artsentertainment/music/news/jason-derulo-tiktok-teenager-joshua-nanai-laxed-sirenbeat-a9523501.html | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 204. | Rogowsky, Mark (2014) The Cruel Math Behind Why Streaming Will Never Save The Music Industry, Forbes March 22 / https://www.forbes.com/sites/markrogowsky/2014/03/20/outof-tune-can-the-music-business-find-harmony-to-reverse-its-long-decline/ | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 205. | Rosenberg, Bill (2024) Music Industry Annual Reports Show Stable Growth And YouTube Strength, Forbes Mar 30 / 19 https://www.forbes.com/sites/billrosenblatt/2024/03/30/music-industry-annual-reportsshow-stable-growth-and-youtube-strength/ | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 206. | Tailor, Leena & Halperin, Shirley (2020) Jason Derulo sparks outrage down under for lifting Polynesian teen's TikTok hit Variety May 19 / https://variety.com/2020/music/news/jason-derulo-tiktok-controversy-savage-love-laxedsiren-beat-1234609101/ | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |

-11-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| 207. | Wikipedia () Pink Floyd: Momentary Lapse of Reason, Certifications and sales / https://en.wikipedia.org/wiki/A_Momentary_Lapse_of_Reason#Certifications_and_sales | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 208. | Declaration of Akintunde Akinwande p/k/a/ TuneDaRula ("TuneDaRula") dated November 4, 2024 (Ex. 138 to Akinwande Depo) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading.<br><br>FRE 801 – Hearsay, admissible only to the extent used by Defendants during Mr. Akintunde's March 31, 2025 deposition |
| 209. | *Sing Your Name Out Loud* by Jason Derulo | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated.<br><br>FRE 403 – This identifies an entire audiobook.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 210. | Matty Spats Resume (SPATOLA-000490 – SPATOLA-000491) | Defendants object: Must be authenticated under FRE 901/902 |
| 211. | Email with Hogarth and Sony and Harris regarding Hogarth's request for credits on Savage Love and identifying extra instruments on Savage Love dated October 29, 2020 (DERULO26761) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - confusing, misleading, waste of time |
| 212. | Financial statements (DERULO00434-DERULO26751, DERULO64313-DERULO64974) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4*. |

-12-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | FRE 403 - Identification of an entire document production and thousands of pages of disparate documents without more specific identification of the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production Plaintiff seeks to admit. |
| 213. | Sony Fee Spreadsheets (SONY01574; SONY01667; SONY01667; SONY01668; SONY01739; SONY01743; SONY01755; SONY01758; SONY01763; SONY01764; SONY01765) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 403 - Identification of an entire document production and thousands of pages of disparate documents without more specific identification of the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production Plaintiff seeks to admit. |
| 214. | Royalty Statement with TP/Provider Information (SONY01766; SONY01776; SONY01899; SONY02388; SONY02389; SONY02390; SONY02391) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 215. | Sony Earnings Royalty Summary Statements and Spreadsheets (SONY01767-SONY02549) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in* |

-13-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | *Limine #4.* |
| 216. | Emails regarding success of Savage Love (SONY02550-SONY02917) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 217. | Sony Financial Statements (SONY02918-SONY03291) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 218. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of January 14, 2021 (DERULO00557-DERULO00679) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 219. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of June 17, 2021 (DERULO00698-DERULO00722) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 220. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of September 16, 2021 (DERULO00724-DERULO00748) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 221. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date | Defendants object: These documents are only relevant to Spatola's equitable claims and |

-14-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|------------------------|
|  | Royalties as of November 18, 2021 (DERULO00750-DERULO00774) | should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 222. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of February 17, 2022 (DERULO00776-DERULO00804) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 223. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of May 19, 2022 (DERULO00806-DERULO00840) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 224. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of August 18, 2022 (DERULO00842-DERULO00875) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 225. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of November 17, 2022 (DERULO00877-DERULO00912) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 |

-15-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
|  |  | - hearsay |
| 226. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of February 16, 2023 (DERULO00914-DERULO00955) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 227. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of May 18, 2023 (DERULO00957-DERULO00994) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 228. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of August 17, 2023 (DERULO00996-DERULO01041) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 229. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of November 16, 2023 (DERULO01043-DERULO01085) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 230. | Broadcast Music, Inc. ("BMI") Royalty Statement – Summary of Year to Date Royalties as of August 15, 2024 (DERULO01135-DERULO01195) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in* |

-16-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | *Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 231. | Royalty Statements (DERUO01196-DERULO25145) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 232. | Emails between Betsy Whitney, David Strbik, Harry Dessources, Frank Harris, Alexa Shouneyia and Natalie Landsberg concerning SL Remix #1 battle and BTS tweet exchange (DERULO25146-DERULO25149) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading. |
| 239. | Audio Recording of Broke Behavior (DERULO25178) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading. |
| 249. | Audio Recording of So Many Hearts V4 – JD – 1.3.21am (DERULO25235) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading. |
| 250. | Audio Recording of Put Me in The Mood – 1.3.20am (DERULO25236) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading. |
| 253. | Sony Royalty Statements and Earnings - Detail Statements (DERULO25321-DERULO26751) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 254. | Financial statements (DERULO64313) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 255. | Royalty Statement with TP/Provider Information (DERULO64313; DERULO64323; DERULO64446; | Defendants object: These documents are only relevant to Spatola's equitable claims and |

-17-

SMRH:4901-8240-9875

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
|     | DERULO64935; DERULO64936; DERULO64937; DERULO64938) | should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 256. | Sony Earnings Royalty Summary Statements and Spreadsheets (DERULO64314-DERULO64322; DERULO64324-DERULO64445; DERULO64447-DERULO64934) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 257. | Royalty Statement with TP/Provider Information (DERULO64963; DERULO64973; DERULO64974) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 258. | Sony Earnings Royalty Summary Statements and Spreadsheets (DERULO64939-DERULO64962; DERULO64964-DERULO64972) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 259. | BMI Savage Love/Laxed Siren Beat Domestic and Foreign Earnings Statement (BMI0000001) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.* |
| 260. | BMI Response (Marion Burke) to Plaintiff's Subpoena dated September 26, 2024 | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 261. | BMI Custodian of Records Declaration (Marion Burke) dated December 2, 2024 | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in* |

-18-

| No. | Description | Grounds for Objection |
|---|---|---|
|  |  | *Limine #4.*<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 262. | Universal Music Publishing Group ("UMPG") CONFIDENTIAL Production to Subpoena (UMPG-0008) | Defendants object: These documents are only relevant to Spatola's equitable claims and should be excluded from this phase of trial for the reasons set forth in Defendants' Motion *in Limine #4.*<br><br>FRE 403 - Identification of an entire document production and thousands of pages of disparate documents without more specific identification of the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production Plaintiff seeks to admit.<br><br>FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 263. | UMPG Custodian of Records Declaration (Austin Eng) dated October 3, 2024 | FRE 801 - hearsay |
| 264. | SoundExchange CONFIDENTIAL Non-Payee Balance Report  Artist (SOUNDEXCHANGE-0001) | FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 265. | SoundExchange CONFIDENTIAL Non-Payee Balance Report  Rights Owner (SOUNDEXCHANGE-0002) | FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 266. | SoundExchange Recordings and Rights Details (SOUNDEXCHANGE-0003) | FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 267. | SoundExchange Savage Love – Track Payment History (SOUNDEXCHANGE-0004) | FRE 901/902 – unauthenticated and lacks foundation; FRE 801 - hearsay |
| 268. | SoundExchange Custodian of Records Declaration (Kathleen Strouse) dated December 9, 2024 | FRE 801 - hearsay |
| 269. | Emails with Nasser, Sony, and AFM (SPATOLA 5-78) | Defendants object: FRE 403 - Identification of disparate |

-19-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|------------------------|
|     |             | documents without more specific identification of the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production Plaintiff seeks to admit. |
| 270. | Case file for Frank Harris Lawsuit (SPATOLA-000289 – SPATOLA-000428) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 – hearsay; should be excluded for reasons set forth in Defendants' Motion *in Limine #1*<br><br>FRE 403 - Identification of a category of documents without more specific identification of the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production Plaintiff seeks to admit |
| 271. | May 12, 2020 TP plus article "Pop singer Jason Derulo accused of stealing TikTok beat" https://tpplus.co.nz/entertainment/pop-singer jason-derulo-accused of-stealing-tiktok-beat/ (SPATOLA 000432 - SPATOLA 000438) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 – hearsay |
| 272. | May 19, 2020 Variety article "Jason Derulo Sparks Outrage Down Under for Lifting Polynesian Teen's TikTok Hit" https://variety.com/2020/music/news/jason derulo-tiktok controversy-savage love-laxed-siren-beat 1234609101/ (SPATOLA 000439 - SPATOLA 000448) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 - hearsay |

-20-

SMRH:4901-8240-9875

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
| 273. | October 19, 2020 Billboard article "Here's How Expensive Jason Derulo's Tab for Everyone at CatchLA Was After 'Savage Love' Hit No. 1 on Hot100" https://www.billboard.com/music/rb-hip hop/jason-derulo-catch la-tab-savage-love-no 1-hot-100-9468884/ (SPATOLA 000449 - SPATOLA 000453) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 - hearsay |
| 274. | May 20, 2020 Independent article "Jason Derulo criticized for sampling Polynesian teenager's TikTok hit without permission" https://www.independen t.co.uk/arts entertainment/music/ne ws/jason-derulo-tiktok teenager-joshua-nanai laxed-siren-beat a9523501.html (SPATOLA 000454 - SPATOLA 000458) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 - hearsay |
| 275. | October 22, 2020 Stylecaster article "Jason Derulo Is Being Cancelled For Not Crediting BTS For 'Savage Love's Success" https://stylecaster.com/e ntertainment/music/117 0182/jason-derulo-bts savage-love-snub/ (SPATOLA 000459 - SPATOLA 000467) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 – hearsay |
| 276. | Matty Spats updated Resume (SPATOLA 000468) | Defendants object: FRE 901/902 – unauthenticated |
| 277. | Matty Spats Credited Songs – Excel Spreadsheet (SPATOLA 469) | Defendants object: FRE 901/902 – unauthenticated |
| 278. | Sony Employment Data chrome extension from Sony Sustainability Report 2024 (SPATOLA 000470 - SPATOLA 000481) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, misleading<br><br>lacks personal knowledge (FRE 602); calls for speculation (FRE 701); lack of foundation (FRE 901); not authenticated (FRE 901/902) |
| 279. | "Works Made for Hire" Article from Copyright.gov (SPATOLA 000482 - SPATOLA 000489) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 - unauthenticated; FRE 801 – hearsay |
| 280. | October 18, 2020 Instagram video of Jason Derulo at CatchLA buying drinks and showing receipt https://www.instagram. | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE |

SMRH:4901-8240-9875

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | com/p/CGf9nA0hobt/?i gsh=aTBhMnBtemJyNz F5 (SPATOLA 000430) | 901/902 – unauthenticated |
| 318. | Spatola's Copyright Certificate of Registration, SR 957-816 effective date April 11, 2023 (SPATOLA-000086 – SPATOLA-000087) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading |
| 319. | December 1, 2019 Works Made for Hire Certificate of Employment for A Boogie Wit Da Hoodie (SPATOLA 000272 - SPATOLA 000279) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading |
| 320. | Tolling Agreement between Derulo, Sony and Spatola dated April 26, 2023 (SPATOLA-000113 - SPATOLA-000117; SPATOLA000132 – SPATOLA000136) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 408 - settlement communication; should also be excluded for the reasons set forth in Defendants' Motion *in Limine #1*<br><br>Also not fully-executed copy |
| 321. | Derulo interview "How 'Savage Love' Happened" https://www.youtube.com/watch?v=3JWJXXX TRE0 (SPATOLA-000137) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated<br><br>FRE 403 – SPATOLA 137 lists URLs for various websites, it does not include the actual content of a video.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 322. | "How 'Savage Love' Producer Jawsh 685 Accidentally Made TikTok's Biggest Song" https://www.youtube.com/watch?v=yVwqkSdY plY (SPATOLA-000137) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading; FRE 901/902 – unauthenticated<br>FRE 403 – SPATOLA 137 lists URLs for various websites, it does not include the actual content of a video.  Without more specific identification of |

-22-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
| | | the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 325. | Savage Love (Laxed Siren Beat) (BTS Remix).mp4 (SPATOLA-000152) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading |
| 326. | Forbes interview "Jason Derulo Talks Success, The Music Industry, Breaking The Rules Of Co-Parenting" https://www.youtube.co m/watch?v=zSBWLKjd Qbo (SPATOLA-000137) | Defendants object: FRE 401/402 - Irrelevant; FRE 901/902 – unauthenticated<br><br>FRE 403 – SPATOLA 137 lists URLs for various websites, it does not include the actual content of a video.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 327. | The Voice Australia "Etienne Steven Performs 'Savage Love'" available at https://www.youtube.co m/watch?v=aKHSkRRl r7Q (SPATOLA-000137) | Defendants object: FRE 401/402 - Irrelevant; FRE 901/902 - unauthenticated; FRE 801 – hearsay<br><br>FRE 403 – SPATOLA 137 lists URLs for various websites, it does not include the actual content of a video.  Defendants are unable to even access this link.  Without more specific identification of the document to be used this is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on what file Plaintiff seeks to admit. |
| 328. | ProTools Session files from Hogarth production including the April 22/23, 2020 session (Version 1 - "SOMEBODY ELSE (TIC TOC).ptx"), | Defendants object: FRE 403 - Identification of an entire category of documents without more specific identification of |

-23-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
|  | the April 27, 2020 session (Version 7 - "SAVAGE LOVE V7.ptx"). The final version of the song (Version 9 - "SAVAGE LOVE V9.ptx") | the documents to be used is prejudicial, unduly time consuming, confusing, misleading; rights reserved to raise additional objections at trial depending on which documents within this production are sought to be admitted |
| 344. | Emails between BTS representatives and Sony regarding BTS remix of Savage Love, Top Email dated December 3, 2020 (SONY-00132-00214) | Defendants object: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading |
| 354. | Akintunde Akinwande p/k/a TuneDaRula LinkedIn homepage (DERULO65033-DERULO65046) | Plaintiff objects: Object to relevance under FRE 401 |
| 355. | TuneDaRula - X homepage (DERULO65071) | Plaintiff objects: Object to relevance under FRE 401 |
| 356. | TuneDaRula - Facebook homepage (DERULO65072- DERULO65084) | Plaintiff objects: Object to relevance under FRE 401 |
| 357. | TuneDaRula - IG homepage (DERULO65086- DERULO65088) | Plaintiff objects: Object to relevance under FRE 401 |
| 358. | TuneDaRula - Spotify homepage (DERULO65089) | Plaintiff objects: Object to relevance under FRE 401 |
| 359. | TuneDaRula - TikTok homepage (DERULO65090- DERULO65091) | Plaintiff objects: Object to relevance under FRE 401 |
| 360. | TuneDaRula - Genius homepage (DERULO65097) | Plaintiff objects: Object to relevance under FRE 401 |
| 361. | Jason Derulo - Sprint call logs March - April 2020 (DERULO65092) | Plaintiff objects: Foundation, confusing to the jury under FRE 403 |
| 362. | March 30, 2022 Article - "26 Young Americans Caught With Suitcases Full of Weed at UK Airports in 2 Months" (DERULO65004 - DERULO65032) | Plaintiff objects: Relevance, prejudicial |
| 363. | January 13, 2023 Article - "Belfast: US man charged after cannabis airport find" (DERULO65047 - DERULO65049) | Plaintiff objects: Object to relevance under FRE 401, unfair prejudice under FRE 403 |
| 364. | January 13, 2023 Article - "Belfast: US man jailed over cannabis find at City Airport" (DERULO65050 - DERULO65053) | Plaintiff objects: Object to relevance under FRE 401, unfair prejudice under FRE 403 |
| 365. | January 19, 2023 Article - "Man sentenced for Belfast airport cannabis smuggling attempt" (DERULO65054 - DERULO65070) | Plaintiff objects: Object to relevance under FRE 401, unfair prejudice under FRE 403 |
| 366. | February 22, 2021 email from Spatola to Henry Dessources re Matty Spatola – | Plaintiff objects: Object to relevance under FRE 401 |

SMRH:4901-8240-9875    EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
|  | Invoice with attached invoice (DERULO65103 - DERULO65104) |  |
| 367. | February 8, 2021 email from Spatola to M. Keenan re "Heaven-Pink" with audio attachment (DERULO65105 - DERULO65107) | Plaintiff objects: Object to relevance under FRE 401 |
| 368. | February 8, 2021 email from Spatola to A. Schulz, et al. re "Intro" with Atlantic Records (DERULO65108 - DERULO65109) | Plaintiff objects: Object to relevance under FRE 401 |
| 370. | Jason Derulo - Sprint call logs April - May 2020 (DERULO65120 - DERULO 65123) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 372. | March 20, 2025 Order denying Defendants' Motion for Summary Judgment (ECF 125) | Plaintiff objects: Object to relevance under FRE 401, confusing to the jury under FRE 403 |
| 373. | July 31, 2023 Plaintiff's Original Complaint w exhibits 1-8 (ECF 1) | Plaintiff objects: Object to relevance under FRE 401, confusing to the jury under FRE 403 |
| 374. | December 21, 2023 Plaintiff's Amended Complaint (ECF 28) | Plaintiff objects: Object to relevance under FRE 401, confusing to the jury under FRE 403 |
| 391. | T-Mobile Interpreting Records (Ex. 145 Rapson) (TMOBILE001-TMOBILE033) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 393. | T-Mobile Call Detail (Excel) 4 April 21, 2020 – April 23, 2020 (Ex. 150 Rapson) (TMOBILE035) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 394. | T-Mobile Call Detail (Excel) April 1, 2020 – April 30, 2020 (Ex. 149 Rapson) (TMOBILE036) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 395. | T-Mobile Targeted Subscriber View April 21, 2020 – April 23, 2020 (Ex. 147 Rapson) (TMOBILE037) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 396. | T-Mobile Targeted Subscriber View April 1, 2020 – April 30, 2020 (Ex. 148 Rapson) (TMOBILE038) | Plaintiff objects: Authentication; FRE - 403 confusing to jury, Hearsay |
| 398. | Lustig's Submix1 (SPATOLA00673) - No Matty | Defendants object to the admissibility of this Exhibit (SPATOLA00673). <br><br> Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3* <br><br> Expert report, not evidence. |

-25-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig. |
| 399. | Lustig's Submix2 (SPATOLA00674)-Matty Only | Defendants object to the admissibility of this Exhibit (SPATOLA00674)<br><br>Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine* *#3*<br><br>Expert report, not evidence, hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig |
| 400. | Lustig's Submix3 (SPATOLA00675)-Matty and Jason | Defendants object to the admissibility of this Exhibit (SPATOLA00675)<br><br>Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine* *#3*<br><br>Expert report, not evidence, hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig |

-26-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
| 401. | Lustig's Submix4 (SPATOLA00676)-No Jawsh | Defendants object to the admissibility of this Exhibit (SPATOLA00676)<br><br>Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3*<br><br>Expert report, not evidence, hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig |
| 402. | Lustig's Submix5 (SPATOLA00677)-Jason Only | Defendants object to the admissibility of this Exhibit (SPATOLA00677)<br><br>Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3*<br><br>Expert report, not evidence, hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig |
| 403. | Lustig's Submix6 - Phil Only (SPATOLA00678) | Defendants object to the admissibility of this Exhibit (SPATOLA00678)<br><br>Dr. Lustig's report and related documents should be excluded for the reasons set forth in Defendants' Motion *in Limine #3*<br><br>Expert report, not evidence, |

-27-

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | hearsay<br><br>No foundation or personal knowledge (FRE 602, 701, 901); these are files were created by other parties that have been improperly altered by Dr. Lustig |
| 404. | Demonstrative - "Sessions and Communications Timeline" (SPATOLA00679) | Defendants object to the admissibility of this Exhibit (SPATOLA00679)<br><br>Demonstrative is not evidence<br><br>No foundation or personal knowledge (FRE 602, 701, 901) |
| 405. | Dr. William S. Rayner Expert Rebuttal Report (Exhibit A to June 20, 2025 Defendants' Supplemental Rebuttal Expert Witness Disclosure) | Plaintiff objects: Expert reports are not substantive evidence, hearsay |
| 408. | December 4, 2023 Defendant Jason Desrouleaux's First Set of Interrogatories to Plaintiff Matthew Spatola | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 409. | December 4, 2023 Defendant Jason Desrouleaux's First Set of Requests for Production to Plaintiff Matthew Spatola | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 410. | December 4, 2023 Defendant Jason Desrouleaux's First Set of Requests for Admissions to Plaintiff Matthew Spatola | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 411. | April 16, 2024 Defendant Jason Desrouleaux's Second Set of Requests for Production to Plaintiff Matthew Spatola | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 412. | April 24, 2024 Defendant Jason Desrouleaux's Second Set of Requests for Admission to Plaintiff Matthew Spatola | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 413. | April 24, 2024 Defendant Jason Desrouleaux's Third Set of Requests | Plaintiff objects: Objections — improper to admit written discovery responses as |

SMRH:4901-8240-9875

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
|  | for Production to Plaintiff Matthew Spatola | substantive evidence; hearsay. 403 confusing for the jury. |
| 414. | January 18, 2024 Plaintiff's Response to Defendant Desrouleaux's Requests for Production, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 415. | January 18, 2024 Plaintiff's Response to Defendant Desrouleaux's Interrogatories, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 416. | January 18, 2024 Plaintiff's Response to Defendant Desrouleaux's Requests for Admissions, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 417. | May 16, 2024 Plaintiff's Response to Defendant Desrouleaux's Requests for Production, Set Two | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 418. | June 28, 2024 Plaintiff's Response to Defendant Desrouleaux's Requests for Admission, Set Two | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 419. | June 28, 2024 Plaintiff's Response to Defendant Desrouleaux's Requests for Production, Set Three | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 420. | August 30, 2024 Plaintiff's Further Responses to Defendant Desrouleaux's Requests for Production, Set Three | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 421. | August 30, 2024 Plaintiff's Further Responses to Defendant Desrouleaux's Second Set of Requests for Admission | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 422. | November 14, 2023 Spatola's Requests for Production of Documents to Derulo, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 423. | November 14, 2023 Spatola's Requests for Production of Documents to Sony, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. |

-29-

SMRH:4901-8240-9875

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | 403 confusing for the jury. |
| 424. | February 19, 2024 Plaintiff Spatola's Interrogatories to Defendant Desrouleaux, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 425. | February 19, 2024 Plaintiff Spatola's Interrogatories to Defendant Sony, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 426. | February 19, 2024 Plaintiff Spatola's Requests for Admissions to Defendant Desrouleaux, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 427. | February 19, 2024 Plaintiff Spatola's Requests for Production to Defendant Desrouleaux, Set Two | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 428. | February 19, 2024 Plaintiff Spatola's Requests for Production to Defendant Sony, Set Two | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 429. | August 16, 2024 Plaintiff Spatola's Requests for Production to Defendant Desrouleaux, Set Three | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 430. | August 16, 2024 Plaintiff Spatola's Requests for Production to Defendant Sony, Set Three | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 431. | August 16, 2024 Plaintiff Spatola's Requests for Admissions to Defendant Desrouleaux, Set Two | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 432. | August 16, 2024 Plaintiff Spatola's Requests for Admissions to Defendant Sony, Set One | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 433. | December 4, 2023 Defendants' Initial Disclosures (ECF 62-20, Exhibit 42 to Rosenberg Declaration in support of | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. |

SMRH:4901-8240-9875   EXHIBIT A

| No. | Description | Grounds for Objection |
|-----|-------------|----------------------|
| | Defendants' Summary Judgment Motion) | 403 confusing for the jury. |
| 434. | December 4, 2023 Plaintiff Spatola Initial Disclosure Statement | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 435. | March 7, 2024 Plaintiff's Amendment to Rule 26(A)(1) Initial Disclosure Statement | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 436. | August 26, 2024 Defendants' Supplemental Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 437. | September 16, 2024 Plaintiff's Second Amendment to Rule 26(a)(1) Initial Disclosures - TuneDaRula | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 438. | September 17, 2024 Defendants' Second Supplemental Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 439. | October 11, 2024 Plaintiff's Initial Expert Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 440. | October 18, 2024  Plaintiff's Third Amendment to Rule 26(a)(1) Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 441. | October 25, 2024 Defendants' Rebuttal Expert Witness Disclosure | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 442. | October 25, 2024 Plaintiff's Rebuttal Expert Witness Disclosure Statement | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 443. | November 27, 2024 Plaintiff's Fourth Amendment to Rule 26(a)(1) Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. |

SMRH:4901-8240-9875

Case No. 2:23-cv-06191 MWF-E

EXHIBIT A

| No. | Description | Grounds for Objection |
|---|---|---|
| | | 403 confusing for the jury. |
| 444. | March 19, 2025 Defendants' Third Supplemental Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 445. | April 22, 2025 Defendants' Fourth Supplemental Initial Disclosures | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 446. | June 20, 2025 Defendants' Supplemental Rebuttal Expert Disclosure | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 447. | June 20, 2025 Plaintiff's Eighth Supplemental Disclosure Statement | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 448. | July 3, 2025 Defendants' Objections to Plaintiff's Disclosure of the Supplement to Expert Report of Jeff Rougvie | Plaintiff objects: Objections — improper to admit written discovery responses as substantive evidence; hearsay. 403 confusing for the jury. |
| 449. | Copyright Certificate of Registration, PA 2-336-784 (ECF 60-2, Effective February 9, 2022 Request for Judicial Notice in Support of Defendants' Summary Judgment Motion, Exhibit B) | Plaintiff objects: FRE 401/402 - Irrelevant; FRE 403 - Unduly time consuming, confusing, misleading |

-32-

SMRH:4901-8240-9875

EXHIBIT A