SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOSHUA ROSENBERG, Cal Bar No. 274473
jrosenberg@sheppardmullin.com
KAZIM A. NAQVI Cal Bar No. 300438
knaqvi@sheppardmullin.com
ALLISON C. WONG Cal Bar No. 341178
acwong@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants
JASON DESROULEAUX p/k/a JASON
DERULO; and SONY MUSIC
ENTERTAINMENT d/b/a COLUMBIA
RECORDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>          Plaintiff,<br><br>     v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>          Defendants. | Case No. 2:23-cv-06191 MWF-E<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS**<br><br>Action Filed:       July 31, 2023<br>FAC Filed:          December 21, 2023<br>Final Pretrial Conf.: March 30, 2026<br>Trial Date:          April 21, 2026 |

Pursuant to Local Rule 16 and Rules 16 and 26 of the Federal Rules of Civil Procedure, Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records (collectively, "Defendants") submit their amended designations of the deposition testimony of Plaintiff Matthew Spatola p/k/a Matty Spats, Ghena Spatola a/k/a Ghena Nasser (*see* FRE 801(d)(2)(C) and (D)), and non-parties Hillary Rapson, Akintunde Akinwande p/k/a TuneDaRula, and Frank Harris.

**Hillary Rapson (T-Mobile Authorized Representative)**

| No. | Defendants' Designations of the Deposition Testimony of Hillary Rapson | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 1. | 6:9-18 | | | |
| 2. | 7:19-21 | | | |
| 3. | 8:23 | | | |
| 4. | 8:25-13:3 | | | |
| 5. | 13:7-18 | | | |
| 6. | 14:14-16:20 | | | |
| 7. | 17:9-18:4 | | | |
| 8. | 18:9-19:7 | | | |
| 9. | 19:11-13 | | | |
| 10. | 19:23-20:9 | | | |
| 11. | 20:12-20 | | | |
| 12. | 21:7-11 | | | |
| 13. | 21:21-23:23 | | | |
| 14. | 24:6-11 | | | |
| 15. | 24:14 | | | |
| 16. | 24:16-26:16 | | | |
| 17. | 26:23-27:11 | | | |
| 18. | 27:19-22 | | | |
| 19. | 28:20-29:6 | | | |
| 20. | 29:16-30:2 | | | |
| 21. | 30:4-5 | | | |
| 22. | 30:8-32:21 | | | |

SMRH:4903-0979-1897.1

| 23. | 33:7-34:21 | | | |
|-----|------------|--|--|--|
| 24. | 35:1 | | | |
| 25. | 35:3-5 | | | |
| 26. | 35:10-17 | | | |
| 27. | 36:4-10 | | | |
| 28. | 36:17-37:18 | | | |
| 29. | 37:22-38:23 | | | |
| 30. | 39:3 | | | |
| 31. | 39:5-14 | | | |
| 32. | 39:17-41:10 | | | |
| 33. | 42:1-4 | | | |
| 34. | 42:6 | | | |
| 35. | 42:11-12 | | | |
| 36. | 42:14-18 | | | |
| 37. | 42:21 | | | |
| 38. | 43:22-24 | | | |
| 39. | 44:5-45:3 | | | |
| 40. | 45:9-47:17 | | | |
| 41. | 47:19-23 | | | |
| 42. | 47:25-48:7 | | | |
| 43. | 48:13-49:24 | | | |
| 44. | 50:7-51:22 | | | |
| 45. | 52:2-18 | | | |
| 46. | 52:22-25 | | | |
| 47. | 53:8-17 | | | |
| 48. | 53:20-54:1 | | | |
| 49. | 54:11 | | | |
| 50. | 54:22-55:1 | | | |
| 51. | 55:3-56:7 | | | |
| 52. | 56:13-58:12 | | | |
| 53. | 58:19-21 | | | |
| 54. | 59:3-4 | | | |
| 55. | 59:10-11 | | | |
| 56. | 59:16-61:21 | | | |
| 57. | 62:6-14 | | | |
| 58. | 62:16-18 | | | |
| 59. | 62:23-25 | | | |
| 60. | 63:5-16 | | | |
| 61. | 63:25-64:6 | | | |
| 62. | 64:15-65:12 | | | |

| 63. | 65:14-68:8 | | | |
|---|---|---|---|---|
| 64. | 68:11 | | | |
| 65. | 68:14-70:13 | | | |
| 66. | 70:20-71:13 | | | |
| 67. | 71:15-73:21 | | | |
| 68. | 73:23-76:8 | | | |
| 69. | 76:15-16 | | | |

## Akintunde Akinwande p/k/a TuneDaRula

| No. | Defendants' Designations of the Deposition Testimony of Akintunde Akinwande p/k/a TuneDaRula | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 1. | 7:18-21 | | | |
| 2. | 8:5-12 | | | |
| 3. | 33:21-22 | | | |
| 4. | 34:13-36:1 | | | |
| 5. | 39:24-25 | | | |
| 6. | 40:2-3 | | | |
| 7. | 52:16-21 | | | |
| 8. | 53:11-12 | | | |
| 9. | 53:14-20 | | | |
| 10. | 53:22 | | | |
| 11. | 55:14-17 | | | |
| 12. | 56:17-25 | | | |
| 13. | 57:5-8 | | | |
| 14. | 57:10 | | | |
| 15. | 57:21-24 | | | |
| 16. | 58:4-6 | | | |
| 17. | 58:8-59:18 | | | |
| 18. | 59:21-22 | | | |
| 19. | 60:7-12 | | | |
| 20. | 60:20-24 | | | |
| 21. | 61:1-14 | | | |
| 22. | 61:18-25 | | | |
| 23. | 62:12-63:20 | | | |
| 24. | 63:23-24 | | | |

SMRH:4903-0979-1897.1    DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 25. | 64:4 | | | |
| 26. | 64:6-8 | | | |
| 27. | 65:17-66:22 | | | |
| 28. | 66:24-68:1 | | | |
| 29. | 68:7-68:19 | | | |
| 30. | 68:24-25 | | | |
| 31. | 69:2-5 | | | |
| 32. | 69:8-10 | | | |
| 33. | 69:14-70:2 | | | |
| 34. | 72:14-15 | | | |
| 35. | 72:17-18 | | | |
| 36. | 76:19-22 | | | |
| 37. | 76:24-77:7 | | | |
| 38. | 77:9-13 | | | |
| 39. | 77:15-78:1 | | | |
| 40. | 82:5-10 | | | |
| 41. | 82:13-83:12 | | | |
| 42. | 83:16-19 | | | |
| 43. | 85:6-8 | | | |
| 44. | 86:13-16 | | | |
| 45. | 87:5-13 | | | |
| 46. | 87:15-16 | | | |
| 47. | 87:19-20 | | | |
| 48. | 88:16-89:9 | | | |
| 49. | 89:11-89:18 | | | |
| 50. | 89:20-90:1 | | | |
| 51. | 90:3-9 | | | |
| 52. | 90:11-14 | | | |
| 53. | 95:10-15 | | | |
| 54. | 95:25-96:13 | | | |
| 55. | 97:10-14 | | | |
| 56. | 100:10-101:1 | | | |
| 57. | 101:5-10 | | | |
| 58. | 102:16-18 | | | |
| 59. | 102:22-25 | | | |
| 60. | 103:4-9 | | | |
| 61. | 106:6-8 | | | |
| 62. | 106:11-25 | | | |
| 63. | 107:2-12 | | | |
| 64. | 107:23-108:8 | | | |

-5-   Case No. 2:23-cv-06191 MWF-E

| No. | | | | |
|---|---|---|---|---|
| 65. | 108:17-109:3 | | | |
| 66. | 109:19-110:10 | | | |
| 67. | 112:9-115:15 | | | |
| 68. | 120:8-10 | | | |
| 69. | 120:16-19 | | | |
| 70. | 124:8-21 | | | |
| 71. | 125:5-8 | | | |

### Ghena Spatola a/k/a Ghena Nasser (*see* FRE 801(d)(2)(C) and (D))

| No. | Defendants' Designations of the Deposition Testimony of Ghena Spatola a/k/a Ghena Nasser | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 1. | 8:12-17 | | | |
| 2. | 8:25-9:4 | | | |
| 3. | 9:9-11 | | | |
| 4. | 10:9-24 | | | |
| 5. | 14:8-10 | | | |
| 6. | 14:13-21 | | | |
| 7. | 15:17-16:18 | | | |
| 8. | 16:22-24 | | | |
| 9. | 17:5-18:4 | | | |
| 10. | 18:7-17 | | | |
| 11. | 19:21-20:4 | | | |
| 12. | 20:13-25 | | | |
| 13. | 23:8-12 | | | |
| 14. | 23:17-23 | | | |
| 15. | 24:1-6 | | | |
| 16. | 24:8-22 | | | |
| 17. | 25:9-26:8 | | | |
| 18. | 26:21-27:4 | | | |
| 19. | 27:7-20 | | | |
| 20. | 27:25-28:5 | | | |
| 21. | 28:19-29:18 | | | |
| 22. | 31:16-17 | | | |
| 23. | 32:4-33:25 | | | |
| 24. | 34:17-35:13 | | | |
| 25. | 36:4-21 | | | |

| 26. | 37:1-6 | | | |
|---|---|---|---|---|
| 27. | 37:25-38:2 | | | |
| 28. | 38:5-24 | | | |
| 29. | 39:17-43:9 | | | |
| 30. | 43:15-44:11 | | | |
| 31. | 44:13-46:17 | | | |
| 32. | 46:23-47:20 | | | |
| 33. | 47:23-50:24 | | | |
| 34. | 51:1 | | | |
| 35. | 51:4-18 | | | |
| 36. | 57:15-58:14 | | | |
| 37. | 58:16-21 | | | |
| 38. | 59:5-23 | | | |
| 39. | 59:25-60:1 | | | |
| 40. | 60:7-61:20 | | | |
| 41. | 61:22-63:3 | | | |
| 42. | 63:9-14 | | | |
| 43. | 63:19-67:15 | | | |
| 44. | 67:19-71:4 | | | |
| 45. | 71:13-24 | | | |
| 46. | 72:1-74:7 | | | |
| 47. | 74:12-13 | | | |
| 48. | 74:17-75:16 | | | |
| 49. | 75:24-76:24 | | | |
| 50. | 77:3-9 | | | |
| 51. | 77:11-78:18 | | | |
| 52. | 79:4-82:7 | | | |
| 53. | 82:11-15 | | | |
| 54. | 83:1-6 | | | |
| 55. | 83:12-84:8 | | | |
| 56. | 84:10-86:20 | | | |
| 57. | 87:11-16 | | | |
| 58. | 87:21-88:21 | | | |
| 59. | 88:23-90:11 | | | |
| 60. | 90:15-92:6 | | | |
| 61. | 92:18-95:21 | | | |
| 62. | 95:25-96:7 | | | |
| 63. | 96:12-13 | | | |
| 64. | 96:18-21 | | | |
| 65. | 97:3-10 | | | |

Case No. 2:23-cv-06191 MWF-E

SMRH:4903-0979-1897.1    DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| No. | Testimony | | | |
|---|---|---|---|---|
| 66. | 97:13-16 | | | |
| 67. | 97:18-99:1 | | | |
| 68. | 109:4-13 | | | |
| 69. | 109:17-110:9 | | | |
| 70. | 110:11-111:12 | | | |
| 71. | 111:15-114:2 | | | |
| 72. | 114:13-115:5 | | | |
| 73. | 115:13-116:7 | | | |
| 74. | 116:9-18 | | | |
| 75. | 116:20-117:8 | | | |
| 76. | 117:10-118:1 | | | |
| 77. | 118:3-17 | | | |
| 78. | 118:23-119:23 | | | |
| 79. | 120:13-16 | | | |
| 80. | 120:23-25 | | | |
| 81. | 121:8-9 | | | |
| 82. | 122:13-123:4 | | | |
| 83. | 141:24-143:4 | | | |
| 84. | 146:18-147:7 | | | |
| 85. | 148:11-22 | | | |
| 86. | 176:13-14 | | | |
| 87. | 176:21-177:16 | | | |
| 88. | 178:8-19 | | | |
| 89. | 188:7-9 | | | |

## Plaintiff Matthew Spatola p/k/a Matty Spats (FRE 801(d)(2))

| No. | Defendants' Designations of the Deposition Testimony of Matthew Spatola p/k/a Matty Spats | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 1. | 12:11-14 | | | |
| 2. | 12:20-25 | | | |
| 3. | 13:3-5 | | | |
| 4. | 13:22-15:7 | | | |
| 5. | 16:7-17:22 | | | |
| 6. | 23:2-8 | | | |
| 7. | 23:18-24 | | | |

SMRH:4903-0979-1897.1

| | | | | |
|---|---|---|---|---|
| 8. | 24:1-25:1 | | | |
| 9. | 25:7-25 | | | |
| 10. | 27:14-16 | | | |
| 11. | 28:21-29:6 | | | |
| 12. | 29:15-18 | | | |
| 13. | 29:20-30:11 | | | |
| 14. | 30:14-15 | | | |
| 15. | 30:17 | | | |
| 16. | 30:19-20 | | | |
| 17. | 31:24-32:17 | | | |
| 18. | 32:22-33:9 | | | |
| 19. | 33:11-21 | | | |
| 20. | 33:23-34:3 | | | |
| 21. | 34:1-3 | | | |
| 22. | 34:5-21 | | | |
| 23. | 35:5-9 | | | |
| 24. | 35:11-37:16 | | | |
| 25. | 37:18 | | | |
| 26. | 38:3-5 | | | |
| 27. | 38:12-21 | | | |
| 28. | 38:23-39:1 | | | |
| 29. | 39:3-14 | | | |
| 30. | 39:17-40:13 | | | |
| 31. | 40:15-41:8 | | | |
| 32. | 43:4-19 | | | |
| 33. | 44:7-45:11 | | | |
| 34. | 45:13 | | | |
| 35. | 45:17-20 | | | |
| 36. | 46:6-11 | | | |
| 37. | 46:18-21 | | | |
| 38. | 47:5-48:2 | | | |
| 39. | 51:12-14 | | | |
| 40. | 51:17-52:8 | | | |
| 41. | 52:18-24 | | | |
| 42. | 53:1-7 | | | |
| 43. | 53:9-58:11 | | | |
| 44. | 58:14-59:23 | | | |
| 45. | 59:25-60:17 | | | |
| 46. | 60:23-24 | | | |
| 47. | 61:1-66:8 | | | |

-9-    Case No. 2:23-cv-06191 MWF-E

| 48. | 66:10-71:13 | | | |
|---|---|---|---|---|
| 49. | 71:15-76:16 | | | |
| 50. | 76:18-24 | | | |
| 51. | 77:1-79:2 | | | |
| 52. | 79:4-25 | | | |
| 53. | 80:2 | | | |
| 54. | 80:4-16 | | | |
| 55. | 80:19-24 | | | |
| 56. | 81:1-12 | | | |
| 57. | 81:14-22 | | | |
| 58. | 81:24 | | | |
| 59. | 82:1-83:19 | | | |
| 60. | 83:21-84:10 | | | |
| 61. | 85:12-19 | | | |
| 62. | 85:22-23 | | | |
| 63. | 85:25 | | | |
| 64. | 86:2 | | | |
| 65. | 86:4-7 | | | |
| 66. | 86:9-93:6 | | | |
| 67. | 93:18-94:23 | | | |
| 68. | 95:4-5 | | | |
| 69. | 95:7 | | | |
| 70. | 95:10-16 | | | |
| 71. | 96:5-7 | | | |
| 72. | 96:9 | | | |
| 73. | 96:16-97:24 | | | |
| 74. | 98:1-14 | | | |
| 75. | 98:16 | | | |
| 76. | 99:1-4 | | | |
| 77. | 99:11 | | | |
| 78. | 99:15-100:2 | | | |
| 79. | 100:4-104:6 | | | |
| 80. | 104:8-17 | | | |
| 81. | 104:19-105:12 | | | |
| 82. | 105:14-106:1 | | | |
| 83. | 106:3-9 | | | |
| 84. | 106:11-21 | | | |
| 85. | 106:23-107:2 | | | |
| 86. | 107:4-10 | | | |
| 87. | 107:12-19 | | | |

Case No. 2:23-cv-06191 MWF-E

DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| 88. | 107:21-108:25 | | | |
|---|---|---|---|---|
| 89. | 109:10-15 | | | |
| 90. | 109:18-110:2 | | | |
| 91. | 110:4-111:22 | | | |
| 92. | 111:24-112:2 | | | |
| 93. | 112:4-112:9 | | | |
| 94. | 112:11-15 | | | |
| 95. | 112:17-113:1 | | | |
| 96. | 113:8-23 | | | |
| 97. | 114:6-11 | | | |
| 98. | 114:13-19 | | | |
| 99. | 114:21-24 | | | |
| 100. | 115:1 | | | |
| 101. | 115:18-118:16 | | | |
| 102. | 118:18-24 | | | |
| 103. | 119:1-6 | | | |
| 104. | 119:13-17 | | | |
| 105. | 119:25-121:19 | | | |
| 106. | 121:21-122:19 | | | |
| 107. | 122:21-123:17 | | | |
| 108. | 123:19-124:10 | | | |
| 109. | 124:12-16 | | | |
| 110. | 124:21-24 | | | |
| 111. | 125:1-13 | | | |
| 112. | 125:15-126:11 | | | |
| 113. | 126:13-16 | | | |
| 114. | 126:18-129:16 | | | |
| 115. | 130:14-16 | | | |
| 116. | 130:18-131:9 | | | |
| 117. | 132:5-7 | | | |
| 118. | 132:9-22 | | | |
| 119. | 132:24-133:24 | | | |
| 120. | 134:3-5 | | | |
| 121. | 134:7-9 | | | |
| 122. | 134:11-19 | | | |
| 123. | 134:21-24 | | | |
| 124. | 135:1-3 | | | |
| 125. | 135:5-16 | | | |
| 126. | 135:18-136:10 | | | |
| 127. | 136:12-137:11 | | | |

Case No. 2:23-cv-06191 MWF-E

DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 128. | 137:13-25 | | | |
| 129. | 138:7-11 | | | |
| 130. | 138:13-15 | | | |
| 131. | 138:17-140:5 | | | |
| 132. | 140:8-11 | | | |
| 133. | 142:23-146:15 | | | |
| 134. | 147:8-15 | | | |
| 135. | 147:17 | | | |
| 136. | 147:19 | | | |
| 137. | 147:23-148:3 | | | |
| 138. | 148:5 | | | |
| 139. | 148:17-18 | | | |
| 140. | 148:20-149:2 | | | |
| 141. | 149:4-25 | | | |
| 142. | 150:2-12 | | | |
| 143. | 150:14 | | | |
| 144. | 150:20-151:3 | | | |
| 145. | 151:5-13 | | | |
| 146. | 151:24-25 | | | |
| 147. | 152:2-10 | | | |
| 148. | 152:17-153:24 | | | |
| 149. | 155:9-13 | | | |
| 150. | 155:17-19 | | | |
| 151. | 155:22-23 | | | |
| 152. | 155:25-156:3 | | | |
| 153. | 156:6-9 | | | |
| 154. | 156:12-17 | | | |
| 155. | 156:20-21 | | | |
| 156. | 156:24-157:10 | | | |
| 157. | 157:12-22 | | | |
| 158. | 158:1-16 | | | |
| 159. | 158:18-22 | | | |
| 160. | 159:1-5 | | | |
| 161. | 159:10-22 | | | |
| 162. | 160:2-25 | | | |
| 163. | 162:19-164:4 | | | |
| 164. | 164:6-167:18 | | | |
| 165. | 167:20-168:18 | | | |
| 166. | 168:20-169:22 | | | |
| 167. | 169:24-170:12 | | | |

Case No. 2:23-cv-06191 MWF-E

DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 168. | 170:14-171:12 | | | |
| 169. | 171:20-172:6 | | | |
| 170. | 172:17-173:1 | | | |
| 171. | 173:8-10 | | | |
| 172. | 173:12-174:4 | | | |
| 173. | 174:10-25 | | | |
| 174. | 175:4-176:5 | | | |
| 175. | 176:7-16 | | | |
| 176. | 176:23-24 | | | |
| 177. | 177:1-19 | | | |
| 178. | 177:21-179:7 | | | |
| 179. | 179:14-180:4 | | | |
| 180. | 180:22-181:1 | | | |
| 181. | 181:3-182:1 | | | |
| 182. | 187:13-188:21 | | | |
| 183. | 188:23-190:3 | | | |
| 184. | 190:5-8 | | | |
| 185. | 190:24-191:10 | | | |
| 186. | 192:12-193:11 | | | |
| 187. | 193:19-194:18 | | | |
| 188. | 195:5-11 | | | |
| 189. | 195:14-196:5 | | | |
| 190. | 196:10-198:21 | | | |
| 191. | 198:23-199:2 | | | |
| 192. | 199:6-200:11 | | | |
| 193. | 200:13-20 | | | |
| 194. | 200:22-201:2 | | | |
| 195. | 201:4-8 | | | |
| 196. | 201:14-16 | | | |
| 197. | 201:18-204:1 | | | |
| 198. | 205:2-207:2 | | | |
| 199. | 207:7-208:18 | | | |
| 200. | 208:22-209:20 | | | |
| 201. | 210:3-7 | | | |
| 202. | 210:9-216:6 | | | |
| 203. | 216:8 | | | |
| 204. | 216:16-18 | | | |
| 205. | 216:20-217:1 | | | |
| 206. | 217:3-13 | | | |
| 207. | 217:15-18 | | | |

-13-

SMRH:4903-0979-1897.1

DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| | | | | |
|---|---|---|---|---|
| 208. | 217:20-218:3 | | | |
| 209. | 218:6-12 | | | |
| 210. | 218:14-23 | | | |
| 211. | 218:25-219:3 | | | |
| 212. | 219:5 | | | |
| 213. | 219:14-16 | | | |
| 214. | 219:18-220:2 | | | |
| 215. | 220:7-14 | | | |
| 216. | 222:6-9 | | | |
| 217. | 222:11-19 | | | |
| 218. | 223:4-19 | | | |
| 219. | 224:10-17 | | | |
| 220. | 224:19-225:4 | | | |
| 221. | 226:1-228:24 | | | |
| 222. | 229:1-2 | | | |
| 223. | 229:7-230:10 | | | |
| 224. | 230:12-231:1 | | | |
| 225. | 231:9-16 | | | |
| 226. | 231:18-23 | | | |
| 227. | 231:25-232:6 | | | |
| 228. | 232:8-13 | | | |
| 229. | 232:15-234:2 | | | |
| 230. | 234:8-21 | | | |
| 231. | 235:2-25 | | | |
| 232. | 236:2-6 | | | |
| 233. | 236:8-237:7 | | | |
| 234. | 237:9-240:2 | | | |
| 235. | 240:4-9 | | | |
| 236. | 240:11-22 | | | |
| 237. | 240:24-241:3 | | | |
| 238. | 241:5-16 | | | |
| 239. | 241:18-242:14 | | | |
| 240. | 242:16-21 | | | |
| 241. | 242:23-243:15 | | | |
| 242. | 243:24-244:9 | | | |
| 243. | 244:11-16 | | | |
| 244. | 244:18-245:5 | | | |
| 245. | 245:7-250:2 | | | |
| 246. | 250:4-254:18 | | | |
| 247. | 254:20-257:8 | | | |

-14-                                      Case No. 2:23-cv-06191 MWF-E

| | | | | |
|---|---|---|---|---|
| 248. | 257:10-16 | | | |
| 249. | 257:18-260:14 | | | |
| 250. | 262:12-263:17 | | | |
| 251. | 263:19-263:23 | | | |
| 252. | 263:25-264:4 | | | |
| 253. | 264:6-10 | | | |
| 254. | 264:13-268:25 | | | |
| 255. | 269:2-8 | | | |
| 256. | 269:10-15 | | | |
| 257. | 270:12-273:16 | | | |
| 258. | 273:18-21 | | | |
| 259. | 273:23-274:4 | | | |
| 260. | 275:10-19 | | | |
| 261. | 275:21-278:7 | | | |
| 262. | 280:13-283:7 | | | |
| 263. | 283:21-290:12 | | | |
| 264. | 293:22-299:4 | | | |
| 265. | 299:17-21 | | | |
| 266. | 299:23-301:18 | | | |
| 267. | 302:1-5 | | | |
| 268. | 302:17-303:1 | | | |
| 269. | 303:4-20 | | | |
| 270. | 304:9-307:21 | | | |
| 271. | 309:4-5 | | | |
| 272. | 309:7-312:2 | | | |
| 273. | 312:4-316:10 | | | |
| 274. | 316:16-317:7 | | | |
| 275. | 317:9-320:20 | | | |
| 276. | 320:23-321:25 | | | |
| 277. | 322:2-23 | | | |
| 278. | 322:25-326:25 | | | |
| 279. | 327:10-329:16 | | | |
| 280. | 330:1-336:10 | | | |
| 281. | 336:12-337:5 | | | |
| 282. | 337:21-25 | | | |
| 283. | 338:3-343:6 | | | |
| 284. | 343:8-9 | | | |
| 285. | 343:22-346:14 | | | |
| 286. | 347:4-354:15 | | | |
| 287. | 354:19-355:25 | | | |

-15-                                    Case No. 2:23-cv-06191 MWF-E

| | | | | |
|---|---|---|---|---|
| 288. | 356:4-357:1 | | | |
| 289. | 357:17-362:16 | | | |
| 290. | 362:24-363:4 | | | |
| 291. | 363:7-8 | | | |
| 292. | 363:12-364:18 | | | |
| 293. | 364:20-366:13 | | | |
| 294. | 366:16-370:23 | | | |
| 295. | 371:3-374:24 | | | |
| 296. | 375:1-8 | | | |
| 297. | 375:10-12 | | | |
| 298. | 375:14 | | | |
| 299. | 375:21-378:11 | | | |
| 300. | 378:20-379:19 | | | |
| 301. | 379:21-380:19 | | | |
| 302. | 381:3-383:6 | | | |
| 303. | 383:18-386:20 | | | |
| 304. | 386:23-388:20 | | | |
| 305. | 389:23-391:8 | | | |
| 306. | 394:4-21 | | | |
| 307. | 394:23-395:3 | | | |
| 308. | 395:5 | | | |
| 309. | 395:7-9 | | | |
| 310. | 395:13-15 | | | |
| 311. | 396:2-18 | | | |
| 312. | 396:23-398:8 | | | |
| 313. | 398:11-399:11 | | | |
| 314. | 399:13-399:21 | | | |
| 315. | 399:23-24 | | | |
| 316. | 400:1-11 | | | |
| 317. | 401:9-11 | | | |
| 318. | 401:14 | | | |
| 319. | 401:20-21 | | | |
| 320. | 402:1-402:14 | | | |
| 321. | 402:18-403:3 | | | |
| 322. | 403:5-9 | | | |
| 323. | 403:11 | | | |
| 324. | 403:14-18 | | | |
| 325. | 404:7-9 | | | |
| 326. | 405:24-406:10 | | | |
| 327. | 406:19-410:13 | | | |

| 328. | 410:17-412:25 | | | |
| 329. | 413:19-414:5 | | | |
| 330. | 414:7-13 | | | |
| 331. | 416:24-417:4 | | | |
| 332. | 419:12-420:17 | | | |
| 333. | 420:23-421:6 | | | |
| 334. | 421:16-422:11 | | | |
| 335. | 425:7-426:1 | | | |
| 336. | 429:21-25 | | | |
| 337. | 431:5-7 | | | |
| 338. | 431:11-433:18 | | | |

## Frank Harris

| No. | Defendants' Designations of the Deposition Testimony of Frank Harris | Testimony Objected to by Plaintiff | Objections | Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 1. | 6:9-14 | | | |
| 2. | 8:7-14 | | | |
| 3. | 8:19-9:10 | | | |
| 4. | 11:21-23 | | | |
| 5. | 11:25-12:18 | | | |
| 6. | 17:9-11 | | | |
| 7. | 19:3-4 | | | |
| 8. | 19:6 | | | |
| 9. | 19:8-9 | | | |
| 10. | 19:13-20:17 | | | |
| 11. | 20:20-21:1 | | | |
| 12. | 21:4-8 | | | |
| 13. | 28:17-24 | | | |
| 14. | 29:1-10 | | | |
| 15. | 29:13-14 | | | |
| 16. | 29:21-22 | | | |
| 17. | 30:1-17 | | | |
| 18. | 30:19-31:2 | | | |
| 19. | 31:15-20 | | | |
| 20. | 33:16-34:5 | | | |
| 21. | 34:9-19 | | | |
| 22. | 34:22-23 | | | |
| 23. | 55:18-22 | | | |
| 24. | 56:7-20 | | | |
| 25. | 56:22-57:2 | | | |

Case No. 2:23-cv-06191 MWF-E
SMRH:4903-0979-1897.1
DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

| 26. | 57:8-15 | | | |
|-----|---------|---|---|---|
| 27. | 60:5-7 | | | |
| 28. | 60:12-13 | | | |
| 29. | 63:17-18 | | | |
| 30. | 63:20-65:12 | | | |
| 31. | 65:14-20 | | | |
| 32. | 89:14-16 | | | |
| 33. | 89:24-90:14 | | | |
| 34. | 90:17-99:25 | | | |
| 35. | 100:5-11 | | | |
| 36. | 100:13-101:4 | | | |
| 37. | 101:6-11 | | | |
| 38. | 101:14-17 | | | |
| 39. | 101:20-22 | | | |
| 40. | 102:3-5 | | | |
| 41. | 102:8-10 | | | |
| 42. | 102:13-18 | | | |
| 43. | 102:21-23 | | | |

SMRH:4903-0979-1897.1    DEFENDANTS' AMENDED DEPOSITION DESIGNATIONS

Dated:  March 20, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:    /s/ Joshua M. Rosenberg
           Joshua M. Rosenberg
           Kazim A. Naqvi
           Allison C. Wong

Attorneys for Defendants JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS