UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 23-6191-MWF(Ex)**                          Dated: **April 1, 2026**

Title:      Matthew Spatola v. Jason Desrouleaux, et al.

PRESENT:    HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

Rita Sanchez                          Amy Diaz
Claudia Garcia-Marquez                Court Reporter
Courtroom Deputy

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Thomas E. Werge                       Joshua M. Rosenberg
Veronica Phifer                       Allison C. Wong
Nico Brancolini                       Kent R. Raygor

**PROCEEDINGS:  PRETRIAL CONFERENCE;**

**Plaintiff's Motion in Limine #1 - To Exclude "Work For Hire" Evidence and Testimony at Trial [109]; #2 - To Exclude The Testimony of Defendants' Expert [110]; #3 - To Exclude Testimony of Defendants' Proposed Rebuttal Expert Dr. William Rayner [160]. Defendants' Motion in Limine #1 - To Exclude Irrelevant and Prejudicial Evidence and Argument [101]; #2 - To Disqualify or, in the Alternative, Exclude Plaintiff's Expert Witness Jeff Rougvie [102]; #3 - To Exclude Plaintiff's Expert Witness Dr. Ethan Lustig [103]; #4 - To Strike Plaintiff's Jury Demand as to Counts II And III, Bifurcate Trial, and Exclude From the First Phase of Trial any Evidence Related to the Financial Exploitation of Savage Love [104]; #5 - To Exclude Ron Perry as a Trial Witness [162].**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Initials of Deputy Clerk __rs__

-1-                                                          1:50  min

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Court and counsel discuss housekeeping issues.  Trial remains set for April 21, 2026 at 8:30 a.m.  A Zoom status conference will be scheduled in the next two weeks.

IT IS SO ORDERED.

Initials of Deputy Clerk __rs__

-2-                                          1:50  min