SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
JOSHUA ROSENBERG, Cal Bar No. 274473
jrosenberg@sheppardmullin.com
KENT RAYGOR Cal Bar No. 117224
kraygor@sheppardmullin.com
ALLISON C. WONG Cal Bar No. 341178
acwong@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants
JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS

WERGE & CORBIN LAW GROUP
Thomas E.M. Werge (SBN 362485)
*tom@werge.law*
Joseph A. MacHatton (*pro hac vice*)
*joseph@werge.law*
Veronica A. Phifer (*pro hac vice*)
*veronica@werge.law*
1736 Race Street
Denver, CO 80206
Telephone: (303) 586-4900
Facsimile: (720) 554-8042

FROST, LLP
Christopher Frost (SBN 200336)
chris@frostllp.com
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
Telephone: (424) 254-0441
Facsimile: (424) 600-8504

Attorneys for Plaintiff
MATTHEW SPATOLA p/k/a MATTY SPATS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191 MWF-E<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**PLAINTIFF MATTHEW SPATOLA P/K/A MATTY SPATS AND DEFENDANTS JASON DESROULEAUX P/K/A JASON DERULO AND SONY MUSIC ENTERTAINMENT D/B/A COLUMBIA RECORDS' UPDATED JOINTLY STIPULATED FACTS**<br><br>Action Filed:           July 31, 2023<br>FAC Filed:              December 21, 2023<br>Final Pretrial Conf.:  April 1, 2026<br>Trial Date:             April 21, 2026 |

Pursuant to Local Rule 16-2.2 and this Court's Order Re Jury Trial (see ECF 25) as amended by the Court's Order granting the parties' Joint Stipulation to Amend Order Re Deadlines (ECF 25) and Extend Certain Deadlines entered and signed into Order by the Court (see ECF 54), Plaintiff Matthew Spatola p/k/a Matty Spats ("Spatola") and Defendants Jason Desrouleaux p/k/a Jason Derulo ("Derulo") and Sony Music Entertainment d/b/a Columbia Records ("Sony," collectively with Derulo, "Defendants") submit the following updated stipulation to the existence of each of the below-identified facts:

1. Savage Love (Laxed – Siren Beat) ("Savage Love") was commercially released on June 11, 2020.

2. Savage Love is a derivative work based on Laxed – Siren Beat ("Laxed").

3. Derulo is a is an award-winning recording artist, has released more than 350 songs with 14 certified Platinum in the United States, and has sold more than 250 million records worldwide.

4. Derulo and Jacob Kasher Hindlin p/k/a JKash ("JKash") have an established history and pattern and practice of writing songs together and sharing writing credit.

5. On April 21, 2020, Derulo contacted Joshua Christian Nanai p/k/a Jawsh 685 ("Jawsh") and proposed writing and producing a remix of Laxed with Derulo's signature vocals.

6. Derulo selected Ben Hogarth ("Hogarth") to work as the audio engineer with respect to the recording of what would become Savage Love, and invited Hogarth to come record what would become Savage Love.

7. On April 22, 2020, Derulo and Hogarth began working together in Derulo's home studio when Hogarth arrived and loaded the Laxed stems into Pro Tools.

SMRH:4897-8035-4209.3                              UPDATED JOINTLY STIPULATED FACTS

8.    Derulo and Spatola spoke for the first time on April 22, 2020.

9.    Prior to 2020, Spatola claims he worked as a "touring musician," songwriter, and producer.

10.    Prior to Savage Love, Derulo and Spatola had never worked together on a song that had been released.

11.    Derulo and Hogarth were present for the guitar work that Spatola performed during each recording session.

12.    Spatola listened to the beat and melody of Laxed at Derulo's home studio before Spatola performed any work.

13.    After he left the April 27, 2020 recording session, Spatola did not participate in any further Savage Love recording sessions.

14.    Derulo made the decision to create a song based on Laxed.

15.    Spatola did not write any of the lyrics for Savage Love or provide any input regarding the lyrics.

16.    Derulo did not pay Phillipe Henri Greiss p/k/a Phil Greiss ("Greiss") or JKash for their work on Savage Love.

17.    Derulo sent Savage Love audio files to Jawsh.

18.    Sony signed Jawsh as an artist on or about April 27, 2020.

19.    Jawsh assigned certain copyright interests in Laxed to Sony.

20.    When Sony learned that Derulo was making a Laxed remix, Sony threatened Derulo with legal action for Derulo's unauthorized use of Laxed unless they could reach some resolution.

21.    Sony registered its copyright in the Savage Love sound recording with an effective date of July 1, 2020.

22.    Through Derulo's publishing company, Jason DeRulo Publishing, c/o Universal Music Publishing Group, the copyright in the Savage Love musical composition was registered with an effective date of February 9, 2022, which registration identified the authors thereof as: (a) Jason Joel Desrouleaux a/ka Jason

-3-

DeRulo; (b) Philippe Henri Greiss; (c) Jacob Kasher Hindlin; and (d) Joshua Christian Nanai.

23. In 2019, Spatola and Nasser met with Erick Cruz at the American Federation of Musicians ("AFM") Local No. 47.

24. The AFM Local No. 47 is a union for musicians seeking benefits pursuant to the collective bargaining agreement between the AFM, on the one hand, and the major record labels, on the other.

25. The collective bargaining agreement between the AFM and the major record labels is called the Sound Recording Labor Agreement ("SRLA").

26. Spatola told Charles Gibson "that he [i.e., Spatola] wanted to receive credit on 'Savage Love' for guitar and bass."

27. On March 22, 2023, Spatola's business attorney e-mailed Derulo's business attorney, threatening copyright infringement litigation and claiming Spatola "contributed to the master recording/underlying musical composition" of Savage Love.

28. On April 13, 2023, Spatola's current litigation counsel sent a formal demand letter regarding Spatola's claim that he was a joint author of Savage Love.

29. *Savage Love (Laxed – Siren Beat) [BTS Remix]* ("Savage Remix") was commercially released on October 2, 2020.

30. Jawsh, Derulo, JKash, and Greiss are the credited songwriters of Savage Love.

31. Jawsh is the only credited "producer" of Savage Love.

32. Jawsh resides in New Zealand.

33. Ben Hogarth and Derulo had worked together for several years prior to the recording sessions for Savage Love.

34. On April 22, 2020, Jawsh sent the *Laxed (Siren Beat)* ("Laxed") stems to Derulo.

35. The work in the studio for Savage Love began on April 22, 2020.

36. Derulo's engineer Ben Hogarth ("Hogarth") served as the audio engineer for Savage Love, beginning on April 22, 2020.

37. On April 22, 2020, Derulo sent the Laxed stems to Hogarth.

38. On April 22, 2020, Derulo sent the Laxed stems to JKash.

39. Hogarth kept log sheets for every session that he worked on the Laxed remix (later entitled Savage Love) from April to June 2020.

40. Hogarth worked under the direction and supervision of Derulo.

41. On June 4, 2020, Sony, Jawsh, and Derulo entered into a Featured Artist & Release Agreement (the "Tripartite Agreement").

42. The Tripartite Agreement states in Section 5: "The publishing ownership interest percentages with respect to the Savage Composition are as follows: [Jawsh] 50%; Derulo 25%; J Kash 20%; Phil [Greiss] 5%."

43. After Spatola left the April 27, 2020 recording session, Derulo continued working on Savage Love, including by bringing in Greiss.

44. Spatola filed and obtained his own copyright registration in the Savage Love Composition, with an effective date of April 11, 2023 (the "Spatola's 2023 Copyright Registration").

45. Spatola's 2023 Copyright Registration lists the joint authors of the Savage Love Composition as Spatola, Jawsh 685, Derulo, JKash, and Greiss.

Dated:  April 14, 2026                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By:    /s/ Joshua M. Rosenberg

Joshua M. Rosenberg
Kent Raygor
Allison C. Wong

Attorneys for Defendants JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS


Dated:  April 14, 2026                    WERGE LAW GROUP


By:    /s/ Veronica A. Phifer
Veronica A. Phifer

*Attorney for Plaintiff*
MATTHEW SPATOLA p/k/a MATTY SPATS

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing with their signature, where applicable.

Dated:  April 14, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:    */s/ Joshua M. Rosenberg*

Joshua M. Rosenberg
Kent Raygor
Allison C. Wong

Attorneys for Defendants JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS

SMRH:4897-8035-4209.3    UPDATED JOINTLY STIPULATED FACTS