SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
JOSHUA M. ROSENBERG, Cal Bar No. 274473
jrosenberg@sheppardmullin.com
KENT RAYGOR Cal Bar No. 117224
kraygor@sheppardmullin.com
ALLISON C. WONG Cal Bar No. 341178
acwong@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:   310.228.3700
Facsimile:   310.228.3701

Attorneys for Defendants
JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW SPATOLA p/k/a MATTY SPATS,<br><br>              Plaintiff,<br><br>     v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>              Defendants. | Case No. 2:23-cv-06191 MWF-E<br><br>Assigned to the Honorable Michael W. Fitzgerald<br><br>**DEFENDANTS JASON DESROULEAUX p/k/a JASON DERULO; AND SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS' NOTICE OF REVISED DEPOSITION DESIGNATIONS FOR AKINTUNDE AKINWANDE p/k/a TUNEDARULA**<br><br>Action Filed:   July 31, 2023<br>FAC Filed:   December 21, 2023<br>Trial Date:   April 21, 2026 |

Case No. 2:23-cv-06191 MWF-E

Consistent with Federal Rule of Civil Procedure ("FRCP") 26, Defendants Jason Desrouleaux p/k/a Jason Derulo ("Derulo") and Sony Music Entertainment d/b/a Columbia Records ("Sony," collectively with Derulo, "Defendants") hereby revise their designations of the deposition testimony of Akintunde Akinwande p/k/a TuneDaRula as follows[1]:

**Revised Designations Of The Deposition Testimony Of Akintunde Akinwande p/k/a TuneDaRula**

| No. | Defendants' Designations of the Deposition Testimony of Akintunde Akinwande p/k/a TuneDaRula | Plaintiff's Objections to Defendants' Designations | Plaintiff's Counter-Designations | Defendants' Objections to Plaintiff's Counter-Designations |
|---|---|---|---|---|
| 11. | 55:14-17 | Relevance (FRE 401/402); argumentative; Rule 403: The witness's assertion that he has "no personal knowledge" about the writing, producing, or recording of Savage Love is not probative of any fact at issue. The admission would be misleading and unfairly prejudicial to Plaintiff. | | |
| 40. | 82:5-10 | Relevance (FRE 401/402): Defendants designate an unnecessarily lengthy portion of testimony that includes irrelevant, cumulative, and nonessential material. The designation should be narrowed to a brief excerpt reflecting only the pertinent testimony. | 77:20-78:1 | |
| 44. | 86:13-16 | Relevance (FRE 401/402): Defendants designate a portion of testimony that | | |

[1] All designations included by Defendants were previously disclosed.  As such, Defendants have included the objections previously provided by Plaintiff.

| | | | | |
|---|---|---|---|---|
| | | includes irrelevant and nonessential material. | | |
| 65. | 108:17-109:3 | Overbroad; Rule 403; Relevance (FRE 401/402): Defendants designate testimony that includes irrelevant, cumulative, and nonessential material. The designation should be narrowed to a brief excerpt reflecting only the pertinent testimony. | | |
| 70. | 124:8-21 | FRE 106, 403: The designation cuts off the witness's answer, creating a misleading and distorted presentation of evidence. Under Fed. R. Evid. 106, the omitted portion must be included to ensure fairness. Excluding the remainder would unfairly prejudice Plaintiff and mislead the jury | 124:8-125:4 | |

Dated: April 27, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Joshua M. Rosenberg

Joshua M. Rosenberg
Kent Raygor
Allison C. Wong

Attorneys for Defendants JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS