# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| Case No. | CV 23-6191-MWF(Ex) | Date | May 5, 2026 |
|---|---|---|---|
| Title: | Matthew Spatola v. Jason Desrouleaux, et al. | | |

Present: The Honorable    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Thomas E. Werge, Veronica Phifer, Nico Brancolini Rachel Duboff | Joshua M. Rosenberg, Kent R. Raygor, Allison C. Wong Alyssa A. Stolmack |

_____ Day Court Trial          10th          Day Jury Trial

___ One day trial: _____ Begun (1st day); __X__ Held & Continued; _____ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

✓ Witnesses called, sworn and testified.    ✓ Exhibits Identified    ✓ Exhibits admitted.

✓ Plaintiff(s) rest.    ✓ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s).    ___ Court instructs jury.

___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled.    ___ Polling waived.

___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.

___ Judgment by Court for _____ ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted.    ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.

✓ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ✓ submitted.

___ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    Wednesday, May 6, 2026 at 7:45 a.m.    for further trial/further jury deliberation.

✓ Other: Jury instructions and verdict form discussed outside the presence of the jury.

6 : 00

Initials of Deputy Clerk    rs

cc: