# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | CV 23-6191-MWF(Ex) | Date: May 6, 2026 |
| Title: | Matthew Spatola v. Jason Desrouleaux, et al. | |

Present: The Honorable    Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Thomas E. Werge, Veronica Phifer, Nico Brancolini Rachel Duboff | Joshua M. Rosenberg, Kent R. Raygor, Allison C. Wong Alyssa A. Stolmack |

_____ Day Court Trial    11th    Day Jury Trial

_____ One day trial:    _____ Begun (1ˢᵗ day);    _X_ Held & Continued;    _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.    _____ Exhibits Identified    _____ Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

✓ Closing arguments made by    ✓ plaintiff(s)    ✓ defendant(s).    ✓ Court instructs jury.

✓ Bailiff(s) sworn.    ✓ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    ✓ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by _____

_____ Motion to dismiss by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for mistrial by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is    _____ granted.    _____ denied.    _____ submitted.

_____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to    Thursday, May 7, 2026 at 8:15 a.m.    for further trial/further jury deliberation.

_____ Other:

6 : 15

Initials of Deputy Clerk    rs

cc: