# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 23-6191-MWF(Ex) |
| Title: | Matthew Spatola v. Jason Desrouleaux, et al. |

Date: May 7, 2026

**Present: The Honorable** Michael W. Fitzgerald, United States District Judge

| Rita Sanchez | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Thomas E. Werge, Nico Brancolini, Rachel Duboff | Joshua M. Rosenberg, Kent R. Raygor, Allison C. Wong, Alyssa A. Stolmack |

_____ Day Court Trial   12th   Day Jury Trial

___ One day trial: ___ Begun (1st day); ___ Held & Continued; _X_ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by _____

___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.

___ Plaintiff(s) rest.   ___ Defendant(s) rest.

___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.

___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ✓ Jury resumes deliberations.

✓ Jury Verdict in favor of   ___ plaintiff(s)   ✓ defendant(s) is read and filed.

✓ Jury polled.   ___ Polling waived.

✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ___ Filed jury instructions.

___ Judgment by Court for _____ ___ plaintiff(s)   ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).

___ Case submitted.   ___ Briefs to be filed by _____

___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.

___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.

___ Motion for Judgment/Directed Verdict by _____ is ___ granted.   ___ denied.   ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

___ Case continued to _____ for further trial/further jury deliberation.

___ Other:

1 : 00

Initials of Deputy Clerk _____ rs

cc: