CLERK, U.S. DISTRICT COURT

MAY – 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Date: _5/7/2026_          Time: _1:11 PM_

Case Name: *Matthew Spatola p/k/a Matty Spats v. Jason Desrouleaux p/k/a Jason Derulo, and Sony Music Entertainment d/b/a Columbia Records*

Case Number: CV 23-6191-MWF(Ex)

### JURY NOTE NO. ____1____

[X]  The Jury has reached a unanimous verdict.

[ ]  The Jury requests the following:

_____

_____

_____

_____

_____

_____

_____

_____

_5/7/2026_

Date

Signature of Foreperson of the Jury