FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW SPATOLA, p/k/a MATTY SPATS,<br><br>Plaintiff,<br><br>v.<br><br>JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,<br><br>Defendants. | Case No. 2:23-cv-06191-MWF(Ex)<br><br>Judge Michael W. Fitzgerald<br><br>**VERDICT FORM** |

WE, THE JURY in the above-titled action, unanimously find as follows on the questions submitted to us:

-1-

### *Savage Love*

**QUESTION NO. 1:**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the *Savage Love* Musical Composition?  (Instruction No. 17).

YES _____        NO \_\_✗\_\_

*Please answer Question No. 2.*

**QUESTION NO. 2:**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the *Savage Love* Sound Recording?  (Instruction No. 17).

YES _____        NO \_\_✗\_\_

*If you answered YES to **either** Question Nos. 1 **or** 2, please answer Question No. 6.  If you answered NO to **both** Question Nos. 1 **and** 2, please answer Question No. 3.*

-2-

**April 23rd Session File**

**QUESTION NO. 3:**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that the April 23rd Session File is a copyrightable work?  (Instruction No. 20).

YES _____         NO __✗__

*If you answered YES to Question No. 3, please answer Question No. 4.   If you answered NO to Question No. 3, please sign and return this Verdict form.*

**QUESTION NO. 4:**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the April 23rd Session File Musical Composition?  (Instruction No. 20).

YES _____         NO _____

*Please answer Question No. 5.*

**QUESTION NO. 5:**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the April 23rd Session File Sound Recording?  (Instruction No. 20).

YES _____         NO _____

*If you answered YES to **either** Question Nos. 4 **or** 5, please answer Question No. 6.  If you answered NO to **both** Question Nos. 4 **and** 5, please sign and return this Verdict Form.*

-3-

**Defense**

**QUESTION NO. 6:**

Did Defendants prove by a preponderance of the evidence that Plaintiff Matthew Spatola, through words, conduct, or delay, acted unreasonably in the time and manner in which he asserted a claim of joint authorship of *Savage Love* and/or the April 23 Session File?  (Instruction No. 21).

YES _____          NO _____

*If you answered YES to Question No. 6, please answer Question No. 7.  If you answered NO to Question No. 6, please sign and return this Verdict Form*

**QUESTION NO. 7:**

If you answered YES to Question No. 6, please state in a few words why you unanimously believe that Plaintiff Matthew Spatola acted unreasonably:

*Please sign and return this Verdict Form.*

Dated: 5/7/2026          Signed: ███████████████

Foreperson

-4-