# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MATTHEW SPATOLA, p/k/a MATTY SPATS,

Plaintiff,

v.

JASON DESROULEAUX p/k/a JASON DERULO; and SONY MUSIC ENTERTAINMENT d/b/a COLUMBIA RECORDS,

Defendants.

Case No. 2:23-cv-06191-MWF(Ex)

Judge Michael W. Fitzgerald

**JUDGMENT AFTER TRIAL**

The remaining legal matters came on regularly for jury trial between April 21, 2026, and May 7, 2026, in Courtroom 5A of this United States District Court. Plaintiff Matthew Spatola p/k/a Matty Spats was represented by Werge and Corbin Law Group and Frost LLP.  Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records were represented by Sheppard Mullin Richter and Hampton LLP.

A jury of nine persons was regularly empaneled and sworn.  Two jurors were excused by the Court following empanelment.  Witnesses were sworn and testified, and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury.  The seven jurors deliberated and returned a verdict in pertinent part as follows:

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the *Savage Love* Musical Composition?  (Instruction No. 17).

**Yes_____                    No__X___**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that he is a joint author of the *Savage Love* Sound Recording?  (Instruction No. 17).

**Yes_____                    No__X___**

Did Plaintiff Matthew Spatola prove by a preponderance of the evidence that the April 23rd Session File is a copyrightable work?  (Instruction No. 20).

**Yes_____                    No__X___**

//

//

//

2.

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1. Judgment is entered in favor of Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records, and against Plaintiff Matthew Spatola p/k/a Matty Spats.
2. Defendants Jason Desrouleaux p/k/a Jason Derulo and Sony Music Entertainment d/b/a Columbia Records shall recover their costs as provided by law.

Dated:  May 14, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

3.