JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

**Case No.  CV 23-6191-MWF(Ex)**                          **Date:  May 14, 2026**

Title:   Matthew Spatola p/k/a/ Matty Spats v. Jason Desrouleaux p/k/a Jason Derulo, et al.

___

Present:    The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

|  |  |
|---|---|
| Deputy Clerk: | Court Reporter: |
| Rita Sanchez | Not Reported |
| | |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**          ORDER RE: ENTRY OF JUDGMENT

Pursuant to Rule 58(a), when the jury returns a special verdict, it falls to the Court to approve of the judgment.  The Court thus concurrently issues the Judgment After Trial.

The Court notes that there were a number of equitable issues reserved for the Court's consideration following trial, including equitable remedies and affirmative defenses.  These remaining equitable issues are all mooted by the verdict.

Finally, Defendants' Renewed Motion for Judgment as a Matter of Law Filed After the Close of Evidence brought pursuant to Rule 50(a), Docket No. 256, is **DENIED *as moot***.  *See* Wegner, et al., *Rutter Group Practice Guide: Federal Civil Trials and Evidence* ¶ 13:15 (describing "highly desirable" practice of submitting case to the jury before ruling on Rule 50(a) motion given potential of verdict to moot the issues).

LET JUDGMENT BE ENTERED ACCORDINGLY.

___

**CIVIL MINUTES—GENERAL**                                                                      1