08:40:56 UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

MATTHEW SPATOLA, )
Plaintiff, )
vs. ) 2:23-CV-6191-MWF
JASON DESROULEAUX, et al., )
Defendants. )

REPORTER'S TRANSCRIPT OF JURY TRIAL

VOLUME VI

Los Angeles, California

Wednesday, April 29, 2026

AMY DIAZ, RPR, CRR, FCRR
Federal Official Reporter
350 West 1st Street, #4455
Los Angeles, CA 90012

*Please order court transcripts here: www.amydiazfedreporter.com*

APPEARANCES OF COUNSEL:

For the Plaintiff:

WERGE LAW GROUP
By: Thomas Werge, Attorney at Law
Veronica Phifer, Attorney at Law
1736 Race Street
Denver, Colorado 80206

FROST LLP
By: Christopher Frost, Attorney at Law
Nicholas Brancolini, Attorney at Law
Rachel Duboff, Attorney at Law
10960 Wilshire Boulevard, Suite 2100
Los Angeles, California 90024

For the Defendants:

SHEPPARD MULLIN RICHTER & HAMPTON LLP
By: Joshua Rosenberg, Attorney at Law
Allison Wong, Attorney at Law
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071

SHEPPARD MULLIN RICHTER & HAMPTON LLP
By: Kent Raygor, Attorney at Law
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067

MR. WERGE: Your Honor, before the jury arrives, can I raise one small point?

THE COURT: If you can say it in 15 seconds. What's that?

MR. WERGE: I just wanted some clarification from the defendants as to who their corporate representative is. Ms. Ford and Mr. Jacoby are both past the bar, and I just wanted to make sure it is clear.

THE COURT: Mr. Jacoby isn't sitting at counsel table. If there needs to be a designation, that can be done. If it's a matter of him sitting on the bench, I don't have a problem with that.

MR. WERGE: Okay.

THE COURT: I mean, he's not going to be a witness, so it's --

MR. WERGE: Right. I just didn't know if he was entering an appearance as counsel as well or if he was just here as a corporate representative.

(Thereupon, the jury returned to the courtroom.)

THE COURT: Good morning, members of the jury. All nine of you are here. As you will recall, we are in the direct examination of Dr. Lustig as an opinion witness.

Counsel, you may proceed.

MR. BRANCOLINI: Thank you, Your Honor.

(CONTINUED) DIRECT EXAMINATION

08:42:23 BY MR. BRANCOLINI:
08:42:23 Q. Good morning, Dr. Lustig. When we stopped yesterday, you had just been going over the different genre markings for the siren beat style. Do you recall that?
08:42:34 A. Yes.
08:42:34 Q. And also, we discussed this, but I just want to summarize it a little bit. At a high level, what additional recorded material did you identify in *Savage Love* beyond the source -- sorry, beyond the *Laxed* source material?
08:42:49 A. Beyond the *Laxed* source material, there are the three instruments played by Mr. Spatola, acoustic guitar, electric guitar, and base. There are various percussion elements, snaps, some drum loops, some affects, such as risers and crashes, and there are, obviously, vocals from Mr. Derulo, and there are -- there is also, actually, a recreation of the horns -- not just a sampling of the horns from *Laxed (Siren Beat)*, but a MIDI recreation of what is called interpolation of those horns as well.
08:43:23 Q. Great. Thank you.
08:43:24 So what is your bottom line sound recording opinion about Mr. Spatola's guitar and bass performances?
08:43:30 A. Well, basically the performances of Mr. Spatola on the sound recording side really changed the genre, like we discussed yesterday, that it goes from this more electronic -- what is called a Siren Kings genre to being

08:43:41 more of an accessible global pop record, in part because of the acoustic guitars and the kind of universal appeal of the sound of acoustic guitars.

08:43:51 Q. Great. Thank you, Dr. Lustig.

08:43:53 MR. BRANCOLINI: Could we please pull up Trial Exhibit 403, which is submix 6.

08:44:16 Q. Okay. So this is an audio file. To the best of your knowledge, is this the submix 6 that you made with only Phil's part -- with every other part but Phil's muted?

08:44:31 A. I believe so. Did I -- if I recall correctly, I prepared a diagram for this one. Do we have this?

08:44:39 Q. Yeah, there should be a demonstrative for this.

08:44:42 A. Oh, great.

08:44:44 THE COURT: Again, this is not one of the four diagrams that we saw yesterday; is that correct?

08:44:49 THE WITNESS: That is correct.

08:44:49 THE COURT: And here, is the diagram -- my understanding is that the diagram affiliated with this recording is a demonstrative and therefore will not be in the jury room, Counsel. Is that the understanding of the parties?

08:45:03 MR. BRANCOLINI: When we -- so this is our last one that we were going to look at, and we were actually going to move these -- we were going to move these into exhibits if --

08:45:12 THE COURT: Is there going to be an objection?

MR. RAYGOR: Yes, Your Honor.

THE COURT: All right. Then we'll discuss that when it won't take time away from the jury.

For now -- the jury has seen them, and I'll let you know, ladies and gentlemen, whether I admit them into evidence or not. The practical difference is whether they are with you in the jury room or not.

Counsel, you may proceed.

MR. BRANCOLINI: Thank you, Your Honor.

Q. So this is the same style as the ones we looked at yesterday; is that correct?

A. That's correct. This is the same approach as the other illustrative examples from yesterday.

Q. Okay. Can you quickly summarize this for the jury and distinguish it from the ones we looked at yesterday?

A. Sure. So this is another submix that I prepared. In this case, this is called "Phil Only," so this is just the contributions of Phil Greiss literally pressing solo on Phil's tracks, or in other words, pressing mute on everybody else's tracks.

As we can see here, we have the same formal sections as the previous illustrative diagrams from intro, verse 1, prechorus 1, chorus 1, all the way over to chorus 3. We have our minutes and seconds, our time points, at the bottom, and what we can see here is that the only arrangement layer that

08:46:26 is filled in is the percussion and effects.
08:46:30 Q. And just to clarify, for all of the ones that we -- for all of these submix that we have looked at today and yesterday, these all use the audio of the commercially released version of *Savage Love*; is that correct?
08:46:42 A. That is almost completely correct. They were all created using the stems that were sent to mastering. So all of those stems taken together are going to be the fully mixed version of *Savage Love* only, just not mastered.
08:46:55 But mastering is an important part of the process, but it does not really change any creative aspects of the final record. It's basically -- mastering is kind of like akin to, like, color grading with film and TV, where you get it to be louder and bigger and sounding more pro on all systems, but nothing has changed in terms of the compositional or really important sound recording aspects.
08:47:21 Q. Great. Thank you, Dr. Lustig.
08:47:23 Before we play the audio, what should the jury be listening for?
08:47:28 A. I would -- I would encourage them to listen for how it compares to the other submixes. For example, we heard "Matty Only" with what, to me, feels like full instrumental composition with guitar and bass, and kind of comparing this "Phil Only" to see if it feels like a complete composition, what is it lacking, what does it provide, and also comparing,

as always, both with *Savage Love*, the full *Savage Love*, and with *Laxed (Siren Beat)*.

Q. Great. And so with that, we are going to listen to the full almost three minutes. And I apologize, I know it gets a little tedious, but just for the completeness of the record, we are going to listen to the full recording.

MR. BRANCOLINI: So whenever you are ready.

One moment, please.

THE COURT: You may have it, Counsel.

(Pause in proceedings.)

Q. Dr. Lustig, while they are trying to resolve the audio issue, can I just have you describe a little bit the amount of musical function that was represented in the slide that we did just look at?

A. Sure. So as we could see from the slide that we just looked at, the only arrangement layer filled in is the percussion and effects layer.

So yesterday I was talking about that, in my expert opinion, basically a minimum necessary condition for a complete composition is that you have your chords and your bass structure. And so this would -- and as we are about to hear, this would certainly not count as a complete composition. It very much feels kind of incomplete and unfinished, because it's not really filling in the necessary layers.

And so it's basically what -- as it's going to sound shortly, it's basically some percussion, and nothing really else.

Q. Great. Thank you.

So we apologize for the delay. It seems like the audio is now working. So with that... I do want to note, though, as you can see on the chart, the first 15 seconds will be -- there will be no sound. So if there is a 15-second delay, do not be too alarmed. So...

THE COURT: And the bridge as well, I take it, then.

MR. BRANCOLINI: Correct.

Could you please let us know when you hit start, so that we know when to start.

(Thereupon, the audio was played.)

Q. Okay. So I meant to ask this earlier, but this submix is titled "Phil Only." Who is the Phil this is referring to?

A. That is Phil Greiss.

Q. Okay. Thank you.

And so I -- obviously we all just heard it, although the audio was a little limited, but can you just, again, compare that to what we heard on Matty's mix yesterday?

A. Sure. So the "Phil Only" mix compared to the "Matty Only" mix, from a musicological perspective, the "Matty Only" submix is, in my opinion, a stand-alone musical composition, an instrumental composition with two guitars and bass. It

has chords, it has bass.

The "Phil Only" submix is not really a stand-alone composition in the same sense. It feels very much just like some scant percussion layers, and that is largely because there is no chord layer, there is no bass layer.

So that would be the main structural distinction.

Q. Great. And from a musicological standpoint, what does the -- what is Mr. Greiss's part? What is the musicological sort of impact of that, of his -- of Mr. Greiss's part?

A. Mr. Greiss's part is contributing different -- different percussion layers, contributing what we musicologists call textures to give a different kind of feel or spice on top of the existing arrangement layers. So it's essentially complementing with some extra percussion sounds.

Q. Great. Thank you. So with that, we are finished with the -- those. Let's move on to the actual song itself.

So what -- let's begin with the intro. What did you do to analyze that section specifically?

A. So to analyze the intro, I transcribed by ear the various contributions of Mr. Spatola.

Q. And remind us, what instruments did Mr. Spatola play in the intro?

A. In the intro Mr. Spatola plays electric guitar and bass.

Q. And what musical feature did you identify in the intro guitar part?

08:58:46 A. And when I was analyzing the intro, it was interesting to me that right from the beginning I noticed that Mr. Spatola was adding distinct color. So he used an E-flat major add 6 chord, which is different from the *Laxed (Siren Beat)*, which just uses an E-flat chord in that same location.

08:59:08 Q. So from a strictly musicological standpoint, can you explain the difference between those two chord patterns, please?

08:59:17 A. Sure. Let me turn on the piano here.

08:59:24 (Witness demonstrates.) So in *Laxed (Siren Beat)*, there -- that piece uses only what are called triads. They are just three-note chords. And the progression of *Laxed (Siren Beat)* is C minor, A-flat major, E-flat major, and B-flat major. So they are all just three-noters, triads, which are quite common, and they are kind of the default chords in a lot of pop music.

08:59:55 But what I found, by contrast, is that in Mr. Spatola's playing, he consistently uses an E-flat major add 6 chord, which is a four-note chord, adding a new color. This is something that more kind of sophisticated players will sometimes include in jazz or in other such genres, but it's fairly uncommon in pop, actually.

09:00:16 So instead of just this major triad (witness demonstrates), Mr. Spatola adds a C on top. Instead of (witness demonstrates), he plays (witness demonstrates) and

gives a different spice. And to my ears, and most of my students have tended to agree as well, that when we have just this chord (witness demonstrates), it doesn't have the same directionality. Once we add in (witness demonstrates), maybe it even wants to keep going (witness demonstrates).

And so it kind of has a direction built into it and a different implication for how we want to hear the music and the different paths that we take through the chords.

And so that is kind of the short of -- the short answer. E-flat major versus major add 6.

Q. And sonic -- sorry. Sonically, what is the difference between the two? Like to a layperson, how do they sound different?

A. Sure. Well, you know, each listener can kind of make up their mind on how it feels to them, but essentially a major triad is such a common structure that (witness demonstrates) we almost don't notice it. It feels kind of like the default chord that occurs to us. And it is in fact the most common chord in music, is basically the -- just the major triad (witness demonstrates).

But then in an add 6 sonority (witness demonstrates), it gets our attention. It's a richer chord, it's a more complex chord. And so it is sort of like -- to put it in layman's terms, it would be like, saying "Today is a good day," would be a very basic way, or "Today is a

09:01:47 stupendous day."

09:01:48 It's sort of like Mr. Spatola came, and instead of just saying "good," like how it was in *Laxed (Siren Beat)*, he came and said "This is stupendous," and he started to kind of reinvent what the song could be.

09:02:00 Q. Great. Thank you. So let's just go back to the audio file for the Matty -- Mr. Spatola isolated.

09:02:28 So while that is getting set up, we are going to listen to the first 16 seconds, the intro section, but can you remind the jury what they should be listening to when they hear those 16 seconds?

09:02:40 A. Sure. So I would -- I would recommend the jury listen for -- they are not going to hear vocals. It's going to be an instrumental -- freestanding instrumental composition. They are going to hear chords presented by the electric guitar and bass presented by the bass, and in particular to see how the chords feel, especially within mind of what we talked about with the E-flat versus the E-flat major add 6 (witness demonstrates).

09:03:09 And this is, actually, kind of a signature that, you know -- as I'm sure we'll talk about shortly, that Mr. Spatola plays across -- consistently across almost all the song sections, he uses that chord color.

09:03:23 Q. Okay.

09:03:29 (Thereupon, the audio was played.)

Q. Okay. So we heard a little past the intro there; is that correct?

A. That's correct.

Q. Okay. So what do you notice about the shift between the intro and the next section?

A. So the shift from the intro, the verse is very -- very, very stark and quite a strong contrast, largely because of Mr. Spatola's rhythmic contributions. In the verse, he's playing a very distinct syncopated pattern (witness demonstrates), which is, you know, quite different from, for example, *Laxed*, which is just in these kind of ska or reggae, like (witness demonstrates). Instead, Mr. Spatola is playing a complex sextuplet rhythmic pattern.

Q. I think you sort of just answered this, but other than the difference between the E-flat major add 6 and the E-flat triad, is there anything else sonically that is notable about the intro?

A. Sonically, yes. The contribution of guitars already changes the record's genre.

In terms of composition, the main -- the main standout feature that differentiates it from *Laxed (Siren Beat)* in the intro would be the E-flat add 6 chord because, if I recall correctly, in the intro, the rhythm of the intro is on the offbeats, similarly to the piano in *Laxed*.

Q. Great. Thank you, Dr. Lustig.

So is there anything else that you think is musicologically relevant about the intro section?

A. Not particularly.

Q. Okay. So let's move on to the verses.

What specifically did you analyze in the verse sections?

A. So in the verse sections, Mr. Spatola plays electric guitar, acoustic guitar, and bass, and I analyzed and transcribed all three.

Q. And at a high level, what specifically stood out to you in the verse section about the musical features that Mr. Spatola contributed?

A. So in the verse section, Mr. Spatola changes his guitar rhythm quite drastically from the *Laxed* rhythm. So in *Laxed*, we have just the offbeat piano (witness demonstrates). In comparison, Mr. Spatola is -- is there a notation? Do we have a -- a figure that I could use to --

Q. Would you like to see -- is that slide 8?

A. Could you maybe --

MR. BRANCOLINI: Let's bring up slide 8.

A. I can perform from the notation there.

MR. BRANCOLINI: Apologies, Your Honor. Is it okay if I go look?

THE COURT: You may.

MR. BRANCOLINI: Thank you.

THE COURT: Mr. Brancolini, is this going to be a demonstrative again? And if so, is there -- does it have an exhibit number for identification?

MR. BRANCOLINI: It is a demonstrative. It does not have an exhibit number.

THE COURT: So it's the same thing we looked at yesterday here, or are you referring to something else?

MR. BRANCOLINI: There should be different ones that I'm going to go...

THE COURT: I see. All right. Go ahead.

MR. BRANCOLINI: Thank you.

THE WITNESS: It's a slide showing Mr. Spatola's guitar -- guitar playing in the verse.

Sure, that will do.

Yeah, so as I was just playing the -- in *Laxed (Siren Beat)*, there is this simple offbeat piano pattern (witness demonstrates). *A Tale as Old as Time* is a very common rhythm. Mr. Spatola enters in the *Savage Love* verses -- and I'm sure, shortly, we'll hear it again, and he plays a completely distinct rhythm, which I have here in notation to aid my memory.

And basically he plays (witness demonstrates) instead of (witness demonstrates). And so it's quite a strong contrast.

In my pop songwriting class, one of the main things

09:10:10 I tell students, always use strong contrast to really make -- so you want to always know exactly where you are in the record, you should -- with a really effective song -- a really successful song, usually you can just drop the needle and you know, okay, this is the prechorus, this is the chorus, this is the verse. And why is that? Because of these strong contrasts.

09:10:29 And so something like *Laxed (Siren Beat)* is more on kind of that tradition of electronic music where it's a little bit more repetitive. It's not necessarily so important where you are in the form. At the level of a Jason Derulo record, it's very -- a very competitive industry and it's important to know exactly where you are at any time in the form, and people at the level of Derulo and Spatola understand this, that, okay, it's time to change up to create a rhythmic complexity in order to mark the formal section.

09:10:58 And so that is what is happening here.

09:11:00 Q. Okay. So let's go back to the submix of Mr. Spatola's isolated part, and we are going to listen to just the sections that cover the verses, which are seconds 16 through 41 and then 1:45 to 2:11.

09:11:45 (Thereupon, the audio was played.)

09:12:28 MR. BRANCOLINI: Starting at 1:45.

09:12:31 (Thereupon, the audio was played.)

09:12:40 THE WITNESS: That's the chorus.

MR. BRANCOLINI: Oh, sorry, you were right. It was 54.

THE WITNESS: Verse 2 is 1:20.

(Thereupon, the audio was played.)

Q. Great. Thank you.

So I guess I warned you all yesterday, and I was going to be proving it.

So can you -- can you break down what is different between these verses and Mr. Spatola's contributions from the original *Laxed* audio?

A. Sure. And it actually just occurred to me that I actually have a figure that directly compares so that we can visually see this difference between the *Laxed* piano and Mr. Spatola's guitar. It has them lined up.

MR. BRANCOLINI: I think it's slide 19.

A. Yes. Thank you.

So it's still going to be confusing for -- you know, if you don't read music notation, but basically at the very top of the figure we can see the *Laxed* piano on that top line and it's just (witness demonstrates), just on the offbeats.

And then at the bottom where it says "*Savage Love* 015," we have Mr. Spatola's rhythms (witness demonstrates), which in fact, this is not even as complete as it ought to be because in fact he also plays complex ghost notes. So it's not just (witness demonstrates), but more accurately (witness

demonstrates). He's really giving his spice with the -- what are called ghost notes and kind of giving that extra rhythmic detail in his playing.

And so we have, on one hand, a very kind of standard genre decision of (witness demonstrates), just on every single offbeat consistently, and then we have a much more kind of complex triplet feel to give a different rhythmic layer.

Q. And yesterday, we discussed voicing and chord spacing. Is that identifiable here?

A. That is. And actually, in this same figure, it can be -- it can be seen as well. So in the *Laxed* piano, they are just moving in what are called closed position triads. I will play that now. So in the *Laxed* piano, they are moving in kind of a standard way that is very common, especially in, like, reggae and ska (witness demonstrates).

They are moving in parallel in kind of a very rigid way that often happens with digital sampling and these kind of electronic styles as well.

And then in Spatola's playing, he's taking a much different unique path through the chord, so this is about chord voicing or chord spacing, where he's playing a path that instead of this path (witness demonstrates), he takes this path (witness demonstrates). It's a very, very smooth path, a more kind of (witness demonstrates). Like, telling a

story with a path.

And so if you remember yesterday, we talked about this idea that you can play a chord in so many ways. You could play the same C major chord, you know, across the keyboard in so many ways. You can also tell a different story with the way you move through your chords (witness demonstrates). That is the hopping -- jumping around way, kind of a primitive way to do it, or you could tell that same story in many, many ways, the way that Mr. Spatola composes it (witness demonstrates).

And that tells a very -- creates a more smooth voice-leading path through. And actually, that technique is often something that is effective to create an arrangement layer so that you can let the vocalist really shine and do their thing compositionally because you are not jumping around, and so you are allowing their melody to cohere with the chord layer.

Q. So if you recall yesterday, we discussed genre a little bit. Are these changes simply changes or the results of changing between genres from the original *Laxed (Siren Beat)* to a more pop song -- more main extreme pop song?

A. No, they -- while they do imply change in the genre because this moving by just closed position triads is especially common in reggae and ska, but actually a lot of pop music as well uses that kind of more basic kind of

09:17:53 sequencing (witness demonstrates).

09:17:55 And so Mr. Spatola here is using a smoother voicing that is actually quite common as an approach in classical or jazz traditions and it reflects an intentional, I would believe, decision.

09:18:11 Q. And can you just elaborate what role the bass plays in the verse?

09:18:15 A. Yes. So the bass in the verse is also quite markedly different from the *Laxed* bass. Actually, I did a diagram comparing these two so we can see visually.

09:18:37 Not this one.

09:18:38 Yes. Thank you.

09:18:39 Okay. So basically on the top line, we can see the *Laxed* bass (witness demonstrates). And that is just sort of marching in straight notes, very functional, very structured.

09:19:02 And then on the bottom, we can see what Spatola creates for the verse bass (witness demonstrates) and giving a very, very different rhythmic layer and feel to the record while still playing the root notes involved.

09:19:31 Q. Great.

09:19:32 So from a composition standpoint, can you -- just in plain English, can you explain to us what the impact is of these changes by Mr. Spatola on the verse section?

09:19:50 A. For a lot of people -- so basically Spatola's bass has a lot more note density. There is just more notes played. For

a lot of people, that actually makes the music feel faster. There's actually evidence showing that when you just have more notes, it actually feels, like, more danceable, that you want to move to it more, it's more groovy and catchy, and it also creates contrast.

It's another tool of contrast, because in the intro, Mr. Spatola was actually sticking -- and he's also going to do that in the verse -- sorry, in the choruses, to stick more closely to *Laxed (Siren Beat)* and kind of play the straight, simple bass.

But then in the verse, he creates totally different rhythms in order to make that contrast and say to the listener, okay, now we are in a new formal section and we are in a different part of the composition.

Q. Great.

And so taking guitar rhythm, voicing, and bass together, what is your overall musicological opinion about the verse section?

A. My musicological opinion would be that compositionally Mr. Spatola composes distinct rhythms and chord voicings in all three of his instruments in the verses.

MR. BRANCOLINI: Could we please put up slide 15?

Q. And Dr. Lustig, what does this slide show?

A. So this slide is just to kind of put to rest a somewhat petty argument that -- that the experts on the other side

said. They disagreed with one note of my transcription of Mr. Spatola's bass. They said it was an E-flat, and I said it was E-natural.

So this is just to put to rest the pettiness of the argument that we can see with objective. This is a software called Melodyne. It's a professional software. And, actually, the expert -- Rayner, an expert on the other side, also uses this software, he mentions it.

So it's a standard musicological validated method, and it shows that the note is in the cracks between E-flat and E. That is really all that is.

Q. And why does that difference matter musically?

A. Well, I suppose in my original report, I mentioned -- I mentioned that Mr. Spatola even uses kind of a bluesy wrong note -- "wrong note," and so I thought it was an interesting touch that he's giving that live feel.

So with electronic music, you are usually not going to have bluesy or wrong notes unless you really go out of your way to do it.

So with *Laxed (Siren Beat)*, it's in this world where everything is kind of rigid and quantized on the grid, the rhythms are rigid, the pitches are locked in and rigid, and then Mr. Spatola comes in and plays, you know, these acoustic-based instruments with a human feel, human rhythms, human notes, and so I thought it was interesting, in

09:22:57 assessing his bass line, that he plays these kind of soulful or bluesy notes.

09:23:02 Q. Thank you. And you mentioned that you reviewed the defense expert opinions; is that correct?

09:23:09 A. That's correct.

09:23:09 Q. With respect to the verse rhythms, was there any disagreement between you and the defense experts?

09:23:16 A. Yes, very much so. The expert for the defense claimed that Mr. Spatola's verse rhythms were just commonplace, that they were explained away by these kind of standard rhythmic patterns, namely the Charleston and the tresillo rhythms, in fact, but I did systematic analysis -- actually, I have a figure showing that -- where they align and where they disalign.

09:23:41 MR. BRANCOLINI: If we could go to slide 13, please.

09:23:48 A. So here we can see, on the top line, we have Mr. Spatola's verse guitar rhythms and the tresillo rhythm (witness demonstrates), a very common rhythm found, for example, in reggaeton and in a lot of Caribbean music. And we can see that the red dashed lines show where they align.

09:24:13 So we do have some notes that align. Like, by chance alone, any two rhythms are going to have some notes that line up, but we can see just visually the vast majority of the notes do not align between them.

09:24:26 Q. Is there anything else that you think we need to examine

with this tresillo pattern?

A. I would say that the -- I would say another -- another issue that I find with the defense expert, so that is Dr. Ferrara, in his report -- and I -- I mentioned this when I -- when I wrote my rebuttal report of him. He also kind of forgets the fact that these rhythms are -- they are very -- like tresillo is this common rhythm, but when it's used, it's usually used in a looping way.

So these patterns, they are not just things you can pick and choose modularly. You can't just say, "Oh, this bar is tresillo. This bar is Charleston." Because if that was the case, then you could just pick and choose any note and say nothing is original, because this note is part of this, and this rhythm -- this two seconds of rhythm is part of this.

So they are not really these modular things. They are more about looping and repeating, getting into a groove. And just like in terms of feeling and also structure, the groove established by Mr. Spatola is quite different than the tresillo rhythm.

The other thing is that the -- as we can see by -- there is threes here in Mr. Spatola's rhythms. There are threes above, which are called triplets, because he really imbues a triplet structure in his playing. The tresillo rhythm is not about triplets, it's about straight 16ths.

09:25:58 So we also have a different even -- without getting too in the weeds, there is even a different subdivision of the beat. Instead of (witness demonstrates), it's (witness demonstrates). That is the difference between a four-part division and a three-part division of the beat. So even at the beat-division level, there is a different groove between the two.

09:26:15 Q. Great.

09:26:16 MR. BRANCOLINI: Could we now go to slide 16, please.

09:26:22 Q. And do you recognize this figure?

09:26:25 A. Yes. This is essentially the same, the same idea, that the defense's expert says, "Well, Mr. Spatola's verse -- verse guitars are just a Charleston rhythm." The Charleston rhythm we can see as notated here, (witness demonstrates).

09:26:43 And Mr. Spatola's rhythm we can see, as notated above, uses complex triplets, it has a higher note density. There are some notes that line up, as we would get by chance alone. We can see the red dashed lines show that. But, you know, I calculated similarity percentages, as I always do. I don't remember the exact number, but it was quite low, because there are so many notes that do not align between these two structures.

09:27:11 Q. So then in your opinion, what aspects of the actual guitar verse, as it appears in the recording, are not fully

captured by these labels tresillo and Charleston rhythm?
A. Well, just the fact that the note -- the rhythms are so different, that I don't think that a Charleston or tresillo are good explanatory models for Mr. Spatola's rhythms, because they do not have a high similarity.
Q. And I believe -- correct me if I'm wrong, but I believe earlier you mentioned a rhythmic vocabulary. How should the jury understand your point about that?
A. A rhythmic vocabulary?
Q. Sorry. Never mind. I'll move on.
So what is the musicological point that you think is most relevant to distinguishing Dr. Ferrara's opinions on this versus your own analysis?
A. Well, basically I find -- I find Dr. Ferrara's approach to be reductive and overly simplistic, this idea that, oh, this rhythm is just Charleston, or it's just tresillo.
I think, you know, listening to the two -- again, the Charleston rhythm is just (witness demonstrates), and that is clearly wildly different than (witness demonstrates). It has a lot more detail to it, it has a triplet subdivision, it uses a higher note density.
So, you know, if someone wants, they can make a duck look like a rabbit any day of the week. You can make something look like something else, but that doesn't mean that objectively it's -- it's true.

Q. So is there anything else more generally in the verses that is relevant to your overall analysis, before I move on to the prechorus?
A. I do not think so.
Q. All right. So let's turn to the prechorus sections. What specifically did you analyze here?
A. In the prechoruses, I analyzed the three instruments that Mr. Spatola plays: acoustic guitar, electric guitar, and bass.
Q. And again, for this section, what stood out to you musically about the prechoruses, about -- sorry -- Mr. Spatola's contributions to the prechoruses?
A. Well, he, again, uses strong contrast in the prechoruses. Actually, especially in the prechoruses there is a very strong contrast from the other song sections.
The first thing that stood out to me in my analysis is that in the prechoruses, Mr. Spatola changes the rhythmic structure very strongly from a triplet-based view (witness demonstrates), to a (witness demonstrates), to a straight 16ths feel, which we'll hear shortly.
I would ask that if you can play just a few seconds earlier than the prechorus, so that we can feel that shift rhythmically, please.
MR. BRANCOLINI: Okay. We can start now.
(Thereupon, the audio was played.)

09:30:38 MR. BRANCOLINI: And the second prechorus.

09:30:49 (Thereupon, the audio was played.)

09:30:58 Q. So in musicological terms, can you tell us what happens to the rhythmic feel in the prechorus?

09:31:05 A. Sure. So unlike the rest of the record, and unlike *Laxed (Siren Beat)*, which is all based on a triplet feeling (witness demonstrates), we go to a straight 16ths feeling with -- instead of a three-part division, 1-2-3, 1-2-3, we go to a four-part division (witness demonstrates).

09:31:20 And so it's a completely different -- it's a completely different groove (witness demonstrates). And almost feels like a really strong -- well, not "almost." It does feel like a really strong contrast. Connects it even with, you know, perhaps an adult contemporary singer/songwriter kind of feeling with acoustic guitar, the different rhythm in there. And so that is the main -- the main rhythmic shift that really lets the prechorus shine.

09:31:52 It's interesting, too, that at that part, *Laxed* is completely muted. There is no -- it's -- literally all the music is just Matty and Jason in the prechoruses. So it really makes it -- this is a pop record now. We have a prechorus, we have building the tension, and creating some drama leading into the chorus.

09:32:11 And so I think more than anything, this section is really indispensable to what makes *Savage Love* the record

09:32:17 that it is, instead of *Laxed*.
09:32:20 Q. And what role does the acoustic guitar play in this section?
09:32:23 A. So the acoustic guitar is presenting this -- this feel change, this straight 16ths feeling. It's strumming and sonically really creating a genre that is very different from, like, the genre of *Laxed*, for example. It's not a Siren Kings record at all now.
09:32:42 Q. And would it help the jury to hear an acoustic guitar part for the prechorus by itself, isolated?
09:32:52 A. Sure. I believe so.
09:32:54 Q. And is this -- did you listen to any as part of your prep for your report?
09:33:02 A. Yes.
09:33:03 Q. And is -- obviously we haven't heard it yet, but to the best of your knowledge is the clip that we are about to play the clip that you relied on in preparing for your report?
09:33:12 A. I would assume so.
09:33:14 MR. BRANCOLINI: Okay. So whenever you are ready.
09:33:17 (Thereupon, the audio was played.)
09:33:31 Q. Do you recognize this guitar excerpt?
09:33:33 A. Yes.
09:33:33 Q. And can you just, again briefly, tell us what it is?
09:33:37 A. Sure. This is Mr. Spatola's acoustic guitar in both prechoruses.

Q. And why do you think it's helpful to hear this isolated out like that?

A. Well, as I mentioned yesterday, all data is good data, in my opinion, and to have a full context. And it's interesting to hear just how different this is from the *Laxed (Siren Beat)* in terms of the rhythmic feel, the chord voicings, and also just the sound of the instrument that is chosen here.

MR. BRANCOLINI: So could we actually return to the -- the index without Mr. Spatola on it, which is the first submix. And could we please listen to the prechorus section with Mr. Spatola's part muted.

(Thereupon, the audio was played.)

Q. Okay. So what -- again, what -- what is notable with Mr. Spatola's part muted, in your opinion, from a musicological standpoint?

A. Well, basically, absence makes the heart grow fonder here. We are missing Mr. Spatola, because we don't have him. When we mute him, the record feels musicologically incomplete. We can hear Mr. Derulo singing and we can hear some snaps, but there is no chord layer, there is no bass layer.

And that is because in *Savage Love*, the *Laxed* elements were completely muted for the prechoruses. It really was just Mr. Derulo and Spatola.

MR. BRANCOLINI: And could we now play the final

09:35:30 commercial version of the song at that same time point.

09:35:45 Q. While that is getting set up, could you -- sorry, I see you are taking a sip of water right as I ask this. But could you let the jury know what they should, again, be really listening in closely on here?

09:35:53 A. Sure. So you are about to hear the -- from the official commercially released record of *Savage Love*, and you will hear the prechorus. I would like you to focus on -- I would recommend to listen for the various parts, as always, what each musician contributes, how it feels as a strong contrast from where -- from *Laxed (Siren Beat)*, for example.

09:36:20 (Thereupon, the audio was played.)

09:36:35 Q. Okay. And then you just sort of touched on this a bit, but what really distinguishes what we just heard from the *Laxed* original?

09:36:46 A. Sure. So first of all, there are no *Laxed* sounds in here. So it's, you know, for all intents and purposes, a completely distinct composition. There is literally -- none of the *Laxed* elements are here: the synth saxophone, the drumbeat, the horns, the *Laxed* piano. So those elements are all muted here. It's purely a different record.

09:37:07 And there is also a different rhythmic feel. As I mentioned, instead of a triplet-based feel, there is a straight 16th feel. We have an acoustic guitar, an instrument utterly distinct from, you know, the sound world

09:37:20 of *Laxed*.
09:37:22 And on top of that, Mr. Spatola -- and he does this
09:37:26 in almost every section of the song. He's again using his
09:37:29 color chord. In his acoustic guitar, he actually plays the
09:37:32 E-flat major add 6 chord, instead of just a normal triad. So
09:37:37 again, he's adding a different color to the harmonic
09:37:43 structure.
09:37:43 Q. Great.
09:37:43 And would it be helpful for us to listen to the
09:37:46 *Laxed* original audio?
09:37:48 A. Sure.
09:37:49 MR. BRANCOLINI: Could we please get that set up
09:37:51 starting around 8 seconds in?
09:37:58 (Thereupon, the audio was played.)
09:38:17 Q. Okay. Well, first, can you confirm that this is what you
09:38:25 understood to be the *Laxed* original audio file?
09:38:27 A. Yes, that's correct.
09:38:28 Q. I shouldn't say original audio file, but this is the
09:38:32 original version of the *Laxed*?
09:38:34 A. Yes.
09:38:36 Q. And you analyzed that as part of your analysis here?
09:38:39 A. Yes.
09:38:39 Q. So you sort of explained the difference -- you primed us
09:38:43 for what we should be listening for, and are there
09:38:48 differences that you identified sonic, compositional, or

both?

A. They are absolutely both.

Q. Okay. And why does that -- remind the jury why that distinction is important?

A. Well, so sonically, you have the sound recording, the actual file and how the song sounds, and then compositionally, you have the aspects that are traditionally represented in music notation on sheet music.

And so those two things, I understand, also have distinct copyrights and all these -- I'm not an attorney, but they have distinct paths for copyrights and royalties and everything like that, and so as a musicologist, I often analyze both sides, the sound recording and the composition.

Q. And Mr. Spatola's guitar and bass contributed to the identity of the prechorus section in what ways?

A. He contributes to the identity of the prechorus by implying a strong contrast in terms of the rhythms, the sound of the acoustic guitar, the distinct chord voicings. He even contributes a different chord with the E-flat major add 6 instead of the typical triad.

And so it really creates a strong contrast that -- especially structurally, in terms of its structural function, having a strong prechorus is one of the kind of best indicators of a successful pop song. If you look at the most effective songwriters, they have a strong prechorus to say,

09:40:15 hey, here comes the chorus, let's get your attention, and let's make this song really memorable. So this helps to accomplish that.

09:40:22 Q. So are you saying that this single sonority added 6, is this the basis for your entire opinion about Mr. Spatola's contributions to the prechorus?

09:40:35 A. No, it's just one piece of evidence in my analysis.

09:40:39 Q. And so just to wrap up the prechorus, what is your broader opinion about Mr. Spatola's contributions to the prechorus?

09:40:48 A. Basically that Mr. Spatola's contributions are indispensable to the prechorus. He completely changes the musical feel, texture, structure of the prechorus.

09:41:02 Q. Okay. So let's turn to the chorus section, and what, if anything, are you not attributing to Mr. Spatola in the choruses?

09:41:11 A. So in the choruses, Mr. Spatola sticks closely to *Laxed*. The chorus is largely based on *Laxed*. We, of course, have the hook, which comes from the saxophone synth in *Laxed* (witness demonstrates). So that is clearly the approach in the chorus.

09:41:35 But the chorus should also be broken -- it's broken into two halves -- and actually, we can see in this visual -- this is the submix without Matty. So we could see that the first half of the chorus, there are actually no *Laxed* chords

or bass that are -- there is no sampling of *Laxed* chords or bass, and so this is why in this particular submix, the first half of the chorus actually feels very empty and kind of awkward because we don't have Matty's contributions.

With that said, what he plays compositionally in the choruses does very much stick to *Laxed* with the offbeat chords, the more straight, simple bass line.

Q. So I think it's fair to say that you are not attributing chorus vocal melody to him, but do you still identify specific musical contributions by him in the chorus sections?

A. I do. I found in my analysis that Mr. Spatola continues to use his distinct chord color in the choruses as well, again, this E-flat major add 6 chord instead of a regular triad. This is also found in the chorus. So it's a pattern of kind of consistent intentional composition.

Q. All right.

MR. BRANCOLINI: So let's just -- I don't think we need to listen to -- let's listen to the chorus section isolated with Mr. Spatola's contributions, please.

Sorry. Yes.

(Thereupon, the audio was played.)

MR. BRANCOLINI: We can just listen to that first one.

Q. So what -- remind us again, what function does Mr. Spatola's contribution play in the chorus sections?

A. Well, in the chorus sections, it's largely based on *Laxed*. You have this very similar bass line to the *Laxed* bass line. You have the offbeat chords, similar to what the piano did in *Laxed*.

But what is interesting here is that from a sound recording perspective, Mr. Spatola basically replaces *Laxed* because there is no *Laxed* sounding. At the first half of the choruses, there is no sampling of *Laxed*. And so Mr. Spatola presents those elements in the recording himself instead of the *Laxed* elements.

Q. So there is a -- there is a greater distinction here than maybe in other sections with the compositional contribution versus the sonic contribution; is that correct?

A. Exactly well-said. In the first half of the chorus, it's Mr. Spatola single-handedly carrying the recording side of the chords and the base. Nobody else is providing these elements. But what he's playing in those sections is very closely tied with *Laxed*.

Q. So then it sounds like the fact that the chorus melody is largely derived from *Laxed* doesn't prevent you from identifying separate instrumental contributions by Mr. Spatola in the chorus?

A. That's right. Those are distinct things.

Q. And so what -- just limited to a musicological perspective, what is it that you think is most critical to

09:45:23 the chorus section for the jury to understand with respect to Mr. Spatola's contributions?

A. I would say that it's important to understand that in the chorus sections, Mr. Spatola is -- is sticking closely to *Laxed*, kind of creating the bass line from *Laxed* but with his own twists and contributions, creating the offbeat chords, and yet he still gives his spice of the color chord. He's not just playing the E-flat chord. It's in the signal that he plays E-flat add 6, which is interesting.

And then, as I mentioned earlier, one other thing that he does is he's not just moving in parallel with these simple close chords, like in *Laxed*. He actually is completely taking a different path through the voicings, the chord voicings or spacings, as he does in the entire record. There is no part of the record where Mr. Spatola just does a paint by numbers of just moving around (witness demonstrates).

No, in every single section, he takes a unique path (witness demonstrates) -- sorry, (witness demonstrates). And he does a different path depending on what section of the song. And that is including even in the chorus, he takes his own distinct path through the voicings.

Q. Great.

So unless there is anything else you think is worth discussing in the chorus, let's move to the final bridge

09:46:48 section.

09:46:48 So what, if anything, different did you observe within Mr. Spatola's contribution to the bridge section versus other sections?

09:46:58 A. Well, in the bridge section -- if I recall correctly, the bridge uses the offbeat rhythms that come from the *Laxed* piano (witness demonstrates), and so rhythmically, it's fairly by the book.

09:47:13 He, again, uses his color chords, and so it's, similarly to the chorus, where he's using his distinct harmonic voicings and his distinct path through the chords, where rhythmically, it's modeled largely on *Laxed*.

09:47:28 Q. All right.

09:47:29 MR. BRANCOLINI: So let's just briefly play the bridge section of Mr. Spatola's isolated contribution.

09:47:38 (Thereupon, the audio was played.)

09:47:58 Q. Okay. So we won't belabor it, but are there sort of any distinct or unique features to the bridge section of Mr. Spatola's contribution versus the other sections or is this -- well, I'll end the question there.

09:48:16 A. Sure. So it's a mixed bag. So rhythmically, it's the simple offbeat rhythms that come from *Laxed*, but he is doing his distinct chord colors, distinctly harmonizing it compared to *Laxed*, using his add 6 chord, and he's also using his distinct voicing path instead of just jumping around kind of

simply as is the case with *Laxed*. He's moving through his distinct more sophisticated chord space.

Q. And so, again, do these changes matter compositionally?

A. Yes.

Q. And just briefly, can you say why they matter compositionally?

A. They matter compositionally because voicing is one of the chief aspects of composition, and it's one of the ways that -- the way you express your chords matters, much in the way that the way -- like, it's not just what you say, but how you say it that really matters in music. And so going like (witness demonstrates) tells a very different musical story than (witness demonstrates). Even though those were both the same chords, they have different melodic implications.

Q. Thank you.

And you touched on this a little already, but from the sound side, is there -- what are Mr. Spatola's contributions to the bridge section?

A. From this outside, he is playing all three of his instruments just as he does in the entirety of the record -- well, except in the intro, he only plays two instruments, but in every other section, he's playing all three, acoustic guitar, electric guitar, and bass.

And I can't recall exactly in the bridge if there are *Laxed* elements sounding, I believe there are, also *Laxed*

elements in collaboration.

Q. Would it be helpful to hear the *Laxed* section?

A. Sure.

THE COURT: Again, this is for the bridge?

MR. BRANCOLINI: Yes, this is for the bridge.

Q. Dr. Lustig, did you want to hear the original *Laxed* file or did you want to hear the final version of the -- of the song -- the *Savage Love*?

A. It would probably be most helpful at this time to hear the bridge of *Savage Love*, yes.

(Thereupon, the audio was played.)

Q. Okay. So listening to that -- listening to that, does that -- is there anything else that you would like to add about Mr. Spatola's contributions to the bridge section?

A. I think it makes it -- it makes it very aurally clear that we have an integration there between -- we have the *Laxed* (Siren Beat) piano and we have Mr. Spatola's guitar and bass integrated with that.

Q. So then what is your overall musicological conclusion about Mr. Spatola's contributions to the bridge?

A. That it's a mixed bag in terms of his contributions. So part of it is just replicating the rhythms, the offbeat rhythms of *Laxed* but then with his distinct chord colors and voicings.

Q. And so then how would you contrast that with his

09:52:13 contributions to, for example, the prechorus?
09:52:15 A. I would say that his contributions are -- in the
09:52:18 prechorus and in the verses are more distinct and creatively
09:52:25 different, where it's a real strong deviation from *Laxed*.
09:52:29 Q. Okay. Is there anything else that you would like to note
09:52:34 about the -- your sort of overall impressions of the -- these
09:52:43 contributions that we have gone over before we move on to
09:52:45 another topic?
09:52:46 A. No.
09:52:47 Q. Okay. So you mentioned earlier that you had reviewed
09:52:52 Dr. Ferrara's expert report; is that correct?
09:52:54 A. Yes.
09:52:54 Q. To the best of your knowledge, who is Dr. Ferrara?
09:53:00 A. Dr. Ferrara is a musicologist who consults on copyright
09:53:07 cases.
09:53:07 Q. And did you prepare a rebuttal report responding to
09:53:12 Dr. Ferrara's musicological opinions?
09:53:16 A. Yes.
09:53:17 Q. What's the purpose of that rebuttal?
09:53:19 A. Well, I was asked to assess Dr. Ferrara's opinions and
09:53:25 identify where I agree and where I disagree.
09:53:27 Q. So being very mindful of not sort of going into a
09:53:36 detailed reputation paragraph by paragraph of Dr. Ferrara's
09:53:42 report, what were the main musicological areas of
09:53:44 disagreement between you and him?

A. Sure. So when I assessed Dr. Ferrara's report, we had some things that we agreed with. We both found that the choruses are largely based on *Laxed*, and we agree with the overall form of the song, intro, verse, prechorus, these kind of things. There was no issue with the basic aspect.

Then I reviewed his transcriptions, and I disagreed very strongly, even with just the notes and the rhythms that he represented. I don't agree with his transcriptions. I actually found a lot of errors. He also referenced prior art that we talked about yesterday, this idea of earlier existing compositions and compositions that predate the case. And even with those transcriptions, I found many errors in what he was representing.

There were cases where in order to really understand the work, you had to actually break them into, like, the left channel and the right channel on headphones, and he had not kind of understood that. He had not broken them into separate channels. And so I basically identified a lot of errors.

And then also I took issue with the way that he, well, calculate -- or, rather, more accurately, the way he did not calculate similarity. I like to objectively find where do the rhythms line up, where do they not line up, and to show that quantitatively. He did not give any percentages of similarity or difference.

And actually, the examples that he presented that he claims, oh, these examples explain Mr. Spatola's playing, they were very low similarity percentage. He did not produce anything that actually was highly similar to Mr. Spatola's works, not -- nothing similar to his rhythms, nothing similar to his guitar voicings.

Q. It's -- is it correct that you also had some general concerns with his reduction of the guitar and bass parts to labels like standard, common, or mere accompaniment?

A. That is right. Yes, I think he was dismissive of Mr. Spatola's contributions, just calling them, you know, mere accompaniment and, oh, this doesn't matter.

Q. And so, you know, there is obviously disagreement here between you and Dr. Ferrara. What do you think it's important for the jury to focus on when evaluating that disagreement?

A. Well, I think the jury -- I mean, this is music, so the jury should, of course, trust their ears, trust how it sounds, how it feels. To, you know, as always in any case, take into account that there are two sides, and there is two different opinions. And to consider all the evidence, to remember that if one aspect falls or one aspect holds, that doesn't necessarily affect the other aspects.

So it's possible that I'm correct on certain points and Ferrara is correct on other points. But, really, to

09:56:43 trust their ears and listen critically, I would say.
09:56:47 Q. And was -- I believe you mentioned it earlier when we
09:57:01 looked at the Charleston and tresillo sections, but can you
09:57:04 just briefly summarize what your disagreement -- sort of
09:57:10 summarize again the disagreement on those issues?
09:57:14 A. Sure. So Dr. Ferrara tries to explain away Spatola's
09:57:21 rhythms as just the standard rhythmic patterns, the tresillo
09:57:25 or the Charleston. And as -- would it be helpful to see the
09:57:28 figure again, comparing them?
09:57:30 Q. Yes. If it is helpful for you, it is helpful for me.
09:57:35 A. Okay. I think it would be helpful.
09:57:41 Q. Slide 13?
09:57:42 A. Yes. So in -- at the end of the day, in terms of really
09:57:46 analyzing and comparing these, we can see Spatola's rhythms
09:57:50 and the tresillo rhythm, or Spatola's rhythms and the
09:57:54 Charleston rhythm, they are really very different.
09:57:57 And so one thing that someone like Ferrara does in
09:57:59 his reporting, he often will say, "Oh, well, you could
09:58:02 subtract out these notes." And so he says that if this is a
09:58:06 subset, if the -- if Spatola's -- rather, if these basic
09:58:13 rhythms, like tresillo or Charleston, if they are a subset of
09:58:16 some other rhythm, then they are the same.
09:58:19 And that's a large -- it's a big fallacy, because
09:58:21 just because something is part of something else doesn't mean
09:58:23 that they are the same thing. And we can see here that the

09:58:26 alignments are -- there are some alignments, but they are not -- they are not -- in the majority, they are not aligned.

09:58:33 THE COURT: Excuse me, Counsel.

09:58:34 Dr. Lustig, is the notation that we are looking at now for the three verses?

09:58:41 THE WITNESS: This applies to Mr. Spatola's rhythms in both verses, yes.

09:58:45 THE COURT: All right. Thank you. I'm sorry, it was three choruses, two verses. My mistake, I'm sorry.

09:58:50 Go ahead, Counsel.

09:58:52 Q. And so while we are putting up slide -- I believe it's 16, with the Charleston, why -- why does this disagreement between you and Dr. Ferrara -- why is it important to flag?

09:59:05 A. That's a good question. Basically, as musicologists, we are always looking at prior art and trying to see are these patterns unique and creative, or are they just an incarnation of something that is already out there.

09:59:19 So I believe that someone like Ferrara wants to say, "Well, this is just -- you know, this is nothing special. This is just the Charleston. This is just the tresillo." And by grounding it in this historical rhythm, the idea is that it's not something that is particularly creative, basically.

09:59:37 Q. And so we now have the Charleston rhythm up. Is there anything else that you think is worth distinguishing here?

09:59:46 A. This rhythm, just like the tresillo, has a -- has some alignments, just as you get with any two rhythms by, kind of, chance alone, but the majority of the notes are not aligned. So in musicological terms, the Charleston rhythm is basically a poor -- it's a poor explanatory model, we could say, for Mr. Spatola's rhythms.

10:00:08 Q. And a few minutes ago we heard you discussing your disagreement regarding Dr. Ferrara's transcriptions; is that correct?

10:00:15 A. That's correct.

10:00:16 Q. And was that specifically with regard to certain bass material?

10:00:21 A. Certain bass material, sure. I found errors in many of his transcriptions, including the bass.

10:00:29 Q. And so just why do these -- why do these transcription errors matter, in your opinion?

10:00:37 A. Well, it's a matter of getting to the -- getting to the truth, to the ground truth. And in order to even enter the arena of debate and to assess the issues, we need to first establish the ground truth of how -- you know, what is the correct transcription.

10:00:53 Everybody makes mistakes. In his reporting, I found a pattern of errors in a lot of the transcriptions. Maybe he's very busy, or -- you know, he presented a lot of examples, so it takes time to transcribe them. And my job

was to rectify those examples so that we can have an honest discussion, basically.

Q. So are your concerns with Dr. Ferrara's practical or are they procedural?

A. So they are both. So in addition to his errors, I had issues with -- strong issues with his methodology. I actually don't -- fundamentally don't agree with his methodology.

As I said a little bit earlier, there is many examples in his reporting where he says, "Oh, this is a subset of this, and so therefore, you can just eliminate all of it." Instead of saying, "Okay, there is a 25 percent similarity. These notes align, but these notes don't." And so I always like to frame things in terms of calculating similarity quantitatively.

In my methodology, I always create an average of the number of notes. So if we have -- without getting too into the weeds, if we have Mr. Spatola's rhythms on top and the Charleston on the bottom, there is a number of notes between them, and you have to average the number of notes in order to find the similarity.

If you don't norm -- if you don't normalize your data, then you are going to always say, "Well, this is a subset of this." And so you just explain it away.

Because in music, what is not played is just as

important as what is played. And so if you have one musical element with a great many notes and then another with very few notes, it's easy to play a tricky game where you say, "Well, the note -- this with very few notes is just part of this, and so it's explained by this." But the lack of notes is very important as well. So you have to normalize between the note densities.

Q. So -- I apologize for interrupting you there at the end.

Are you referring to the ghost notes that you mentioned earlier today?

A. That is a part of it for sure, um-hum.

Q. And so is there anything else that you would like to note about your -- any disagreements with Dr. Ferrara, before we move on?

A. I would say there -- I don't want to get too into the weeds, so I'll leave it at that for now.

Q. Okay. Perfect. So just to kind of put a button on all of it, what is your -- what is your musicological opinion offering that you think is lacking in Dr. Ferrara's?

A. I would say a structured, systematic methodology is very important. And even, you know, music, which is such a creative artistic pursuit, it still can be quantified to some degree. So basic things like similarity percentages, normalizing for differences in note density, these are basic things that are out in the scholarship, in the literature,

that we can do.

So I would like to see a more structured, systematic approach. And also a little more attention to detail with the transcriptions, to be honest.

Q. Great. Thank you, Dr. Lustig.

So if we could just turn back a moment to just more generalized -- your more generalized approach to musicology. First, I meant to ask this yesterday, but where are you a professor at?

A. Sure. I'm currently a professor at two universities, at Anáhuac University in Mexico state and at the National University of Mexico, commonly called UNAM, in Mexico City.

Q. Great. And so in your musicological work, how do you analyze a recording that involves multiple contributors?

A. Could you repeat that question?

Q. Yes. In your musicological work, how do you analyze a recording that involves multiple contributors?

A. Well, it's always about breaking -- breaking the music into its various elements. It depends on a case-by-case basis, but we generally have the standard arrangement layers, like chords, bass, melody, percussion. And so that is in the arrangement sense. But then also in kind of the parameters of music, we have these elements as well, like rhythm, texture, melody, harmony, kind of the things that we talk about daily in the music faculties of the world.

10:05:16 And basically these concepts can be really perplexing too. Like, if you haven't studied it, they can be perplexing, but we all feel them. When they are different or similar, we can all feel and hear that as well, especially with training.

10:05:31 Q. So is there -- what is the distinction between a collaborator and a contributor?

10:05:40 A. A collaborator and a contributor. I mean, I think those words can be used in many ways. It doesn't seem very clear to me. But a collaborator, usually there is more than one person. If you -- if you are just a solo artist, you probably wouldn't refer to yourself as a collaborator. So there is a collaboration between multiple people.

10:06:05 A contributor --

10:06:08 THE COURT: Yes, the basis for the objection?

10:06:10 MR. RAYGOR: Not in his report.

10:06:11 THE COURT: Overruled.

10:06:14 THE WITNESS: A contributor perhaps, to me, connotes someone who contributed something. Maybe they were not as involved in the process as a collaborator would be.

10:06:24 Q. And what about a collaborator versus a creator?

10:06:29 MR. RAYGOR: Same objection.

10:06:30 THE COURT: Overruled.

10:06:31 THE WITNESS: Well, a collaborator, creator, to me are fairly -- I'm not sure how meaningful they are, really.

So a collaborator, you are working with other people. You are not working solo. A creator could be -- you could work solo; you could work in a team and still be a creator. They are both people who created something, basically.

Q. And so when there are multiple creators, what goes into -- well, you touched on a little about sort of how you are able to distinguish with your tools, but does it require you to treat every contributor's -- sorry, every collaborator's part the same to a final product?

I didn't phrase that very well. Let me try again.

So when you are dealing with a work that has multiple -- multiple collaborators on it, how -- does it -- do all of their contributions need to be the same?

A. No.

Q. So how do you -- so --

THE COURT: I'm sorry, Mr. Brancolini, I think we are getting into either one of two areas which I think would be outside Dr. Lustig's testimony. One would be what the law says about copyright, which ultimately is why we are here. I have already read an instruction which touches on that.

The other would be how rights are customarily assigned in the music industry. And that -- perhaps Dr. Lustig has the ability to testify to that, but it's not part of his report. It wasn't why he was retained.

10:08:27 So I would ask you to move on at this point.
10:08:29 MR. BRANCOLINI: Okay.
10:08:29 Q. So Doctor, are you offering any opinion about whether a witness is truthful?
10:08:34 A. No.
10:08:35 Q. Are you offering any opinion as to whether Mr. Derulo is talented or not?
10:08:43 A. No.
10:08:43 Q. Or whether or not he's a successful artist?
10:08:47 A. No.
10:08:47 Q. And are you offering any opinion about Mr. Derulo's character or credibility?
10:08:51 A. No.
10:08:52 Q. But in your report, you do discuss Mr. Derulo; is that correct?
10:08:58 A. That's correct. I assessed Mr. Derulo's deposition.
10:09:04 Q. Okay. And what specifically were you looking at in your report with regards to his deposition?
10:09:12 A. So I assessed Mr. Derulo's deposition, and in doing so, I found that he was confused about some concepts -- some musicology concepts. He mentions being able to sing the roots of the chords, but then when I listened to him singing what he thought were the roots, they were actually not the roots of the chords, which is fine in a sense, but it was interesting that they were not the roots of the chords.

And it was also interesting that the roots are not what is relevant in the case because the roots are not what Mr. Spatola is contributing. Chord roots are referring to the letter that you give to a chord. So when you say, you know, a C major chord, an A major chord, the root would be C for that first chord and A for that second chord. Those are the roots, and that is not in, really, dispute for the case.

What Mr. Spatola played with his special chord voicings, that is something that you really can't sing to someone because a chord is made of multiple notes, and you could sing it if you vocally arpeggiated through it, but that is not something that Derulo demonstrated in the deposition. He did not ever sing, you know, arpeggiating what those chords were, and so that is what I was assessing.

Q. And so I believe you touched on this a little in your prior -- your answer just now, but in your review of Mr. Derulo's testimony, did he demonstrate how he communicates musical ideas to producers or instrumentalists?

A. Yes, he mentions there -- I think there was a figure, actually, a transcription relevant here where Mr. Derulo is talking about an example of communicating to violin players what he wants them to play.

Q. I believe we have a video clip of this.

A. Even better.

THE COURT: Page and line, please, but you may use

the clip.

MS. PHIFER: Yes, Your Honor. It's 151-11 to 152-04.

THE COURT: All right. You may play that.

MS. PHIFER: Thank you.

(Thereupon, the video was played.)

Q. Okay. So Dr. Lustig, remind us, what are root notes?

A. Root notes are the note at the structural bottom of a chord, basically. When we talk about a C chord, the root is C; an A chord, the root is A. And the root notes in *Savage Love* are "C, A-flat, E-flat, B-flat." Those would be the roots of the chords.

What Mr. Derulo sang was distinct. He was singing, you know, in tune and in key with the song. It sounds very nice. But they were not the roots of the chords. And important to understand here is that even if they were the roots of the chords, that is not in question because Mr. Spatola already can identify the roots himself. He does not change the roots.

What is important to understand is that what Spatola played were distinct voicings above the root. So it's not about that bass structure underneath. It's not about (witness demonstrates), but it's about the notes above that are sitting on top with the distinct chord voicings and the paths through the upper structure, and that is not

10:14:48 something that has to do with roots.

10:14:50 And even if Mr. Derulo's confused about roots -- 10:14:54 which is fine, he's not -- doesn't need to be a musicologist, 10:15:00 but also what he's saying had no relation to the path that 10:15:02 Mr. Spatola took. So even if what Derulo meant to say was, 10:15:06 "I'm singing the upper structure, I'm singing kind of the 10:15:08 chord voicings," that's also very -- what he's saying is very 10:15:13 different from the path that Spatola took.

10:15:14 So really at the end of the day, what he sang was 10:15:17 just, like, a nice melody that fit into the key, it sounded 10:15:22 nice and it fit with the structure, but it bore no relation 10:15:24 to what Spatola played.

10:15:29 Q. So is it fair to say there was information that was not 10:15:36 communicated about -- from a musicological standpoint in that 10:15:39 clip?

10:15:40 A. Could you rephrase the question?

10:15:42 Q. Yeah, I'll rephrase.

10:15:43 So you talked about -- so is that -- is the 10:15:49 communication from a musicological standpoint of the musical 10:15:53 information that Mr. Derulo provided incomplete?

10:15:57 A. Yes, it's -- it's incomplete, and the -- if that was -- 10:16:01 if those notes that Derulo sang, if those were the 10:16:04 instructions, that would not lead to the result of what 10:16:09 Spatola played.

10:16:09 Here, we have a figure I prepared. So on the top

line, this is the -- these are the top notes of what Mr. Spatola played in his guitar voicings, and so he's playing (witness demonstrates). That's the top line.

And then what Mr. Derulo sang was (witness demonstrates), which is a very nice kind of logical melody that fits perfectly with the chords, it fits with the record, but you can just see visually they don't lineup with -- those are not the same, although rhythmically aligned -- largely aligned, but the notes are different. They are not the notes that Spatola played.

Q. Great. Thank you.

MR. BRANCOLINI: And I believe we have one more clip of Mr. Derulo.

Oh. No, just kidding. That's it.

Q. So is there anything else that you think is useful to your musicological analysis from these issues that we have just been discussing with regards to Mr. Derulo?

A. No, not that I can think of.

Q. Okay. So we are just about done.

So just based on your musicological analysis, at a high level, can you just briefly summarize Mr. Spatola's contributions, in your opinion?

A. So at a high level, Mr. Spatola contributed three instruments to *Savage Love*: acoustic guitar, electric guitar, and bass. He plays in 100 percent of the song

sections. He's always there. And other than the intro, where he plays two instruments, every other section he's playing three instruments, and so he's really contributing to the sound recording in a clear way.

Compositionally, it's a mixed bag, where there is parts where he's basically sticking to the *Laxed* feeling of the offbeat chords. His bass line is modeled on *Laxed*, for example, in the chorus and bridge. And then there is other sections, such as the verses, where he creates a totally distinct rhythmic composition. The prechoruses, he creates a completely different rhythmic feel.

Musicologically in terms of his chord voicings, he consistently avoids anything to do with the chord voicings of *Laxed*, where *Laxed* is moving just (witness demonstrates), just jumping around, and Spatola is tracing various paths through the voicings (witness demonstrates). In every section, he gives his own spice for the voicings.

And then the last thing I would mention is that he also changes the harmonic structure by avoiding, actually, just a normal triad and giving -- instead of this (witness demonstrates), he gives this (witness demonstrates). And so that also has different melodic and structural implications.

Q. And so just as a final question: Is there anything -- or how would you describe the impact of Mr. Spatola's contributions to the most layperson -- to me, with my tin

ear, what is the practical impact of Mr. Spatola's contributions?

A. Basically Spatola's contributions in the record take it from a kind of regional Siren Kings electronic record and turn it into a global pop record. So that is kind of the short of it, that Spatola transforms it into a global pop record.

MR. BRANCOLINI: And I apologize for that fake-out because we actually do have one more clip of Mr. Derulo.

THE COURT: Page and line, please.

MS. PHIFER: Yes, Your Honor. It's 150-02 to 150-07.

THE COURT: All right. You may.

(Thereupon, the video was played.)

Q. Great.

So from a musicological standpoint, what information was communicated by Mr. Derulo in that clip?

A. Well, in this clip, Mr. Derulo is -- if I recall correctly, he's asked, "How did you -- how can you instruct Spatola what to play on the bass? Like, did you sing him the bass?" Or "How do you show him what you want him to play?"

And so that is what Mr. Derulo sang.

Here, I have a figure, a transcription, showing both things. So on the top, we have Spatola's bass line, and on the bottom, we have what Mr. Derulo just sang for us. And

even if you don't read sheet music, you can see visually there is a very low similarity. They are both -- rhythmically, they both are kind of marching in what are called quarter notes, kind of the standard rhythm in music, but the pitch is that is how high or low the notes are on the staff. We can see that they are very different.

And so this is just, I think, another example of what Mr. Derulo sang was very nice and sounded, you know, musical, but it was not at all what the bass line is. He's not singing -- he's not kind of hitting the same checkpoints, the roots, he's not hitting the roots of the chords, he's not singing anything resembling the bass line.

And so it would be, in my musicological opinion, not at all similar to what actually -- like, if that instruction was what was given or if it's even close to what was given to Spatola, the bass line would not have come out that way, basically.

Q. So the information was not fully specified by Mr. Derulo in that clip?

A. That's correct.

Q. Okay.

MR. BRANCOLINI: So with that, I do believe we are now finished -- oh, but I just wanted to clarify that we do -- do we need him formally designated as an expert under 702, Your Honor?

THE COURT: No, I don't believe in Federal Court, that is necessary. He has been allowed to testify.

MR. BRANCOLINI: Okay. Thank you.

THE COURT: All right. Ladies and gentlemen, we will take our first break. We will start again at 10:45 or as soon thereafter as you are ready. Please don't discuss or investigate the case. Thank you.

(Thereupon, the jury retired from the courtroom.)

THE COURT: And if this isn't enough time for Mr. -- for Dr. Lustig to get on and off the stand, let me know, and I'll let the jurors know that we will be taking a little extra time.

Anything else before we break, counsel?

MR. ROSENBERG: One thing to bring up. Today, I believe, the plaintiffs are calling Jacob Kasher Hindlin. He's arriving, I think, around 10:30 or 11 AM. But today is the only day he can testify, so I was hoping that if it requires us to move things out of order, that we get to him.

THE COURT: Well, let me ask: Mr. Raygor, how long do you see your cross-examination being?

MR. RAYGOR: No more than an hour and a half, probably an hour --

THE COURT: Okay. How long are the parties intending with Mr. Hindlin?

MR. ROSENBERG: Not very long. Like, they are going

10:24:37 first, so I don't know, but my part maybe, like, 40 minutes.
10:24:41 THE COURT: All right. I'm looking here for your summary. Look, work it out so -- obviously, I would prefer that Dr. Lustig's testimony not be interrupted, but if it has to be, it has to be. So talk to each other and figure it out.
10:24:59 MR. ROSENBERG: Thank you, Your Honor.
10:25:00 MR. WERGE: Thanks, Judge.
10:25:02 (Thereupon, there was a brief recess.)
10:55:59 THE COURT: Welcome back. All nine of you are here. Dr. Lustig is still on the stand, still under oath.
10:56:07 Mr. Raygor, you may proceed.
10:56:07 CROSS-EXAMINATION
10:56:11 BY MR. RAYGOR:
10:56:11 Q. Good morning, Dr. Lustig.
10:56:13 A. Good morning.
10:56:13 Q. Just a couple of preliminary matters.
10:56:19 You were never in the studio with Matthew Spatola, Jason Derulo, Phil Greiss, Ben Hogarth, or anybody else working on *Savage Love*; is that right?
10:56:31 A. That's correct.
10:56:31 Q. So you don't really know how they interacted in putting together the guitar parts or the vocals or anything else in the studio, correct?
10:56:41 A. I wasn't there to see how they interacted.

Q. And so you have no firsthand knowledge of how Jason Derulo, for example, might have told Mr. Spatola to play a certain thing or not to play something else, right?

A. We could say that I have circumstantial evidence, not firsthand witness evidence, sure.

Q. "Firsthand" meaning you weren't there at all.

A. That's correct.

Q. You have seen no video or anything like that showing what happened in the studio, correct?

A. Correct.

Q. I would like to kind of start off with going back to the submixes that you talked about yesterday first thing and then today a little bit.

And you presented the first four yesterday, the submixes number 1, 2, 3, and 4, and you used --

MR. RAYGOR: Let's just look -- maybe you can pull those up for us, okay?

Q. You can see that on your screen?

A. Yes.

Q. So the first one here is submix 1, "No Matty," and you have four arrangement layers, correct?

A. That's right.

Q. And the second page is submix 2. This one is "Matt Spatoly -- Spatola Only," correct?

A. Yes.

10:58:05 MR. RAYGOR: Sorry, Mr. Spatola.
10:58:07 Q. The third one, submix 3, is "Matt Spatola and Jason Derulo"?
10:58:15 A. Yes.
10:58:15 Q. And number 4, this one has "No Jawsh 685," right?
10:58:19 A. That's correct.
10:58:20 Q. And Jawsh 685 is the person in New Zealand who created the underlying work, right, *Laxed* (Siren Beat)?
10:58:28 A. Well, I wouldn't describe it as the underlying work, but he created *Laxed* (Siren Beat), yes.
10:58:34 Q. That is a good correction, thank you. He created *Laxed* (Siren Beat).
10:58:39 So going back to these, there is nothing in here -- for the sound parts of this, you did not include anything that came from the actual sound recording, right?
10:58:53 A. I --
10:58:54 Q. The final sound recording as commercially released.
10:58:57 A. Well, the submixes are created from the stems that were sent for mastering. So it's essentially the same as the final sound recording, just it's going to sound a little bit less bright, a little bit less loud.
10:59:11 Q. But, I mean, you don't know, then, whether any of these stems underwent transformation at all before it ended up in a final mix, right?
10:59:21 A. Well, I have assessed the stems that were sent to

10:59:25 mastering. I have compared that recording to the final mastered version, and the only difference that they have is that one is mastered and one is not. They are both mixed, they are both the same compositional and fundamental sound recording elements.

10:59:40 Q. You didn't notice any things like reverb, digital delay, or other effects added to some of the guitar parts in the stems?

10:59:49 A. So the stems that were sent out for mastering already have delay and reverb and all of these mixing effects applied.

10:59:56 Q. Did you compare that to the effects that were then applied in the final mix?

11:00:00 A. My understanding is that the stems are already mixed. It's just the mastering part. It's doing what is called stems mastering, where the mastering engineer has access to the individual stems in order to, again, make it louder, cross-platform compatible, kind of the standard mastering techniques.

11:00:18 Q. And what you did in these four submixes by pulling out -- or you called it muting, I think, right -- muting certain layers here, chords, bass, percussion, whatever, that was something that you created to illustrate this point, right, that you wanted to make in each of these four submix charts?

11:00:42 A. That is essentially correct. I soloed or muted the

relevant parts.

Q. And were any of the sound elements that you put in these charts, in the little speaker symbol, that we listened to, was any of that from an actual bounce?

A. Yes, all of these are -- are -- sorry, could you reframe the question about the bounce?

Q. Yeah. Did the -- the aural, the hearing part that you listened to, that you put in this chart, is that from a bounce or was that from a stem?

A. Well, these all come from stems. So the bounce is when you have your individual Pro Tools project file, version 1, version 2, version 3, you can export the current state of the song.

So these are not bounces, these are the stems. But if I recall correctly, all of these stems already had mixing, processing print -- what is called "printed" onto it. So they already came with the reverb, compression, EQ, all of the standard techniques.

Q. And notably missing from all four of these charts is any, like, fifth layer that showed *Laxed* (Siren Beat), the preexisting work, right?

A. Well, *Laxed* (Siren Beat) is not really a valid arrangement layer. These are abstract layers that are irrespective of any song: melody, chords, bass, percussion. And so the *Laxed* elements, some of them contribute to chords,

11:02:10 others contribute to bass.
11:02:11 And so these sections cut across. It's not about a distinction of *Laxed* versus *Savage Love*. But we do have -- I did create a submix showing -- for example, the "No Jawsh" lets us subtract out the *Laxed* elements.
11:02:28 Q. But you didn't include in any of these the "With Jawsh," right?
11:02:32 A. I would have to review the submixes to refresh my memory.
11:02:36 Q. Well, there is no layer on any of these four slides, right, that says "With Jawsh" or *"Laxed* (Siren Beat)," right?
11:02:43 A. There are submixes that include -- that certainly include Jawsh. There is a "No Jawsh." There is not a "Jawsh Only" because a "Jawsh Only" submix would be very, very much *Laxed* (Siren Beat), a separate -- a separate piece.
11:02:59 Q. And you don't think that would have been important for the jurors to see where that part fits into these layers?
11:03:05 A. To have a "Jawsh Only"?
11:03:07 Q. Or "Jawsh Only," or just to have a Jawsh fifth layer here.
11:03:11 A. Well, a Jawsh fifth layer wouldn't make sense any more than a "Matty Only" layer or a "Jason Only" layer because these are abstract arrangement layers: chords, bass, percussion. They are not about -- so basically the person is handled by what is muted and what is soloed. And these layers, these are the standard arrangement layers of a piece

of music.

Q. But on slide number 2, submix 2, you have "Matty Only" layers, right?

A. I do not have Matty layers. I have arrangement layers, chords and bass, which this is a partitioning of the space showing what Matty contributed.

Q. And you have -- again, though, nowhere in these four slides do you have anything that shows the presence of, or contribution of *Laxed* (Siren Beat) to *Savage Love*, do you?

A. Well, I do, because the -- the "No Jawsh" mix is one way into the data in order to see what subtracting out *Laxed* (Siren Beat) entails.

Q. Let's go back to number 1, submix 1. And this is the one I think you sort of used an analogy about a building, because there is blank spaces in the middle, right? You said maybe structurally a little weak?

A. That's correct.

Q. Did I have that all right?

A. Yes.

Q. And I took down something that you said yesterday, because it seemed rather striking. You said, "In my expert opinion, the minimum necessary condition for a complete composition is you have a chord layer throughout, you have a bass layer throughout. And so when listening to the submix, it's quite clear that it's not really a full composition.

11:04:53 Without Matty in here, it's not complete."
11:04:56 Do you remember saying that?
11:04:57 A. I do.
11:04:57 Q. You have no musicological support for such a conclusion or opinion, do you?
11:05:04 A. Only the fact that 99 percent of released songs have chords and have bass. I mean, there is some percussion music -- you can have, you know, marching snare music and things of this nature. There is Gregorian chant, which is just a guy singing a single melody in a cathedral.
11:05:25 But almost all music throughout history and across all cultures have a harmonic layer and some kind of structural bass line, especially everything that is on the radio and everything that is pop music, Spotify, all of this. So that would be my basis for that claim.
11:05:38 Q. So do you have data that supports your 99 percent figure of all songs?
11:05:42 A. Well, 99 percent, I -- is a -- in -- it's not the specific number. I'm saying it in casual terms.
11:05:53 Q. It's hubris, right?
11:05:55 A. It's not the -- I don't have a specific number, but it's a well-established fact, very commonplace fact that chords and bass -- just -- to such a great extent that in -- when you study music theory and musicology, the vast majority of what you study in music faculties is specifically about

chords and bass. That is basically -- if you look at any standard music theory textbook, the vast majority of it is specifically about chords, bass, and melody.

So these are standard, minimum necessary conditions. Again, unless it's percussion music, you know, which is just about the rhythmic domain. But nothing that you hear on the radio, that I've ever heard, is just percussion music.

Q. But you said -- in the part that I quoted from yesterday, what you are basically saying is if a work does not have a chord layer throughout and a bass play -- a bass layer throughout, you don't have a complete composition, right?

A. It's -- it needs to be assessed on a case-by-case basis. Again, if there is a percussion composition, then you could perhaps consider it a limited percussion composition.

What I assess is that in this particular case, as we heard yesterday, with this "No Matty" submix it clearly feels incomplete and lacking, because it lacks the chord and bass layer.

Q. But you -- in that statement you made, you didn't limit it to this particular song. You just said that as a blanket statement, right? If it doesn't have the bass layer, it doesn't have the chords layer, then it's not a complete composition, right?

A. In the vast majority of cases, I --

Q. You didn't say "vast majority," did you?

THE COURT: Please, Mr. Raygor --

MR. RAYGOR: Sorry, Your Honor.

THE COURT: -- let the witness finish his answer, and I'll make sure he lets you get out your question.

MR. RAYGOR: Sorry.

THE WITNESS: I appreciate you, you know, clarifying, making sure that we don't overstate things. I stand by my claim that in the vast majority of cases you need chords and bass to -- in order to have a complete song.

MR. RAYGOR: Can you play a demonstrative for us here, L101.

Q. And just I'll tell you, what we are going to listen to is just a little clip from Suzanne Vega's hit song *Tom's Diner*.

(Thereupon, the audio was played.)

MR. BRANCOLINI: Objection, Your Honor, this was not shared with us, this demonstrative was not.

THE COURT: I'll allow it briefly for purposes of impeachment.

Go ahead, Mr. Raygor.

MR. RAYGOR: And can we listen now to L102.

Q. This is a little bit of Janis Joplin's *Mercedes Benz*.

(Thereupon, the audio was played.)

MR. BRANCOLINI: Objection, Your Honor, both of these are incomplete.

THE COURT: All right. The objection is overruled.

You can explore that on your redirect.
Go ahead, Mr. Raygor.
Q. Neither of those two songs had any chords or bass in them, right?
A. I don't know, because I haven't heard the full songs.
Q. Well, the parts we heard anyway. I can represent to you -- and we can listen to the full song, if you would like. I would like to not take time doing that. Maybe your counsel can do that later.
But I'll represent it's all a cappella with Suzanne Vega, throughout the entire song. And the only thing that is added to Janis Joplin's song is the tapping.
A. Okay.
Q. And so -- but at least in the portions you heard, there was no chords, no bass, right?
A. In the portions I heard, that's correct, yeah.
Q. And so in your expert opinion, they therefore aren't complete compositions, right?
A. I would need to listen to the full composition in order to assess that, because actually there is also something called compound melody, where even with your vocal melody you can imply certain bass motions and harmonic aspects. And so it's not really -- I would need to properly hear them and assess them.
What I would say off the top of my head is that the

difference -- there is some important differences to consider. So one thing is that those are not kind of your radio pop-style song. I don't know how successful those songs were.

I also would say that there is a big difference between beginning a song with a vibe of an a cappella feeling versus having a song marching along with chords and bass and then suddenly having just an a cappella prechorus. That is not something that I have ever seen before and I don't think is particularly effective.

Q. You characterized those two songs, I think you said they are not radio pop songs. That is just your personal aesthetic opinion, right? That is not a musicologically based opinion, right?

A. It's an opinion based on the perceived genre. I would not place those in the category of a Jason Derulo, an Ed Sheeran, a Taylor Swift kind of successful hit radio song. I don't know the chart history of those songs, but I would be surprised if they were, you know, famous famous --

Q. Because whether --

A. -- Billboard number 1 songs.

Q. I'm sorry. I'll try to control that.

The -- whether or not it's a complete composition doesn't depend on where its chart position is, does it?

A. No.

11:11:41 Q. Okay. Let's listen to a little bit of something that may be more modern because you said you maybe hadn't heard the entire two songs that I played snippets of. I suspect you have probably heard this one. Let's try Prince's *When Doves Cry*.

11:12:00 (Thereupon, the audio was played.)

11:12:54 Q. That song famously has no bass part, right?

11:12:58 A. At least from what I hear coming from the speakers, it does not sound like there is a bass guitar.

11:13:04 Q. But have you ever read anything, in music history or whatever, indicating that one of the things that made that song so unique and famous was it had absolutely no bass?

11:13:14 A. Okay. If you -- if you represent that to me.

11:13:17 Q. And well, let's assume that it has no bass. You didn't maybe hear it there. If it doesn't have bass, then under your professional expert opinion, that is not a complete composition, is it, this song?

11:13:27 A. There is a difference between no bass guitar and no bass function. So I didn't hear coming out of the -- I mean, I would have to hear on headphones and all of that, but I didn't hear coming out of the speakers a bass guitar.

11:13:39 However, Prince's vocal here is actually very bass-like. He's clearly presenting a specific chord percussion. As I said earlier, a vocal can actually convey chords and harmonic information (witness demonstrates). So

11:13:54 he is going (witness demonstrates). That is basically his melody, which very clearly implies these chords (witness demonstrates). So it's a minor 1 chord and then a flat 7 chord (witness demonstrates), and going back again.

Any practicing musician, if they were asked to then get on the bass, they would lay that down. Something like this (witness demonstrates).

So there is clear harmonic implications, and that is probably why that vocal is able to still sound coherent and structural, because there is a bass function.

Now, where it gets complicated is in creating a submix of something like that. It would be difficult. You know, do you include -- you know, if you have your vocals layer, are you also going to copy Prince's vocals and put them in the bass layer. It's difficult to kind of -- this is where things get messy, but basically most music -- my point being, most music that doesn't have a bass guitar, when you start to look at the vocal melody, there is -- the vocal is handling kind of this harmonic or this bass information.

Q. And you've got no data that you can show us to support that statement that most music has that, right?

A. I don't, like, specifically have data right here, but it's a well-established fact that is really not in dispute. The vast majority of music has chords and bass.

MR. RAYGOR: So going back to submix 1, if you could

show that again, the first slide.
Q. So this one, while it might not be all that pleasing to you, I think you said, using your building analogy, it sounds a bit weak when you remove the chords and bass from those sections that are white space here, correct?
A. Yes, it feels incomplete and lacking.
Q. But even without that bass, you still called that a perfectly -- I forget your phrase -- a perfectly freestanding composition, didn't you?
A. I called this a freestanding composition?
Q. No, I'm sorry. You are right. So it was number 2.
Would you consider this composition without those parts?
A. Submix 1?
Q. Yes.
A. I would consider it -- if I was presented this naively with no context -- and I think I can safely say any experienced musicologist would perceive this as an incomplete project file. It sounds very clearly like it's a project that is just missing chords and bass.
MR. RAYGOR: So let's go to submix 2.
Q. This is the one where I got a little bit ahead of myself.
This is the one where all we are hearing is the chords and the bass, correct?
A. All we hear here is Mr. Spatola's playing, that's

correct.

Q. And this is the one that you said is a perfectly freestanding composition, right?

A. Yes. It sounds like a nice instrumental composition.

Q. It has no vocals, it has no lyrics, it has no percussion. It has some guitar strumming, correct?

A. It has --

Q. Yes?

A. -- guitar -- electric guitar and bass, yes.

Q. It has some guitar strumming, yes?

A. Strumming is one of the techniques that Mr. Spatola uses.

Q. That's a "yes"?

A. It's not a yes because it has some guitar strumming as a kind of a --

Q. Thank you.

MR. BRANCOLINI: Could I ask --

THE COURT: Please do not cut off the witness.

Dr. Lustig, you may finish your answer.

THE WITNESS: To say it has some guitar strumming is sort of a reductive way to put it. Strumming is one of the techniques that Mr. Spatola uses.

Q. Sure. I was going to get to the others, but it has some guitar strumming, it has some guitar chords, it has some bass notes or lines, right?

A. It contains guitar strumming, guitar chords, and bass

playing, that's correct.

Q. And to you, that is sufficient if you just have that to create a complete composition, in your professional opinion?

A. Well, I would direct you to the entire history of classical instrumental music. Every classical piano piece, the entire works of Chopin, Mozart, Beethoven, anything that is on solo piano has no percussion and effects and it has no vocals, and that is clearly a sufficient freestanding composition.

Q. But this one, you say, is a perfectly freestanding composition just with Mr. Spatola's guitar parts, yes?

A. Yes.

Q. But it isn't quite, is it? I mean, all of those bass guitar, electric guitar, and acoustic guitar parts are actually copying chords that are in *Laxed*, aren't they?

A. No, I do not agree with that.

Q. There is not a single -- there is no commonality at all with any chords in *Laxed*?

A. Oh, there is a lot of commonality, but I would not dismiss them as just copied chords. For the reason I mentioned earlier today and yesterday, there are many differences from *Laxed*.

Q. Sure. But he does play C minors, E-flat majors, A-flat majors, and B-flat majors, correct?

A. He plays C minors, he plays A-flat majors, and he plays

11:19:07 B-flat majors, but for the E-flat in the majority of the composition, he presents E-flat major add 6.

11:19:12 Q. You say "the majority." How many times does he strum an E-flat chord either with or without the C?

11:19:19 A. I don't know the exact number of how many times, but what I can say is that in every section -- in every section except for the verses, he plays the E-flat major add 6 chord.

11:19:35 Q. So you don't have data -- do you know a percentage of the entire composition, how many times he plays the add 6 chord?

11:19:44 A. I could certainly calculate it if I had access to my original report. I actually do present the percentages.

11:19:53 Q. But you didn't do that in your report, right?

11:19:55 A. No, I did. I have the percentages of the verses, and I could easily calculate that for you.

11:19:59 Q. You put in your report the percentages of times he hits an E-flat chord with the added 6; is that right?

11:20:05 A. In my report, I have the percentage of what constitutes the verse, and so from that, I could easily calculate what percentage has the add 6 chord.

11:20:14 Q. And so if you were to take out -- from the green and orange lines here on submix 2, you take out the chords that he played that were in *Laxed*, you take out the syncopated rhythms, like, on the two and the four beats that were the same as in *Laxed*, you take that out, and you take out the fact of a looped chord progression, is it still a complete

composition?

A. Well, it would be, I think, disingenuous to take out the chords because Mr. Spatola, as I mentioned, doesn't just play the same chord voicings. He plays distinct chord voicings. And so it wouldn't make sense to do that subtraction, for starters.

I think you are referring to the process of filtering, where you subtract out the similarities. Unfortunately, here we don't have that similarity because his voicings are distinct.

Q. I mean, if *Laxed* (Siren Beat) by Jawsh 685 had not existed, there wouldn't be much left here in this submix 2, would there?

A. There would be a great deal left because the rhythms and voicings. And in most cases, the harmonic information is distinct also.

MR. RAYGOR: Let's go to submix 3.

Sorry, I meant 4.

Q. Here, you say that you leave in everything except what came from *Laxed*; is that right?

A. That's correct.

Q. But again, what you left in still largely depends on the -- on the preexisting work, *Laxed*, doesn't it?

A. No.

Q. Not the structure of the song?

A. No, especially not the structure because *Laxed* does not have verse, prechorus, chorus. In this type of pop song structure, it's quite distinct in *Laxed*.
Q. It doesn't have the chords?
A. Some of the chords are similar.
Q. Okay. And it has some of the rhythm similar?
A. Yes, definitely.
Q. Some of the melodies are similar?
A. Especially the chorus -- the chorus melody, very derived from *Laxed*, yes.
Q. Yeah. And you called this one, submix 4, "a great composition," didn't you?
A. Yes, I think it's a very good composition.
Q. And isn't it largely because of Mr. Derulo's voice and his vocals, his lyrics?
A. A great deal of it is from Mr. Derulo's excellent voice and excellent lyrics.
Q. And the other thing that makes it a great composition is not just his voice and lyrics, but also the underlying material that is derived from *Laxed* (Siren Beat), isn't it?
A. Well, I would say there's basically three things that make it a great composition: Derulo is one of them, Spatola is another one, and then there is the inspiration from Jawsh that clearly makes it into, for example, the chorus hook, which is basically lifted from *Laxed* (Siren Beat).

Q. Let me move on.

MR. RAYGOR: You can take that down.

Q. Do you have a website?

A. I do.

Q. Is that at ethanlustig.com?

A. Yes.

MR. RAYGOR: Your Honor, I'm going to mark as an exhibit for identification, for now, portions of Mr. -- Dr. Lustig's website. I'll show it to the witness with your permission, have him look through it before I move it in, and I won't publish it first.

THE COURT: All right. Exhibit 403 for identification only for now.

MR. RAYGOR: You said 403?

THE COURT: Yes. I'm sorry, 463. I misspoke, Counsel. We already had 403 earlier today.

MR. RAYGOR: 464?

THE COURT: 463, Counsel.

MR. RAYGOR: May I approach the witness, Your Honor?

THE COURT: You may.

THE CLERK: Thank you.

THE COURT: Thank you.

Q. Could you just briefly look through this and confirm whether these are printouts of material that is posted by you on your website?

11:25:37 A. Sure.
11:25:56 Q. And in the lower right-hand corner of each page, you can see a time stamp of the time and date it was printed out.
11:26:03 A. Yes. I hope that no California Redwoods were harmed in printing off my entire website.
11:27:19 Q. Let's look through at page number 2. Well, can you confirm that these are all from your website, these pages?
11:27:27 A. Yes, it appears you have printed off many pages from my website, yes.
11:27:32 MR. RAYGOR: Your Honor, I move to have Exhibit 463 admitted and published.
11:27:35 THE COURT: You may use it with the witness, and we'll decide then what should come in. If there is something here in which you want to use for impeachment, then let me know what it is.
11:27:48 MR. RAYGOR: Okay.
11:27:48 Q. Could you look at page number 2.
11:27:51 A. Yes, I'm there.
11:27:51 Q. Okay. And this is material describing the services you provide as a forensic musicologist, right?
11:27:58 A. Yes.
11:27:58 Q. And if you go to pages -- at the bottom of 2, and then you look at pages 3 and 4, this is a list of various cases you have worked on, right, as a forensic musicologist?
11:28:14 A. Yes, this is a list of some of the clients and cases that

I have previously worked.
Q. And if you look at the bottom of page 3, you include this present case, right? It's the second bullet from the bottom.
A. That's right.
Q. And then please turn to page 5. This is -- if you'll look at the third bullet point there.
A. Yes.
Q. In that, you say that you are a professor at both the National Autonomous University of Mexico, or UNAM, right?
A. That's correct.
Q. And is it -- can you pronounce it for me?
A. "Anáhuac."
Q. Anáhuac University, right?
A. Yes.
Q. You haven't actually attained the official rank and title of professor at either university, have you?
A. In Spanish I have. I am a professor.
Q. And is that something conferred -- a title, in Spanish, that is conferred on you by the provost or deans or whatever at the universities?
A. Sure, it can be as official as you like. In Spanish, you teach a university course, you are a professor.
Q. That is true at any university? You just teach a course and then you become a professor?
A. Well, it's -- it's a different titling system, and so

11:29:30 when it says a professor, it's not -- the claim is not to say, you know, tenured or -- in the United States system. It's a different country, and it has a different system.

11:29:41 Q. Are you aware that you are not identified on the website for either university?

11:29:46 A. Yeah, of course. The websites of those universities are not very up to date, and it's not really -- those are not schools that particularly have -- most of the professors are actually not listed, except for the more administrative roles. All of my colleague professors are also not found on those websites.

11:30:03 Q. Are you aware that there is a web page for the faculty of music at the National Autonomous University of Mexico?

11:30:13 A. Yes, there is a website.

11:30:14 Q. And there is a web page that identifies, with photos of all the professors there, right?

11:30:19 A. I don't believe so.

11:30:21 Q. I've -- okay. But you -- is your name and photo in that list, that web page?

11:30:31 A. I haven't checked. I mean, look, if you like. Mondays from 9:00 to 11:00 AM, Class A19 in the music faculty, you can find my course. At Anáhuac University, you can find me on Tuesdays, Thursdays, and Fridays teaching the four different courses that I teach there.

11:30:48 Like I said, the -- most professors are not listed.

It's a different -- maybe a different culture, a different way of handling the website. There is not kind of an up-to-date list, nor -- of me nor of my other colleagues who teach courses there.

Q. Are you aware that the only time you are mentioned in connection with the UNAM University is as having taught a continuing education course in February of 2025 that was open to the public?

A. Well, I also taught that. Yeah, I taught an intensive 12-week seminar for continuing education.

Q. Are you aware that is the only instance in which you are identified or connected with the university, is that one February '20 --

A. If you like, we can call them. I mean, that would be really the way to confirm, because this is a little bit ridiculous, to be honest. Because like I said, these universities --

THE COURT: Dr. Lustig, it is for the jury to determine whether something is ridiculous or not. Answer the questions. That is why you are here. I've already suggested to both counsel that at times they are making speeches and not asking questions, and I don't allow that. And I won't allow you to comment on things which are in the province of the jury.

Ask your next question.

MR. RAYGOR: Could you pull up, please, L14.

Q. Do you recognize this notice of a course that you taught in February of 2025?

A. Yes.

Q. Okay. And this is with the Department of Continuing Education, right?

A. That's correct, part of UNAM.

Q. And if you look down on the second page -- sorry, third page, there under -- where it says "Dr. Ethan Lustig" at the bottom, next to it, it says "Ponente," right?

A. Yes.

Q. That is "speaker" in Spanish, right?

A. Essentially the person that is imparting the course, in this case, yes.

Q. And there is -- can you just look through this and see if there is anywhere in here that says that you are employed by the university, or a professor, or even an instructor with the university?

A. This is not the correct place to put that. This was a list of my various degrees and education. It's not a list of where I teach.

Q. Do you recall submitting an expert report in this case dated October 9, 2024?

A. You are referring to my original report?

Q. Yeah, your initial report.

A. I don't recall what date it was.
Q. But you recall submitting an initial report, right?
A. Yes.
Q. And do you recall attaching a CV to it?
A. Yes.
Q. Let me show you a copy -- or your CV that you submitted with that report that has been previously marked as Exhibit 178.
A. Okay.
THE COURT: You may do so, Mr. Raygor.
MR. RAYGOR: Your Honor, I don't think that this one has been jointly admitted, so I won't publish it for now.
THE COURT: You may -- as to the whole report, certainly, but you may use and publish the CV, if you wish.
MR. RAYGOR: Okay.
Q. So does this look like the CV that was attached to your report?
A. I suppose so.
Q. Please look at page 5 of 6. And if you look on there under Teaching Experience, you have the first entries -- thank you. The first entry there is Instructor, faculty of music at UNAM, right?
A. That's correct.
Q. And it doesn't say "professor," does it?
A. No, it says "instructor."

Q. And then the second one, likewise, says "instructor" in the faculty of communication at University of Anáhuac, right?
A. That's correct.
Q. And then also as far as -- you say -- going back to the first one, Instructor, faculty of music at UNAM, it doesn't actually state that you teach music courses there, does it? It states, "I teach English in the music faculty to undergraduates," doesn't it?
A. "I teach English for musicians in the music faculty," that's correct.
Q. Teaching English is not teaching music theory, is it?
A. Well, it's -- it's an interesting course, because I teach music concepts in English, and so they learn how to engage with music. It's basically -- a lot of the classes are giving a music theory class, but in English. And the music terminology between Spanish and English are distinct, so it's important to be able to -- to dominate that difference.
MR. RAYGOR: You can take that down. Thank you.
Q. You would agree that a singer like Jason Derulo could be a great musician without reading music, notating music, or playing an instrument like a guitar or piano, right?
A. Absolutely.
Q. In fact, Mr. Derulo's instrument is his voice, isn't it?
A. Essentially.
Q. Let's go back to Exhibit 463. This is a printout from

your website.

THE COURT: Which page, Counsel?

MR. RAYGOR: 10.

Q. And is this an article that you wrote called Music Theory For Producers: 4 Myths That Are Holding You Back.

A. That's correct.

Q. And you posted that on your website, right?

MR. BRANCOLINI: Your Honor, I thought we weren't publishing this.

THE COURT: Correct. Counsel, if you want the witness to look at something, I'll make a -- if you want the jury to see it, let me know and I will make that decision.

MR. RAYGOR: That was my mistake, Your Honor. I asked that it be published. I should not have done that.

Q. On page 12, if you could look at that. You state, "As a Ph.D. in music theory, trust me when I say you can master all of the following music theory concepts and more without any music notation: chords, scales, rhythm, melody, and harmony and Roman numerals." Right?

A. Yes.

Q. And that also holds true for Mr. Derulo, right?

A. Apparently not, judging from his performance in the -- with his singing in the deposition.

Q. So you are now saying he's not a great musician?

A. I'm not saying he's not a great musician. I'm saying

11:37:47 that he's quite confused about these concepts.
11:37:50 I mean, I have many students who don't even read sheet music and we go into very deep concepts through guided lessons. I teach them complex concepts of music theory without sheet music. It is possible, with the right teacher, to delve into these concepts without sheet music representation, that is true.
11:38:09 Q. We'll get to that a little bit later. We'll look at actually what happened at that deposition.
11:38:18 On page 13, you state, "You don't need to write -- to read or write any sheet music to be a great musician." Right?
11:38:29 A. That's correct.
11:38:29 Q. And that also holds true for Mr. Derulo?
11:38:33 A. I would say Mr. Derulo is a great musician, irrespective of sheet music.
11:38:40 Q. You don't need -- he doesn't need to have sheet music or write sheet music in order to be a great musician, right?
11:38:47 A. Well, there is -- there is many -- there are examples of, you know, blind musicians who made great music. I say here in this article Stevie Wonder is blind, but he had no trouble composing great records. The Beatles didn't really read sheet music or have that ability. So I would say that is the -- the sum of it.
11:39:12 Q. At the bottom of page 14, you say, "But you don't need to

play the piano, or any other instrument for that matter, to make great music. Your ears and your mind are the best tools for learning music theory." Right?

A. I do believe that with the right training, you can really have a deep understanding of music theory from your ears and your mind, even without an instrument, sure.

Q. Okay. And that also holds true for Mr. Derulo?

A. Well, from the evidence that I have reviewed, it does not. Because he claimed to sing the roots, and was not singing the roots, nor were they related to Mr. Spatola's chord voicings.

Q. Did you ask him what he meant by -- what he understood "root" to mean?

A. No, I have not spoken with him about that.

Q. You have your own idea of what "root" means as a music theory professional, correct?

A. No, it's -- I would say more accurately, as we see in the deposition, he is asked to sing the roots, and he sings something that is not the roots.

Q. But he's not singing a root as you understand a "root" to mean, correct?

A. He's not singing anything that relates -- other than being in key and in tune, he's not singing the chord voicings, he's not singing the upper structure, he's not singing the roots.

Q. Did you see a question at all where he was asked: What do you mean by a "root," Mr. Derulo?
A. I don't recall exactly. I think he may have been asked that exact question in the deposition, but I would need to review it.
Q. You don't know as you sit here today if he was asked that, right?
A. My best recollection is that he is asked about roots and gives a kind of vague definition of "roots."
Q. Okay. There's another article on page 22. This one is called Copyright Cheat Sheet: Finding Substantially Similar Songs.
This is an article you wrote and published on your website, correct?
A. That's right.
Q. At the bottom of page 23, you state, "The goal of this article is to provide a useful overview or cheat sheet for attorneys of which musical elements do and do not, when altered, create the sense of a new or distinct composition."
Did I read that correctly?
A. Yes.
Q. And on page 24, you have a heading that says -- I'll just read it, The Song Remains the Same: Elements That Don't Usually Affect Similarity.
Do you see that?

A. Yes.
Q. And I read that correctly?
A. Yes.
Q. And one of those elements you talk about is on page 26. That is the key of the work, right?
A. Yes.
Q. And you agree that playing the same melody in two different keys is still the same melody and just simply changing the key actually means very little, right?
A. That's absolutely correct.
Q. Okay. So changing the key does not, to use your words, create the sense of a new or distinct composition, right?
A. Usually the important part of a melody is its internal structure, not what key it's in. You could sing *Happy Birthday* in C major, D major, E major, and it's still fundamentally *Happy Birthday*.
This is why usually as musicologists, we often even transpose everything to just C major, which is the easiest key for analysis.
Q. And another of the elements that you talk about is instrumentation, right, on page -- I'll have you look at page 27. It starts at the very bottom there. You might want to turn to 28.
A. Yes.
Q. And there, you state that "'Instrumentation' refers to

the instruments used to perform or record a song. Playing a song on a flute versus a violin, or on a trumpet followed by a harp, would clearly still be the same song."

You still agree with that, correct?

A. Yes, if you -- you can play *Happy Birthday* on a piano or a flute or sing it and it's still the same -- the same melody. Now, does it change the sound recording? Absolutely. So compositionally and sound recording-wise are two distinct things to consider here.

Q. That would also hold true for chords, right? If one recording of a song had piano chords, and then it was rerecorded with guitar chords playing those same chords instead of a piano, it would still be the same song with the same chords, wouldn't it?

A. If the chords are the same chords and they have the same voicings and rhythms, then from a music composition perspective, that would be the same thing even if they are in different instruments, that's correct.

Q. Keeping that in mind, as you just clarified, simply changing the instrumentation of the work does not, to use your words, create the sense of a new or distinct composition, right?

A. If you keep everything else the same and you just change the instruments, then you are changing the sound recording aspects but not the compositional aspects.

Q. And next element you talk about is style, right? Changing -- that is on page 30.

If you change the style of a song, that too does not create the sense of a new or distinct composition if all you are changing is its style, right?

A. Well, as I say here, you can have a cover song -- it says -- as it says here, "When Alien Ant Farm gives their hard-rock rendition of Michael Jackson's funk and dance record *Smooth Criminal*, the genre and energy has totally changed."

In other words, the sound recording aspects are completely changed, but it's still recognizably the same song, rather than a new composition.

Q. So when Alien Ant Farm did their version of *Smooth Criminal*, it didn't -- the song, the underlying composition, remained the same even though it's in a different musical style or genre, as you previously called it?

A. Well, I would have to review the recordings. There is obviously going to be changes too to the rhythmic structure, the melodic structure. It's not a copy-paste.

But the point -- the main point here, this article is basically a primer because a lot of attorneys were coming to me not really with a music background. And so it's a primer of really what is the most important things for what makes differences or similarities in saying, hey, if it's in

11:46:12 different keys, a different tempo, a different style, that is not nearly as important as rhythmic differences, harmonic differences, and such.

Q. Going back to Alien Ant Farm *Smooth Criminal*, a more rock version of the song that Michael Jackson did, at the end of that paragraph, you say, "But it is still recognizably the same song, rather than a new composition."

That holds true for that, right? That is your opinion about Alien Ant Farm's version compared to the Michael Jackson version, right?

A. Well, this is -- I mean, it's not kind of my official, you know, musicological expert opinion. Without having done a proper analysis, I mean, this is a -- this is an example article to demonstrate the big-ticket issues at play, but it's not to be taken as, you know, I've literally listened to all of the similarities and differences.

Obviously, there is going to be -- with any style, there is different rhythms involved, there is different decisions that you make.

And so Alien Ant Farm, I can't recall exactly how it sounds, but there are going to definitely be differences as well. Even on sheet music notation, you will have some differences.

But, like I said, the point of the article is to show that things like style, key, tempo, instrumentation,

11:47:26 those are not kind of the mean compositional differences compared to your big heavy hitters, like rhythm and harmony and voicing.
11:47:33 Q. You would agree that chords are basic musical building blocks?
11:47:39 A. Yes.
11:47:41 Q. And if one song -- let me come up with an example.
11:47:47 If one song had a repeating chord progression throughout it, say, C minor to A-flat major to E-flat major and B flat major -- and you would agree that is the same chord progression that is in *Laxed* (Siren Beat), right?
11:48:00 A. That is the chord progression of *Laxed*, yes.
11:48:03 Q. And then you change the song by occasionally adding a C note below the E-flat major triad to make it a C minor 7th chord, that is not a significant modification, is it?
11:48:18 A. Well, the C note is added above the triad, not below it, first of all --
11:48:23 Q. I'm talking in what -- what I'm proposing to you. If you created -- you put the C note at the bottom of the E-flat major triad --
11:48:31 A. Is this a hypothetical question?
11:48:33 Q. Yes. A C minor 7th that makes that, correct?
11:48:37 A. Yes, that would be a different chord than the E-flat major chord because the root has changed.
11:48:41 Q. And if you occasionally did that, you played that C at

the bottom in the root, making it a C minor 7th chord, to use your words, the song still remains the same, doesn't it?

A. It does not remain the same, no.

Q. You would call that a substantial modification?

A. In that aspect, that is a different chord. Actually, the E-flat major chord is a major chord, so it tends to feel happy. The C minor feels sad. The C minor 7th is a four-note chord, which has jazz implications. The voice leading implied is different. There are many differences. That would be a different harmony.

Q. Well, if it just -- in the entire chord progression of the song -- let's assume that that chord progression I gave you in the hypothetical is a loop throughout the entire song, okay, and one time somebody comes in and plays a C in the root position, making it a C minor 7th, would that be a substantial modification to the song?

A. It would be very easily quantified. We would be looking at four chords, three of which are the same and one is different, so we could model it as a 75 percent similarity.

Q. In that one bar. But if there were a hundred bars in the song that repeated the chord progression and only one of those 100 bars added that one C note, would you consider, for the composition as a whole, that being a substantial modification?

A. It would be a modification that happens in that one bar,

and the rest of the bars would be not that modification.

Q. So overall, with that one instance out of a hundred bars, does that make the entire composition something new? Is that a substantial modification to the entire composition?

A. Well, we ought not to speak in extremes. It would be a composition that is mostly the same and has that one change in that one place.

Q. And if you instead take that C minor 7th chord and do a first inversion of it and put the C at the top of the E-flat, G-, B-flat triad, and then C, like you notated in your transcriptions, now we are talking about that C minor 7th chord is changed into an E-flat add 6, right?

A. It is true that you can construe a -- you could take a first inversion C minor 7th chord and it has the same content as the E-flat major add 6. However, the roots are different, the structure is different. And it's actually very rare to -- in music theory, in musicology, it's very rare to interpret inverted chords if you don't have to because usually the best explanation -- and this is standard practice, is to understand things by the root position because inverted chords are actually quite rare outside of classical and neoclassical music.

Q. We'll get to some of your transcriptions where you show a lot of inverted chords of Mr. Spatola's playing, and we can talk about that further when we do that, okay?

So you also stated in this article that in a song -- look at page 31 -- that in a song, it is the song's vocal melody that "grabs our ear," and that is because of the primacy of melody, didn't you?

A. Yes.

Q. And doesn't that hold true for *Savage Love* too?

There is the melody, Mr. Derulo's vocals, lyrics that he's singing at the top of the song. Isn't that what grabs the listener's ear?

A. I would say so. More than anything what people notice first in listening, especially non-experts, is the -- the vocal melody is what stands out to most of us, yes.

Q. Could you -- in the final song as commercially released, *Savage Love*, can you hear that add 6 chord?

A. I can, yes.

Q. You can?

How many times can you hear that?

A. I haven't counted exactly how many times.

Q. Three? 50?

A. I don't have that number.

Q. Many? Few?

A. I don't have that number.

Q. Would you be surprised that other people who have -- musicologists who have listened to the song as commercially released do not hear that, people whose specialties are ear

training?

A. If they are your musicologists, I'm not surprised that they don't hear that.

Q. Are you potentially the only one that hears that?

A. No, I'm definitely not the only one that hears that.

Q. How many other musicologists have you played that for where they have heard that?

A. Well, I haven't played it for anyone because it's a confidential matter. It would not be appropriate to discuss the case with other musicologists.

Q. Turn to page 49. You state at the bottom that -- and this is in a discussion about the -- I should go back and lay some context for this.

If you will look at page 45, this is another article you published on your website, right? And this is called All I Want for Christmas is (Sue) You: A Forensic Musicologist on The Mariah Carey Case.

A. That's right. I would like to also clarify, these are actually re-published from my Law360 expert analysis articles, and -- so that is just some context as well. These are originally with Law360. I worked with the editors on the content and the titling to kind of have it tightly presented and catchy.

Q. Okay. And going back to page 49, you state, "As I will show below, this apparent resemblance between Stone's and

Carey's hooks can be debunked using prior art research."

And on pages 50 to 51, you talk about -- right at the bottom of 50 to 51, you talk about "preexisting musical repertoire," right?

A. Yes.

Q. Is that another way of describing -- is "preexisting musical repertoire" another way of describing prior art?

A. Yes.

Q. And do you agree that apparent resemblance can be debunked using prior art research, as you stated in this article?

A. Yes, prior art is critical in assessing a seeming resemblance.

MR. RAYGOR: Can you -- next will be -- I'll mark for identification as 464, Your Honor.

THE COURT: And the document is?

MR. RAYGOR: Is a printout of a press release from Dr. Lustig, titled Free "Music Copyright Checker" Instantly Finds % Similarity of Melodies.

THE COURT: You may do so, mark that for now, identification. But if counsel would briefly approach, please.

You may stand up and stretch, ladies and gentlemen, if you like.

(At the bench:)

THE COURT: Mr. Brancolini, please don't walk through the well.

MR. BRANCOLINI: I apologize.

THE COURT: Mr. Raygor, in granting in part defendants' Motion in Limine Number 3, I excluded Dr. Lustig from testimony about filtration. He claimed that in fact he had done filtration, although it wasn't shown in the reports. I decided it would be unfair, in light of everything that happened, to have that done, although he was free, as he did, to criticize Dr. Ferrara's use.

If you keep on here, then it seems to me quite likely that you are just going to open the door to him to retort that he did in fact make a prior art analysis here, and get into that. So I'm just warning you that you are acting at your peril here.

MR. RAYGOR: I understood that, myself. And that is why I just wanted to get that statement, so that he could say that based on what Dr. Ferrara talks about, his prior art research, that he has said that, yes, that is something that can be done.

THE COURT: All right. Then as long as it's tailored to that purpose, then --

MR. RAYGOR: That's all.

THE COURT: -- then all right. But just make sure that that is what you are doing.

11:58:14 MR. RAYGOR: Yes.
11:58:15 (In open court:)
11:58:30 THE COURT: Mr. Raygor, please ask your next question.
11:58:33 MR. RAYGOR: May I approach the witness with the copies?
11:58:36 THE COURT: You may.
11:58:46 THE WITNESS: Thank you.
11:59:05 Q. Dr. Lustig, is this a press release that you wrote and published?
11:59:09 A. Yes.
11:59:09 Q. And it's about a tool that you developed, right, called Music Copyright Checker?
11:59:16 A. That's correct.
11:59:22 MR. RAYGOR: And I will -- that is all I needed from that.
11:59:55 Your Honor, next I would like to mark for identification as 468 another printout from the website. This is featuring Dr. Ethan Lustig, and it says, "Remote lessons with a professional music theory expert (Ph.D.) - All genres welcome, beginner to advanced."
12:00:18 May I approach the witness?
12:00:19 THE COURT: You may.
12:00:34 THE WITNESS: Thank you.
12:00:52 Q. Is this -- this is on something called superprof.com. Is

12:00:57 this a web page that basically has you showing that you are available to teach lessons in various music theory subjects, music subjects generally?

12:01:15 A. Yes, this is an online tutoring platform.

12:01:18 Q. And if you look at the first page, page number 1, to the right there is your picture, correct?

12:01:25 A. Yes.

12:01:26 Q. And then below that, it's got a rate sheet, basically a rate, time for response, number of students, that kind of thing?

12:01:35 A. Yes.

12:01:36 Q. Okay. And if you turn to page 2, that has a short bio about you, right?

12:01:49 A. Yes.

12:01:49 Q. So as we have seen, you have written about copyright issues and some of the other materials we looked at, correct?

12:01:55 A. Yes.

12:01:56 Q. And you have been consulted as a forensic musicologist on copyright cases, including the present one, correct?

12:02:04 A. That's correct.

12:02:04 Q. And you have created a Music Copyright Checker tool, right?

12:02:08 A. Yes. I would like to comment that that tool is something that I created to drum up clients. It's what is called a lead generation tool, using SEO, search engine optimization.

I found that a lot of clients, especially people without many resources, contacted me and said, "Hey, Doctor, is there a way to, you know, just pump into a system to find similarity, if somebody copied my melody?" And I realized there was an opportunity to drum up some clients, so I created this tool.

It's obviously not -- no substitute for an expert musicological analysis. Essentially the idea of the tool is to show up on Google, and then they can contact me for further -- to deepen the issues at play. I just wanted to clarify that. It's something to stand out in the marketplace.

Q. Thank you for that.

Based on your experience as a forensic musicologist and your experience with copyright issues, you are sometimes called upon to examine whether someone has infringed someone else's copyright, right?

A. Yes.

Q. And you would agree, I assume, that copyright infringement is a no-no?

A. Yes, without making legal claims, copyright infringement is not a good thing.

Q. On page 2 of this, I think we looked at -- I forgot if I asked this question, so I apologize if I'm repeating myself. You have your bio on there, right, a short one?

12:03:41 A. Yes. Updated years ago, but yes.
12:03:44 Q. And I see it's pre-beard?
12:03:49 A. Yes, pre-beard, exactly.
12:03:51 Q. On page 3, at the top, shows the kinds of lessons you offer, right?
12:03:57 A. It shows a list of some of the things that I can teach you, yes.
12:04:01 Q. And page 6 shows some additional rate information for your tutoring services under the heading Details, right? Things like cancellation or refund policies?
12:04:21 A. That's correct.
12:04:21 Q. And right below that is a link to a YouTube video showing you teaching a music theory class called Harmony & Rhythm in Pop Music, right?
12:04:32 A. Yes. This is a lecture I gave at the Eastman School of Music in Rochester, New York about harmony and rhythm in pop music.
12:04:42 Q. Let's play a clip from part of that video, okay?
12:04:45 A. Sounds good.
12:04:49 (Thereupon, the video was played.)
12:05:12 Q. In the first 11 seconds of that clip, if you look at page 7, there is a card that -- a title card that appears, right, that says Harmony & Rhythm in Pop Music?
12:05:24 A. Yes.
12:05:24 Q. And the next page, 8, another card, title card that says

Eastman School of Music 2017, correct?
A. That's correct.
Q. And the next page, a title card that says ethanlustig.com. That is your website, right?
A. Yes.
Q. And those were all displayed over a portion of a sound recording of Michael Jackson's 1983 song *Billie Jean*, right?
A. That's right.
Q. Did you know that Sony Music representatives, which are here, own -- exclusively own 100 percent of the rights to that sound recording?
A. I'm not surprised to hear that.
Q. Did you ask Sony Music for permission to include *Billie Jean* in your commercial website that touts your music tutoring services?
A. My understanding is that this falls under the category of fair use, because this is an educational video.
Q. Did you ask anyone for permission to use that?
A. No. Are you going to sue me for this?
THE COURT: Doctor, please, answer questions.
The query of the witness is stricken, and the jury will disregard it.
Q. Do you have your three reports that you did in this case in front of you?
A. I do not.

Q. Do you have them pretty well in mind? I know there is a lot of pages. I can show them to you, if you need to.
A. Sure. Any specific question that you have, I'm happy to answer it.
Q. If I were to tell you that the only time in those three reports that you transcribe a melody, the synth sax melody from *Laxed* (Siren Beat), that preexisting work, is in the 14-second introduction to *Laxed*, would that surprise you?
A. You are saying the only time that I transcribed something from *Laxed*?
Q. The melody portions.
A. Okay.
Q. Would that surprise you?
A. Not particularly.
Q. Can you think of any transcription you presented that doesn't, other than that first 14-second synth sax melody in *Laxed*?
A. Not off the top of my head, no.
Q. So if the only melody that you transcribed was that first 14 seconds of *Laxed* from the intro, you did not analyze or proffer any opinions at all about how Mr. Derulo's vocal melodies were or were not derived or based on the synth sax melodies in the balance of the work, right?
A. No, I did. If I recall correctly, I mention how the chorus vocal is largely derived from *Laxed*, and identified

multiple parts of Mr. Spatola's work that are also based on *Laxed*.

Q. But you did that without providing us with a transcription of that melody, right?

A. I made claims that didn't necessarily involve a transcription but, rather, involve expert listening.

Q. But that is right. What I said was correct, isn't it, that you did -- you made that opinion without having done any transcriptions of that vocal line, outside of the first 14 seconds, right?

A. I would say I made the opinion without providing the transcriptions. Because there is also -- in preparing a report, I make transcriptions and then I decide what is effective, what is a good visual to clarify my point. And sometimes I prepare transcriptions and analyses that don't necessarily make it into the report, based on the formatting of the information.

Q. I think you earlier agreed that what grabs the ear about *Savage Love* -- and that is because of the primacy of melody, were the words you used -- is the vocal line, right?

A. It's the main -- the first thing that grabs the ear in most songs, we hear the vocals. That's not the only thing that is important. It's one factor out of multiple factors, yes.

Q. Mr. Spatola did not sing any vocal parts in *Savage Love*,

12:09:33 did he?

12:09:33 A. He did not.

12:09:34 Q. He didn't provide any lyrics in *Savage Love*, did he?

12:09:37 A. Not to my knowledge.

12:09:39 Q. He did not play any melodies in *Savage Love*, did he?

12:09:42 A. That one is an interesting question, because there is a 12:09:47 melodic aspect to voicings. And when you play distinct 12:09:52 voicings and a distinct path through the chords, you trace a 12:09:56 different melodic path. And so (witness demonstrates) is a 12:10:03 different melodic implication than (witness demonstrates). 12:10:08 One of them is leaping around, and one of them is a smoother 12:10:11 path.

12:10:12 Q. Well, in your transcriptions, you actually show 12:10:15 transcriptions of Mr. Spatola's chord progressions with 12:10:20 different voicings, right? Sometimes it's the first one you 12:10:23 played, sometimes it's the jumping-around one that you second 12:10:26 played; isn't that true?

12:10:28 A. He takes different voice-leading paths in different 12:10:31 sections, that's right.

12:10:32 Q. But putting aside voicings, and you said that you can 12:10:36 infer from that maybe there is a melodic element, did he play 12:10:39 any just melodies without chords?

12:10:42 A. The melody -- the melodic aspect is emergent from his 12:10:48 guitar playing.

12:10:48 Q. Did he play any melodies? Which means a note, followed

12:10:53 by another note, by another note, by another note, and on and
12:10:56 on. Did he play anything like that in the *Savage Love*?
12:11:01 A. Well, yes, if you define "melody" in this way, a note, followed by another note, there are notes in the chords. The chords are made of notes.
12:11:09 Q. Okay. Let me be clear: A note without any supporting other chords, or any other notes, any other parts of a chord, just a single tone --
12:11:19 A. Ah, single tones.
12:11:21 Q. -- then followed by another single pitch, no support, another one, single pitch, did he play anything like that?
12:11:27 A. Thank you for clarifying that. That is important to clarify the two.
12:11:31 So in terms of a single-tone melody, the single tone presence is actually in Mr. Spatola's bass playing. Those are individual notes sounding at a time. In his guitars, there are multiple notes sounding at a time. There are chords.
12:11:47 Q. No single-note melody is played in either the acoustic or electric guitar, correct?
12:11:51 A. In the acoustic and electric guitar, they are chords, multiple notes sounding at a time.
12:11:57 Q. So no single-note melodies, correct?
12:11:59 A. In those instruments, no.
12:12:00 Q. And he did no guitar solos, fancy guitar licks or finger

board -- you know, fretboard tapping, anything like that, right?

A. There is no guitar solo. Fretboard tapping, I'm not sure about that. I don't play guitar myself.

Q. All of the chords he played in the recording sessions for *Savage Love* were based on what was already in the preexisting work of *Laxed*, aren't they?

A. No.

Q. Isn't the only -- put aside rhythm, just the chord structure itself, the only difference that you have testified about is on one of the four chords in that chord progression, namely the E-flat major, occasionally he adds a C, right?

A. What I'm testifying is that in the vast majority of the song. So the only exception is the verses. In every other section of the song Mr. Spatola is playing an E-flat add 6 chord instead of a normal E-flat triad, and also, he's using distinct chord voicings.

Q. So now it's vast majority of the song he's playing the add 6 chord?

A. Everywhere except the verses, if I recall correctly. I don't have any report in front of me, but...

Q. Well, maybe we should look at that because your transcriptions don't show that much.

A. Let's look at it. Sounds good.

MR. RAYGOR: May I approach, Your Honor?

THE COURT: You may.

THE WITNESS: Thank you.

MR. RAYGOR: Your Honor, I'll mark for identification as 469. This is the initial report from Dr. Lustig. It's also ECF 103-2.

And then 470 is his rebuttal report. That is ECF 126-4.

And 4 --

THE COURT: That would be 470, then?

MR. RAYGOR: Yes. And 471 is his supplemental report, 126 -- ECF 126-2.

THE COURT: All right. Those are so marked for identification.

Q. So Dr. Lustig, could you look at 469, which is your initial report?

A. This is Exhibit A, yes?

THE COURT: That is what is on the cover. That's correct, Dr. Lustig.

MR. RAYGOR: Yes, it does say that on the cover.

THE WITNESS: Okay. I'm there.

Q. You are at page 9?

A. Yes.

Q. And can you look at your Figure 4?

A. Figure 4?

Okay.

Q. And you have here -- Mr. Spatola's guitar parts are in the top staff, correct?
A. Yes.
Q. And you show a C minor chord?
A. Yes.
Q. A-flat major?
A. A-flat major, yes.
Q. B-flat -- E-flat major?
A. Yes.
Q. And B-flat major, right?
A. That's correct.
Q. And in the E-flat major, you don't indicate any added C to that chord, do you?
A. That's right. In the verses, I did not identify the add 6 chord.
Q. And that is true for Number 5, right -- also your Figure 5 on the next page?
A. For Figure 5 as well, yes, still in the verses.
Q. So in those two sections, he is playing the identical chords and chord progression as came from *Laxed*, right?
A. The roots are the same. The chord voicings are different.
Q. Same chords, though, right?
Putting aside their inversions, their root position, as you just called it, it's the same chords, aren't they?

They are C minor, A-flat major, E-flat major, B-flat major, right?

A. Well, it's important to consider their context. The content is the same, but their arrangement in space is different. And that is an important thing to keep in mind, the chord voicings are different.

Q. We are not -- I'm not talking about voices. I'm just talking about the tones, the pitches that make up the chords. He's playing the same pitches, same tones, as is in *Laxed* (Siren Beat), correct?

A. As I said, the content is the same, yes.

Q. Let's turn to Figure 3. That is on page 8 of your initial report.

A. Yes, I'm there.

Q. You're there? Okay.

And here is an example of where you show that E-flat, correct?

A. The E-flat add 6 chord, yes, it is in Figure 3.

MR. RAYGOR: And can I please show demonstrative number 6?

THE COURT: You may.

Q. You see that on the screen in front of you?

A. Yes.

Q. And so here, again, in the third chord, the E-flat -- you have E-flat capital M, standing for major, and then you have

in parentheses add 6, right?
A. That's correct.
Q. And in this one -- this is an example of when you heard, you say, an E-flat add 6 chord played by Mr. Spatola, right?
A. That's correct.
Q. And you hear that in the intro, right?
A. Yes.
Q. And you hear that in the intro also in the sound recording as commercially released?
A. Yes.
Q. Isn't it possible that what you hear in that E-flat chord, the add 6 version of it, is just a mistake by Mr. Spatola and his guitar playing?
A. That would be a fair question if it didn't appear across almost all of the song's sections, if it just appeared in one moment. But this is something found across the electric guitar, also across the acoustic guitar. So we have multiple across both guitars and sounding in every section except the verses.
Q. Did you listen closely enough to hear that when it does appear, it's somewhat muted on the C, this -- compared to the other three notes in the chord?
A. I don't necessarily agree that it's somewhat muted.
Q. Do you know how to play partial bar chord on the 6th fret -- an E-flat chord on the 6th fret on a guitar on the

12:21:20 top four strings?
12:21:21 A. Guitar is not my instrument.
12:21:23 Q. So you don't know how, right?
12:21:24 A. No. I don't play guitar.
12:21:25 Q. And do you know that when you play on that partial bar chord there and you use your ring finger to hit the -- you know, the D, G, and B strings, but on the A fret, sometimes your finger can just slightly touch against the C note, which is on the 8th fret of the highest string? Are you aware of that?
12:21:48 A. What I know is that it's -- in the music, there is a different chord in both electric and acoustic guitar, and so I think it would not be a mistake, especially a musician of Spatola's caliber.
12:22:00 Q. But you are not a guitarist?
12:22:06 A. I am not.
12:22:06 Q. And you don't -- when you listen to this, you don't hear anything different as far as the volume of that C note compared to the volume of the E-flat, G- and B-flat notes, right?
12:22:17 A. As I recall, the notes sounded fairly equally to me.
12:22:21 Q. Fairly equally? Not equally?
12:22:23 A. They sounded equally to me. It's not something that stood out to me as an imbalance in terms of the relative amplitudes of each note of the chord.

Q. If he did happen to just slip a little bit and mistakenly touch that one C note in the 8th fret on the E string on his guitar, that wouldn't be a substantial modification to the work, would it?

A. It is very unlikely to be a slip or an error, firstly, because of Spatola's level of ability and professionalism; and second because this, again, E-flat major add 6 chord also occurs in the acoustic guitar recording as well. So if this was something that just happened one time, it would be one question, but that same note, that C, that added 6 is also audible in the acoustic guitar. And so no, I do not believe it's a mistake.

Q. You state in your reports that you think that both *Savage Love* and *Laxed* are in the key of E-flat major, right?

A. That's correct.

Q. Not C minor, correct?

A. That's right. Not C minor.

Q. And the first chord that is played in both works is a C minor chord, right?

A. That's correct.

Q. The last chord that is played in both works is a C minor chord, right?

A. I would have to review the record. I don't recall if it ends on the four-chord loop, in other words, on the B-flat major chord, or if it repeats back to the C minor chord.

Q. And the last -- sorry, were you done?
Yes? You've got to say "yes."
A. Yes.
Q. The last three notes in the work are descending short scale from the third on the C minor chord, going from E-flat, passing through D, ending up on C, right?
A. That sounds correct, yes. It's a cappella ending with E-flat D and then C, those three notes.
Q. And that is true also at the end of the chorus, right, E-flat, D to C?
A. E-flat, D to C, that is correct, yes.
Q. And there is a cadence set up at the end of each of this chord progression, right? It goes -- it's set up going from C minor to E-flat -- or A-flat major to E-flat major or with the added 6, as you like to hear -- sorry, as you hear, to the B-flat major, and then the expectation is that there is a cadence right back to C minor because that is where it keeps repeating the loop, correct?
A. Well, I would not define it as a cadence. I would say that this is a well-established -- this is basically a solved problem, you could say, this question of is a song in C minor or E-flat major. It's called the relative major and minor relationship. They have the same key signature, in this case a three flat key signature, and it does not change the material facts at all. Whether you read something in C minor

or in E-flat major, you could interpret this chord progression, as I do, as 6, 4, 1, add 6, and then 5, or you could interpret it in C minor as minor 1, major 4, three add 6, and big 7.

I take the approach of E-flat major reading for many reasons. One of them is that reading it in E-flat major has the advantage of a more common chord progression, and it's always good to take Occam's Razor and interpret.

So the chord progression of 6, 4, 1, and 5 is a more standard idiomatic progression than 1, 4, 3, and 7. That is simply not as common a progression.

The other advantage of an E-flat major reading is that you can have the so-called deceptive motion from the 5 to the 6, which is a key part of this loop both in *Savage Love* and in *Laxed* (Siren Beat). But basically that is a very kind of technical discussion. The point being that these are the type of things that are not really of material consequence that you can hear a song in the relative major or the relative minor, and they are going to have the same notes regardless.

Q. Let's talk about guitar rhythm for a moment.

Guitars are a physical instrument, right?

A. Yes.

Q. Rhythm is imparted by strumming a guitar, by picking on the strings, by plucking on the strings, correct?

A. The musician makes decisions about what rhythms they will play with their instrument -- in any instrument.
Q. Okay. You had a couple of demonstratives that you showed during your -- that were showed to you during your testimony about the tresillo and the Charleston rhythms, and you state at one point in your rebuttal report -- and I'll just read it here. You say, "The tresillo and Charleston do not use triplets, whereas, plaintiff does."
Do you recall that?
A. Yes.
Q. And you still stand by that?
A. Yes.
Q. Do you know that going all the way back to 1925, with Glenn Miller's orchestra playing *The Charleston*, you know that that rhythm there, the Charleston rhythm, was done in a swung triplet feel, right?
A. I would not be surprised if it's part of the style of a swing feel. It would impart triplets.
Q. Are you familiar with Dave Bartholomew's pretty famous song from 1950 called *Country Boy*?
A. Not off the top of my head, no.
Q. And that has a tresillo rhythm in it, a down-swung feel, triplet feel.
A. Okay. If you represent that to me.
Q. Well, how about *Hound Dog*, have you heard that? By Elvis

12:28:25 Presley, right?
12:28:25 A. Yes.
12:28:25 Q. Okay. Well, that has swung feel to it, doesn't it? It has triplet feel?
12:28:31 A. It has a swung feel, yes.
12:28:33 Q. Maybe we can just listen to a few snippets of these.
12:28:45 MR. RAYGOR: Mr. Dua, could you play for me, please -- here it is. Number 10.
12:28:59 (Thereupon, the audio was played.)
12:29:23 Q. You would agree that is a --
12:29:25 THE COURT: Yes, Counsel?
12:29:26 MR. BRANCOLINI: These were never disclosed, and it's not clear to me how they are being used for impeachment.
12:29:32 THE COURT: All right. The objection is overruled.
12:29:35 Go ahead. Ask your questions, Mr. Raygor.
12:29:38 Q. Dr. Lustig, that is a tresillo rhythm there in a triplet or a swung feel, isn't it?
12:29:45 A. Are you referring to the horns?
12:29:49 Q. The entire composition. Put all the parts together.
12:29:52 A. Well, it's not the entire composition.
12:29:55 Q. Well, the entire composition for the portion we listened to.
12:29:59 A. Well, it's in the specific instrument. It's not -- it's not the entire composition. There is distinct rhythmic strata, depending on which part is assessed.

Q. Okay. Let's break it down. Did it have a tresillo rhythm to any part of that?
A. Yes. I heard a -- the tresillo rhythm, but with a swing triplet feel in the horns.
Q. Okay. And then let's listen to number 11. This is called *Hey Pocky A-Way*, by The Meters. This is -- that's from 1974.
(Thereupon, the audio was played.)
Q. That is a tresillo rhythm, right?
A. I would have to do a closer analysis. I would say this is a less clear example of a tresillo rhythm, because there are other subdivisions and details, strictly speaking.
Especially as represented to me by Dr. Ferrara in the sources that he cites in the notation that he presents in his report, a tresillo rhythm is a very specific rhythm (witness demonstrates), which is not the same as (witness demonstrates). Once you bring in the subdivisions, it complicates things.
Q. It was on -- the rhythm there was on the 1, the 2, and the 4, correct? (Attorney demonstrates)
A. There are accents on those rhythms, but it's not the complete rhythm.
Q. And then you get the piano playing swung rhythms behind it, right? Or on top of it?
A. I would need to listen again.

Q. You want to listen to it again?
A. Sure.
(Thereupon, the audio was played.)
Q. So yes, the piano is playing with a swung triplet feel?
A. The first part of the recording, yes (witness demonstrates). It's going in three-part divisions of the beat.
Q. Let's listen to number 12. This is *Hound Dog*, Elvis Presley, 1956.
(Thereupon, the audio was played.)
Q. Tresillo rhythm again?
A. I don't perceive a tresillo rhythm. Which element are you referring to?
Q. It's in the guitars.
A. In the guitars?
Q. And with the triplet feel?
A. There is a swung feel, yes.
Q. Okay. Let's listen to number 13. This is from 1925, by the Golden Gate Orchestra.
(Thereupon, the audio was played.)
Q. Charleston rhythm, swung feel, yes?
A. There is a swung feel. At the very beginning it sounds like a Charleston rhythm. And the song is called *Charleston*, so this is probably the origin, or related to this idea.
The missing thing here for a musicologist is to

actually transcribe the rhythms in question and systematically compare them to Mr. Spatola's rhythm. Because it's one thing to have a similar feel, but it's quite another to actually have a similarity, a complete similarity between them. So the very fact of, you know, a swung aspect is not really sufficient.

Q. Do you recall in your -- sorry. In your rebuttal of Dr. Ferrara's initial report -- that is what I have marked as 470. It has an "Exhibit 3" on it. It's the thickest document. Do you have that?

A. Yes.

Q. Could you look at page -- let's see, these are small little numbers here -- small little number 3 at the bottom. Look at the very top. You see pages, like, 1 of 93, page 2 of 93?

A. Yes.

Q. Look for 11 of 93.

A. Okay.

Q. That is paragraph 6 from Dr. Ferrara's report, right?

A. Yes.

Q. And he says, "I completed music" --

MR. RAYGOR: Let me show Demonstrative Number 15. 15. That's 15? Try 14.

MR. BRANCOLINI: Object, this was just -- this was not -- this was not supposed to be published.

12:36:05 MR. RAYGOR: Okay.
12:36:06 THE COURT: I will allow it to be published.
12:36:14 Mr. Raygor, do you have an estimate of how much longer you will be with Dr. Lustig? Mr. Raygor?
12:36:26 MR. RAYGOR: A few minutes, Your Honor, sorry.
12:36:28 Q. Without going into a demonstrative, at paragraph 6, Dr. Ferrara identifies four methodologies that he employed to do his analysis of *Laxed* and *Savage Love*, right?
12:36:44 A. I need to review. The demonstra -- is there supposed to be something on the screen at this point?
12:36:52 Q. No, I couldn't find it. Sorry.
12:36:55 A. So yes, he presents four letters, A through D, that describe his methodology.
12:37:03 Q. And A is, "Comparative analyses of form/structure, melody, rhythm, harmony, and lyrics, individually and in combination, *in Laxed* (*Savage Love*) and the music performed by plaintiff, Mr. Spatola." Right?
12:37:23 A. That's right.
12:37:23 Q. And in B he says, "Search for prior art."
12:37:25 C says, "Filtering out the expression that represents standard and common practices in the music performed by plaintiff."
12:37:33 And D, "Assessing the expression that remains in the music performed by plaintiff after the filtration process described in C above is completed."

Right?

A. That's right.

Q. And your response to that was -- and going back to that page, was it 11? Let me see what it was.

On that page 11 of 93 is -- for paragraph 6, those four methodologies, you state, "No disagreement with these methodologies in principle."

Do you still stand by that?

A. Yes, in principle, this list is standard. It's the same methodology that I use in any -- or that any musicologist uses in their reporting.

MR. BRANCOLINI: I would just like to object that that was an incomplete recitation of the section.

THE COURT: All right. The -- you may bring that up on your redirect.

Well, actually, yes, here, read all of paragraph 6, Mr. Raygor, and ask whether the witness agrees with that as he did it. Now that I -- it's essentially one sentence, so go ahead.

MR. RAYGOR: Sure.

Q. Paragraph 6, "No disagreement with these methodologies in principle, although I disagree strongly with their application, as I will discuss below."

MR. RAYGOR: Just bear with me a moment, Your Honor.

(Pause in proceedings.)

Q. Do you remember the part of the deposition of Jason Derulo that was played about the root notes that we spoke about briefly earlier?
A. Yes.
Q. Was he ever asked to replicate the bass line in *Savage Love*?
A. If I recall correctly -- and I would need to see the deposition exactly in front of me, but as I recall, he -- Derulo was asked how did he direct Spatola to create the bass line. And he said, "Well, here is how I could sing it to him."
And then he proceeds to sing something that is not musicologically connected with the bass line. It does not engage with the root notes, it does not engage with the structural checkpoints of Spatola's bass line.
Q. But was he just asked how he would give instructions to a musician in his studio of what to play when he was looking for that sweet spot, that rhythm, or whatever else it might be? He would sing certain notes, right?
A. I would have to see the deposition in order to answer that accurately.
MR. RAYGOR: No further questions at this time. I'll reserve for recross, if any.
THE COURT: Then we will take our second break. Members of the jury, let's start again at 1:05. Remember

what I have told you. Do not discuss or investigate the case.

Thank you.

(Thereupon, the jury retired from the courtroom.)

THE COURT: All right. Off the record so Ms. Diaz can get a bit of a break.

(Thereupon, there was a brief off-the-record discussion.)

(Thereupon, there was a brief recess.)

(Thereupon, the jury returned to the courtroom.)

THE COURT: Welcome back. All nine of you are here. The parties agreed that there was no need for further examination of Dr. Lustig, so he was excused.

The plaintiffs will now call their next witness. The parties had previously agreed this witness would get on and off the stand today, so I'm dividing up the time that is left between the two parties. We might have to go maybe to 2:35, 2:40, just to make sure that happens, but we will all work together to make that happen.

Mr. Werge, you may call the witness.

MR. WERGE: Thank you, Your Honor.

Plaintiff declines to redirect Dr. Lustig and, instead, calls Jacob Kasher Hindlin, professionally known as JKash, to the stand.

THE CLERK: Please raise your right hand.

THEREUPON:

JACOB KASHER HINDLIN,

Called in these proceedings, and after having been first duly sworn, testifies as follows:

THE CLERK: Thank you. Please be seated. Watch your step.

THE WITNESS: Is the water mine?

THE CLERK: Yes.

THE WITNESS: Thank you.

THE CLERK: Please state and spell your name for the record.

THE WITNESS: Jacob Kasher Hindlin; J-a-c-o-b, K-a-s-h-e-r, H-i-n-d-l-i-n.

THE CLERK: Thank you.

THE COURT: Mr. Werge, you may proceed.

DIRECT EXAMINATION

BY MR. WERGE:

Q. Thank you for being here, Mr. Hindlin. We understand that you have to get out of here by the end of the day, to go on vacation. Is that right?

A. Yup.

Q. Okay. I'm going to try and go fast. Bear with me.

A. Sure.

Q. All right. What do you do for a living?

A. I am a songwriter and a producer.

13:11:34 Q. And as a songwriter, are you primarily responsible for writing lyrics?
13:11:38 A. Primarily?
13:11:44 Q. You are known as a lyricist?
13:11:46 A. As one of my skill sets, yes.
13:11:48 Q. Among other things that you do.
13:11:49 A. Yes, sir.
13:11:50 Q. But writing lyrics is a big part of what you do as a songwriter?
13:11:56 A. Indeed.
13:11:56 Q. All right. And you've written or cowritten a lot of famous works?
13:12:02 A. Yes, sir.
13:12:02 Q. Successful songs?
13:12:04 A. Yes, sir.
13:12:04 Q. Do songwriters who are not artists sign record deals?
13:12:14 A. It's possible.
13:12:15 Q. What do songwriters typically sign rather than record deals?
13:12:21 A. Typically?
13:12:22 Q. Yeah.
13:12:23 A. I mean, I guess if you were an up and coming songwriter looking for opportunities, you would be seeking maybe more of a publishing deal.
13:12:33 Q. Did you -- have you had a publishing deal in earlier

13:12:37 years?
13:12:37 A. Yes, sir.
13:12:38 Q. And now you don't, though?
13:12:40 A. I have an admin deal, yeah.
13:12:43 Q. You have an admin deal, but would you consider yourself
13:12:48 independent?
13:12:48 A. Well, I'm with Kobalt. They administer my works.
13:12:51 Q. But no pub deal?
13:12:53 A. Correct.
13:12:53 Q. One of the artists that you make songs together with is
13:12:59 the defendant, Jason Derulo, right?
13:13:01 A. Yes.
13:13:01 Q. And what is your normal way of communicating with
13:13:10 Mr. Derulo when you are not present in the room with him?
13:13:14 A. Text message.
13:13:17 Q. Or the occasional FaceTime call, right?
13:13:21 A. Possible.
13:13:22 Q. Right. And that is -- you communicated with Mr. Derulo
13:13:29 via FaceTime regarding *Savage Love*, right?
13:13:31 A. It's possible.
13:13:34 Q. Okay. I've got your deposition sitting there right in
13:13:39 front of you. I would like you to turn to page 25 of your
13:13:45 deposition.
13:13:46 A. Um-hum.
13:13:47 Q. Just real quick, on July 17, 2024, you gave your sworn

video deposition in this matter. Do you recall that?
A. Yes.
Q. And before that deposition, you raised your right hand and you swore to tell the truth, the whole truth, and nothing but the truth?
A. Yeah.
Q. Just like you did today?
A. Yes, sir.
Q. And on page 25, line 3 through 6 --
A. Um-hum.
Q. -- you were asked the question:
"QUESTION: How did you communicate with Jason Derulo?"
And your answer was:
"ANSWER: To the best of my memory, it would be -- I would have to say our normal ways of communicating is text with an occasional call or FaceTime."
MR. ROSENBERG: Your Honor, just because we -- in the interest of time, can he just read down to line 14, please?
THE COURT: All right. For that reason, just go ahead, Mr. Werge.
MR. WERGE: Oh, okay.
Q. "QUESTION: And for the sake of the record, can you describe what you mean by 'FaceTime'?"

Your answer:

"ANSWER: It's -- on an iPhone, there is a -- there is the ability to call someone with -- on the camera so you both can look at each other and talk."

A. Yes, sir.

MR. ROSENBERG: Your Honor, I ask that the additional lines be read, to line 14, please.

THE COURT: All right. Yes, but this is coming out of your time, Mr. Rosenberg.

MR. ROSENBERG: That is fine.

THE COURT: Go ahead, Mr. Werge.

Q. "QUESTION: So FaceTime is a videoconferencing mechanism on your smartphone?"

Your answer:

"ANSWER: Yes, sir."

A. Yes, sir.

Q. That was accurate then?

A. Accurate.

Q. It's accurate today, right?

A. Accurate.

Q. You weren't in the studio with Jason Derulo for any of the time that *Savage Love* was created, right?

A. Correct.

Q. You didn't attend a single studio session at Mr. Derulo's studio?

13:15:50 A. Correct.
13:15:50 Q. But you got credit for working on the song, right?
13:16:03 A. *Savage Love*?
13:16:05 Q. Yeah.
13:16:06 A. Yes, sir.
13:16:06 Q. That's because you wrote some of the lyrics, right?
13:16:09 A. Yes.
13:16:09 Q. And the way that you wrote -- well, you wrote the first draft of the lyrics, right?
13:16:39 A. Yes, sir.
13:16:40 Q. And later, you made some minor changes?
13:16:43 A. Yes, sir.
13:16:45 Q. And Mr. Derulo had sent you *Laxed* (Siren Beat) to listen to as a reference?
13:16:54 A. Yes, sir.
13:16:54 Q. And you followed the melody of *Laxed* (Siren Beat) when you were creating the lyrics for Mr. Derulo to sing?
13:17:05 A. The melody to a specific part of the song, yes, sir.
13:17:07 Q. And "specific part of the song" meaning *Laxed* (Siren Beat), the instrumental by Jawsh 685?
13:17:14 A. Yeah, there's many sounds in a beat, though, so there is a particular sound that I followed for lyrics, yeah.
13:17:22 Q. It's that saxophone-like --
13:17:23 A. Yes, sir.
13:17:24 Q. -- horn sound?

13:17:25 Okay. And you texted Mr. Derulo all of the lyrics as you wrote them out, right?
13:17:34 A. Yes.
13:17:37 MR. WERGE: Now, let's take a look at Exhibit 131. And I believe this has been stipulated, and so we would ask to publish it to the jury.
13:17:58 Q. And if you want, Mr. Hindlin, there is also a book up there that would have it in there if you wanted to look through the various pages. We also will have it on the screen for you --
13:18:06 A. Okay.
13:18:07 Q. -- and so we can scroll if that is helpful, okay?
13:18:09 A. Sure.
13:18:09 Q. Do you recognize the first page of this document?
13:18:12 A. Yes.
13:18:13 Q. Okay. What is this document?
13:18:14 A. It's a text message receipt.
13:18:18 Q. Are these the text messages between you and Jason Derulo regarding *Savage Love*?
13:18:23 A. Yes.
13:18:24 Q. And Jason Derulo reached out to you for the first time on the night of April 21, 2020, at 11 PM; is that right?
13:18:35 A. I can't read it, sir, but if that is what it says, then yes.
13:18:40 Yes, I can see that now. Yes, sir.

13:18:41 Q. If you need us to zoom in or anything, we are happy to do that. Thank you, Mr. Hindlin.

13:18:46 And what Mr. Derulo told you was -- as to Jawsh 685's beat, "This is crazy viral on TikTok. Capitol wants to put this out as a single next week. Do you want to write it with me? Would have to be tomorrow. The turnaround is crazy."

13:19:05 Right? Is that what he said to you?

13:19:08 A. Yes, sir.

13:19:08 Q. Yeah, he was in a rush, wasn't he?

13:19:10 A. Could be.

13:19:13 Q. Did you interpret that as being in a rush?

13:19:16 A. I interpreted it as he wants to have it tomorrow.

13:19:19 Q. Right away?

13:19:21 A. Yup.

13:19:21 Q. Okay. And your response the first time you wrote him regarding *Savage Love* on the top of the second page, April 22, 2020, was "Hit me. I'm around." Is that correct?

13:19:34 A. Yes, sir.

13:19:35 Q. And then you testified earlier about FaceTime use. At 2:27, "Let me know when you ready or if you want me to start something and then FaceTime you," right?

13:19:47 A. Yes, sir.

13:19:48 Q. And then what did you ask him for?

13:19:51 A. "Do you have a bounce of the beat or just this YouTube

13:20:01 link?"
13:20:01 Q. And I think he tried to send you a bounce; is that right?
13:20:04 A. I would have to see the text. I --
13:20:08 Q. Fair enough. I don't think -- I'll represent to you that there is no bounce in there.
13:20:14 Do you recall whether you wrote the lyrics to the YouTube video?
13:20:18 A. I don't recall.
13:20:20 Q. Okay. And when you listened to *Laxed* (Siren Beat), you actually didn't like the sound of it, did you?
13:20:35 A. No, sir.
13:20:36 Q. Can you explain why?
13:20:39 A. I guess it just wasn't my thing.
13:20:43 Q. But you trusted Jason Derulo's, you know, ear for it, and you wrote the lyrics anyway?
13:20:52 A. Yes, sir.
13:20:53 Q. At the time you created the lyrics, you were in Toluca Lake, California, correct?
13:20:59 A. Correct.
13:20:59 Q. Is that where you were residing at the time?
13:21:01 A. Yes, sir.
13:21:03 Q. And you weren't -- this was during COVID, right?
13:21:05 A. I believe it was, yes, sir.
13:21:06 Q. And if we go to page 3, at the bottom there, can you identify for the jury when you first sent him the first draft

of the lyrics for *Savage Love*?

A. April 22, 2020, at 5:10 PM.

Q. 5 PM -- or 5:10. Oh, sorry, 5:10 PM?

A. Yes, sir.

Q. Thank you.

And after you sent those, I think they go -- let's see. Page 4, the next page, you -- after the first draft was there, you wrote, "Hit me when you can. I'll sing it down for you."

A. Yeah.

Q. What did that mean?

A. Well, the -- so -- as you can see, I just sent words. So for Jason to guess where those words would go -- or for me to just say, "Hey, sing these words over the saxophone melody," he might have -- he might have not interpreted exactly what I meant in writing, so that would have been for me to, like, actually sing him the -- at least the start-off to how the lyrics are going, so he would go, "Okay. I get where you are starting with the words on the melody" type thing.

Q. You were showing him the melody you had in mind when you wrote the lyrics, right?

A. Well, I was just showing him the placement because the melody was already there.

Q. I'm not saying you created the melody.

A. Sure. Yeah.

13:22:48 Q. You sang him the placement along the melody of *Laxed (Siren Beat)* so he knew for reference --
13:22:54 A. Yeah.
13:22:55 Q. -- where the words went?
13:22:56 A. Yes, sir.
13:22:56 Q. Okay. And is that the way that he adopted and sang the song eventually?
13:23:02 A. Eventually, yes.
13:23:05 Q. And let's see. And you -- if we scroll down a little bit more, you sent him the -- you sent him a little more lyrics, it looks like, at -- let's see. If we go to the page -- yeah, 77 is the Bates label. Down a little bit.
13:23:31 You sent him more lyrics here at April 22nd at 8:18 PM?
13:23:36 A. Um-hum.
13:23:38 Q. Okay. Is that a "yes," sir?
13:23:40 A. Yes, sir. Excuse me.
13:23:41 Q. Thank you. And I was calling you sir. I'm not asking to be called sir.
13:23:46 A. Oh.
13:23:46 Q. My apologies.
13:23:50 And if we go forward to the Bates label 79, you then said, "Gonna work on verse 2 now," right?
13:24:01 A. Yes.
13:24:02 Q. And there at the bottom, April 22, 2020, 9:56 PM,

Mr. Derulo says to you, "Just starting."

What did you understand he was starting at that time?

A. I imagine he's either starting to get into the lyrics that I sent him. It could be a vast amount of things he could have been getting started.

Q. And I mean, previous to that, you had said, "Your boy will be there by 9, 9:30," right?

A. Yes, sir.

Q. And that was referring to his sound engineer, Ben Hogarth, to the best of your knowledge?

A. It makes sense that that is who he -- that is who we would be talking about, but if I don't see it on the screen, I don't actually know. But I would assume, yeah, Ben.

Q. You knew he was doing a studio session, right?

A. Yeah, I know Ben works with Jason a lot, yeah.

Q. And then on the next page, at 9:56 PM, after he said, "Just starting," you said, "Cool, I'm working on verse 2." Right?

A. Yes, sir.

Q. And you offered again to FaceTime with him?

A. Yes, sir.

Q. All right. And then you sent over the second verse?

A. Yes.

MR. WERGE: And just -- just for completeness, if we

go a couple of pages ahead to the Bates label ending 83, Ms. Phifer.

Q. The following day, on the 23rd at 6:11 PM, you sent some revised additional lyrics; is that right?

A. Yes, sir.

Q. And that is all of the lyrics that you sent Jason Derulo, correct?

A. If you are telling me that is correct, then it's correct.

Q. I will represent to you that there are no more lyrics in the text string.

A. Okay. Yes, sir.

Q. Now, at that time Mr. Derulo didn't tell you that he was getting together with Matthew Spatola in his home recording studio, right?

A. Correct.

Q. He didn't mention Mr. Spatola in any way, shape, or form, did he?

A. No.

Q. Now, after -- after you got some bounces of *Savage Love*, it sounded like you were pretty excited, from the text messages. Is that fair to say?

A. Absolutely.

Q. It sounded good?

A. Great.

Q. And did you hear the live instrumentation that was added

13:27:12 to those bounces?
13:27:14 A. Can you ask more specific what you mean by that?
13:27:22 Q. Did you hear that electric guitar, bass, and acoustic
13:27:26 guitar had all been added to the work?
13:27:28 A. No.
13:27:29 Q. Did you hear that Jawsh 685 sample had be muted from the
13:27:33 work and that Matthew Spatola's acoustic guitar and other
13:27:38 parts were featured in -- including in the prehook section?
13:27:42 A. I don't really know how to answer that, because -- and
13:27:47 this is in no disrespect, way, shape, or form, but I don't
13:27:51 know who Matthew Spatola is. And, yeah, it wouldn't be
13:27:57 unlikely for Jason to be in the studio messing with the
13:28:02 arrangement.
13:28:03 Q. Okay.
13:28:04 A. So I don't know -- you know, I wrote to what I was given.
13:28:07 Q. Did there come a time when Mr. Derulo told you he had a
13:28:11 problem securing the rights to the sample from Jawsh 685?
13:28:14 A. Yeah. I think that there was, like, a bit of a
13:28:20 back-and-forth at a certain point about clearing the song.
13:28:23 Q. Okay. And what did Mr. Derulo tell you about that?
13:28:27 A. I can try to recollect to the best of my knowledge. I
13:28:33 mean, if you have it in writing, you can show it to me.
13:28:35 Q. If you could just recollect to the best of your
13:28:38 knowledge.
13:28:38 A. Is that I know that, like, at a certain point that the

kid was -- Jawsh was signing to a different label. They were maybe thinking about another artist doing it. Like, I heard some chatter, but again, that wouldn't be my department as a songwriter.

Q. Let's take a look on your text messages on April -- starting on April 27th. That is the page ending in DERULO89. It's a few ahead.

And here, you say, "Bro, would he mind coming to" -- or sorry, Mr. Derulo says to you, "Bro, would he mind coming to the stu?"

And then you responded, "I don't think he will, but he -- he is gonna def get into it today."

Do you recall what he was referring -- what you guys were referring to? Who "he" was?

A. No, sir.

Q. And if you scroll down to the bottom of this page, you identify, "Hasn't come up with anything because -- bc these rhythms are so specific."

A. Um-hum.

Q. And at this point in time, you were trying to remove -- you were working with Mr. Derulo in his effort to try to remove Jawsh 685's sample from *Savage Love*, correct?

A. No, sir.

Q. So what -- what were the rhythms that you were having trouble --

13:30:11 A. I don't -- I don't know, because I can't see any further context of this conversation.
13:30:17 Q. Let's take a look at the next page. And here, it's the same date.
13:30:25 He asks you, "Any word?"
13:30:27 You say, "He has been trying." Oh, that is what we read before.
13:30:32 And then Mr. Derulo says, "I have some shit popping. Changed the guitar pattern."
13:30:39 Do you see that?
13:30:39 A. Yes, sir.
13:30:40 Q. Mr. Derulo is telling you he changed the guitar pattern, right?
13:30:47 A. Yes, sir.
13:30:48 MR. ROSENBERG: Objection, leading.
13:30:49 THE COURT: Overruled.
13:30:50 Q. And were you aware at this time that Mr. Derulo does not play any guitars?
13:30:57 A. I don't know whether he plays any guitar or not, no.
13:31:04 Q. He never told you -- you've known Mr. Derulo for a number of years. He never told you he doesn't play any instruments?
13:31:10 A. I wouldn't be shocked if he played guitar. I would say most artists do, or play certain -- at least play enough instruments to get by. So it wouldn't be shocking for him to have changed the guitar pattern if -- in any way.

13:31:28 Q. It's pretty important for most artists to play enough instruments to get by?
13:31:34 A. Yeah, I think that, like, it just wouldn't be out of the ordinary is what I'm saying.
13:31:36 Q. And did Mr. Derulo tell you that the changed guitar pattern to substitute over Jawsh 685's beat was Mr. Spatola's, you know, part that he had added into the verse and throughout the song?
13:31:52 A. I don't recall anything about that.
13:31:54 Q. Okay. And did he tell you that he had directed Phil Greiss to remove Jawsh 685's sample completely from the song, and replace it with Mr. Spatola's guitars throughout?
13:32:07 A. I don't know who Phil Greiss is.
13:32:10 Q. Phil Greiss has a 5 percent publishing interest in *Savage Love*. And you don't know who he is, correct?
13:32:19 A. Does he -- does he have a professional-known-as name that is different than Phil Greiss?
13:32:25 Q. Phillippe Greiss.
13:32:30 A. It's possible.
13:32:31 Q. You don't know him, right?
13:32:33 A. I don't think I do. I don't recognize the name.
13:32:35 Q. And so after he tells you that he changed the guitar pattern, you asked him, "Did you figure anything out?"
13:32:50 Do you recall what you guys were talking about at this point at all?

A. I don't recall.

Q. And he says, on April 28th, "Yes, I'll send tomorrow. In the meantime, Mike is still working their lawyers."

Who is Mike?

A. I would assume -- which I don't love to do -- that it's -- he's speaking of Mike Caren.

Q. Who is Mike Caren?

A. Mike Caren is an industry executive.

Q. And who does Mike Caren work for?

A. He works for himself. He owns a company called APG.

Q. What is his relationship to Mr. Derulo?

A. He has been -- I don't know, because I have never seen under the hood, but as far as like on the surface, he has been an A&R person to Jason Derulo.

Q. And Mike was trying to work with Jawsh 685's people to get rights for that beat that he didn't have at that time, right?

A. I don't know.

Q. And let's go to the next page here.

And after you're saying they're trying to get it worked out, the next day you say, "Fingers crossed. The song is such a hit. I hope it comes out." Right?

A. Yes, sir.

Q. And you were hoping he was going to get those rights. That is why your fingers were crossed?

A. I was hoping that the song was going to come out, period.
Q. All right. And then after this, if we scroll down, we are at April 30th, and there is some more talk about Mike.
And then Jason tells you, "In terms of the other sound, the kid got signed as an artist DJ to Columbia."
That is when Mr. Derulo told you that Jawsh 685 did a record deal with Columbia Records, right?
A. It looks to be so, yes, sir.
Q. And -- okay. And this is -- if we just go back up a little bit, you had asked him if he figured anything out?
A. Um-hum.
Q. And what he figured out, that you find out, is that he was just going to put out the song without any permission, right?
A. Well, does it say that in the transcript?
Q. Well, did he tell you that?
A. I don't remember. It was six years ago.
Q. If Jason Derulo had told you that he was going to put out a song that featured a prominent sample, without getting credit for it, do you think you would remember that -- or sorry, without having authority to do so, do you think you would remember that, sir?
A. If I remembered it, I remembered it. But I don't.
Q. Do you take copyright infringement lightly?
A. Sorry?

13:35:58 Q. Do you think that it's wrong for artists to put out samples of other artists' work without permission?
13:36:06 A. Just as a stand-alone question?
13:36:09 Q. Yes.
13:36:10 A. Yeah, I -- I'm in the copyright business.
13:36:14 Q. You don't want people stealing your stuff, do you?
13:36:17 A. No, sir.
13:36:18 Q. And so when we are going down, after he tells you about Jawsh getting signed to Columbia --
13:36:29 A. Um-hum.
13:36:29 Q. -- you say, "Their loss." And you say, "Well, that would be amazing, but if not, hope this new one works."
13:36:40 A. Yes, sir.
13:36:41 Q. At this point were you concerned that *Savage Love* was never going to see the light of day?
13:36:50 A. Yeah, I was concerned that it was -- that they were going to maybe put another artist on it or do another song that wasn't quite as good, or something -- you know, it could have been many things.
13:37:02 Q. But then Jason Derulo told you that he was just going to put it out anyway, without permission, right?
13:37:09 A. I mean, you keep saying that, but I don't -- if it's -- if I don't see it in the transcript, I don't recall that conversation.
13:37:17 Q. Let's go to the page ending 83 -- or, sorry, 93. I'm

right in the middle of the page.
You say, "*Savage Love* popping so hard on TikTok." Right? That is because he had released it without permission?
A. You are -- I don't know how to answer that question, because I don't know the context.
Q. And Mr. Derulo said, "300,000 videos made already LOL."
What does "LOL" stand for?
A. It stands for "laughing out loud."
Q. And then Mr. Derulo said, "I had to say fuck 'em and just release it."
MR. WERGE: My apologies, Your Honor.
THE COURT: The jury has heard that word before.
Q. Do you see that?
A. Yes, sir, I see it.
Q. And you responded to that "F 'em" comment that Mr. Derulo made with an emoji, right?
A. Sorry, what?
Q. You see the emoji that you responded when he said, "I had to say F 'em and just release it"?
A. Yes.
Q. You said, "Haha."
A. Yeah.
Q. Is that funny to you?
A. I mean, with text tone, it doesn't mean you are actually

13:38:29 sitting there haha'ing out loud. It's just texting, you know. LOL, same thing. It's just a -- no one is laughing out loud when they are typing "LOL."

13:38:41 Q. And this is May 16, 2020, right?

13:38:54 A. On that text page?

13:38:55 Q. My apologies.

13:38:56 A. Yes, sir.

13:38:58 MR. WERGE: Just showing this demonstrative timeline that the jury has seen before.

13:39:06 Q. So May 11, 2020, Jason Derulo publishes *Savage Love* before commercial release.

13:39:12 And this is May 16th, so it's after that happened, right?

13:39:17 A. Sir, I can't read anything on that board from here. So I'm going to have to just take your word for it.

13:39:24 Q. I appreciate it, Mr. Hindlin. Thank you for that.

13:39:26 A. Okay.

13:39:26 Q. And I'll represent to you the commercial release happened June 11, 2020. And so that is about four weeks after this, from May 16th, based on my representation?

13:39:42 A. Sure. Yes, sir.

13:40:04 Q. And then let's go to the page ending 00.

13:40:15 And again, I'll represent to you that the commercial release happened on June 11, 2020. And here, you are writing on June 21, 2020. Do you see that?

13:40:25 A. Yes, sir.
13:40:26 Q. And already *Savage Love*, after the commercial release, was starting to pop off, right?
13:40:35 A. Yes, sir.
13:40:35 Q. And you wrote, a couple of lines down, "I think we gonna have the song of the summer."
13:40:43 You see that?
13:40:43 A. Yes, sir.
13:40:44 Q. And you did have the song of the summer. It was the song of the summer of 2020, wasn't it?
13:40:50 A. I don't know if that is, like, a real metric, but it was great -- a great song for the summer.
13:40:56 Q. And you've always been friends with Jason Derulo, right?
13:41:00 A. Well we have been friendly work acquaintances for quite a while, yes, sir.
13:41:05 Q. You consider him a friend, don't you?
13:41:07 A. I consider him a friendly work acquaintance. We have never hung out socially. But I like him as a friend, yeah.
13:41:14 Q. And you thanked him on the next page. It's the bottom of this but also the top of the next page. "Thank you again for bringing me in, as always!" Right?
13:41:30 A. Yes, sir.
13:41:30 Q. And then Jason Derulo responded, "Thank you for always having my back"?
13:41:34 A. Yes, sir.

Q. You've always had Mr. Derulo's back, haven't you?
A. What's the context? Musically? Yes, I've -- when Jason has tapped me for work, I have shown up for him.
Q. Thank you, Mr. Hindlin.
Once you provided your lyrics to Mr. Derulo, did Mr. Derulo decide which of those lyrics to use?
A. Yes.
Q. Can you please explain how the artist always has ultimate control over what is presented in the final release of any song?
A. Well, I don't think that is necessarily true. The artist doesn't always have final control.
Q. Okay.
A. But as a respectful songwriter who believes in the artist, I would relinquish control to the artist if I believe that the artist knows best.
Q. Okay. Let's take a look at page 46 of your deposition transcript and let's read line 10 on 46 through page 47, line 9. You were asked the question:
"QUESTION: Was it ultimately Jason Derulo's decision regarding which lyrics to include in the musical composition of *Savage Love*, to the best of your knowledge?
ANSWER: Oh, yeah. Yes.
QUESTION: Why do you say that with such emphasis, 'Oh, yes'?

ANSWER: He's the artist.

QUESTION: And what do you mean by that?

ANSWER: Well, he's the one that would be releasing the song and having to sing it every night and, you know, ultimately Jason is a -- is a brilliant person and he knows what he wants to say. And so I can give him a million things, and ultimately he's going to keep what he wants of what I used and he's going to make his changes and add things that he wants.

And as much as I could kick and scream over something that I would prefer to be in there over him, as the artist and as someone who I have a lot of respect for, it would be his decision what makes the final version of the song.

QUESTION: And that was the case when you and Mr. Derulo were writing lyrics together for *Savage Love*?

ANSWER: Yes, sir."

Now, even though Jason Derulo had ultimate control over what was in the song and what was not in the song, would you agree with me that because he used your lyrics in the song that you were inherently entitled to a share of the publishing?

A. Yes.

Q. Now, let's say Mr. Derulo had taken all of your lyrics out and made up all new lyrics without any input from you.

That would have been a different situation, right?
A. Yes.
Q. You wouldn't be entitled to any of the publishing at that point, right?
A. If he didn't use a single one of my lyrics?
Q. Right.
A. No, sir.
Q. But because he used your lyrics and put your creative work in that song, he had to give you publishing; isn't that right?
A. Yeah. Yes, sir. Sorry.
Q. Thank you, Mr. Hindlin.
MR. ROSENBERG: Your Honor, the time.
THE COURT: Mr. Werge, if you are going to want to use any time for redirect, you are going to have to wrap this up.
MR. WERGE: Thank you, Your Honor.
Q. You didn't have to ask Mr. Derulo for credit on the album either, right?
A. What do you mean? Ask --
Q. You didn't have to reach out to him and say, "Hey, can you please put me down as a cowriter?"
A. That would be something that my management team would deal with.
Q. Well, in fact, what you testified about in your

deposition was that you get the splits from Derulo's team --

A. Um-hum.

Q. -- and then that is when you agree to the splits that he provided, right?

A. Yes.

Q. And of course you would be credited at that time as well as a cowriter, right?

A. Sorry, could you say that again?

Q. I would just say, of course you would be credited as a co-songwriter at that point, right?

A. Sure. Yeah.

Q. And Jason Derulo never told you that Matthew Spatola had any involvement whatsoever with this song?

A. No, sir.

Q. And you didn't find out about Mr. Spatola's involvement whatsoever until this lawsuit was filed; is that right?

A. Correct.

MR. WERGE: Thank you, Mr. Hindlin.

THE COURT: Mr. Rosenberg?

THE WITNESS: Your Honor? Would you mind if I stand up for a quick stretch?

THE COURT: No, go right ahead. Usually I invite people to do that, but I'm trying to give people as much time as possible.

THE WITNESS: No, I just sat outside for a really

long time.

MR. ROSENBERG: Can you take the poster board down please?

Can you take that poster board down?

MR. WERGE: I'm moving the things like you asked me. One second, please.

CROSS-EXAMINATION

BY MR. ROSENBERG:

Q. Sorry if I'm a bit hurried, Mr. Hindlin. My time is short.

Mr. Hindlin, what type of working relationship have you had with Jason Derulo?

A. A musical one.

Q. Fair to say you've had a great working relationship with Jason Derulo?

A. Yes, sir.

Q. And have you ever known Jason Derulo to be dishonest about any songwriting splits or songwriting credit?

A. No, sir.

Q. And prior to *Savage Love*, had you previously cowritten songs with Jason Derulo?

A. Yes, sir.

Q. How would you describe your songwriting process with Jason Derulo?

I'll rephrase. In your deposition, you testified

that "Jason does the heavy lifting and I write words."
Do you remember that?
A. Yes, sir.
Q. Do you stand by that testimony?
A. I do.
Q. Prior to *Savage Love*, did you and Jason Derulo cowrite the song *Wiggle* that Mr. Derulo released in 2014?
A. Indeed.
Q. And was that a successful multiplatinum song?
A. It was.
Q. By the way, platinum means a million records sold; is that right?
A. I think so. It used to. I don't know -- with streaming and stuff, I don't know what it means anymore, but yes.
Q. Okay. Thank you.
Did you and Jason Derulo both receive songwriting credit on *Wiggle*?
A. Yes.
Q. Which was released in 2014.
And prior to *Savage Love*, did you and Jason Derulo cowrite the song *Swalla* that Mr. Derulo released in 2017?
A. Yes.
Q. Was *Swalla* another successful song?
A. It was.
Q. And did both you and Jason Derulo receive songwriting

credit for *Swalla*?
A. Yes.
Q. Prior to *Savage Love*, did you and Jason Derulo cowrite the song *Me Too* that Meghan Trainor released in 2016?
A. Yes.
Q. *Me Too* was another successful multiplatinum song?
A. It was.
Q. And did both you and Jason Derulo receive songwriting credit for *Me Too*?
A. We did.
Q. So other than *Wiggle*, *Swalla,* and *Me Too*, did you and Jason Derulo write any other songs together that you remember prior to *Savage Love*?
A. Yes.
Q. Can you identify some of them?
A. Commercially released or not?
Q. Commercially released.
A. I don't know if it was prior -- no, actually, I believe *Love And War* [sic] maybe was after.
Q. Okay.
A. I think those were our -- yeah, I think before -- I think just songs that maybe never came out.
Q. So prior to *Savage Love*, you and Jason Derulo established a pattern and practice that if you and Jason Derulo wrote a song together, then you both expected to receive songwriting

credit on the song, correct?

A. Yes, sir.

MR. ROSENBERG: Please put up Trial Exhibit 131.

Q. Which Mr. Werge showed on your direct examination.

And you see the first text, Mr. Hindlin, is on April 21, 2020, correct?

A. Yes.

MR. ROSENBERG: Can we go to the very last page, page 31?

Q. Mr. Hindlin, do you see that this particular text exchange ends on June 22nd, 2020?

A. Yes.

Q. So we've got about two, three months of text messages between you and Jason Derulo spanning 31 pages?

A. Yup.

MR. ROSENBERG: Let's focus on a part -- let's go back to page 1, please. And let's blow up the part where it says "This is crazy."

Q. Mr. Hindlin, can you read that -- by the way, this is a post by Jason Derulo -- not "post," a text message by Jason Derulo to you?

A. Yes.

Q. On April 21, 2020?

A. Yes, sir.

Q. Okay. Can you please read what Jason Derulo wrote to

13:51:35 you?
13:51:35 A. Yes, sir. It says, "This is crazy viral on TikTok. Capitol wants to put this out as a single next week. Do you want to write it with me?"
13:51:43 Q. Can you read the last sentence one more time, please?
13:51:46 A. "Do you want to write it with me?"
13:51:48 Q. Was that a clear expression by Mr. Derulo to you that he wanted to write a song with you?
13:51:53 A. Yes, sir.
13:51:54 Q. And was that a song that would be based on *Laxed* (Siren Beat)?
13:51:58 A. Yes, sir.
13:51:58 Q. So when you read Mr. Derulo's words, "Do you want to write it with me," did you understand those words to mean that Jason Derulo wanted you to write lyrics with Mr. Derulo for a song based on *Laxed* (Siren Beat)?
13:52:15 A. Yes, sir.
13:52:16 Q. Did you understand Mr. Derulo's words to be a clear expression of his intent to write the song with you?
13:52:21 A. Yes, sir.
13:52:23 MR. ROSENBERG: Let's go to the second page of Exhibit 131.
13:52:28 Q. Do you see you sent a text response at 8:01 AM?
13:52:32 A. Yes.
13:52:33 Q. And then later on in the day, on April 22, 2020, at

2:27 PM -- do you see that?
A. Yes.
Q. And as Mr. Werge went over with you, you were asking for some audio from Mr. Derulo, a bounce; is that right?
A. Yes, sir.
Q. Referring to *Laxed* (Siren Beat)?
A. Yes, sir.
Q. And then going through the rest of the page -- you went over this, but at some point Mr. Derulo, either directly from him -- but at some point you listened to *Laxed* (Siren Beat) before you started writing any lyrics; is that correct?
A. Correct.
Q. Okay. So on April 22, 2020, in response to Jason Derulo's text the prior day of "Do you want to write it with me," by April 22, 2020, did you agree to write a song based on *Laxed* (Siren Beat), as Jason Derulo asked you to, to write with him?
A. Can you repeat the question?
Q. Yeah. It was inartful. My apologies.
So on April 22, 2020, did you agree to write a song based on *Laxed* (Siren Beat) with Jason Derulo?
A. Sure. Yes.
MR. ROSENBERG: Let's go to page 4, Exhibit 131.
Q. And do you see that you started sending Jason Derulo lyrics at 5:10 PM on April 22nd?

13:54:15 A. Yes.
13:54:16 Q. So sometime between 2:27 PM and 5:10 PM, you -- you are -- you communicate and then write and send him lyrics; is that fair?
13:54:28 A. Fair.
13:54:29 Q. And these are the initial proposed lyrics for the song?
13:54:35 A. It appears to be so, yes.
13:54:37 Q. So how long did it take you for these initial lyrics to write, when you started at, like, 2:27 to 5:10?
13:54:50 A. Just a couple of hours.
13:54:52 Q. Okay. For this initial -- for these initial proposed lyrics?
13:54:56 A. Yes.
13:54:57 MR. ROSENBERG: Okay. And page 5 of Exhibit 131, please.
13:55:05 Q. Is this a continuation of the initial lyrics that you sent to Jason Derulo at 5:10 PM?
13:55:12 A. It looks like it, yup.
13:55:13 Q. And these are proposed lyrics for the song that was later entitled *Savage Love*; is that right?
13:55:17 A. Correct.
13:55:19 MR. ROSENBERG: Let's go to page 6, please.
13:55:23 Q. Is this a continuation, again, of the lyrics that you sent to Jason Derulo on April 22, 2020 --
13:55:29 A. Yes, sir.

13:55:29 Q. -- at -- I know you didn't know where I was going, I'm sorry. Let me just -- I know I'm going fast here, and I apologize. I apologize, the time constraint.
13:55:40 Is this a continuation of the lyrics that you sent to Jason Derulo on April 22, 2020, around 5:10 PM?
13:55:46 A. Yes, sir.
13:55:47 Q. And after you sent those proposed lyrics, you wrote, "Hit me when you can. I'll sing it down for you."
13:55:55 And Mr. Werge asked you questions about that?
13:55:57 A. I think so, yup.
13:56:02 Q. At some point -- well, let's continue to page 7.
13:56:07 Do you see, Mr. Hindlin, that at 8:18 PM, you are sending a revised version of the lyrics --
13:56:17 MR. ROSENBERG: If we can compare it to what is on page 4, just so we can see the time stamp. Thank you.
13:56:44 Q. So you sent the initial lyrics at 5:10 PM, and then at 8:18 PM, this is still the intro, and the verse -- by the way, when you write the word "Derulo" as the first line, why do you write that?
13:57:02 A. Just put his name at the top.
13:57:04 Q. Is that kind of Jason Derulo's signature, to have his name --
13:57:09 A. That's his name. You know, I just put it at the top because I -- I probably did the draft in my Notes app, and in case I left and went back to it, probably a reminder of

13:57:22 myself to who I was doing the lyrics for, yeah.
13:57:26 Q. The lyrics that you sent at 8:18 PM, are those a revision of the lyrics that you texted to Mr. Derulo at 5:10 PM?
13:57:35 A. These two look the same, unless there is more on the 5 -- or on the 8:18 PM one.
13:57:47 MR. ROSENBERG: Yeah, can we continue down, please, on the 8:18 PM one, which is page 8.
13:57:54 Q. And then do you see page 8, it then has the chorus, and then if you continue to page 9, the end of the chorus. And did you -- do you see that, Mr. Hindlin?
13:58:12 A. On the left?
13:58:14 Q. Correct. That is the later-in-time one.
13:58:18 A. Yup.
13:58:18 Q. And had you written a chorus yet in the version you sent at 5:10 PM?
13:58:22 A. Can you scroll -- can I see the whole thing?
13:58:26 Q. Yeah. So it starts on page 4. So that is the one with the April 22, 2020.
13:58:30 MR. ROSENBERG: And if we can go to page 5, please.
13:58:35 A. Yeah, it looks like there was a chorus there too.
13:58:38 MR. ROSENBERG: And page 6.
13:58:40 A. Yeah, there is different endings of these choruses.
13:58:43 Q. Okay. So at some point between 5 -- when you sent him the lyrics at 5:10 PM and 8:18 PM, what caused you to change the lyrics?

13:58:54 A. You know, I probably was just mulling over them and thinking, like, oh, maybe this is a good alternate ending, or maybe these are better. I --

13:59:06 Q. Sorry to interrupt you.

13:59:07 A. I don't know. I -- you know.

13:59:09 Q. As part of your pattern and practice, would it have been possible that you had a telephone call with Jason Derulo to discuss the initial lyrics you sent?

13:59:17 A. Yes.

13:59:17 Q. Okay. Is that just the way you guys work?

13:59:20 A. Yeah.

13:59:23 MR. WERGE: Your Honor, I tried this before and I was wrong, but I'm -- I just wanted to have an -- express a concern about a witness potentially being in the room.

13:59:33 MR. RAYGOR: He's one of our experts.

13:59:35 THE COURT: Oh, if it's an opinion witness, then he's allowed to be here.

13:59:41 MR. RAYGOR: Dr. Rayner.

13:59:42 THE COURT: In that case the witness is allowed to be here.

13:59:44 MR. RAYGOR: Thank you, Your Honor.

13:59:46 MR. ROSENBERG: Can that be factored into my --

13:59:48 MR. WERGE: It's the glasses, Judge. It's the glasses.

13:59:51 Q. So did you have a call, Mr. Hindlin, with Jason Derulo

13:59:58 between 5:10 PM and 8:18 PM?
14:00:01 A. It's completely possible.
14:00:04 Q. Okay. On such a call, based on your history of working
14:00:07 with Jason Derulo, what kind of things would you guys discuss
14:00:09 about the lyrics?
14:00:10 A. If it was a call about the lyrics, it would be more so
14:00:16 for him to either tell me he didn't like where I was going
14:00:20 with something and to retry it, or giving me a suggestion of
14:00:23 where to go with it. Or he could have come up with it and
14:00:26 said, "Actually, this is a better lyric."
14:00:28 There is just different ways that it could have
14:00:33 transpired.
14:00:33 Q. Was that similar to how you and Jason Derulo worked on
14:00:36 *Wiggle*, *Swalla*, *Me Too*?
14:00:39 A. Well, the difference is is that we were together in those
14:00:42 rooms when that happened.
14:00:43 But ultimately, we just have a collaborative
14:00:48 relationship, you know. It's always been respectful, and
14:00:54 if -- you know, and he's not shy about if he doesn't like
14:00:57 something or wants me to try it a bunch more times, and I'm
14:00:59 not shy if I don't like something he does, you know. So it
14:01:03 could have just gone either way.
14:01:05 MR. ROSENBERG: So let's return to page 9, please.
14:01:09 Sorry for the split screen. Page 9. Awesome. Thank you.
14:01:16 Q. So do you see there you write to Mr. Derulo, "Going to

work on verse 2 now"?
A. Yes.
Q. Okay. You're a pretty hard-working, fast-writing lyricist. Is that a fair description of you?
A. I'm fast sometimes.
Q. And I didn't --
A. Hard-working, yes.
Q. My time is limited, but the list of people you have written songs for, fair to say, Britney Spears, Katy Perry, Lady Gaga, et cetera. It's a long list of A-list names?
A. I have been very lucky, yes, sir.
Q. So who came up with the idea to title the song *Savage Love*?
A. Jason.
Q. And as a lyricist, did you consider Mr. Derulo coming up with that title to be important?
A. Very.
Q. Why is that?
A. Because I didn't really have a title. I kind of just had words. But we didn't really have, like, an anchor of, like -- as you can see, I had an "Oh, my love."
Q. Yeah.
A. Yeah.
Q. I believe you testified at your deposition -- and I don't know if you stand by it -- that in terms of your work on

14:02:25 *Savage Love*, would you characterize it as that the lyrics you wrote was a pretty good but basic lyric structure?
14:02:32 A. Yes.
14:02:33 Q. Did Jason Derulo refine -- refine the lyrics for *Savage Love* and add more detail?
14:02:39 A. Yes.
14:02:39 Q. If someone claimed that you wrote all the lyrics for *Savage Love* and Jason Derulo had nothing to do with the lyrics, would that be a true statement?
14:02:48 A. Sorry, say that again, please.
14:02:49 Q. If someone claimed that you were the only one who wrote the lyrics for *Savage Love* and Jason Derulo had nothing to do with it, would that be true?
14:02:58 A. That would be false.
14:02:58 Q. And why would that be false?
14:03:00 A. Because he did a bunch of the work on the lyrics, and the song, yeah.
14:03:07 MR. ROSENBERG: Let's go to page 10, please, of Exhibit 131.
14:03:14 Q. So at 9:56 PM -- so now we've had the 5:10 PM text, the 8:18 PM text, and then starting at 9:56 PM, you are texting Mr. Derulo verse 2; is that correct?
14:03:31 A. Correct.
14:03:31 Q. Because you had written the pre, the --
14:03:36 A. Wait, am I in blue or am I in gray?

14:03:39 Q. You are in gray. Mr. Derulo is in blue.
14:03:43 A. Yes.
14:03:43 Q. My apologies for not clarifying that. Okay.
14:03:48 Do you see -- let's go to -- so you continued at 14:03:57 9:56 PM to write and send proposed lyrics to Jason Derulo?
14:03:59 A. Yes.
14:04:01 MR. ROSENBERG: Let's go to page 11, please.
14:04:03 Q. And is this the remainder of the lyrics that you sent to 14:04:07 Jason Derulo on April 22, 2020?
14:04:09 A. Yes.
14:04:10 Q. So do you see there at -- on April 23, 2020, at 6:20 AM, 14:04:22 Jason Derulo texted you an audio recording called *Somebody* 14:04:26 *Else*?
14:04:27 A. Yes.
14:04:27 Q. And do you remember at your deposition that we played 14:04:33 that for you, and that was the first bounce for what became 14:04:38 *Savage Love*?
14:04:38 A. Yes.
14:04:39 Q. So no need for me to play it again, right?
14:04:43 A. Right.
14:04:43 Q. Okay. And Mr. Derulo -- if you go below the audio 14:04:50 recording, the words that Mr. Derulo sends you, "Let me know 14:04:54 thoughts"?
14:04:54 A. Yup.
14:04:55 Q. To the best of your knowledge and recollection, when you

received the audio recording and the message "Let me know thoughts," did you understand that to be Jason Derulo seeking your input on the audio recording that he texted to you?

A. Yes.

Q. Was that part of your normal process of writing songs with Jason Derulo, for him to send you audio recordings of the song for your creative input?

A. Yes.

Q. At your deposition, you testified that this version 1 *Somebody Else* was "a version that wasn't all the way worked out yet."

Do you remember that testimony?

A. Yes.

Q. So going further down, after he writes, "Let me know thoughts" --

MR. ROSENBERG: And if we could blow up "Crazy." I'm not going to embarrass myself by saying "Craaazy." Okay.

Q. Does that mean you listened to it?

A. It does.

Q. And you liked it?

A. Yeah. So it was the first time I had heard Jason actually singing over the music.

Q. And was that the part that really grabbed you, Jason's singing?

A. Yup.

Q. Did you even really hear the guitar?
A. You know, I don't know. Like I said before, I wasn't really a fan of the instrumental. And when I heard him singing over it, that is when, like, kind of the light bulb went off that, oh, this actually sounds really good.
MR. ROSENBERG: Let's go to page 12 of the text messages, please. And can we blow up the April 23, 2020, text.
Q. So this is a text message, correct me if I'm wrong, that you sent to Jason Derulo at 10:46 AM on April 23, 2020. Is that correct?
A. In the blue?
Q. In the gray.
A. In the gray? Yes.
Q. And so were you providing creative feedback to Jason Derulo to refine the song?
A. Yes.
Q. And then on April 23, 2020, at 12:32 PM, Jason Derulo sent you the following response, and I'll read it. "Agreed. Tryin how to make that line easy and the best way to me is to make the line before it a lyric that is part of it. Do you know what I mean?"
And then you responded, "A hundred percent."
Was your response of "a hundred percent" you acknowledging Jason Derulo's comment that the lyrics still

needed some work?

A. It would just -- I just wrote that rather than -- I should have just wrote "yes."

Q. That is what I meant. Was it an acknowledgement that the lyrics still needed work?

A. Yes, sir.

Q. Okay. By the way, he said, "Do you know what I mean?"

At this point in your relationship with Jason Derulo and all the work you have done together, when he would say something like "Do you know what I mean," did you have a pretty good grasp of what he meant?

A. Yeah, I think "Do you know what I mean" is just, like, filler. I don't think he was actually asking me if I understood the text, yeah.

Q. Okay. Fair enough. The words on the page.

Do you see that you sent a text message to Jason Derulo at 6:11 PM?

MR. ROSENBERG: It might be on the next page. My apologies. Yeah, page 14.

Q. And at 6:11 PM -- so you've listened to a version of the song -- of the song -- a bounce, correct?

A. Correct.

Q. And then on April 23rd, you -- are you rewriting verse 2?

A. It appears so.

Q. Okay.

14:08:33 MR. ROSENBERG: Can we continue to the next page, please?
14:08:36 Q. Okay. And is this different parts of verse 2 that you wrote and sent to Jason Derulo at 6:11 PM?
14:08:48 A. Yeah, so where it says "Verse 2" in the square, the bottom "You wanna run" part, I believe that what I wrote after was an alternate to the "You wanna run" part, but the top was to stay the same. But I'm guessing --
14:09:03 Q. Okay.
14:09:04 A. -- by looking at this.
14:09:05 Q. Yeah, I definitely don't want you to guess.
14:09:08 So when he asks, "What was the cash line," did you understand what he meant by that?
14:09:16 A. I did.
14:09:17 Q. What did that mean?
14:09:18 A. "You've got a way of making me spend up all my cash."
14:09:21 Q. Gotcha. Okay.
14:09:24 MR. ROSENBERG: And then let's scroll down.
14:09:28 Q. Do you see there at the bottom, on April 24, 2020, that Mr. Derulo texted you version 2 of *Savage Love*?
14:09:37 A. Yes.
14:09:38 MR. ROSENBERG: And can we go to page 15, please, where it also is a continuation of that text message, April 24, 2020, at 11 AM.
14:09:50 Q. So is this the second time Mr. Derulo sent you a version

of the audio recording for *Savage Love*?
A. Yep.
Q. At this time it was called *Savage Love*?
A. Yes.
Q. And in this -- as we go through this text chain --
A. Um-hum.
Q. -- do you see --
MR. ROSENBERG: If you can go up. Sorry. Scroll up. Right. Perfect.
Q. -- that you and Jason Derulo are discussing production of the song?
A. Yes.
Q. So you are more than just the guy that writes words; is that fair to say?
A. Fair to say.
MR. ROSENBERG: Let's go to page 16, please.
Q. So this is a continuation of that text message. And do you see that you are writing on the gray side, "As soon as I get the session, I'll do it"?
A. Yes.
Q. And then you say, "Any direction or just a finished version of what is here?"
And he responds, "Yeah, I have a *Swalla* kind of idea."
So let me unpack that. When you wrote "any

14:10:58 direction," is that part of your writing process with Jason
14:11:03 Derulo?
14:11:03 A. Yeah, that would be shorthand for just is there any
14:11:06 specific direction you want me to take this in.
14:11:09 Q. Okay. And when Jason Derulo wrote, "Yeah, I have a
14:11:14 *Swalla* kind of idea," did you know what he was referring to?
14:11:16 A. I know the song. It's a -- that is a pretty dynamic
14:11:22 song. He wrote, "I can explain" because that could mean a
14:11:26 million different things.
14:11:26 Q. Um-hum.
14:11:27 A. So, yeah.
14:11:29 Q. And then you write back, "Okay. I'll hit you --
14:11:32 A. "In a second," yeah.
14:11:33 Q. Okay. So based on what the text message indicates, is it
14:11:38 your recollection that you had some kind of communication
14:11:40 with Jason Derulo that was not on text message?
14:11:43 A. Yes.
14:11:44 Q. Most likely a phone call?
14:11:46 A. Most likely.
14:11:46 Q. Okay. And then on April 24, 2020, at 7:37 PM, Jason
14:11:53 Derulo texted you version 3 of *Savage Love* --
14:11:55 A. Um-hum.
14:11:56 Q. -- the audio recording. Do you see that?
14:11:57 A. Yes.
14:11:59 Q. So this is the third time -- the third time Jason Derulo

has sent you a bounce for *Savage Love*, right?
A. Yes, sir.
Q. And again, to your knowledge and based on your history with Jason Derulo, is he sending you these bounces because he wants your creative feedback?
A. Yes.
Q. Is it fair to say that Jason Derulo values your opinions on songs?
A. I think so.
Q. And Mr. Derulo valued your opinion on *Savage Love*; is that correct?
A. He did.
Q. To your knowledge, was Jason Derulo wanting to keep you -- JKash is your professional name --
A. Yes, sir.
Q. -- in the loop as his writing partner on how the song was progressing?
A. Yes.
MR. ROSENBERG: Let's go to page 17, please, of the text exchange.
Q. Do you see --
MR. ROSENBERG: If we can zoom -- yeah. Perfect. Thank you.
Q. -- that you and Mr. Derulo are continuing to -- Jason Derulo is giving you updates on the status of the song?

A. Yes.
MR. ROSENBERG: And now page 18, please.
Q. Do you see that on April 25, 2020, at 9:21 PM, Jason Derulo texted you an audio recording of version 6?
A. Yes.
Q. Of *Savage Love*?
A. Yes.
Q. So now this is the fourth version of *Savage Love* that Mr. Derulo has sent to you, right?
A. It looks to be so, yeah.
Q. In your experience as a writer and producer, would a producer be in the loop of the creative process?
A. Yes.
Q. And would a session musician be in the loop?
A. No.
Q. Mr. Spatola has testified that Jason Derulo kept versions of *Savage Love* close to his chest. Do you know why Jason Derulo chose to share multiple versions of the song with you?
A. I wrote the song with him.
MR. ROSENBERG: Let's turn to page 27, Exhibit 131. And can we blow up the -- thank you, Mr. Dua. A little bit less so we can see the date. Sorry. Thank you. Perfect.
Q. So Mr. Hindlin, do you see that Jason Derulo, on June 7, 2020, at 7:49 PM sent you *Savage Love* Mix 11.MP3, an audio recording?

A. Yes.
Q. That's June 7, 2020. If I were to represent to you that the song was released only four days later, on June 11, 2020, can you please read Jason Derulo's text message to you under that audio recording?
A. "I've been working with the mixer on this" -- it says "hold," but I assume he means, "You cool with this mix to go to master? Any notes?"
Q. So four days before *Savage Love* was released, Jason Derulo was still asking you for any notes; is that correct?
A. Correct.
Q. Why would he do that, to the best of your knowledge?
A. Because I have been a part of a lot of songs that have come out and worked, and I think he just respects and wants my opinion on the way that it sounds.
MR. WERGE: Objection, foundation, speculation.
THE COURT: The objection is overruled. The answer will stand.
Again, ladies and gentlemen, Mr. Hindlin can't read Mr. Derulo's mind, so you should understand the answer is reflecting what he believes based on their working relationship.
Ask your next question, Mr. Rosenberg.
MR. ROSENBERG: Thank you, Your Honor.
Q. So for this song, *Savage Love*, that was released on

June 11, 2020, that he asked you to write with him all the way back on April 21, 2020; is that right?
A. Yes, sir.
Q. And for this song that you sent numerous drafts of the lyrics, right?
A. Yes, sir.
Q. And Jason Derulo refined the lyrics that you sent him, to your knowledge; is that correct?
A. Yes, sir.
Q. And can you please read -- go below -- your text response to Jason Derulo on June 7, 2020?
A. "Bro, this sounds amazing. The only thing I would say is the ad-libs in the last course" -- I wrote "course," but I meant "chorus feel kind of loud and maybe need one less or something. This is gonna be huge."
Q. So you are giving Jason Derulo feedback on the song in this text message you sent to him on June 7, 2020?
A. Yes.
Q. To the best of your recollection, were the lyrics done at this point, on June 7, 2020?
A. Yes.
Q. But you are still giving him feedback?
A. Yes.
Q. Because you were more than just a lyricist on the song; is that right?

A. Yes.
Q. You wrote the song with Jason Derulo; is that right?
A. Correct.
Q. Do you understand that Jason -- despite what you may have testified in the past that Jason Derulo -- is it your understanding that Jason Derulo believes that you, Jacob Kasher Hindlin, do a lot more than just write words?
A. I believe he thinks that.
MR. WERGE: Objection, foundation, and --
THE COURT: The objection is overruled with the same understanding, ladies and gentlemen.
You may answer the question, Mr. Hindlin.
THE WITNESS: Would you mind asking the question again?
Q. Based on your interaction, relationship, history with Jason Derulo, is it your understanding that he's aware that you do more than just write words?
A. Yes, sir.
Q. Okay. Do you and Jason Derulo respect each other as songwriters?
A. Yes.
Q. Other than the text messages in Exhibit 131, you had calls with Jason Derulo about *Savage Love* during this April to June time period?
A. I believe so. It's possible.

Q. Mr. Hindlin, did you work with anyone other than Jason Derulo in writing the lyrics for *Savage Love*?
A. No, sir.
Q. Did you send Jason Derulo an invoice for the time you spent writing *Savage Love*?
A. I did not.
Q. Have you ever in your entire career sent an invoice for your time writing a song that you have written?
A. No, sir.
Q. Did Jason Derulo personally and directly pay you any money for any of your work on *Savage Love*?
A. No, sir.
Q. When *Savage Love* was released, did you receive credit for cowriting the musical composition of the song?
A. I did.
Q. And you knew you would receive writing credit because Jason Derulo texted you on April 21, 2020, "Do you want to write it with me?"
A. Yes.
Q. And you also understood, based on your history, pattern, and practice with Jason Derulo on at least three hit songs in the past, that if you cowrote a song together, you would both receive songwriting credit; is that right?
A. That's right.
Q. That was your intention, correct?

A. Yes.
Q. At some point was it brought to your attention of who would be the credited writers of *Savage Love*?
A. Yes.
Q. Did you -- did you state your approval of the writing credits on *Savage Love*?
A. Yes.
Q. Before this lawsuit was filed on July 31, 2023, had you ever heard of Matthew Spatola?
A. No, sir.
Q. In your -- you have been in the industry, what, 20 years?
A. Yes.
Q. Have you ever heard of any writer or producer credits by Matthew Spatola?
A. No, sir.
Q. Did you ever intend to cowrite the song *Savage Love* with Mr. Spatola?
A. No, sir.
Q. Did he ever tell you that he intended to cowrite the song with you?
A. No, sir.
Q. Did you ever send lyrics to Matthew Spatola for *Savage Love*?
A. No.
Q. Did Jason Derulo ever tell you he intended to cowrite

*Savage Love* with Matthew Spatola?
A. No, sir.
Q. Did you agree at any time to share songwriting credit with Matthew Spatola on *Savage Love*?
A. No, sir.
Q. Did he exercise any kind of control over the work you did?
A. I don't know what that means.
Q. Authority -- well, if you never spoke to him, and didn't know Matthew Spatola before this lawsuit, is it fair to say he had nothing to do with the work you were doing on *Savage Love*?
A. No, sir.
Q. But would it be fair to say he had nothing to do?
A. It would be fair.
Q. Okay.
A. Yes, sir. I'm sorry.
Q. No, it's okay.
Have you heard of the term "songwriting splits"?
A. Yes, sir.
Q. Sometimes referred to as "publishing splits" or just "splits"?
A. Yes.
Q. What are publishing splits, as you understand the term?
A. It would be the way that the composition between the

14:21:17 writers is broken down.
14:21:20 Q. Is it always equal?
14:21:21 A. No.
14:21:22 Q. So Mr. Werge asked you about Phil. And do you remember in your deposition, I mentioned someone that Jason may have referred to as his cousin or something like that? Does that refresh your memory about who Phil Greiss was?
14:21:42 A. Yeah.
14:21:44 Q. Okay.
14:21:46 A. Does he have another name?
14:21:47 Q. He doesn't. But we can go to page 63 of your deposition.
14:21:54 MR. WERGE: Objection to reading the deposition.
14:21:56 THE COURT: We don't know that that is what is happening, Mr. Werge. It might just be used to --
14:22:02 Q. So just to refresh your recollection, Mr. Hindlin, can you please read page 63, if you are there.
14:22:15 A. Uh-huh.
14:22:16 Q. Do you see at line 16?
14:22:20 A. Yes.
14:22:21 Q. So does that refresh your recollection about Phil Greiss?
14:22:27 A. Yes. Yes. I'm sorry, I'm just still unfamiliar with the name.
14:22:32 Q. That's okay.
14:22:32 A. Yeah.
14:22:33 Q. Did you, Jacob Kasher Hindlin, agree to share songwriting

14:22:37 splits on *Savage Love* with Jason Derulo, Jawsh 685, and Phil
14:22:41 Greiss?
14:22:41 A. I did.
14:22:41 Q. And did you agree to 20 percent of the publishing?
14:22:46 A. I did.
14:22:46 Q. And that is what you received, correct?
14:22:48 A. Correct.
14:22:48 Q. So you, Jacob Kasher Hindlin, ultimately reached an
14:22:55 agreement, an agreement to cowrite the musical composition
14:22:59 for *Savage Love* with Jason Derulo, Phil Greiss, and Jawsh
14:23:06 685, whose natural name is Joshua Christian Nanai. Is that
14:23:10 correct?
14:23:10 A. That's correct.
14:23:12 Q. By reaching that agreement, you expressed your intention
14:23:16 to cowrite the musical composition for *Savage Love* with Jason
14:23:19 Derulo, Phil Greiss, and Jawsh 685; is that correct?
14:23:23 A. Correct.
14:23:26 MR. ROSENBERG: Thank you. I reserve time.
14:23:26 REDIRECT EXAMINATION
14:23:34 BY MR. WERGE:
14:23:34 Q. Mr. Hindlin, when you had your first commercial release
14:23:37 with Mr. Derulo, that was *Wiggle*, right?
14:23:39 A. I believe so.
14:23:40 Q. That is the one with Snoop Dogg?
14:23:43 A. Is Snoop on *Wiggle*?

Q. Yeah, he's the featured artist on that?
A. Yes.
Q. All right. And at that time, you didn't have a plan and practice of how you would release songs with Mr. Derulo, right, because it was the first one you did?
A. Sure.
Q. And you didn't need him to say, "Do you want to write a song with me," right, at any time, because you knew that was implied; isn't that right?
A. Well, no, I think I was more so asked if I wanted to go to the studio to write songs with him, which is why I showed up.
Q. You are talking -- right. And it's implied that you showed up as a songwriter?
A. It -- I -- I don't know, but, I mean, I am a songwriter, and I was asked to show up. So in my mind, I was showing up to write a song.
Q. And you didn't have to have a special conversation with Jason Derulo about, "Hey, what am I showing up to do here today, Jason? Can you please give me maybe some songwriting credit on this?" Right?
A. I'm sorry, I'm just confused at the question.
Q. Did you need to express your intent to Jason Derulo that you wanted specific credit of cowriting the musical composition of *Savage Love*?

14:25:12 A. I'm lost, I'm sorry.
14:25:18 Q. You didn't have to tell Mr. Derulo anything about what your intent was with writing the song, because you agree that it's implied; if you are there, you are a songwriter, right?
14:25:32 A. I just think it's, like, a pretty vague question.
14:25:36 Q. Okay. Well, let's take a look at what you said at your deposition, page 51 --
14:25:41 A. Yup.
14:25:41 Q. -- line 1 through 20.
14:25:47 And when you were asked the question --
14:25:49 A. Um-hum.
14:25:49 Q. -- "QUESTION: So did you express your intent to Jason Derulo that you wanted the specific credit of cowriting the musical composition of *Savage Love*?"
14:25:57 You answered:
14:25:58 "ANSWER: No, sir, it's implied."
14:26:02 Then you were asked:
14:26:02 "QUESTION: When you say 'implied,' what does that mean?"
14:26:07 Your answer at that time:
14:26:08 "ANSWER: I'm a -- I'm a writer, and so that is how it works. If I write a song, then I, you know, don't have to go, 'Hey, like, can I -- can I please have credit for this?' He knows he wrote it with me. And so usually what happens is that -- is someone sends out a text or an e-mail or something

that says, 'Here is the writers, and here is the breakdown.'"
A. Correct.
Q. "QUESTION: And at --
ANSWER: And that's something that's usually handled by my -- my team."
A. Yes.
Q. "QUESTION: At some point that was brought to your attention about who were going to be credited as writers?
ANSWER: Yes."
So you didn't have to express any intention to Mr. Derulo because it was implied that you were a writer, that is why you were working on *Savage Love*?
A. Yeah.
Q. And you didn't need Jason to say, "Do you want to write a song with me?" because he knew you were a songwriter, and you were writing a song together, right?
A. Again, it's -- just because someone is around doesn't mean it's implied that they are writing a song. I think that Jason -- I was a successful, working songwriter before Jason invited me in to do *Wiggle*. And when he texted me and asked me to write *Savage Love* with him, I said yes.
Q. And let's say, if you hadn't had any back-and-forth with Mr. Derulo --
A. Yup.
Q. -- over the lyrics, or over any other involvement with

14:27:47 *Savage Love* -- I think Jason Derulo's lawyer asked you a lot of questions about the back-and-forth.

14:27:52 A. Okay.

14:27:52 Q. But you did send over a set of lyrics that Mr. Derulo used?

14:27:57 A. Yup.

14:27:58 Q. Let's just say you just sent one text message and then he used those lyrics in his song. You would agree that you would be entitled to publishing for that, correct?

14:28:08 MR. ROSENBERG: Objection, incomplete hypothetical and relevance.

14:28:10 THE COURT: Overruled.

14:28:12 Q. You may answer.

14:28:13 A. Yeah, if he used my lyrics.

14:28:15 Q. Right. If he used your lyrics from wherever, right? You give him lyrics, he uses them, you get pub?

14:28:22 A. Yes.

14:28:26 Q. And you agree that it only took you maybe a couple of hours to do the lyrics for *Savage Love*, right?

14:28:32 A. Yeah, to make the first draft.

14:28:34 Q. And you got 20 percent for basically a couple of hours' worth of work, right?

14:28:41 A. Well, I mean, it was a couple of hours for the first draft. But I think a bit more hours in time, if we are counting, would go into it than just a couple of hours.

Q. Your friend Mr. Derulo was sending you bounces after that, right?
A. Yeah.
Q. But you weren't sending him more lyrics, were you?
A. Well, I think I was.
Q. Well, after April 24th, you didn't send any more lyrics, did you?
A. After the final version was delivered?
Q. No, after the second day that you were working on the song, you didn't send anything more over text message, did you?
A. I'm -- I don't have it in front of me. I'm not sure. If you are saying no, then no.
Q. And you agree that the credit that you are entitled to for your publishing bears no relation to the amount of time you put into the work necessarily, right?
A. It does not bear -- it doesn't matter if it took me two weeks or two minutes.
Q. You get your pub if you put in the work, right?
A. Yes.
Q. And for instance, you cowrote Morgan Wallen's *Last Night* song right?
A. I did.
Q. And that was a number 1 hit song?
A. It was.

Q. Like, 18 weeks, perhaps?
A. Yes, sir.
Q. And you only spent about an hour on that one, right?
A. I did.
Q. And you got 25 percent of that song, right?
A. Yep.
Q. And that was fair, wasn't it?
A. Fair?
Q. Yeah, for you?
A. Yeah.
Q. Your lyrics were used. You got the credit, right?
A. Yes, sir.
Q. Now, you have a manager, and you testified earlier about an admin and a team behind you, right?
A. I do.
Q. That is -- how important is that in the music industry?
A. I would say for some, it's important. For me it is.
Q. Would you say it's very important?
A. For me it is, yeah.
Q. Now, regarding you being here --
A. Yes, sir.
Q. -- today, Jason Derulo pressured you to participate in this lawsuit; is that correct?
A. No, sir.
Q. In fact, he reached out to you and was frustrated with

14:30:57 you because you weren't participating with this lawsuit --
14:31:02 MR. ROSENBERG: Objection.
14:31:03 Q. -- right?
14:31:04 THE COURT: It's beyond the scope. On that basis,
14:31:07 it will be sustained.
14:31:15 Q. When I asked you in your deposition whether you had
14:31:19 spoken with anyone about this lawsuit besides your lawyers,
14:31:23 you told me that you had spoken with nobody; is that correct?
14:31:28 A. I don't have it in front of me.
14:31:30 MR. ROSENBERG: I would just object, Your Honor.
14:31:32 I --
14:31:32 THE COURT: Mr. Werge, excuse me. Mr. Rosenberg,
14:31:35 this was not raised in either your direct or the cross, so we
14:31:40 are not going to get into it now.
14:31:43 MR. ROSENBERG: I used 36 minutes, so...
14:31:45 MR. WERGE: Mr. Hindlin, thank you very much for
14:31:46 being here and for your time on the stand today.
14:31:50 THE WITNESS: Yes, sir.
14:31:51 MR. WERGE: I appreciate it very much.
14:31:52 No further questions, Your Honor.
14:31:53 THE COURT: Thank you, Mr. Werge.
14:31:53 RECROSS-EXAMINATION
14:31:57 BY MR. ROSENBERG:
14:31:57 Q. Deep breath.
14:32:03 Mr. Hindlin, the questions that Mr. Werge was asking

you about things being implied between you and Jason Derulo to the extent -- even though he explicitly sent you a text that said, "Do you want to write it with me," based on your history together, was it your understanding that if you worked together, you would share a songwriting credit?

A. Yes.

Q. Because, as you testified, you were an established songwriter even before you worked on *Wiggle* with Jason Derulo, correct?

A. Correct.

Q. Is it true that you and Jason Derulo kind of rose up the ranks together?

A. Yeah, kind of unilaterally.

Q. And despite the history you had -- to your knowledge, just to your knowledge, when you started working on *Savage Love*, and you knew Mr. Derulo for many years --

A. Um-hum.

Q. -- dating back to *Wiggle*, to your knowledge, do you know if Jason Derulo knew a producer named -- or a guitarist or a session musician named Matthew Spatola?

A. No, sir.

Q. Last question, Mr. Hindlin.

Based on your professional experience, what's the difference between creating music and just playing music?

MR. WERGE: Objection, outside the scope.

THE COURT: Sustained.

MR. ROSENBERG: Thank you.

THE COURT: Ladies and gentlemen, that will be it for today. We will start again tomorrow at 8:30. Please remember what I've told you. Don't investigate the case, don't talk to anyone about the case, don't go on YouTube or TikTok and listen to *Wiggle* or *Swalla* or *Me Too*, as tempting as that might be, and I will see you back here tomorrow.

(Thereupon, the jury retired from the courtroom.)

THE COURT: Just a moment, counsel.

(Pause in proceedings.)

THE COURT: While we are on the record, anything to discuss?

MR. RAYGOR: I have one thing, Your Honor. I misspoke about the witness in the back. It's not one of our witnesses and it wasn't Dr. Rayner.

THE COURT: All right. But as long as it's not a witness --

MR. RAYGOR: No.

THE COURT: -- then that is fine.

First Amendment says people get to be here. My law clerk's been getting a bunch of e-mails from some of the younger people in the courthouse about the case, so I'm surprised we haven't had more visitors.

All right. Anything from the plaintiff?

14:35:30 MR. WERGE: No, Your Honor.

14:35:31 THE COURT: All right. Then as -- all right.

14:35:34 Off the record.

14:35:35 (Thereupon, there was a brief off-the-record discussion.)

14:35:35 (Thereupon, the Court was in recess.)

***** ***** *****

I certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.

---------------------------

Amy C. Diaz, RPR, CRR April 29, 2026

S/ Amy Diaz


CONTINUED DIRECT EXAMINATION 1081
BY MR. BRANCOLINI
CROSS-EXAMINATION 1140
BY MR. RAYGOR
JACOB KASHER HINDLIN 1210
DIRECT EXAMINATION 1210
BY MR. WERGE

CROSS-EXAMINATION 1237
BY MR. ROSENBERG
DIRECT EXAMINATION 1266
BY MR. WERGE
CROSS-EXAMINATION 1273
BY MR. ROSENBERG

#

**#4455** [1] - 1079:23

'

**'20** [1] - 1164:13
**'em** [3] - 1230:10, 1230:16, 1230:20
**'FaceTime'** [1] - 1213:25
**'Here** [1] - 1269:1
**'Hey** [1] - 1268:23
**'implied** [1] - 1268:18
**'Instrumentation'** [1] - 1172:25
**'Oh** [1] - 1233:25

0

**00** [1] - 1231:22
**015** [1] - 1096:22

1

**1** [23] - 1084:22, 1084:23, 1141:15, 1141:20, 1144:11, 1146:13, 1151:21, 1153:3, 1153:25, 1154:14, 1184:5, 1200:2, 1200:3, 1200:9, 1200:10, 1203:19, 1205:14, 1240:17, 1251:9, 1268:9, 1271:24
**1-2-3** [2] - 1107:8
**10** [4] - 1168:3, 1202:8, 1233:18, 1249:18
**100** [3] - 1135:25, 1177:22, 1187:10
**103-2** [1] - 1193:5
**1081** [1] - 1276:19
**10960** [1] - 1080:9
**10:30** [1] - 1139:16
**10:45** [1] - 1139:5
**10:46** [1] - 1252:10
**11** [14] - 1139:16, 1186:21, 1203:5, 1205:17, 1207:4, 1207:5, 1216:22, 1231:10, 1231:19, 1231:24, 1250:7, 1254:24, 1259:3, 1260:1
**11.MP3** [1] - 1258:24
**1140** [1] - 1276:21
**11:00** [1] - 1163:21
**12** [3] - 1168:15, 1204:8, 1252:6
**12-week** [1] - 1164:10
**1210** [2] - 1276:23, 1276:24
**1237** [1] - 1277:1
**126** [1] - 1193:11
**126-2** [1] - 1193:11
**126-4** [1] - 1193:7
**1266** [1] - 1277:3
**1273** [1] - 1277:5
**12:32** [1] - 1252:18
**13** [4] - 1102:15, 1123:12, 1169:10, 1204:18
**131** [8] - 1216:4, 1240:3, 1241:22, 1242:23, 1243:14, 1249:19, 1258:20, 1261:22
**14** [7] - 1169:25, 1188:20, 1189:10, 1205:23, 1213:19, 1214:7, 1253:19
**14-second** [2] - 1188:8, 1188:16
**15** [7] - 1081:3, 1087:7, 1100:22, 1205:22, 1205:23, 1254:22
**15-second** [1] - 1087:9
**150-02** [1] - 1137:11
**150-07** [1] - 1137:12
**151-11** [1] - 1133:2
**152-04** [1] - 1133:3
**16** [8] - 1091:9, 1091:11, 1095:20, 1104:9, 1124:12, 1231:4, 1255:16, 1265:18
**1600** [1] - 1080:17
**16th** [3] - 1110:24, 1231:12, 1231:20
**16ths** [4] - 1103:25, 1106:20, 1107:7, 1108:5
**17** [2] - 1212:25, 1257:19
**1736** [1] - 1080:5
**178** [1] - 1166:8
**18** [2] - 1258:2, 1272:1
**19** [1] - 1096:15
**1901** [1] - 1080:17
**1925** [2] - 1201:13, 1204:18
**1950** [1] - 1201:20
**1956** [1] - 1204:9
**1974** [1] - 1203:7
**1983** [1] - 1187:7
**1:05** [1] - 1208:25
**1:20** [1] - 1096:3
**1:45** [2] - 1095:21, 1095:23
**1st** [1] - 1079:23

2

**2** [25] - 1096:3, 1141:15, 1141:23, 1144:12, 1146:2, 1154:11, 1154:21, 1157:21, 1158:12, 1161:6, 1161:17, 1161:22, 1184:12, 1185:23, 1203:19, 1205:14, 1220:23, 1221:18, 1248:1, 1249:22, 1253:23, 1254:3, 1254:5, 1254:20
**20** [4] - 1263:11, 1266:4, 1268:9, 1270:21
**2014** [2] - 1238:7, 1238:19
**2016** [1] - 1239:4
**2017** [2] - 1187:1, 1238:21
**2020** [38] - 1216:22, 1217:18, 1219:2, 1220:25, 1231:4, 1231:10, 1231:19, 1231:24, 1231:25, 1232:10, 1240:6, 1240:11, 1240:23, 1241:25, 1242:13, 1242:15, 1242:20, 1243:24, 1244:5, 1245:18, 1250:9, 1250:11, 1252:7, 1252:10, 1252:18, 1254:19, 1254:24, 1256:20, 1258:3, 1258:24, 1259:2, 1259:3, 1260:1, 1260:2, 1260:11, 1260:17, 1260:20, 1262:17
**2023** [1] - 1263:8
**2024** [2] - 1165:23, 1212:25
**2025** [2] - 1164:7, 1165:3
**2026** [2] - 1079:19, 1276:16
**21** [6] - 1216:22, 1231:25, 1240:6, 1240:23, 1260:2, 1262:17
**2100** [1] - 1080:9
**22** [12] - 1171:10, 1217:18, 1219:2, 1220:25, 1241:25, 1242:13, 1242:15, 1242:20, 1243:24, 1244:5, 1245:18, 1250:9
**22nd** [3] - 1220:13, 1240:11, 1242:25
**23** [5] - 1171:16, 1250:11, 1252:7, 1252:10, 1252:18
**23rd** [2] - 1222:3, 1253:23
**24** [4] - 1171:22, 1254:19, 1254:24, 1256:20
**24th** [1] - 1271:6
**25** [5] - 1126:12, 1212:22, 1213:9, 1258:3, 1272:5
**26** [1] - 1172:4
**27** [2] - 1172:22, 1258:20
**27th** [1] - 1224:6
**28** [1] - 1172:23
**28th** [1] - 1227:2
**29** [2] - 1079:19, 1276:16
**2:11** [1] - 1095:21
**2:23-CV-6191-MWF** [1] - 1079:8
**2:27** [4] - 1217:21, 1242:1, 1243:2, 1243:9
**2:35** [1] - 1209:18
**2:40** [1] - 1209:18

3

**3** [17] - 1084:23, 1141:15, 1142:2, 1144:12, 1158:17, 1161:23, 1162:2, 1182:5, 1186:4, 1195:12, 1195:18, 1200:10, 1205:9, 1205:13, 1213:9, 1218:24, 1256:21
**30** [1] - 1174:2
**300,000** [1] - 1230:7
**30th** [1] - 1228:3
**31** [4] - 1179:2, 1240:9, 1240:14, 1263:8
**350** [2] - 1079:23, 1080:15
**36** [1] - 1273:15

4

**4** [18] - 1141:15, 1142:5, 1158:18, 1159:11, 1161:23, 1168:5, 1193:8, 1193:23, 1193:24, 1200:2, 1200:3, 1200:9, 1200:10, 1203:20, 1219:7, 1242:23, 1244:15, 1245:17
**40** [1] - 1140:1
**403** [4] - 1083:6, 1160:12, 1160:14, 1160:16
**40th** [1] - 1080:15
**41** [1] - 1095:21
**45** [1] - 1180:14
**46** [2] - 1233:17, 1233:18
**463** [4] - 1160:15, 1160:18, 1161:10, 1167:25
**464** [2] - 1160:17, 1181:15
**468** [1] - 1183:18
**469** [2] - 1193:4, 1193:14
**47** [1] - 1233:18
**470** [3] - 1193:6, 1193:9, 1205:9
**471** [1] - 1193:10
**49** [2] - 1180:11, 1180:24

5

**5** [14] - 1162:5, 1166:19, 1194:16, 1194:17, 1194:18, 1200:2, 1200:9, 1200:13, 1219:3, 1226:14, 1243:14, 1245:4, 1245:19, 1245:23
**50** [3] - 1179:19, 1181:2, 1181:3
**51** [3] - 1181:2, 1181:3, 1268:7
**54** [1] - 1096:2
**5:10** [14] - 1219:2, 1219:3, 1242:25, 1243:2, 1243:9, 1243:17, 1244:5, 1244:16, 1245:3, 1245:15, 1245:24, 1247:1, 1249:20

## 6

**6** [50] - 1083:6, 1083:8, 1089:3, 1089:19, 1090:10, 1090:21, 1091:18, 1092:15, 1092:22, 1111:5, 1112:19, 1113:4, 1114:13, 1116:9, 1117:24, 1157:2, 1157:7, 1157:9, 1157:16, 1157:19, 1166:19, 1178:12, 1178:15, 1179:14, 1186:8, 1192:15, 1192:19, 1194:15, 1195:18, 1195:20, 1196:1, 1196:4, 1196:12, 1198:7, 1198:10, 1199:15, 1200:2, 1200:4, 1200:9, 1200:14, 1205:19, 1206:6, 1207:5, 1207:16, 1207:21, 1213:9, 1243:22, 1245:21, 1258:4
**63** [2] - 1265:11, 1265:16
**685** [10] - 1142:5, 1142:7, 1158:11, 1215:20, 1223:6, 1223:17, 1228:6, 1266:1, 1266:11, 1266:16
**685's** [5] - 1217:4, 1224:22, 1226:6, 1226:11, 1227:15
**6:11** [4] - 1222:3, 1253:17, 1253:20, 1254:4
**6:20** [1] - 1250:11
**6th** [2] - 1196:24, 1196:25

## 7

**7** [10] - 1153:3, 1186:22, 1200:4, 1200:10, 1244:11, 1258:23, 1259:2, 1260:11, 1260:17, 1260:20
**702** [1] - 1138:25
**75** [1] - 1177:19
**77** [1] - 1220:12
**79** [1] - 1220:22
**7:37** [1] - 1256:20
**7:49** [1] - 1258:24
**7th** [8] - 1176:14, 1176:22, 1177:1, 1177:7, 1177:15, 1178:8, 1178:11, 1178:14

## 8

**8** [7] - 1093:18, 1093:20, 1111:13, 1186:25, 1195:12, 1245:7, 1245:8
**80206** [1] - 1080:6
**83** [2] - 1222:1, 1229:25
**8:01** [1] - 1241:23
**8:18** [9] - 1220:14, 1244:12, 1244:17, 1245:2, 1245:5, 1245:7, 1245:24, 1247:1, 1249:21
**8:30** [1] - 1275:4
**8th** [2] - 1197:9, 1198:2

## 9

**9** [7] - 1165:23, 1193:21, 1221:8, 1233:19, 1245:9, 1247:23, 1247:24
**90012** [1] - 1079:23
**90024** [1] - 1080:9
**90067** [1] - 1080:18
**90071** [1] - 1080:15
**93** [5] - 1205:14, 1205:15, 1205:17, 1207:5, 1229:25
**99** [3] - 1147:6, 1147:16, 1147:18
**9:00** [1] - 1163:21
**9:21** [1] - 1258:3
**9:30** [1] - 1221:8
**9:56** [5] - 1220:25, 1221:17, 1249:20, 1249:21, 1250:5

## A

**A&R** [1] - 1227:14
**A-flat** [9] - 1089:13, 1133:11, 1156:23, 1156:25, 1176:9, 1194:6, 1194:7, 1195:1, 1199:14
**A-list** [1] - 1248:10
**A-Way** [1] - 1203:6
**A19** [1] - 1163:21
**ability** [4] - 1130:24, 1169:23, 1198:6, 1214:3
**able** [4] - 1130:8, 1131:21, 1153:9, 1167:17
**above-titled** [1] - 1276:10
**absence** [1] - 1109:16
**absolutely** [6] - 1112:2, 1152:12, 1167:22, 1172:10, 1173:8, 1222:22
**abstract** [2] - 1144:23, 1145:22
**accents** [1] - 1203:21
**access** [2] - 1143:16, 1157:10
**accessible** [1] - 1083:1
**accompaniment** [2] - 1122:9, 1122:12
**accomplish** [1] - 1113:3
**account** [1] - 1122:20
**accurate** [4] - 1214:17, 1214:18, 1214:19, 1214:20
**accurately** [4] - 1096:25, 1121:21, 1170:17, 1208:21
**acknowledgement** [1] - 1253:4
**acknowledging** [1] - 1252:25
**acoustic** [25] - 1082:11, 1083:2, 1083:3, 1093:8, 1101:24, 1106:8, 1107:15, 1108:2, 1108:4, 1108:9, 1108:24, 1110:24, 1111:4, 1112:18, 1118:22, 1135:24, 1156:14, 1191:19, 1191:21, 1196:17, 1197:12, 1198:8, 1198:11, 1223:3, 1223:7
**acoustic-based** [1] - 1101:24
**acquaintance** [1] - 1232:17
**acquaintances** [1] - 1232:14
**acting** [1] - 1182:15
**actual** [5] - 1088:16, 1104:24, 1112:6, 1142:15, 1144:4
**ad** [1] - 1260:13
**ad-libs** [1] - 1260:13
**add** [33] - 1089:3, 1089:19, 1090:4, 1090:10, 1090:21, 1091:18, 1092:15, 1092:22, 1111:5, 1112:19, 1114:13, 1116:9, 1117:24, 1119:13, 1157:2, 1157:7, 1157:9, 1157:19, 1178:12, 1178:15, 1179:14, 1192:15, 1192:19, 1194:14, 1195:18, 1196:1, 1196:4, 1196:12, 1198:7, 1200:2, 1200:3, 1234:8, 1249:5
**added** [12] - 1113:4, 1143:7, 1150:12, 1157:16, 1176:16, 1177:22, 1194:12, 1198:10, 1199:15, 1222:25, 1223:4, 1226:7
**adding** [4] - 1089:3, 1089:19, 1111:6, 1176:13
**addition** [1] - 1126:5
**additional** [4] - 1082:7, 1186:8, 1214:7, 1222:4
**adds** [2] - 1089:24, 1192:12
**admin** [3] - 1212:4, 1212:5, 1272:14
**administer** [1] - 1212:7
**administrative** [1] - 1163:9
**admit** [1] - 1084:5
**admitted** [2] - 1161:11, 1166:12
**adopted** [1] - 1220:6
**adult** [1] - 1107:14
**advanced** [1] - 1183:21
**advantage** [2] - 1200:7, 1200:12
**aesthetic** [1] - 1151:13
**Affect** [1] - 1171:24
**affect** [1] - 1122:23
**affects** [1] - 1082:13
**affiliated** [1] - 1083:18
**ago** [3] - 1125:7, 1186:1, 1228:17
**agree** [26] - 1090:2, 1120:21, 1121:3, 1121:8, 1126:7, 1156:16, 1167:19, 1172:7, 1173:4, 1176:4, 1176:10, 1181:9, 1185:19, 1196:23, 1202:10, 1234:20, 1236:3, 1242:15, 1242:20, 1264:3, 1265:25, 1266:4, 1268:3, 1270:8, 1270:18, 1271:14
**agreed** [5] - 1121:2, 1189:18, 1209:12, 1209:15, 1252:19
**agreement** [3] - 1266:9, 1266:14
**agrees** [1] - 1207:17
**ahead** [12] - 1094:10, 1124:10, 1149:19, 1150:2, 1154:22, 1202:15, 1207:19, 1213:22, 1214:11, 1222:1, 1224:7, 1236:22
**aid** [1] - 1094:21
**akin** [1] - 1085:13
**al** [1] - 1079:8
**alarmed** [1] - 1087:9
**album** [1] - 1235:18
**Alien** [5] - 1174:7, 1174:14, 1175:4, 1175:9, 1175:20
**align** [6] - 1102:13, 1102:20, 1102:21, 1102:24, 1104:22, 1126:13
**aligned** [4] - 1124:2, 1125:3, 1135:8, 1135:9
**alignments** [3] - 1124:1, 1125:2
**Allison** [1] - 1080:14
**allow** [4] - 1149:17, 1164:22, 1164:23, 1206:2
**allowed** [3] - 1139:2, 1246:17, 1246:19
**allowing** [1] - 1098:16
**almost** [9] - 1085:6, 1086:4, 1090:17, 1091:22, 1107:12, 1111:3, 1147:11, 1196:15
**alone** [6] - 1087:24, 1088:2, 1102:22, 1104:19, 1125:3, 1229:3
**altered** [1] - 1171:19
**alternate** [2] - 1246:2, 1254:7
**AM** [6] - 1139:16, 1163:21, 1241:23, 1250:11, 1252:10, 1254:24

**amazing** [2] - 1229:12, 1260:12
**Amendment** [1] - 1275:21
**amount** [3] - 1086:12, 1221:5, 1271:15
**amplitudes** [1] - 1197:25
**Amy** [2] - 1276:16, 1276:17
**AMY** [1] - 1079:22
**analogy** [2] - 1146:14, 1154:3
**analyses** [2] - 1189:15, 1206:14
**analysis** [16] - 1102:12, 1105:13, 1106:2, 1106:16, 1111:21, 1113:7, 1114:11, 1135:16, 1135:20, 1172:19, 1175:13, 1180:19, 1182:13, 1185:8, 1203:10, 1206:8
**analyze** [8] - 1088:18, 1088:19, 1093:5, 1106:6, 1112:13, 1128:14, 1128:16, 1188:20
**analyzed** [3] - 1093:8, 1106:7, 1111:21
**analyzing** [2] - 1089:1, 1123:14
**anchor** [1] - 1248:20
**Angeles** [5] - 1079:18, 1079:23, 1080:9, 1080:15, 1080:18
**answer** [18] - 1090:10, 1132:16, 1149:3, 1155:18, 1164:19, 1187:20, 1188:4, 1208:20, 1213:14, 1214:1, 1214:14, 1223:9, 1230:5, 1259:17, 1259:20, 1261:12, 1268:20, 1270:13
**ANSWER** [11] - 1213:15, 1214:2, 1214:15, 1233:23, 1234:1, 1234:3, 1234:17, 1268:16, 1268:21, 1269:4, 1269:9
**answered** [2] - 1092:14, 1268:15
**Ant** [5] - 1174:7, 1174:14, 1175:4, 1175:9, 1175:20
**anyway** [3] - 1150:6, 1218:15, 1229:21
**Anáhuac** [5] - 1128:11, 1162:12, 1162:13, 1163:22, 1167:2
**APG** [1] - 1227:10
**apologies** [7] - 1093:22, 1220:21, 1230:12, 1231:6, 1242:19, 1250:3, 1253:19
**apologize** [8] - 1086:4, 1087:5, 1127:8, 1137:8, 1182:3, 1185:24, 1244:3
**app** [1] - 1244:24
**apparent** [2] - 1180:25, 1181:9
**appeal** [1] - 1083:2
**appear** [2] - 1196:14, 1196:21
**appearance** [1] - 1081:17
**APPEARANCES** [1] - 1080:1
**appeared** [1] - 1196:15
**application** [1] - 1207:23
**applied** [2] - 1143:11, 1143:13
**applies** [1] - 1124:6
**appreciate** [3] - 1149:6, 1231:16, 1273:19
**approach** [12] - 1084:12, 1099:3, 1105:14, 1113:20, 1128:3, 1128:7, 1160:19, 1181:21, 1183:5, 1183:22, 1192:25, 1200:5
**appropriate** [1] - 1180:9
**approval** [1] - 1263:5
**April** [35] - 1079:19, 1216:22, 1217:18, 1219:2, 1220:13, 1220:25, 1224:5, 1224:6, 1227:2, 1228:3, 1240:6, 1240:23, 1241:25, 1242:13, 1242:15, 1242:20, 1242:25, 1243:24, 1244:5, 1245:18, 1250:9, 1250:11, 1252:7, 1252:10, 1252:18, 1253:23, 1254:19, 1254:24, 1256:20, 1258:3, 1260:2, 1261:23, 1262:17, 1271:6, 1276:16
**areas** [2] - 1120:24, 1130:18
**arena** [1] - 1125:19
**argument** [2] - 1100:25, 1101:5
**arpeggiated** [1] - 1132:11
**arpeggiating** [1] - 1132:13
**arrangement** [13] - 1084:25, 1086:16, 1088:13, 1098:13, 1128:20, 1128:22, 1141:21, 1144:23, 1145:22, 1145:25, 1146:4, 1195:4, 1223:13
**arrives** [1] - 1081:1
**arriving** [1] - 1139:16
**art** [9] - 1121:9, 1124:15, 1181:1, 1181:7, 1181:10, 1181:12, 1182:13, 1182:18, 1206:19
**article** [11] - 1168:4, 1169:21, 1171:10, 1171:13, 1171:17, 1174:21, 1175:14, 1175:24, 1179:1, 1180:14, 1181:11
**articles** [1] - 1180:20
**artist** [13] - 1129:11, 1131:9, 1224:2, 1228:5, 1229:17, 1233:8, 1233:11, 1233:15, 1233:16, 1234:1, 1234:12, 1267:1
**artistic** [1] - 1127:22
**artists** [5] - 1211:16, 1212:10, 1225:23, 1226:1, 1229:1
**artists'** [1] - 1229:2
**aside** [3] - 1190:20, 1192:9, 1194:24
**aspect** [7] - 1121:5, 1122:22, 1177:5, 1190:7, 1190:23, 1205:5
**aspects** [10] - 1085:11, 1085:16, 1104:24, 1112:7, 1118:8, 1122:23, 1150:22, 1173:25, 1174:11
**assess** [5] - 1120:20, 1125:19, 1148:15, 1150:20, 1150:24
**assessed** [6] - 1121:1, 1131:16, 1131:19, 1142:25, 1148:12, 1202:25
**Assessing** [1] - 1206:23
**assessing** [3] - 1102:1, 1132:14, 1181:12
**assigned** [1] - 1130:23
**assume** [7] - 1108:18, 1152:14, 1177:12, 1185:19, 1221:14, 1227:5, 1259:7
**attached** [1] - 1166:16
**attaching** [1] - 1166:4
**attained** [1] - 1162:15
**attend** [1] - 1214:24
**attention** [5] - 1090:22, 1113:1, 1128:3, 1263:2, 1269:8
**Attorney** [8] - 1080:4, 1080:5, 1080:7, 1080:8, 1080:8, 1080:14, 1080:14, 1080:17
**attorney** [2] - 1112:10, 1203:20
**attorneys** [2] - 1171:18, 1174:22
**attributing** [2] - 1113:15, 1114:8
**audible** [1] - 1198:11
**audio** [44] - 1083:7, 1085:4, 1085:18, 1086:11, 1087:6, 1087:14, 1087:20, 1091:6, 1091:25, 1095:22, 1095:24, 1096:4, 1096:10, 1106:25, 1107:2, 1108:20, 1109:12, 1110:12, 1111:10, 1111:14, 1111:16, 1111:18, 1114:21, 1117:16, 1119:11, 1149:14, 1149:22, 1152:6, 1202:9, 1203:8, 1204:3, 1204:10, 1204:20, 1242:4, 1250:12, 1250:21, 1251:1, 1251:3, 1251:6, 1255:1, 1256:23, 1258:4, 1258:24, 1259:5
**aural** [1] - 1144:7
**aurally** [1] - 1119:15
**authority** [2] - 1228:21, 1264:9
**Autonomous** [2] - 1162:9, 1163:13
**available** [1] - 1184:2
**Avenue** [2] - 1080:15, 1080:17
**average** [2] - 1126:16, 1126:20
**avoiding** [1] - 1136:19
**avoids** [1] - 1136:13
**aware** [7] - 1163:4, 1163:12, 1164:5, 1164:11, 1197:9, 1225:17, 1261:16
**awesome** [1] - 1247:24
**awkward** [1] - 1114:4

**B**

**B-flat** [11] - 1089:14, 1133:11, 1156:24, 1157:1, 1178:10, 1194:8, 1194:10, 1195:1, 1197:19, 1198:24, 1199:16
**back-and-forth** [3] - 1223:19, 1269:22, 1270:2
**background** [1] - 1174:23
**bag** [3] - 1117:21, 1119:21, 1136:5
**balance** [1] - 1188:23
**bar** [7] - 1081:7, 1103:10, 1103:11, 1177:20, 1177:25, 1196:24, 1197:5
**bars** [4] - 1177:20, 1177:22, 1178:1, 1178:2
**Bartholomew's** [1] - 1201:19
**base** [2] - 1082:12, 1115:16
**based** [29] - 1101:24, 1106:18, 1107:6, 1110:23, 1113:18, 1115:1, 1121:3, 1135:20, 1151:14, 1151:15, 1182:18, 1185:14, 1188:22, 1189:1, 1189:16, 1192:6, 1231:20, 1241:10, 1241:16, 1242:15, 1242:21, 1247:3, 1256:14,

1257:3, 1259:21, 1261:15, 1262:20, 1274:3, 1274:23
**basic** [8] - 1090:25, 1098:25, 1121:5, 1123:20, 1127:23, 1127:24, 1176:4, 1249:2
**basis** [6] - 1113:5, 1128:20, 1129:15, 1147:15, 1148:12, 1273:4
**bass** [94] - 1082:21, 1085:23, 1086:21, 1087:25, 1088:1, 1088:5, 1088:23, 1091:16, 1093:8, 1099:6, 1099:8, 1099:9, 1099:14, 1099:17, 1099:24, 1100:10, 1100:16, 1101:2, 1102:1, 1106:9, 1109:20, 1112:14, 1114:1, 1114:2, 1114:7, 1115:2, 1115:3, 1116:5, 1118:23, 1119:18, 1122:8, 1125:11, 1125:13, 1125:14, 1128:21, 1133:22, 1135:25, 1136:7, 1137:20, 1137:21, 1137:24, 1138:9, 1138:12, 1138:16, 1143:22, 1144:24, 1145:1, 1145:22, 1146:5, 1146:24, 1147:7, 1147:13, 1147:23, 1148:1, 1148:3, 1148:10, 1148:17, 1148:21, 1149:9, 1150:3, 1150:15, 1150:22, 1151:7, 1152:7, 1152:9, 1152:12, 1152:14, 1152:15, 1152:18, 1152:21, 1152:23, 1153:6, 1153:10, 1153:15, 1153:17, 1153:19, 1153:24, 1154:4, 1154:7, 1154:20, 1154:24, 1155:9, 1155:23, 1155:25, 1156:13, 1191:15, 1208:5, 1208:9, 1208:13, 1208:15, 1223:3
**bass-like** [1] - 1152:23
**Bates** [3] - 1220:12, 1220:22, 1222:1
**bc** [1] - 1224:17
**bear** [3] - 1207:24, 1210:22, 1271:17
**beard** [2] - 1186:2, 1186:3
**bears** [1] - 1271:15
**Beat** [39] - 1082:17, 1089:4, 1089:10, 1089:13, 1091:3, 1092:22, 1094:16, 1095:8, 1098:20, 1100:9, 1101:20, 1107:6, 1109:6, 1110:11, 1119:17, 1142:8, 1142:10, 1144:20, 1144:22, 1145:10, 1145:14, 1146:9, 1146:12, 1158:11, 1159:20, 1176:11, 1188:7, 1195:10, 1215:13, 1215:16, 1215:20, 1218:9, 1220:2, 1241:11, 1241:16, 1242:6, 1242:10, 1242:16, 1242:21
**beat** [10] - 1082:4, 1104:3, 1104:5, 1104:6, 1204:7, 1215:21, 1217:4, 1217:25, 1226:6, 1227:16
**Beat)** [4] - 1086:2, 1142:12, 1159:25, 1200:15
**beat-division** [1] - 1104:6
**Beatles** [1] - 1169:22
**beats** [1] - 1157:23
**became** [1] - 1250:16
**become** [1] - 1162:24
**Beethoven** [1] - 1156:6
**begin** [1] - 1088:17
**beginner** [1] - 1183:21
**beginning** [3] - 1089:2, 1151:6, 1204:22
**behind** [2] - 1203:23, 1272:14
**belabor** [1] - 1117:17
**believes** [3] - 1233:14, 1259:21, 1261:6
**below** [8] - 1176:14, 1176:16, 1180:25, 1184:8, 1186:12, 1207:23, 1250:21, 1260:10
**Ben** [4] - 1140:19, 1221:10, 1221:14, 1221:16
**bench** [2] - 1081:11, 1181:25
**Benz** [1] - 1149:21
**best** [17] - 1083:7, 1108:16, 1112:23, 1120:13, 1170:2, 1171:8, 1178:19, 1213:15, 1221:11, 1223:21, 1223:23, 1233:16, 1233:22, 1250:25, 1252:20, 1259:12, 1260:19
**better** [3] - 1132:24, 1246:3, 1247:10
**between** [35] - 1089:7, 1090:12, 1092:4, 1092:15, 1096:9, 1096:13, 1098:20, 1101:10, 1102:7, 1102:24, 1104:4, 1104:6, 1104:22, 1119:16, 1120:25, 1122:14, 1124:13, 1126:19, 1127:6, 1129:6, 1129:13, 1151:6, 1152:18, 1167:16, 1180:25, 1205:4, 1209:17, 1216:18, 1240:14, 1243:2, 1245:23, 1247:1, 1264:25, 1274:1, 1274:24
**beyond** [4] - 1082:8, 1082:9, 1082:10, 1273:4
**big** [6] - 1123:23, 1151:5, 1175:14, 1176:2, 1200:4, 1211:8
**big-ticket** [1] - 1175:14
**bigger** [1] - 1085:14
**Billboard** [1] - 1151:21
**Billie** [2] - 1187:7, 1187:13
**bio** [2] - 1184:12, 1185:25
**Birthday** [3] - 1172:15, 1172:16, 1173:5
**bit** [24] - 1082:7, 1086:12, 1095:10, 1098:19, 1110:13, 1126:9, 1141:13, 1142:20, 1142:21, 1149:21, 1152:1, 1154:4, 1154:22, 1164:15, 1169:8, 1198:1, 1209:6, 1220:9, 1220:12, 1223:18, 1228:10, 1237:9, 1258:21, 1270:24
**blank** [1] - 1146:15
**blanket** [1] - 1148:20
**blind** [2] - 1169:20, 1169:21
**blocks** [1] - 1176:5
**blow** [4] - 1240:17, 1251:16, 1252:7, 1258:21
**blue** [3] - 1249:25, 1250:1, 1252:12
**bluesy** [3] - 1101:14, 1101:18, 1102:2
**board** [4] - 1192:1, 1231:14, 1237:2, 1237:4
**book** [2] - 1117:8, 1216:7
**bore** [1] - 1134:11
**bottom** [25] - 1082:20, 1084:24, 1096:21, 1099:16, 1126:19, 1133:8, 1137:25, 1161:22, 1162:2, 1162:3, 1165:10, 1169:25, 1171:16, 1172:22, 1176:19, 1177:1, 1180:11, 1181:3, 1205:13, 1218:24, 1220:25, 1224:16, 1232:19, 1254:6, 1254:19
**Boulevard** [1] - 1080:9
**bounce** [11] - 1144:4, 1144:6, 1144:9, 1144:10, 1217:25, 1218:2, 1218:5, 1242:4, 1250:16, 1253:21, 1257:1
**bounces** [5] - 1144:14, 1222:19, 1223:1, 1257:4, 1271:1
**Boy** [1] - 1201:20
**boy** [1] - 1221:7
**BRANCOLINI** [43] - 1081:24, 1082:1, 1083:5, 1083:22, 1084:9, 1086:7, 1087:11, 1093:20, 1093:22, 1093:25, 1094:4, 1094:8, 1094:11, 1095:23, 1096:1, 1096:15, 1100:22, 1102:15, 1104:9, 1106:24, 1107:1, 1108:19, 1109:8, 1109:25, 1111:12, 1114:17, 1114:22, 1117:14, 1119:5, 1131:2, 1135:12, 1137:8, 1138:22, 1139:3, 1149:15, 1149:23, 1155:16, 1168:8, 1182:3, 1202:12, 1205:24, 1207:12, 1276:20
**Brancolini** [4] - 1080:8, 1094:1, 1130:17, 1182:1
**break** [7] - 1096:8, 1121:15, 1139:5, 1139:13, 1203:1, 1208:24, 1209:6
**breakdown** [1] - 1269:1
**breaking** [2] - 1128:18
**breath** [1] - 1273:24
**bridge** [15] - 1087:10, 1116:25, 1117:3, 1117:5, 1117:6, 1117:15, 1117:18, 1118:18, 1118:24, 1119:4, 1119:5, 1119:10, 1119:14, 1119:20, 1136:8
**brief** [4] - 1140:9, 1209:7, 1209:9, 1276:4
**briefly** [9] - 1108:23, 1117:14, 1118:5, 1123:4, 1135:21, 1149:17, 1160:23, 1181:21, 1208:3
**bright** [1] - 1142:21
**brilliant** [1] - 1234:5
**bring** [4] - 1093:20, 1139:14, 1203:17, 1207:14
**bringing** [1] - 1232:21
**Britney** [1] - 1248:9
**Bro** [2] - 1224:8, 1224:9
**bro** [1] - 1260:12
**broader** [1] - 1113:9
**broken** [4] - 1113:22, 1121:17, 1265:1
**brought** [2] - 1263:2, 1269:7
**building** [4] - 1107:22, 1146:14, 1154:3, 1176:4
**built** [1] - 1090:6
**bulb** [1] - 1252:4
**bullet** [2] - 1162:3,

1162:6
**bunch** [3] - 1247:20, 1249:16, 1275:22
**business** [1] - 1229:5
**busy** [1] - 1125:24
**but..** [1] - 1192:21
**button** [1] - 1127:17
**BY** [12] - 1082:1, 1140:14, 1210:17, 1237:8, 1266:20, 1273:23, 1276:20, 1276:22, 1276:25, 1277:2, 1277:4, 1277:6

## C

**CA** [1] - 1079:23
**cadence** [3] - 1199:12, 1199:17, 1199:19
**calculate** [5] - 1121:21, 1121:22, 1157:10, 1157:14, 1157:18
**calculated** [1] - 1104:20
**calculating** [1] - 1126:14
**caliber** [1] - 1197:14
**CALIFORNIA** [1] - 1079:2
**California** [6] - 1079:18, 1080:9, 1080:15, 1080:18, 1161:4, 1218:18
**camera** [1] - 1214:3
**cancellation** [1] - 1186:10
**capital** [1] - 1195:25
**capitol** [2] - 1217:4, 1241:3
**cappella** [4] - 1150:10, 1151:6, 1151:8, 1199:7
**captured** [1] - 1105:1
**card** [5] - 1186:22, 1186:25, 1187:3
**career** [1] - 1262:7
**Caren** [4] - 1227:6, 1227:7, 1227:8, 1227:9
**Carey** [1] - 1180:17
**Carey's** [1] - 1181:1
**Caribbean** [1] - 1102:19
**carrying** [1] - 1115:15
**case** [26] - 1084:17, 1103:12, 1118:1, 1121:11, 1122:19, 1128:19, 1132:2, 1132:7, 1139:7, 1148:12, 1148:15, 1162:3, 1165:14, 1165:22, 1180:10, 1187:23, 1199:23, 1209:2, 1234:15, 1244:25, 1246:19, 1275:5, 1275:6, 1275:23
**Case** [1] - 1180:17
**case-by-case** [2] - 1128:19, 1148:12
**cases** [8] - 1120:15, 1121:14, 1148:24, 1149:8, 1158:15, 1161:23, 1161:25, 1184:19
**cash** [2] - 1254:12, 1254:16
**casual** [1] - 1147:19
**catchy** [2] - 1100:4, 1180:23
**category** [2] - 1151:16, 1187:16
**cathedral** [1] - 1147:10
**caused** [1] - 1245:24
**CENTRAL** [1] - 1079:2
**certain** [10] - 1122:24, 1125:11, 1125:13, 1141:3, 1143:21, 1150:22, 1208:19, 1223:19, 1223:25, 1225:23
**certainly** [4] - 1086:22, 1145:11, 1157:10, 1166:14
**certify** [1] - 1276:9
**cetera** [1] - 1248:10
**chain** [1] - 1255:5
**chance** [3] - 1102:22, 1104:18, 1125:3
**change** [12] - 1085:11, 1095:15, 1098:22, 1108:5, 1133:19, 1173:7, 1173:23, 1174:3, 1176:13, 1178:6, 1199:24, 1245:24
**changed** [11] - 1082:23, 1085:15, 1174:10, 1174:12, 1176:24, 1178:12, 1225:9, 1225:12, 1225:25, 1226:5, 1226:22
**changes** [12] - 1092:19, 1093:13, 1098:19, 1099:23, 1106:17, 1113:12, 1118:3, 1136:19, 1174:19, 1215:11, 1234:8
**changing** [7] - 1098:20, 1172:9, 1172:11, 1173:20, 1173:24, 1174:2, 1174:5
**channel** [2] - 1121:16
**channels** [1] - 1121:18
**chant** [1] - 1147:9
**character** [1] - 1131:12
**characterize** [1] - 1249:1
**characterized** [1] - 1151:11
**Charleston** [24] - 1102:11, 1103:11, 1104:14, 1105:1, 1105:3, 1105:16, 1105:18, 1123:3, 1123:8, 1123:16, 1123:21, 1124:12, 1124:20, 1124:24, 1125:4, 1126:19, 1201:5, 1201:7, 1201:14, 1201:15, 1204:21, 1204:23
**chart** [4] - 1087:7, 1144:8, 1151:18, 1151:24
**charts** [3] - 1143:24, 1144:3, 1144:19
**chatter** [1] - 1224:3
**Cheat** [1] - 1171:11
**cheat** [1] - 1171:17
**checked** [1] - 1163:20
**Checker** [3] - 1181:18, 1183:13, 1184:21
**checkpoints** [2] - 1138:10, 1208:15
**chest** [1] - 1258:17
**chief** [1] - 1118:8
**choose** [2] - 1103:10, 1103:12
**Chopin** [1] - 1156:6
**chord** [121] - 1088:5, 1089:4, 1089:5, 1089:7, 1089:19, 1090:3, 1090:18, 1090:19, 1090:22, 1090:23, 1091:23, 1092:22, 1097:9, 1097:21, 1097:22, 1098:3, 1098:4, 1098:17, 1100:20, 1109:6, 1109:20, 1111:4, 1111:5, 1112:18, 1112:19, 1114:12, 1114:13, 1116:7, 1116:8, 1116:14, 1117:23, 1117:24, 1118:2, 1119:23, 1132:3, 1132:4, 1132:5, 1132:6, 1132:8, 1132:10, 1133:9, 1133:10, 1133:24, 1134:7, 1136:12, 1136:13, 1146:23, 1148:10, 1148:17, 1152:23, 1153:3, 1153:4, 1157:4, 1157:7, 1157:9, 1157:16, 1157:19, 1157:25, 1158:4, 1170:11, 1170:23, 1176:8, 1176:11, 1176:12, 1176:15, 1176:23, 1176:24, 1177:1, 1177:5, 1177:6, 1177:8, 1177:11, 1177:12, 1177:21, 1178:8, 1178:12, 1178:14, 1179:14, 1190:14, 1191:7, 1192:9, 1192:11, 1192:16, 1192:17, 1192:19, 1194:4, 1194:13, 1194:15, 1194:20, 1194:21, 1195:6, 1195:18, 1195:24, 1196:4, 1196:12, 1196:22, 1196:24, 1196:25, 1197:6, 1197:12, 1197:25, 1198:7, 1198:18, 1198:19, 1198:21, 1198:22, 1198:24, 1198:25, 1199:5, 1199:13, 1200:1, 1200:7, 1200:9
**chords** [85] - 1086:20, 1088:1, 1089:12, 1089:16, 1090:8, 1091:15, 1091:17, 1098:6, 1113:25, 1114:1, 1114:7, 1115:3, 1115:16, 1116:6, 1116:12, 1117:9, 1117:11, 1118:9, 1118:14, 1128:21, 1131:22, 1131:24, 1131:25, 1132:14, 1133:12, 1133:15, 1133:17, 1135:6, 1136:7, 1138:11, 1143:22, 1144:24, 1144:25, 1145:22, 1146:5, 1147:7, 1147:22, 1148:1, 1148:3, 1148:22, 1149:9, 1150:3, 1150:15, 1151:7, 1152:25, 1153:2, 1153:24, 1154:4, 1154:20, 1154:24, 1155:23, 1155:25, 1156:15, 1156:18, 1156:20, 1157:21, 1158:3, 1159:4, 1159:5, 1168:18, 1173:10, 1173:11, 1173:12, 1173:14, 1173:15, 1176:4, 1177:18, 1178:18, 1178:21, 1178:24, 1190:8, 1190:22, 1191:4, 1191:5, 1191:7, 1191:18, 1191:21, 1192:5, 1192:11, 1194:20, 1194:23, 1194:25, 1195:8
**chorus** [38] - 1084:23, 1095:6, 1095:25, 1107:23, 1113:1, 1113:14, 1113:18, 1113:21, 1113:22, 1113:25, 1114:3, 1114:9, 1114:10, 1114:14, 1114:18, 1114:25, 1115:1, 1115:14, 1115:19, 1115:22, 1116:1, 1116:4, 1116:21, 1116:25, 1117:10, 1136:8, 1159:2, 1159:9, 1159:24, 1188:25, 1199:9, 1245:8, 1245:9, 1245:14, 1245:20, 1260:14
**choruses** [9] - 1100:8, 1113:16, 1113:17, 1114:6, 1114:12, 1115:8, 1121:3, 1124:9, 1245:22
**chose** [1] - 1258:18
**chosen** [1] - 1109:7
**Christian** [1] - 1266:11
**Christmas** [1] - 1180:16
**Christopher** [1] - 1080:7
**circumstantial** [1] - 1141:4

**cites** [1] - 1203:14
**City** [1] - 1128:12
**claim** [3] - 1147:15, 1149:8, 1163:1
**claimed** [5] - 1102:8, 1170:9, 1182:6, 1249:7, 1249:11
**claims** [3] - 1122:2, 1185:21, 1189:5
**clarification** [1] - 1081:5
**clarified** [1] - 1173:19
**clarify** [6] - 1085:2, 1138:23, 1180:18, 1185:11, 1189:14, 1191:13
**clarifying** [3] - 1149:7, 1191:12, 1250:3
**class** [3] - 1094:25, 1167:15, 1186:13
**Class** [1] - 1163:21
**classes** [1] - 1167:14
**classical** [4] - 1099:3, 1156:5, 1178:22
**clear** [11] - 1081:8, 1119:15, 1129:9, 1136:4, 1146:25, 1153:8, 1191:6, 1202:13, 1203:11, 1241:7, 1241:18
**clearing** [1] - 1223:19
**clearly** [9] - 1105:19, 1113:20, 1148:16, 1152:23, 1153:2, 1154:19, 1156:8, 1159:24, 1173:3
**CLERK** [6] - 1160:21, 1209:25, 1210:5, 1210:8, 1210:10, 1210:14
**clerk's** [1] - 1275:22
**clients** [4] - 1161:25, 1184:24, 1185:1, 1185:5
**clip** [13] - 1108:16, 1108:17, 1132:23, 1133:1, 1134:15, 1135:12, 1137:9, 1137:17, 1137:18, 1138:19, 1149:13, 1186:18, 1186:21
**close** [3] - 1116:12, 1138:15, 1258:17
**closed** [2] - 1097:13, 1098:23
**closely** [6] - 1100:9, 1110:5, 1113:17, 1115:18, 1116:4, 1196:20
**closer** [1] - 1203:10
**co** [1] - 1236:10
**co-songwriter** [1] - 1236:10
**cohere** [1] - 1098:16
**coherent** [1] - 1153:9
**collaboration** [2] - 1119:1, 1129:13
**collaborative** [1] - 1247:17
**collaborator** [8] - 1129:7, 1129:8, 1129:10, 1129:12, 1129:20, 1129:21, 1129:24, 1130:1
**collaborator's** [1] - 1130:10
**collaborators** [1] - 1130:13
**colleague** [1] - 1163:10
**colleagues** [1] - 1164:3
**color** [9] - 1085:13, 1089:3, 1089:19, 1091:23, 1111:4, 1111:6, 1114:12, 1116:7, 1117:9
**Colorado** [1] - 1080:6
**colors** [2] - 1117:23, 1119:23
**Columbia** [3] - 1228:5, 1228:7, 1229:9
**combination** [1] - 1206:16
**coming** [9] - 1152:8, 1152:19, 1152:21, 1174:22, 1211:22, 1214:8, 1224:8, 1224:9, 1248:15
**comment** [4] - 1164:23, 1184:23, 1230:16, 1252:25
**commercial** [7] - 1110:1, 1187:14, 1231:11, 1231:18, 1231:23, 1232:2, 1266:21
**commercially** [8] - 1085:4, 1110:7, 1142:17, 1179:13, 1179:24, 1196:9, 1239:16, 1239:17
**common** [13] - 1089:15, 1090:16, 1090:18, 1094:18, 1097:15, 1098:24, 1099:3, 1102:18, 1103:7, 1122:9, 1200:7, 1200:11, 1206:21
**commonality** [2] - 1156:17, 1156:19
**commonly** [1] - 1128:12
**commonplace** [2] - 1102:9, 1147:22
**communicate** [2] - 1213:12, 1243:3
**communicated** [3] - 1134:14, 1137:17, 1212:18
**communicates** [1] - 1132:18
**communicating** [3] - 1132:21, 1212:13, 1213:16
**communication** [3] - 1134:19, 1167:2, 1256:15
**company** [1] - 1227:10
**Comparative** [1] - 1206:14
**compare** [4] - 1087:21, 1143:12, 1205:2, 1244:14
**compared** [7] - 1087:22, 1117:23, 1143:1, 1175:9, 1176:2, 1196:21, 1197:19
**compares** [2] - 1085:21, 1096:12
**comparing** [5] - 1085:23, 1085:25, 1099:10, 1123:9, 1123:14
**comparison** [1] - 1093:16
**compatible** [1] - 1143:18
**competitive** [1] - 1095:12
**complementing** [1] - 1088:14
**complete** [16] - 1085:24, 1086:20, 1086:22, 1096:23, 1146:22, 1147:1, 1148:11, 1148:22, 1149:9, 1150:18, 1151:23, 1152:16, 1156:3, 1157:25, 1203:22, 1205:4
**completed** [2] - 1205:21, 1206:25
**completely** [13] - 1085:6, 1094:20, 1107:10, 1107:11, 1107:19, 1109:23, 1110:18, 1113:12, 1116:13, 1136:11, 1174:12, 1226:11, 1247:2
**completeness** [2] - 1086:5, 1221:25
**complex** [6] - 1090:23, 1092:13, 1096:24, 1097:7, 1104:17, 1169:4
**complexity** [1] - 1095:16
**complicated** [1] - 1153:11
**complicates** [1] - 1203:18
**composes** [2] - 1098:9, 1100:20
**composing** [1] - 1169:22
**composition** [63] - 1085:23, 1085:24, 1086:20, 1086:23, 1087:24, 1087:25, 1088:3, 1091:14, 1092:20, 1099:21, 1100:14, 1110:18, 1112:13, 1114:15, 1118:8, 1136:10, 1146:23, 1146:25, 1148:11, 1148:13, 1148:14, 1148:23, 1150:19, 1151:23, 1152:17, 1154:9, 1154:10, 1154:12, 1155:3, 1155:4, 1156:3, 1156:9, 1156:11, 1157:2, 1157:9, 1158:1, 1159:12, 1159:13, 1159:18, 1159:22, 1171:19, 1172:12, 1173:16, 1173:22, 1174:4, 1174:13, 1174:15, 1175:7, 1177:23, 1178:3, 1178:4, 1178:6, 1202:19, 1202:20, 1202:21, 1202:24, 1233:22, 1262:14, 1264:25, 1266:9, 1266:15, 1267:25, 1268:14
**compositional** [6] - 1085:16, 1111:25, 1115:12, 1143:4, 1173:25, 1176:1
**compositionally** [9] - 1098:15, 1100:19, 1112:7, 1114:5, 1118:3, 1118:6, 1118:7, 1136:5, 1173:8
**compositions** [3] - 1121:11, 1150:18
**compound** [1] - 1150:21
**compression** [1] - 1144:17
**concepts** [9] - 1129:1, 1131:20, 1131:21, 1167:13, 1168:17, 1169:1, 1169:3, 1169:4, 1169:6
**concern** [1] - 1246:14
**concerned** [2] - 1229:14, 1229:16
**concerns** [2] - 1122:8, 1126:3
**conclusion** [2] - 1119:19, 1147:4
**condition** [2] - 1086:19, 1146:22
**conditions** [1] - 1148:4
**conferred** [2] - 1162:18, 1162:19
**confidential** [1] - 1180:9
**confirm** [4] - 1111:15, 1160:23, 1161:7, 1164:15
**confused** [4] - 1131:20, 1134:2, 1169:1, 1267:22
**confusing** [1] - 1096:17
**connected** [2] - 1164:12, 1208:13
**connection** [1] - 1164:6
**connects** [1] - 1107:13
**connotes** [1] - 1129:18
**consequence** [1] - 1200:18
**consider** [12] - 1122:21, 1148:14, 1151:2, 1154:12, 1154:16, 1173:9, 1177:22, 1195:3, 1212:5, 1232:16, 1232:17, 1248:15
**consistent** [1] - 1114:15
**consistently** [4] - 1089:18, 1091:22, 1097:6, 1136:13
**constitutes** [1] -

1157:17
**constraint** [1] - 1244:3
**construe** [1] - 1178:13
**consulted** [1] - 1184:18
**consults** [1] - 1120:14
**contact** [1] - 1185:9
**contacted** [1] - 1185:2
**contains** [1] - 1155:25
**contemporary** [1] - 1107:14
**content** [4] - 1178:14, 1180:22, 1195:4, 1195:11
**context** [8] - 1109:4, 1154:17, 1180:13, 1180:20, 1195:3, 1225:2, 1230:6, 1233:2
**continuation** [5] - 1243:16, 1243:23, 1244:4, 1254:23, 1255:17
**continue** [4] - 1244:11, 1245:6, 1245:9, 1254:1
**continued** [1] - 1250:4
**CONTINUED** [2] - 1081:25, 1276:19
**continues** [1] - 1114:11
**continuing** [3] - 1164:7, 1164:10, 1257:24
**Continuing** [1] - 1165:5
**contrast** [14] - 1089:17, 1092:7, 1094:24, 1095:1, 1100:5, 1100:6, 1100:12, 1106:13, 1106:15, 1107:13, 1110:10, 1112:17, 1112:21, 1119:25
**contrasts** [1] - 1095:7
**contribute** [2] - 1144:25, 1145:1
**contributed** [5] - 1093:12, 1112:14, 1129:19, 1135:23, 1146:6
**contributes** [3] - 1110:10, 1112:16, 1112:19
**contributing** [4] - 1088:10, 1088:11, 1132:3, 1136:3
**contribution** [8] - 1092:18, 1114:25, 1115:12, 1115:13, 1117:3, 1117:15, 1117:19, 1146:9
**contributions** [27] - 1084:18, 1088:20, 1092:8, 1096:9, 1106:12, 1113:6, 1113:9, 1113:11, 1114:4, 1114:10, 1114:19, 1115:21, 1116:2, 1116:6, 1118:18, 1119:14, 1119:20, 1119:21, 1120:1, 1120:2, 1120:7, 1122:11, 1130:14, 1135:22, 1136:25, 1137:2, 1137:3
**contributor** [4] - 1129:7, 1129:8, 1129:14, 1129:18
**contributor's** [1] - 1130:9
**contributors** [2] - 1128:14, 1128:17
**control** [6] - 1151:22, 1233:9, 1233:12, 1233:15, 1234:18, 1264:6
**conversation** [3] - 1225:2, 1229:24, 1267:18
**convey** [1] - 1152:24
**cool** [1] - 1259:7
**Cool** [1] - 1221:18
**copied** [2] - 1156:20, 1185:4
**copies** [1] - 1183:6
**copy** [3] - 1153:14, 1166:6, 1174:20
**copy-paste** [1] - 1174:20
**copying** [1] - 1156:15
**copyright** [10] - 1120:14, 1130:20, 1184:15, 1184:19, 1185:15, 1185:17, 1185:19, 1185:21, 1228:24, 1229:5
**Copyright** [4] - 1171:11, 1181:18, 1183:13, 1184:21
**copyrights** [2] - 1112:10, 1112:11
**corner** [1] - 1161:2
**corporate** [2] - 1081:6, 1081:18
**correct** [128] - 1083:15, 1083:16, 1084:11, 1084:12, 1085:5, 1085:6, 1087:11, 1092:2, 1092:3, 1102:4, 1102:5, 1105:6, 1111:17, 1115:13, 1120:11, 1122:7, 1122:24, 1122:25, 1125:9, 1125:10, 1125:21, 1131:15, 1131:16, 1138:20, 1140:21, 1140:24, 1141:7, 1141:9, 1141:10, 1141:21, 1141:24, 1142:6, 1143:25, 1146:17, 1150:16, 1154:5, 1154:24, 1155:1, 1155:6, 1156:1, 1156:24, 1158:21, 1162:10, 1165:7, 1165:19, 1166:23, 1167:3, 1167:10, 1168:6, 1168:10, 1169:13, 1170:16, 1170:21, 1171:14, 1172:10, 1173:4, 1173:18, 1176:22, 1183:14, 1184:6, 1184:16, 1184:19, 1184:20, 1186:11, 1187:1, 1187:2, 1189:7, 1191:20, 1191:23, 1193:18, 1194:2, 1194:11, 1195:10, 1195:17, 1196:2, 1196:5, 1198:15, 1198:16, 1198:20, 1199:7, 1199:11, 1199:18, 1200:25, 1203:20, 1212:9, 1214:23, 1215:1, 1217:18, 1218:18, 1218:19, 1222:7, 1222:8, 1222:15, 1224:22, 1226:15, 1236:17, 1240:1, 1240:6, 1242:11, 1242:12, 1243:21, 1245:12, 1249:22, 1249:23, 1252:9, 1252:11, 1253:21, 1253:22, 1257:11, 1259:10, 1259:11, 1260:8, 1261:3, 1262:25, 1266:6, 1266:7, 1266:12, 1266:13, 1266:16, 1266:17, 1269:2, 1270:9, 1272:23, 1273:8, 1274:9, 1274:10, 1276:9
**correction** [1] - 1142:11
**correctly** [10] - 1083:10, 1092:23, 1117:5, 1137:19, 1144:15, 1171:20, 1172:2, 1188:24, 1192:20, 1208:7
**counsel** [10] - 1081:9, 1081:17, 1081:23, 1084:8, 1139:13, 1150:8, 1164:21, 1168:10, 1181:21, 1275:10
**Counsel** [8] - 1083:20, 1086:9, 1124:3, 1124:10, 1160:16, 1160:18, 1168:2, 1202:11
**COUNSEL** [1] - 1080:1
**count** [1] - 1086:22
**counted** [1] - 1179:18
**counting** [1] - 1270:25
**country** [1] - 1163:3
**Country** [1] - 1201:20
**couple** [9] - 1140:17, 1201:3, 1222:1, 1232:5, 1243:10, 1270:18, 1270:21, 1270:23, 1270:25
**course** [14] - 1113:18, 1122:18, 1162:22, 1162:23, 1163:6, 1163:22, 1164:7, 1165:2, 1165:13, 1167:12, 1236:6, 1236:9, 1260:13
**courses** [3] - 1163:24, 1164:4, 1167:6
**Court** [2] - 1139:1, 1276:6
**COURT** [96] - 1079:1, 1081:3, 1081:9, 1081:14, 1081:20, 1083:14, 1083:17, 1083:25, 1084:2, 1086:9, 1087:10, 1093:24, 1094:1, 1094:6, 1094:10, 1119:4, 1124:3, 1124:8, 1129:15, 1129:17, 1129:23, 1130:17, 1132:25, 1133:4, 1137:10, 1137:13, 1139:1, 1139:4, 1139:9, 1139:19, 1139:23, 1140:2, 1140:10, 1149:1, 1149:3, 1149:17, 1149:25, 1155:17, 1160:12, 1160:15, 1160:18, 1160:20, 1160:22, 1161:12, 1164:18, 1166:10, 1166:13, 1168:2, 1168:10, 1181:16, 1181:20, 1182:1, 1182:4, 1182:21, 1182:24, 1183:3, 1183:7, 1183:23, 1187:20, 1193:1, 1193:9, 1193:12, 1193:17, 1195:21, 1202:11, 1202:14, 1206:2, 1207:14, 1208:24, 1209:5, 1209:11, 1210:15, 1213:21, 1214:8, 1214:11, 1225:16, 1230:13, 1235:14, 1236:19, 1236:22, 1246:16, 1246:19, 1259:17, 1261:10, 1265:13, 1270:12, 1273:4, 1273:12, 1273:21, 1275:1, 1275:3, 1275:10, 1275:12, 1275:17, 1275:20, 1276:2
**court** [2] - 1079:25, 1183:2
**courthouse** [1] - 1275:23
**courtroom** [5] - 1081:19, 1139:8, 1209:4, 1209:10, 1275:9
**cousin** [1] - 1265:6
**cover** [4] - 1095:20, 1174:6, 1193:17, 1193:19
**COVID** [1] - 1218:22
**cowrite** [8] - 1238:6, 1238:21, 1239:3, 1263:16, 1263:19, 1263:25, 1266:9, 1266:15
**cowriter** [2] - 1235:22, 1236:7
**cowriting** [3] - 1262:14, 1267:24, 1268:13
**cowritten** [2] - 1211:11, 1237:20
**cowrote** [2] - 1262:22, 1271:21
**Craaazy** [1] - 1251:17
**cracks** [1] - 1101:10

**crashes** [1] - 1082:14
**Crazy** [1] - 1251:16
**crazy** [4] - 1217:4, 1217:7, 1240:18, 1241:2
**create** [10] - 1095:15, 1098:13, 1126:16, 1145:4, 1156:3, 1171:19, 1172:12, 1173:21, 1174:4, 1208:9
**created** [14] - 1085:6, 1130:4, 1142:7, 1142:10, 1142:11, 1142:18, 1143:23, 1176:19, 1184:21, 1184:24, 1185:6, 1214:22, 1218:17, 1219:24
**creates** [7] - 1098:11, 1099:17, 1100:5, 1100:11, 1112:21, 1136:9, 1136:10
**creating** [7] - 1107:22, 1108:6, 1116:5, 1116:6, 1153:11, 1215:17, 1274:24
**creative** [9] - 1085:11, 1124:16, 1124:22, 1127:22, 1235:8, 1251:7, 1252:15, 1257:5, 1258:12
**creatively** [1] - 1120:3
**creator** [4] - 1129:21, 1129:24, 1130:2, 1130:4
**creators** [1] - 1130:6
**credibility** [1] - 1131:12
**credit** [19] - 1215:2, 1228:20, 1235:18, 1237:18, 1238:17, 1239:1, 1239:9, 1240:1, 1262:13, 1262:16, 1262:23, 1264:3, 1267:21, 1267:24, 1268:13, 1268:23, 1271:14, 1272:11, 1274:5
**credited** [4] - 1236:6, 1236:9, 1263:3, 1269:8
**credits** [2] - 1263:6, 1263:13
**Criminal** [3] - 1174:9, 1174:15, 1175:4
**critical** [2] - 1115:25, 1181:12
**critically** [1] - 1123:1
**criticize** [1] - 1182:10
**CROSS** [5] - 1140:13, 1237:7, 1276:21, 1277:1, 1277:5
**cross** [3] - 1139:20, 1143:18, 1273:13
**CROSS-EXAMINATION** [5] - 1140:13, 1237:7, 1276:21, 1277:1, 1277:5
**cross-examination** [1] - 1139:20
**cross-platform** [1] - 1143:18
**crossed** [2] - 1227:21, 1227:25
**CRR** [2] - 1079:22, 1276:16
**Cry** [1] - 1152:5
**culture** [1] - 1164:1
**cultures** [1] - 1147:12
**current** [1] - 1144:12
**customarily** [1] - 1130:22
**cut** [2] - 1145:2, 1155:17
**CV** [4] - 1166:4, 1166:6, 1166:14, 1166:16

## D

**daily** [1] - 1128:25
**dance** [1] - 1174:8
**danceable** [1] - 1100:3
**dashed** [2] - 1102:20, 1104:19
**data** [8] - 1109:3, 1126:23, 1146:11, 1147:16, 1153:20, 1153:22, 1157:8
**date** [6] - 1161:3, 1163:7, 1164:3, 1166:1, 1225:4, 1258:22
**dated** [1] - 1165:23
**dating** [1] - 1274:18
**Dave** [1] - 1201:19
**days** [2] - 1259:3, 1259:9
**deal** [9] - 1158:14, 1159:16, 1211:24, 1211:25, 1212:4, 1212:5, 1212:8, 1228:7, 1235:24
**dealing** [1] - 1130:12
**deals** [2] - 1211:16, 1211:19
**deans** [1] - 1162:19
**debate** [1] - 1125:19
**debunked** [2] - 1181:1, 1181:10
**deceptive** [1] - 1200:13
**decide** [3] - 1161:13, 1189:13, 1233:6
**decided** [1] - 1182:8
**decision** [5] - 1097:5, 1099:5, 1168:12, 1233:21, 1234:13
**decisions** [2] - 1175:19, 1201:1
**declines** [1] - 1209:22
**deep** [3] - 1169:3, 1170:5, 1273:24
**deepen** [1] - 1185:10
**def** [1] - 1224:12
**default** [2] - 1089:15, 1090:17
**defendant** [1] - 1212:11
**defendants** [1] - 1081:6
**Defendants** [2] - 1079:9, 1080:12
**defendants'** [1] - 1182:5
**defense** [4] - 1102:4, 1102:7, 1102:8, 1103:3
**defense's** [1] - 1104:13
**define** [2] - 1191:3, 1199:19
**definitely** [4] - 1159:7, 1175:21, 1180:5, 1254:11
**definition** [1] - 1171:9
**degree** [1] - 1127:23
**degrees** [1] - 1165:20
**delay** [4] - 1087:5, 1087:9, 1143:6, 1143:10
**delivered** [1] - 1271:8
**delve** [1] - 1169:6
**demonstra** [1] - 1206:9
**demonstrate** [2] - 1132:17, 1175:14
**demonstrated** [1] - 1132:12
**demonstrates** [33] - 1089:10, 1089:24, 1089:25, 1090:3, 1090:4, 1090:16, 1090:22, 1092:10, 1094:22, 1096:20, 1096:22, 1096:25, 1097:5, 1097:23, 1099:17, 1102:18, 1104:3, 1105:18, 1106:19, 1107:7, 1116:19, 1117:7, 1118:12, 1133:23, 1135:5, 1136:14, 1136:21, 1153:4, 1190:9, 1203:16, 1203:20
**demonstrates)** [34] - 1090:5, 1090:20, 1091:19, 1092:12, 1093:15, 1094:17, 1094:23, 1097:1, 1097:16, 1097:24, 1097:25, 1098:7, 1098:10, 1099:1, 1099:14, 1104:4, 1104:15, 1105:19, 1107:9, 1107:11, 1113:20, 1116:17, 1116:19, 1118:13, 1135:3, 1136:16, 1136:21, 1152:25, 1153:1, 1153:3, 1153:7, 1190:10, 1203:17, 1204:6
**demonstrative** [9] - 1083:12, 1083:19, 1094:2, 1094:4, 1149:10, 1149:16, 1195:19, 1206:6, 1231:8
**Demonstrative** [1] - 1205:22
**demonstratives** [1] - 1201:3
**densities** [1] - 1127:7
**density** [4] - 1099:25, 1104:17, 1105:21, 1127:24
**Denver** [1] - 1080:6
**department** [1] - 1224:3
**Department** [1] - 1165:5
**deposition** [26] - 1131:16, 1131:18, 1131:19, 1132:12, 1168:23, 1169:9, 1170:18, 1171:4, 1208:1, 1208:8, 1208:20, 1212:21, 1212:23, 1213:1, 1213:3, 1233:17, 1236:1, 1237:25, 1248:24, 1250:15, 1251:9, 1265:5, 1265:11, 1265:12, 1268:7, 1273:6
**derived** [5] - 1115:20, 1159:9, 1159:20, 1188:22, 1188:25
**Derulo** [188] - 1082:14, 1095:12, 1095:14, 1109:19, 1109:24, 1131:6, 1131:14, 1132:12, 1132:20, 1133:13, 1134:5, 1134:20, 1134:22, 1135:4, 1135:13, 1135:17, 1137:9, 1137:17, 1137:18, 1137:22, 1137:25, 1138:8, 1138:18, 1140:19, 1141:2, 1142:3, 1151:16, 1159:22, 1167:19, 1168:21, 1169:14, 1169:15, 1170:7, 1171:2, 1208:2, 1208:9, 1212:11, 1212:14, 1212:18, 1213:13, 1214:21, 1215:13, 1215:17, 1216:1, 1216:18, 1216:21, 1217:3, 1221:1, 1222:6, 1222:12, 1223:16, 1223:20, 1224:9, 1224:21, 1225:8, 1225:12, 1225:17, 1225:20, 1226:5, 1227:11, 1227:14, 1228:6, 1228:18, 1229:20, 1230:7, 1230:10, 1230:16, 1231:10, 1232:13, 1232:23, 1233:5, 1233:6, 1234:16, 1234:18, 1234:24, 1235:18, 1236:12, 1237:12, 1237:15, 1237:17, 1237:21, 1237:24, 1238:6, 1238:7, 1238:16, 1238:20, 1238:21, 1238:25, 1239:3, 1239:8, 1239:12, 1239:23, 1239:24, 1240:14, 1240:20, 1240:21, 1240:25, 1241:7, 1241:15, 1242:4, 1242:9, 1242:16, 1242:21, 1242:24, 1243:17, 1243:24, 1244:5, 1244:18, 1245:3, 1246:7, 1246:25, 1247:4, 1247:13, 1247:25, 1248:15,

1249:4, 1249:8, 1249:12, 1249:22, 1250:1, 1250:5, 1250:9, 1250:12, 1250:21, 1250:22, 1251:2, 1251:6, 1252:10, 1252:16, 1252:18, 1253:8, 1253:17, 1254:4, 1254:20, 1254:25, 1255:10, 1256:2, 1256:5, 1256:16, 1256:21, 1256:25, 1257:4, 1257:7, 1257:10, 1257:13, 1257:24, 1257:25, 1258:4, 1258:9, 1258:16, 1258:18, 1258:23, 1259:10, 1260:7, 1260:11, 1260:16, 1261:2, 1261:5, 1261:6, 1261:16, 1261:19, 1261:23, 1262:2, 1262:4, 1262:10, 1262:17, 1262:21, 1263:25, 1266:1, 1266:10, 1266:16, 1266:22, 1267:4, 1267:19, 1267:23, 1268:2, 1268:13, 1269:11, 1269:23, 1270:4, 1271:1, 1272:22, 1274:1, 1274:9, 1274:11, 1274:16, 1274:19

**Derulo's** [23] - 1131:11, 1131:16, 1131:19, 1132:17, 1134:2, 1159:14, 1159:16, 1167:23, 1179:7, 1188:21, 1214:24, 1218:14, 1233:1, 1233:20, 1236:1, 1241:13, 1241:18, 1242:14, 1244:21, 1252:25, 1259:4, 1259:20, 1270:1

**DERULO89** [1] - 1224:6

**descending** [1] - 1199:4

**describe** [6] - 1086:12, 1136:24, 1142:9, 1206:13, 1213:25, 1237:23

**described** [1] - 1206:25

**describing** [3] - 1161:19, 1181:6, 1181:7

**description** [1] - 1248:4

**designated** [1] - 1138:24

**designation** [1] - 1081:10

**despite** [2] - 1261:4, 1274:14

**DESROULEAUX** [1] - 1079:8

**detail** [4] - 1097:3, 1105:20, 1128:3, 1249:5

**detailed** [1] - 1120:23

**Details** [1] - 1186:9

**details** [1] - 1203:12

**determine** [1] - 1164:19

**developed** [1] - 1183:12

**deviation** [1] - 1120:4

**diagram** [4] - 1083:11, 1083:17, 1083:18, 1099:9

**diagrams** [2] - 1083:15, 1084:22

**DIAZ** [1] - 1079:22

**Diaz** [3] - 1209:5, 1276:16, 1276:17

**difference** [17] - 1084:6, 1089:7, 1090:11, 1092:15, 1096:13, 1101:12, 1104:4, 1111:23, 1121:25, 1143:2, 1151:1, 1151:5, 1152:18, 1167:17, 1192:10, 1247:15, 1274:24

**differences** [12] - 1111:25, 1127:24, 1151:1, 1156:22, 1174:25, 1175:2, 1175:3, 1175:16, 1175:21, 1175:23, 1176:1, 1177:9

**different** [87] - 1082:3, 1088:10, 1088:12, 1089:4, 1090:1, 1090:7, 1090:8, 1090:13, 1092:10, 1094:8, 1096:8, 1097:7, 1097:21, 1098:5, 1099:9, 1099:18, 1100:11, 1100:14, 1103:19, 1104:1, 1104:2, 1104:6, 1105:3, 1105:19, 1107:10, 1107:11, 1107:16, 1108:6, 1109:5, 1110:21, 1110:22, 1111:6, 1112:19, 1116:13, 1116:20, 1117:2, 1118:12, 1118:14, 1120:4, 1122:21, 1123:16, 1129:3, 1134:8, 1135:9, 1136:11, 1136:22, 1138:6, 1162:25, 1163:3, 1163:24, 1164:1, 1172:8, 1173:18, 1174:16, 1175:1, 1175:18, 1176:23, 1177:5, 1177:9, 1177:10, 1177:19, 1178:15, 1178:16, 1190:9, 1190:10, 1190:15, 1190:18, 1194:22, 1195:5, 1195:6, 1197:12, 1197:18, 1224:1, 1226:17, 1235:1, 1245:22, 1247:11, 1254:3, 1256:9

**differentiates** [1] - 1092:21

**difficult** [2] - 1153:12, 1153:15

**digital** [2] - 1097:18, 1143:6

**Diner** [1] - 1149:13

**direct** [5] - 1081:22, 1156:4, 1208:9, 1240:4, 1273:13

**DIRECT** [5] - 1081:25, 1210:16, 1276:19, 1276:24, 1277:3

**directed** [1] - 1226:10

**direction** [4] - 1090:6, 1255:21, 1256:1, 1256:4

**directionality** [1] - 1090:4

**directly** [3] - 1096:12, 1242:9, 1262:10

**disagree** [2] - 1120:21, 1207:22

**disagreed** [2] - 1101:1, 1121:6

**disagreement** [10] - 1102:7, 1120:25, 1122:13, 1122:16, 1123:4, 1123:5, 1124:12, 1125:8, 1207:6, 1207:21

**disagreements** [1] - 1127:13

**disalign** [1] - 1102:14

**disclosed** [1] - 1202:12

**discuss** [9] - 1084:2, 1131:14, 1139:6, 1180:9, 1207:23, 1209:1, 1246:8, 1247:4, 1275:13

**discussed** [4] - 1082:6, 1082:24, 1097:9, 1098:18

**discussing** [4] - 1116:25, 1125:7, 1135:17, 1255:10

**discussion** [5] - 1126:2, 1180:12, 1200:16, 1209:8, 1276:5

**dishonest** [1] - 1237:17

**disingenuous** [1] - 1158:2

**dismiss** [1] - 1156:20

**dismissive** [1] - 1122:10

**displayed** [1] - 1187:6

**dispute** [2] - 1132:7, 1153:23

**disregard** [1] - 1187:22

**disrespect** [1] - 1223:10

**distinct** [38] - 1089:3, 1092:9, 1094:20, 1100:20, 1110:18, 1110:25, 1112:10, 1112:11, 1112:18, 1114:12, 1115:23, 1116:22, 1117:10, 1117:11, 1117:18, 1117:23, 1117:25, 1118:2, 1119:23, 1120:3, 1133:13, 1133:21, 1133:24, 1136:10, 1158:4, 1158:10, 1158:16, 1159:3, 1167:16, 1171:19, 1172:12, 1173:9, 1173:21, 1174:4, 1190:7, 1190:8, 1192:17, 1202:24

**distinction** [5] - 1088:6, 1112:4, 1115:11, 1129:6, 1145:3

**distinctly** [1] - 1117:23

**distinguish** [2] - 1084:15, 1130:8

**distinguishes** [1] - 1110:14

**distinguishing** [2] - 1105:12, 1124:25

**DISTRICT** [3] - 1079:1, 1079:2, 1079:3

**dividing** [1] - 1209:16

**division** [5] - 1104:5, 1104:6, 1107:8, 1107:9

**DIVISION** [1] - 1079:2

**divisions** [1] - 1204:6

**DJ** [1] - 1228:5

**doctor** [1] - 1187:20

**Doctor** [2] - 1131:3, 1185:2

**document** [4] - 1181:16, 1205:10, 1216:14, 1216:16

**Dog** [2] - 1201:25, 1204:8

**Dogg** [1] - 1266:24

**domain** [1] - 1148:6

**dominate** [1] - 1167:17

**done** [12] - 1081:10, 1135:19, 1168:14, 1175:12, 1182:7, 1182:9, 1182:20, 1189:8, 1199:1, 1201:15, 1253:9, 1260:19

**door** [1] - 1182:12

**Doves** [1] - 1152:4

**down** [24] - 1096:8, 1146:20, 1153:6, 1160:2, 1165:8, 1167:18, 1201:22, 1203:1, 1213:19, 1219:8, 1220:9, 1220:12, 1224:16, 1228:2, 1229:8, 1232:5, 1235:22, 1237:2, 1237:4, 1244:8, 1245:6, 1251:14, 1254:18, 1265:1

**down-swung** [1] - 1201:22

**Dr** [57] - 1081:22, 1082:2, 1083:4, 1085:17, 1086:11, 1092:25, 1100:23, 1103:3, 1105:12, 1105:14, 1119:6, 1120:11, 1120:13, 1120:14, 1120:17, 1120:20, 1120:23, 1121:1, 1122:14,

1123:6, 1124:4, 1124:13, 1125:8, 1126:3, 1127:13, 1127:19, 1128:5, 1130:19, 1130:23, 1133:7, 1139:10, 1140:4, 1140:11, 1140:15, 1155:18, 1160:8, 1164:18, 1165:9, 1181:18, 1182:5, 1182:10, 1182:18, 1183:9, 1183:19, 1193:5, 1193:14, 1193:18, 1202:16, 1203:13, 1205:7, 1205:19, 1206:4, 1206:6, 1209:13, 1209:22, 1246:18, 1275:16
**draft** [6] - 1215:9, 1218:25, 1219:7, 1244:24, 1270:20, 1270:24
**drafts** [1] - 1260:4
**drama** [1] - 1107:23
**drastically** [1] - 1093:14
**drop** [1] - 1095:4
**drum** [3] - 1082:13, 1184:24, 1185:5
**drumbeat** [1] - 1110:20
**Dua** [2] - 1202:7, 1258:21
**Duboff** [1] - 1080:8
**duck** [1] - 1105:22
**duly** [1] - 1210:3
**during** [4] - 1201:4, 1218:22, 1261:23
**dynamic** [1] - 1256:7

## E

**E-flat** [59] - 1089:3, 1089:5, 1089:13, 1089:18, 1090:10, 1091:18, 1092:15, 1092:22, 1101:2, 1101:10, 1111:5, 1112:19, 1114:13, 1116:8, 1116:9, 1133:11, 1156:23, 1157:1, 1157:2, 1157:4, 1157:7, 1157:16, 1176:9, 1176:14, 1176:19, 1176:23, 1177:6, 1178:9, 1178:12, 1178:15, 1192:12, 1192:15, 1192:16, 1194:8, 1194:12, 1195:1, 1195:17, 1195:18, 1195:24, 1195:25, 1196:4, 1196:11, 1196:25, 1197:19, 1198:7, 1198:14, 1199:5, 1199:8, 1199:10, 1199:11, 1199:14, 1199:22, 1200:1, 1200:5, 1200:6, 1200:12
**e-mail** [1] - 1268:25
**e-mails** [1] - 1275:22
**E-natural** [1] - 1101:3
**ear** [8] - 1088:19, 1137:1, 1179:3, 1179:9, 1179:25, 1189:18, 1189:21, 1218:14
**ears** [5] - 1090:1, 1122:18, 1123:1, 1170:2, 1170:5
**easiest** [1] - 1172:18
**easily** [3] - 1157:14, 1157:18, 1177:17
**Eastman** [2] - 1186:15, 1187:1
**easy** [2] - 1127:3, 1252:20
**ECF** [3] - 1193:5, 1193:7, 1193:11
**Ed** [1] - 1151:16
**editors** [1] - 1180:21
**education** [3] - 1164:7, 1164:10, 1165:20
**Education** [1] - 1165:6
**educational** [1] - 1187:17
**effective** [5] - 1095:3, 1098:13, 1112:25, 1151:10, 1189:14
**effects** [6] - 1085:1, 1086:17, 1143:7, 1143:10, 1143:12, 1156:7
**effort** [1] - 1224:21
**either** [11] - 1130:18, 1157:4, 1162:16, 1163:5, 1191:19, 1221:4, 1235:19, 1242:9, 1247:7, 1247:22, 1273:13
**elaborate** [1] - 1099:6
**electric** [14] - 1082:11, 1088:23, 1091:15, 1093:7, 1106:8, 1118:23, 1135:24, 1155:9, 1156:14, 1191:20, 1191:21, 1196:16, 1197:12, 1223:3
**electronic** [5] - 1082:25, 1095:9, 1097:19, 1101:17, 1137:4
**element** [4] - 1127:2, 1174:1, 1190:21, 1204:12
**elements** [18] - 1082:12, 1109:23, 1110:19, 1110:20, 1115:9, 1115:10, 1115:17, 1118:25, 1119:1, 1128:19, 1128:23, 1143:5, 1144:2, 1144:25, 1145:5, 1171:18, 1172:4, 1172:20
**Elements** [1] - 1171:23
**eliminate** [1] - 1126:11
**Elvis** [2] - 1201:25, 1204:8
**embarrass** [1] - 1251:17
**emergent** [1] - 1190:23
**emoji** [2] - 1230:17, 1230:19
**emphasis** [1] - 1233:24
**employed** [2] - 1165:16, 1206:7
**empty** [1] - 1114:3
**encourage** [1] - 1085:20
**end** [9] - 1117:20, 1123:13, 1127:8, 1134:9, 1175:5, 1199:9, 1199:12, 1210:19, 1245:9
**ended** [1] - 1142:23
**ending** [7] - 1199:6, 1199:7, 1222:1, 1224:6, 1229:25, 1231:22, 1246:2
**endings** [1] - 1245:22
**ends** [2] - 1198:24, 1240:11
**energy** [1] - 1174:9
**engage** [3] - 1167:13, 1208:14
**engine** [1] - 1184:25
**engineer** [2] - 1143:16, 1221:10
**English** [7] - 1099:22, 1167:7, 1167:9, 1167:11, 1167:13, 1167:15, 1167:16
**entails** [1] - 1146:12
**enter** [1] - 1125:18
**entering** [1] - 1081:17
**enters** [1] - 1094:18
**entire** [17] - 1113:5, 1116:14, 1150:11, 1152:3, 1156:4, 1156:6, 1157:9, 1161:5, 1177:11, 1177:13, 1178:3, 1178:4, 1202:19, 1202:20, 1202:21, 1202:24, 1262:7
**entirety** [1] - 1118:20
**entitled** [5] - 1234:21, 1235:3, 1243:20, 1270:9, 1271:14
**entries** [1] - 1166:20
**entry** [1] - 1166:21
**EQ** [1] - 1144:17
**equal** [1] - 1265:2
**equally** [4] - 1197:21, 1197:22, 1197:23
**error** [1] - 1198:5
**errors** [7] - 1121:9, 1121:12, 1121:19, 1125:13, 1125:16, 1125:23, 1126:5
**especially** [13] - 1091:17, 1097:15, 1098:24, 1106:14, 1112:22, 1129:4, 1147:13, 1159:1, 1159:9, 1179:11, 1185:1, 1197:13, 1203:13
**essentially** [9] - 1088:13, 1090:15, 1104:12, 1142:19, 1143:25, 1165:13, 1167:24, 1185:8, 1207:18
**establish** [1] - 1125:20
**established** [6] - 1103:19, 1147:22, 1153:23, 1199:20, 1239:23, 1274:7
**estimate** [1] - 1206:3
**et** [2] - 1079:8, 1248:10
**Ethan** [2] - 1165:9, 1183:19
**ethanlustig.com** [2] - 1160:5, 1187:4
**evaluating** [1] - 1122:15
**eventually** [2] - 1220:7, 1220:8
**everywhere** [1] - 1192:20
**evidence** [7] - 1084:6, 1100:2, 1113:7, 1122:21, 1141:4, 1141:5, 1170:8
**exact** [3] - 1104:21, 1157:5, 1171:4
**exactly** [10] - 1095:2, 1095:13, 1115:14, 1118:24, 1171:3, 1175:20, 1179:18, 1186:3, 1208:8, 1219:15
**examination** [4] - 1081:22, 1139:20, 1209:13, 1240:4
**EXAMINATION** [12] - 1081:25, 1140:13, 1210:16, 1237:7, 1266:19, 1273:22, 1276:19, 1276:21, 1276:24, 1277:1, 1277:3, 1277:5
**examine** [2] - 1102:25, 1185:16
**example** [17] - 1085:21, 1092:11, 1102:19, 1108:7, 1110:11, 1120:1, 1132:21, 1136:8, 1138:7, 1141:2, 1145:4, 1159:24, 1175:13, 1176:7, 1195:16, 1196:3, 1203:11
**examples** [7] - 1084:13, 1122:1, 1122:2, 1125:25, 1126:1, 1126:10, 1169:19
**excellent** [2] - 1159:16, 1159:17
**except** [6] - 1118:21, 1157:6, 1158:19, 1163:9, 1192:20, 1196:18
**exception** [1] - 1192:14
**excerpt** [1] - 1108:21
**exchange** [2] - 1240:11, 1257:20
**excited** [1] - 1222:20
**excluded** [1] - 1182:5
**exclusively** [1] - 1187:10
**excuse** [3] - 1124:3, 1220:17, 1273:12
**excused** [1] - 1209:13

**executive** [1] - 1227:8
**exercise** [1] - 1264:6
**exhibit** [3] - 1094:3, 1094:5, 1160:8
**Exhibit** [15] - 1083:6, 1160:12, 1161:10, 1166:8, 1167:25, 1193:16, 1205:9, 1216:4, 1240:3, 1241:22, 1242:23, 1243:14, 1249:19, 1258:20, 1261:22
**exhibits** [1] - 1083:24
**existed** [1] - 1158:12
**existing** [2] - 1088:13, 1121:10
**expectation** [1] - 1199:16
**expected** [1] - 1239:25
**experience** [4] - 1185:14, 1185:15, 1258:11, 1274:23
**Experience** [1] - 1166:20
**experienced** [1] - 1154:18
**expert** [18] - 1086:18, 1101:7, 1102:4, 1102:8, 1103:3, 1104:13, 1120:11, 1138:24, 1146:21, 1150:17, 1152:16, 1165:22, 1175:12, 1180:19, 1183:20, 1185:7, 1189:6
**experts** [4] - 1100:25, 1102:7, 1179:11, 1246:15
**explain** [8] - 1089:7, 1099:22, 1122:2, 1123:6, 1126:24, 1218:12, 1233:8, 1256:8
**explained** [3] - 1102:10, 1111:23, 1127:5
**explanation** [1] - 1178:19
**explanatory** [2] - 1105:4, 1125:5
**explicitly** [1] - 1274:2
**explore** [1] - 1150:1
**export** [1] - 1144:12
**express** [5] - 1118:9, 1246:13, 1267:23, 1268:12, 1269:10
**expressed** [1] - 1266:14
**expression** [4] - 1206:20, 1206:23, 1241:7, 1241:19
**extent** [2] - 1147:23, 1274:2
**extra** [3] - 1088:14, 1097:2, 1139:12
**extreme** [1] - 1098:21
**extremes** [1] - 1178:5

## F

**FaceTime** [7] - 1212:16, 1212:19, 1213:17, 1214:12, 1217:20, 1217:22, 1221:21
**fact** [18] - 1090:18, 1096:23, 1096:24, 1102:12, 1103:6, 1105:2, 1115:19, 1147:6, 1147:22, 1153:23, 1157:25, 1167:23, 1182:6, 1182:13, 1205:5, 1235:25, 1272:25
**factor** [1] - 1189:23
**factored** [1] - 1246:22
**factors** [1] - 1189:23
**facts** [1] - 1199:25
**faculties** [2] - 1128:25, 1147:25
**faculty** [7] - 1163:12, 1163:21, 1166:21, 1167:2, 1167:5, 1167:7, 1167:9
**fair** [20] - 1114:8, 1134:13, 1187:17, 1196:14, 1218:4, 1222:21, 1237:14, 1243:4, 1243:5, 1248:4, 1248:9, 1253:15, 1255:14, 1255:15, 1257:7, 1264:10, 1264:14, 1264:15, 1272:7, 1272:8
**fairly** [5] - 1089:22, 1117:8, 1129:25, 1197:21, 1197:22
**fake** [1] - 1137:8
**fake-out** [1] - 1137:8
**fallacy** [1] - 1123:23
**falls** [2] - 1122:22, 1187:16
**false** [2] - 1249:14, 1249:15
**familiar** [1] - 1201:19
**famous** [5] - 1151:19, 1152:12, 1201:19, 1211:12
**famously** [1] - 1152:7
**fan** [1] - 1252:3
**fancy** [1] - 1191:25
**far** [3] - 1167:4, 1197:18, 1227:13
**Farm** [4] - 1174:7, 1174:14, 1175:4, 1175:20
**Farm's** [1] - 1175:9
**fast** [4] - 1210:22, 1244:2, 1248:3, 1248:5
**fast-writing** [1] - 1248:3
**faster** [1] - 1100:1
**FCRR** [1] - 1079:22
**feature** [2] - 1088:24, 1092:21
**featured** [3] - 1223:8, 1228:19, 1267:1
**features** [2] - 1093:11, 1117:18
**featuring** [1] - 1183:19
**February** [3] - 1164:7, 1164:13, 1165:3
**Federal** [2] - 1079:22, 1139:1
**feedback** [4] - 1252:15, 1257:5, 1260:16, 1260:22
**Ferrara** [13] - 1103:4, 1120:13, 1120:14, 1122:14, 1122:25, 1123:6, 1123:17, 1124:13, 1124:18, 1127:13, 1182:18, 1203:13, 1206:7
**Ferrara's** [13] - 1105:12, 1105:14, 1120:11, 1120:17, 1120:20, 1120:23, 1121:1, 1125:8, 1126:3, 1127:19, 1182:10, 1205:8, 1205:19
**few** [8] - 1106:21, 1125:7, 1127:3, 1127:4, 1179:21, 1202:6, 1206:5, 1224:7
**fifth** [3] - 1144:20, 1145:18, 1145:20
**Figure** [6] - 1193:23, 1193:24, 1194:17, 1194:18, 1195:12, 1195:18
**figure** [13] - 1093:17, 1096:12, 1096:19, 1097:11, 1102:13, 1104:11, 1123:9, 1132:19, 1134:25, 1137:23, 1140:5, 1147:16, 1226:23
**figured** [2] - 1228:10, 1228:12
**file** [8] - 1083:7, 1091:7, 1111:16, 1111:18, 1112:6, 1119:6, 1144:11, 1154:19
**filed** [2] - 1236:16, 1263:8
**filled** [2] - 1085:1, 1086:16
**filler** [1] - 1253:13
**filling** [1] - 1086:24
**film** [1] - 1085:13
**filtering** [1] - 1158:8
**Filtering** [1] - 1206:20
**filtration** [3] - 1182:6, 1182:7, 1206:24
**final** [16] - 1085:12, 1109:25, 1116:25, 1119:7, 1130:10, 1136:23, 1142:17, 1142:20, 1142:24, 1143:1, 1143:13, 1179:13, 1233:9, 1233:12, 1234:13, 1271:8
**fine** [4] - 1131:24, 1134:3, 1214:10, 1275:20
**finger** [3] - 1191:25, 1197:6, 1197:8
**Fingers** [1] - 1227:21
**fingers** [1] - 1227:25
**finish** [2] - 1149:3, 1155:18
**finished** [3] - 1088:15, 1138:23, 1255:21
**First** [1] - 1275:21
**first** [53] - 1087:7, 1091:9, 1106:16, 1109:10, 1110:16, 1111:15, 1113:25, 1114:2, 1114:22, 1115:7, 1115:14, 1125:19, 1128:8, 1132:6, 1139:5, 1140:1, 1141:12, 1141:14, 1141:20, 1154:1, 1160:11, 1166:20, 1166:21, 1167:5, 1176:17, 1178:9, 1178:14, 1179:11, 1184:5, 1186:21, 1188:16, 1188:19, 1189:9, 1189:21, 1190:15, 1198:18, 1204:5, 1210:3, 1215:8, 1216:14, 1216:21, 1217:16, 1218:25, 1219:7, 1240:5, 1244:18, 1250:16, 1251:21, 1266:21, 1267:5, 1270:20, 1270:23
**firsthand** [3] - 1141:1, 1141:5, 1141:6
**firstly** [1] - 1198:5
**fit** [2] - 1134:10, 1134:11
**fits** [3] - 1135:6, 1145:16
**FITZGERALD** [1] - 1079:3
**flag** [1] - 1124:13
**flat** [82] - 1089:3, 1089:5, 1089:13, 1089:14, 1089:18, 1090:10, 1091:18, 1092:15, 1092:22, 1101:2, 1101:10, 1111:5, 1112:19, 1114:13, 1116:8, 1116:9, 1133:11, 1153:3, 1156:23, 1156:24, 1156:25, 1157:1, 1157:2, 1157:4, 1157:7, 1157:16, 1176:9, 1176:10, 1176:14, 1176:19, 1176:23, 1177:6, 1178:9, 1178:10, 1178:12, 1178:15, 1192:12, 1192:15, 1192:16, 1194:6, 1194:7, 1194:8, 1194:10, 1194:12, 1195:1, 1195:17, 1195:18, 1195:24, 1195:25, 1196:4, 1196:11, 1196:25, 1197:19, 1198:7, 1198:14, 1198:24, 1199:5, 1199:8, 1199:10, 1199:11, 1199:14, 1199:16, 1199:22, 1199:24, 1200:1, 1200:5, 1200:6, 1200:12
**Floor** [1] - 1080:15
**flute** [2] - 1173:2, 1173:6
**focus** [3] - 1110:8, 1122:15, 1240:16
**followed** [6] - 1173:2, 1190:25, 1191:4,

1191:10, 1215:16, 1215:22
**following** [3] - 1168:17, 1222:3, 1252:19
**follows** [1] - 1210:4
**fonder** [1] - 1109:16
**Ford** [1] - 1081:7
**foregoing** [1] - 1276:9
**Forensic** [1] - 1180:16
**forensic** [4] - 1161:20, 1161:24, 1184:18, 1185:14
**forget** [1] - 1154:8
**forgets** [1] - 1103:6
**forgot** [1] - 1185:23
**form** [5] - 1095:11, 1095:14, 1121:4, 1222:16, 1223:10
**form/structure** [1] - 1206:14
**formal** [3] - 1084:21, 1095:16, 1100:13
**formally** [1] - 1138:24
**formatting** [1] - 1189:16
**forth** [3] - 1223:19, 1269:22, 1270:2
**forward** [1] - 1220:22
**foundation** [2] - 1259:16, 1261:9
**four** [24] - 1083:14, 1089:19, 1104:4, 1107:9, 1141:14, 1141:21, 1143:20, 1143:24, 1144:19, 1145:9, 1146:7, 1157:23, 1163:23, 1177:8, 1177:18, 1192:11, 1197:1, 1198:24, 1206:7, 1206:12, 1207:6, 1231:19, 1259:3, 1259:9
**four-chord** [1] - 1198:24
**four-note** [2] - 1089:19, 1177:8
**four-part** [2] - 1104:4, 1107:9
**fourth** [1] - 1258:8
**frame** [1] - 1126:14
**Free** [1] - 1181:18
**free** [1] - 1182:9
**freestanding** [6] - 1091:14, 1154:8, 1154:10, 1155:3, 1156:8, 1156:10
**fret** [5] - 1196:25, 1197:7, 1197:9, 1198:2
**fretboard** [2] - 1192:1, 1192:3
**Fridays** [1] - 1163:23
**friend** [3] - 1232:16, 1232:18, 1271:1
**friendly** [2] - 1232:14, 1232:17
**friends** [1] - 1232:13
**front** [7] - 1187:24, 1192:21, 1195:22, 1208:8, 1212:22, 1271:12, 1273:9
**FROST** [1] - 1080:7
**Frost** [1] - 1080:7
**frustrated** [1] - 1272:25
**fuck** [1] - 1230:10
**full** [9] - 1085:22, 1086:1, 1086:4, 1086:6, 1109:4, 1146:25, 1150:5, 1150:7, 1150:19
**fully** [3] - 1085:8, 1104:25, 1138:18
**function** [5] - 1086:13, 1112:22, 1114:24, 1152:19, 1153:10
**functional** [1] - 1099:15
**fundamental** [1] - 1143:4
**fundamentally** [2] - 1126:7, 1172:16
**funk** [1] - 1174:8
**funny** [1] - 1230:24

## G

**Gaga** [1] - 1248:10
**game** [1] - 1127:3
**Gate** [1] - 1204:19
**general** [1] - 1122:7
**generalized** [2] - 1128:7
**generally** [3] - 1106:1, 1128:20, 1184:3
**generation** [1] - 1184:25
**genre** [12] - 1082:3, 1082:23, 1082:25, 1092:19, 1097:5, 1098:18, 1098:22, 1108:6, 1108:7, 1151:15, 1174:9, 1174:17
**genres** [3] - 1089:21, 1098:20, 1183:21
**gentlemen** [6] - 1084:5, 1139:4, 1181:23, 1259:19, 1261:11, 1275:3
**ghost** [3] - 1096:24, 1097:2, 1127:9
**given** [3] - 1138:15, 1223:15
**glasses** [2] - 1246:23, 1246:24
**Glenn** [1] - 1201:14
**global** [3] - 1083:1, 1137:5, 1137:6
**go..** [1] - 1094:9
**goal** [1] - 1171:16
**Golden** [1] - 1204:19
**Gonna** [1] - 1220:23
**gonna** [3] - 1224:12, 1232:5, 1260:15
**Google** [1] - 1185:9
**gotcha** [1] - 1254:17
**grabbed** [1] - 1251:23
**grabs** [4] - 1179:3, 1179:9, 1189:18, 1189:21
**grading** [1] - 1085:13
**Grand** [1] - 1080:15
**granting** [1] - 1182:4
**grasp** [1] - 1253:11
**gray** [5] - 1249:25, 1250:1, 1252:13, 1252:14, 1255:18
**great** [40] - 1082:19, 1083:4, 1083:13, 1085:17, 1086:3, 1087:4, 1088:7, 1088:15, 1091:6, 1092:25, 1096:5, 1099:20, 1100:15, 1104:8, 1111:8, 1116:23, 1127:2, 1128:5, 1128:13, 1135:11, 1137:15, 1147:23, 1158:14, 1159:11, 1159:16, 1159:18, 1159:22, 1167:20, 1168:24, 1168:25, 1169:11, 1169:15, 1169:18, 1169:20, 1169:22, 1170:2, 1222:24, 1232:12, 1237:14
**greater** [1] - 1115:11
**green** [1] - 1157:20
**Gregorian** [1] - 1147:9
**Greiss** [13] - 1084:18, 1087:17, 1140:19, 1226:11, 1226:13, 1226:14, 1226:17, 1226:18, 1265:7, 1265:20, 1266:2, 1266:10, 1266:16
**Greiss's** [3] - 1088:8, 1088:9, 1088:10
**grid** [1] - 1101:21
**groove** [4] - 1103:17, 1103:19, 1104:6, 1107:11
**groovy** [1] - 1100:4
**ground** [2] - 1125:18, 1125:20
**grounding** [1] - 1124:21
**GROUP** [1] - 1080:4
**grow** [1] - 1109:16
**guess** [5] - 1096:6, 1211:22, 1218:13, 1219:13, 1254:11
**guessing** [1] - 1254:8
**guided** [1] - 1169:3
**guitar** [89] - 1082:11, 1082:12, 1082:21, 1085:23, 1088:23, 1088:25, 1091:16, 1093:8, 1093:13, 1094:13, 1096:14, 1100:16, 1102:17, 1104:25, 1106:8, 1107:15, 1108:2, 1108:4, 1108:9, 1108:21, 1108:24, 1110:24, 1111:4, 1112:14, 1112:18, 1118:23, 1119:17, 1122:6, 1122:8, 1135:2, 1135:24, 1135:25, 1140:23, 1143:7, 1152:9, 1152:18, 1152:21, 1153:17, 1155:6, 1155:9, 1155:10, 1155:13, 1155:19, 1155:23, 1155:25, 1156:11, 1156:14, 1167:21, 1173:12, 1190:24, 1191:20, 1191:21, 1191:25, 1192:3, 1192:4, 1194:1, 1196:13, 1196:17, 1196:25, 1197:2, 1197:4, 1197:12, 1198:3, 1198:8, 1198:11, 1200:21, 1200:24, 1223:3, 1223:4, 1223:7, 1225:9, 1225:12, 1225:19, 1225:22, 1225:25, 1226:5, 1226:22, 1252:1
**guitarist** [2] - 1197:15, 1274:19
**guitars** [12] - 1083:2, 1083:3, 1087:25, 1092:18, 1104:14, 1191:16, 1196:18, 1200:22, 1204:14, 1204:15, 1225:18, 1226:12
**guy** [2] - 1147:10, 1255:13
**guys** [4] - 1224:13, 1226:24, 1246:10, 1247:4

## H

**H-i-n-d-l-i-n** [1] - 1210:13
**Haha** [1] - 1230:22
**haha'ing** [1] - 1231:1
**half** [5] - 1113:25, 1114:3, 1115:7, 1115:14, 1139:21
**halves** [1] - 1113:23
**HAMPTON** [2] - 1080:13, 1080:16
**hand** [4] - 1097:4, 1161:2, 1209:25, 1213:3
**handedly** [1] - 1115:15
**handled** [2] - 1145:24, 1269:4
**handling** [2] - 1153:19, 1164:2
**Happy** [3] - 1172:14, 1172:16, 1173:5
**happy** [3] - 1177:7, 1188:3, 1217:1
**hard** [4] - 1174:8, 1230:2, 1248:3, 1248:7
**hard-rock** [1] - 1174:8
**hard-working** [2] - 1248:3, 1248:7
**harmed** [1] - 1161:4
**harmonic** [10] - 1111:6, 1117:11, 1136:19, 1147:12, 1150:22, 1152:25, 1153:8, 1153:19, 1158:15, 1175:2
**harmonizing** [1] - 1117:23
**harmony** [6] - 1128:24, 1168:18, 1176:2, 1177:10, 1186:16, 1206:15
**Harmony** [2] - 1186:13, 1186:23
**harp** [1] - 1173:3

**head** [3] - 1150:25, 1188:18, 1201:21
**heading** [2] - 1171:22, 1186:9
**headphones** [2] - 1121:16, 1152:20
**hear** [45] - 1086:22, 1090:7, 1091:11, 1091:13, 1091:15, 1094:19, 1106:20, 1108:9, 1109:1, 1109:5, 1109:19, 1110:6, 1110:8, 1119:2, 1119:6, 1119:7, 1119:9, 1129:4, 1148:6, 1150:23, 1152:8, 1152:15, 1152:19, 1152:20, 1152:21, 1154:25, 1179:14, 1179:17, 1179:25, 1180:3, 1187:12, 1189:22, 1196:6, 1196:8, 1196:11, 1196:20, 1197:17, 1199:15, 1200:18, 1222:25, 1223:3, 1223:6, 1252:1
**heard** [26] - 1085:21, 1087:19, 1087:21, 1092:1, 1108:15, 1110:14, 1125:7, 1148:7, 1148:16, 1150:5, 1150:6, 1150:14, 1150:16, 1152:2, 1152:4, 1180:7, 1196:3, 1201:25, 1203:3, 1224:2, 1230:13, 1251:21, 1252:3, 1263:9, 1263:13, 1264:19
**hearing** [2] - 1144:7, 1154:23
**hears** [2] - 1180:4, 1180:5
**heart** [1] - 1109:16
**heavy** [2] - 1176:2, 1238:1
**help** [1] - 1108:9
**helpful** [9] - 1109:1, 1111:9, 1119:2, 1119:9, 1123:8, 1123:10, 1123:11, 1216:12
**helps** [1] - 1113:2
**high** [6] - 1082:7, 1093:10, 1105:5, 1135:21, 1135:23, 1138:5
**higher** [2] - 1104:17, 1105:21
**highest** [1] - 1197:9
**highly** [1] - 1122:4
**himself** [3] - 1115:9, 1133:18, 1227:10
**HINDLIN** [2] - 1210:2, 1276:23
**Hindlin** [31] - 1139:15, 1139:24, 1209:23, 1210:12, 1210:18, 1216:7, 1217:2, 1231:16, 1233:4, 1235:12, 1236:18, 1237:9, 1237:11, 1240:5, 1240:10, 1240:19, 1244:12, 1245:10, 1246:25, 1258:23, 1259:19, 1261:7, 1261:12, 1262:1, 1265:15, 1265:25, 1266:8, 1266:21, 1273:16, 1273:25, 1274:22
**historical** [1] - 1124:21
**history** [10] - 1147:11, 1151:18, 1152:10, 1156:4, 1247:3, 1257:3, 1261:15, 1262:20, 1274:4, 1274:14
**Hit** [3] - 1217:18, 1219:8, 1244:7
**hit** [8] - 1087:12, 1149:13, 1151:17, 1197:6, 1227:22, 1256:12, 1262:21, 1271:24
**hits** [1] - 1157:15
**hitters** [1] - 1176:2
**hitting** [2] - 1138:10, 1138:11
**Hogarth** [2] - 1140:19, 1221:11
**hold** [3] - 1173:10, 1179:6, 1259:7
**Holding** [1] - 1168:5
**holds** [5] - 1122:22, 1168:21, 1169:14, 1170:7, 1175:8
**home** [1] - 1222:13
**honest** [3] - 1126:1, 1128:4, 1164:16
**Honor** [38] - 1081:1, 1081:24, 1084:1, 1084:9, 1093:22, 1133:2, 1137:11, 1138:25, 1140:7, 1149:2, 1149:15, 1149:23, 1160:7, 1160:19, 1161:10, 1166:11, 1168:8, 1168:13, 1181:15, 1183:17, 1192:25, 1193:3, 1206:5, 1207:24, 1209:21, 1213:18, 1214:6, 1230:12, 1235:13, 1235:17, 1236:20, 1246:12, 1246:21, 1259:24, 1273:10, 1273:20, 1275:14, 1276:1
**HONORABLE** [1] - 1079:3
**hood** [1] - 1227:13
**hook** [2] - 1113:19, 1159:24
**hooks** [1] - 1181:1
**hope** [3] - 1161:4, 1227:22, 1229:12
**hoping** [3] - 1139:17, 1227:24, 1228:1
**hopping** [1] - 1098:7
**horn** [1] - 1215:25
**horns** [6] - 1082:16, 1082:18, 1110:20, 1202:18, 1203:4
**Hound** [2] - 1201:25, 1204:8
**hour** [3] - 1139:21, 1139:22, 1272:3
**hours** [5] - 1243:10, 1270:19, 1270:23, 1270:24, 1270:25
**hours'** [1] - 1270:21
**hubris** [1] - 1147:20
**huge** [1] - 1260:15
**hum** [13] - 1127:11, 1212:24, 1213:10, 1220:15, 1224:19, 1228:11, 1229:10, 1236:2, 1255:6, 1256:10, 1256:22, 1268:11, 1274:17
**human** [3] - 1101:24, 1101:25
**hundred** [4] - 1177:20, 1178:2, 1252:23, 1252:24
**hung** [1] - 1232:18
**hurried** [1] - 1237:9
**hypothetical** [3] - 1176:21, 1177:13, 1270:10

**I**

**idea** [11] - 1098:3, 1104:12, 1105:15, 1121:10, 1124:21, 1170:15, 1185:8, 1204:24, 1248:12, 1255:24, 1256:6
**ideas** [1] - 1132:18
**identical** [1] - 1194:19
**identifiable** [1] - 1097:10
**identification** [8] - 1094:3, 1160:8, 1160:13, 1181:15, 1181:21, 1183:18, 1193:4, 1193:13
**identified** [5] - 1111:25, 1121:18, 1163:4, 1164:12, 1188:25
**identifies** [2] - 1163:15, 1206:7
**identify** [9] - 1082:8, 1088:24, 1114:9, 1120:21, 1133:18, 1194:14, 1218:25, 1224:17, 1239:15
**identifying** [1] - 1115:21
**identity** [2] - 1112:15, 1112:16
**idiomatic** [1] - 1200:10
**illustrate** [1] - 1143:23
**illustrative** [2] - 1084:13, 1084:22
**imagine** [1] - 1221:4
**imbalance** [1] - 1197:24
**imbues** [1] - 1103:24
**impact** [4] - 1088:9, 1099:22, 1136:24, 1137:1
**impart** [1] - 1201:18
**imparted** [1] - 1200:24
**imparting** [1] - 1165:13
**impeachment** [3] - 1149:18, 1161:14, 1202:13
**implication** [2] - 1090:7, 1190:10
**implications** [4] - 1118:14, 1136:22, 1153:8, 1177:8
**implied** [8] - 1177:9, 1267:9, 1267:13, 1268:4, 1268:16, 1269:11, 1269:18, 1274:1
**implies** [1] - 1153:2
**imply** [2] - 1098:22, 1150:22
**implying** [1] - 1112:17
**important** [28] - 1085:10, 1085:16, 1095:11, 1095:13, 1112:4, 1116:3, 1122:15, 1124:13, 1127:1, 1127:6, 1127:21, 1133:16, 1133:20, 1145:15, 1151:1, 1167:17, 1172:13, 1174:24, 1175:2, 1189:23, 1191:12, 1195:3, 1195:5, 1226:1, 1248:16, 1272:16, 1272:17, 1272:18
**impressions** [1] - 1120:6
**inartful** [1] - 1242:19
**incarnation** [1] - 1124:16
**include** [9] - 1089:21, 1142:14, 1145:6, 1145:11, 1153:13, 1162:2, 1187:13, 1233:21
**including** [4] - 1116:21, 1125:14, 1184:19, 1223:8
**incomplete** [10] - 1086:23, 1109:19, 1134:20, 1134:21, 1148:17, 1149:24, 1154:6, 1154:18, 1207:13, 1270:10
**indeed** [2] - 1211:10, 1238:8
**independent** [1] - 1212:6
**index** [1] - 1109:9
**indicate** [1] - 1194:12
**indicates** [1] - 1256:14
**indicating** [1] - 1152:11
**indicators** [1] - 1112:24
**indispensable** [2] - 1107:25, 1113:12
**individual** [3] - 1143:17, 1144:11, 1191:16
**individually** [1] - 1206:15
**industry** [5] - 1095:12, 1130:23, 1227:8, 1263:11, 1272:16
**infer** [1] - 1190:21
**information** [9] -

1134:13, 1134:20, 1137:16, 1138:18, 1152:25, 1153:19, 1158:15, 1186:8, 1189:17
**infringed** [1] - 1185:16
**infringement** [3] - 1185:20, 1185:21, 1228:24
**inherently** [1] - 1234:21
**initial** [13] - 1165:25, 1166:2, 1193:4, 1193:15, 1195:13, 1205:8, 1243:6, 1243:8, 1243:11, 1243:16, 1244:16, 1246:8
**input** [3] - 1234:25, 1251:3, 1251:7
**inspiration** [1] - 1159:23
**instance** [3] - 1164:11, 1178:2, 1271:21
**Instantly** [1] - 1181:18
**instead** [21] - 1089:23, 1089:24, 1091:2, 1092:12, 1094:23, 1097:23, 1104:3, 1107:8, 1108:1, 1110:23, 1111:5, 1112:20, 1114:13, 1115:9, 1117:25, 1126:12, 1136:20, 1173:13, 1178:8, 1192:16, 1209:23
**instruct** [1] - 1137:19
**instruction** [2] - 1130:21, 1138:14
**instructions** [2] - 1134:23, 1208:16
**instructor** [3] - 1165:17, 1166:25, 1167:1
**Instructor** [2] - 1166:21, 1167:5
**instrument** [11] - 1109:7, 1110:25, 1167:21, 1167:23, 1170:1, 1170:6, 1197:2, 1200:22, 1201:2, 1202:23
**instrumental** [9] - 1085:22, 1087:25, 1091:14, 1115:21, 1155:4, 1156:5, 1215:20, 1252:3
**instrumentalists** [1] - 1132:18
**instrumentation** [4] - 1172:21, 1173:20, 1175:25, 1222:25
**instruments** [17] - 1082:11, 1088:21, 1100:21, 1101:24, 1106:7, 1118:20, 1118:21, 1135:24, 1136:2, 1136:3, 1173:1, 1173:18, 1173:24, 1191:24, 1225:21, 1225:24, 1226:2
**integrated** [1] - 1119:18
**integration** [1] - 1119:16
**intend** [1] - 1263:16
**intended** [2] - 1263:19, 1263:25
**intending** [1] - 1139:24
**intensive** [1] - 1164:9
**intent** [4] - 1241:19, 1267:23, 1268:3, 1268:12
**intention** [3] - 1262:25, 1266:14, 1269:10
**intentional** [2] - 1099:4, 1114:15
**intents** [1] - 1110:17
**interacted** [2] - 1140:22, 1140:25
**interaction** [1] - 1261:15
**interest** [2] - 1213:19, 1226:14
**interesting** [11] - 1089:1, 1101:15, 1101:25, 1107:18, 1109:4, 1115:5, 1116:9, 1131:25, 1132:1, 1167:12, 1190:6
**internal** [1] - 1172:13
**interpolation** [1] - 1082:17
**interpret** [5] - 1178:18, 1200:1, 1200:3, 1200:8, 1217:12
**interpreted** [2] - 1217:13, 1219:15
**interrupt** [1] - 1246:4
**interrupted** [1] - 1140:4
**interrupting** [1] - 1127:8
**intro** [24] - 1084:22, 1088:17, 1088:19, 1088:22, 1088:23, 1088:24, 1089:1, 1091:9, 1092:1, 1092:5, 1092:6, 1092:17, 1092:22, 1092:23, 1093:2, 1100:6, 1118:21, 1121:4, 1136:1, 1188:20, 1196:6, 1196:8, 1244:17
**introduction** [1] - 1188:8
**inversion** [2] - 1178:9, 1178:14
**inversions** [1] - 1194:24
**inverted** [3] - 1178:18, 1178:21, 1178:24
**investigate** [3] - 1139:7, 1209:1, 1275:5
**invite** [1] - 1236:22
**invited** [1] - 1269:20
**invoice** [2] - 1262:4, 1262:7
**involve** [2] - 1189:5, 1189:6
**involved** [3] - 1099:19, 1129:20, 1175:18
**involvement** [3] - 1236:13, 1236:15, 1269:25
**involves** [2] - 1128:14, 1128:17
**iPhone** [1] - 1214:2
**irrespective** [2] - 1144:24, 1169:15
**isolated** [6] - 1091:7, 1095:19, 1108:10, 1109:1, 1114:19, 1117:15
**issue** [4] - 1086:12, 1103:3, 1121:5, 1121:20
**issues** [9] - 1123:5, 1125:19, 1126:6, 1135:16, 1175:14, 1184:16, 1185:10, 1185:15
**itself** [3] - 1088:16, 1108:10, 1192:10

## J

**Jackson** [2] - 1175:5, 1175:10
**Jackson's** [2] - 1174:8, 1187:7
**Jacob** [6] - 1139:15, 1209:23, 1210:12, 1261:6, 1265:25, 1266:8
**JACOB** [3] - 1210:2, 1210:12, 1276:23
**Jacoby** [2] - 1081:7, 1081:9
**Janis** [2] - 1149:21, 1150:12
**JASON** [1] - 1079:8
**Jason** [129] - 1095:11, 1107:20, 1140:19, 1141:1, 1142:2, 1145:21, 1151:16, 1167:19, 1208:1, 1212:11, 1213:12, 1214:21, 1216:18, 1216:21, 1218:14, 1219:13, 1221:16, 1222:6, 1223:12, 1227:14, 1228:4, 1228:18, 1229:20, 1231:10, 1232:13, 1232:23, 1233:2, 1233:20, 1234:5, 1234:18, 1236:12, 1237:12, 1237:15, 1237:17, 1237:21, 1237:24, 1238:1, 1238:6, 1238:16, 1238:20, 1238:25, 1239:3, 1239:8, 1239:12, 1239:23, 1239:24, 1240:14, 1240:20, 1240:25, 1241:15, 1242:13, 1242:16, 1242:21, 1242:24, 1243:17, 1243:24, 1244:5, 1244:21, 1246:7, 1246:25, 1247:4, 1247:13, 1248:14, 1249:4, 1249:8, 1249:12, 1250:5, 1250:9, 1250:12, 1251:2, 1251:6, 1251:21, 1252:10, 1252:15, 1252:18, 1252:25, 1253:8, 1253:16, 1254:4, 1255:10, 1256:1, 1256:5, 1256:16, 1256:20, 1256:25, 1257:4, 1257:7, 1257:13, 1257:24, 1258:3, 1258:16, 1258:17, 1258:23, 1259:4, 1259:9, 1260:7, 1260:11, 1260:16, 1261:2, 1261:4, 1261:5, 1261:6, 1261:16, 1261:19, 1261:23, 1262:1, 1262:4, 1262:10, 1262:17, 1262:21, 1263:25, 1265:5, 1266:1, 1266:10, 1266:15, 1267:19, 1267:20, 1267:23, 1268:12, 1269:14, 1269:19, 1270:1, 1272:22, 1274:1, 1274:8, 1274:11, 1274:19
**Jason's** [1] - 1251:23
**Jawsh** [30] - 1142:5, 1142:7, 1145:4, 1145:6, 1145:10, 1145:12, 1145:13, 1145:17, 1145:18, 1145:20, 1146:10, 1158:11, 1159:23, 1215:20, 1217:3, 1223:6, 1223:17, 1224:1, 1224:22, 1226:6, 1226:11, 1227:15, 1228:6, 1229:9, 1266:1, 1266:10, 1266:16
**jazz** [3] - 1089:21, 1099:4, 1177:8
**Jean** [2] - 1187:7, 1187:14
**JKash** [2] - 1209:24, 1257:14
**job** [1] - 1125:25
**jointly** [1] - 1166:12
**Joplin's** [2] - 1149:21, 1150:12
**Joshua** [2] - 1080:14, 1266:11
**JUDGE** [1] - 1079:3
**Judge** [2] - 1140:8, 1246:23
**judging** [1] - 1168:22
**July** [2] - 1212:25, 1263:8
**jumping** [5] - 1098:7, 1098:15, 1117:25, 1136:15, 1190:16
**jumping-around** [1] - 1190:16
**June** [12] - 1231:19, 1231:24, 1231:25, 1240:11, 1258:23, 1259:2, 1259:3, 1260:1, 1260:11, 1260:17, 1260:20, 1261:24
**jurors** [2] - 1139:11, 1145:16

**jury** [32] - 1081:1, 1081:19, 1081:20, 1083:20, 1084:3, 1084:4, 1084:7, 1084:14, 1085:18, 1091:10, 1091:12, 1105:8, 1108:9, 1110:4, 1112:3, 1116:1, 1122:15, 1122:17, 1122:18, 1139:8, 1164:18, 1164:24, 1168:12, 1187:21, 1208:25, 1209:4, 1209:10, 1216:6, 1218:25, 1230:13, 1231:9, 1275:9
**JURY** [1] - 1079:15

## K

**KASHER** [3] - 1210:2, 1210:13, 1276:23
**Kasher** [6] - 1139:15, 1209:23, 1210:12, 1261:7, 1265:25, 1266:8
**Katy** [1] - 1248:9
**keep** [7] - 1090:5, 1173:23, 1182:11, 1195:5, 1229:22, 1234:7, 1257:13
**keeping** [1] - 1173:19
**keeps** [1] - 1199:17
**Kent** [1] - 1080:17
**kept** [1] - 1258:16
**key** [13] - 1133:14, 1134:10, 1170:23, 1172:5, 1172:9, 1172:11, 1172:14, 1172:19, 1175:25, 1198:14, 1199:23, 1199:24, 1200:14
**keyboard** [1] - 1098:5
**keys** [2] - 1172:8, 1175:1
**kick** [1] - 1234:10
**kid** [2] - 1224:1, 1228:5
**kidding** [1] - 1135:14
**kind** [77] - 1083:2, 1085:12, 1085:23, 1086:23, 1088:12, 1089:15, 1089:20, 1090:6, 1090:9, 1090:14, 1090:17, 1091:4, 1091:20, 1092:11, 1095:9, 1097:2, 1097:4, 1097:7, 1097:15, 1097:17, 1097:18, 1097:25, 1098:8, 1098:25, 1100:9, 1100:24, 1101:14, 1101:21, 1102:1, 1102:10, 1103:5, 1107:15, 1112:23, 1114:3, 1114:15, 1116:5, 1117:25, 1121:4, 1121:17, 1125:2, 1127:17, 1128:22, 1128:24, 1134:6, 1135:5, 1137:4, 1137:5, 1138:3, 1138:4, 1138:10, 1141:11, 1143:18, 1147:12, 1151:2, 1151:17, 1153:15, 1153:19, 1155:14, 1164:2, 1171:9, 1175:11, 1176:1, 1180:22, 1184:9, 1200:16, 1244:21, 1247:4, 1248:19, 1252:4, 1255:23, 1256:6, 1256:15, 1260:14, 1264:6, 1274:11, 1274:13
**kinds** [1] - 1186:4
**Kings** [3] - 1082:25, 1108:8, 1137:4
**knowledge** [17] - 1083:8, 1108:16, 1120:13, 1141:1, 1190:4, 1221:11, 1223:21, 1223:24, 1233:22, 1250:25, 1257:3, 1257:13, 1259:12, 1260:8, 1274:14, 1274:15, 1274:18
**known** [5] - 1209:23, 1211:4, 1225:20, 1226:16, 1237:17
**knows** [3] - 1233:16, 1234:5, 1268:24
**Kobalt** [1] - 1212:7

## L

**L101** [1] - 1149:11
**L102** [1] - 1149:20
**L14** [1] - 1165:1
**label** [4] - 1220:12, 1220:22, 1222:1, 1224:1
**labels** [2] - 1105:1, 1122:9
**lack** [1] - 1127:5
**lacking** [4] - 1085:25, 1127:19, 1148:17, 1154:6
**lacks** [1] - 1148:17
**ladies** [6] - 1084:5, 1139:4, 1181:23, 1259:19, 1261:11, 1275:3
**Lady** [1] - 1248:10
**Lake** [1] - 1218:18
**large** [1] - 1123:23
**largely** [11] - 1088:4, 1092:7, 1113:18, 1115:1, 1115:20, 1117:12, 1121:3, 1135:8, 1158:22, 1159:14, 1188:25
**Last** [1] - 1271:21
**last** [9] - 1083:22, 1136:18, 1198:21, 1199:1, 1199:4, 1240:8, 1241:5, 1260:13, 1274:22
**later-in-time** [1] - 1245:12
**laughing** [2] - 1230:9, 1231:2
**law** [2] - 1130:19, 1275:21
**LAW** [1] - 1080:4
**Law** [8] - 1080:4, 1080:5, 1080:7, 1080:8, 1080:8, 1080:14, 1080:14, 1080:17
**Law360** [2] - 1180:19, 1180:21
**lawsuit** [6] - 1236:16, 1263:8, 1264:10, 1272:23, 1273:1, 1273:7
**lawyer** [1] - 1270:1
**lawyers** [2] - 1227:3, 1273:7
**Laxed** [127] - 1082:9, 1082:10, 1082:16, 1086:2, 1089:4, 1089:10, 1089:12, 1091:3, 1092:11, 1092:21, 1092:24, 1093:14, 1094:15, 1095:8, 1096:10, 1096:13, 1096:19, 1097:12, 1097:14, 1098:20, 1099:9, 1099:14, 1100:9, 1101:20, 1107:5, 1107:18, 1108:1, 1108:7, 1109:5, 1109:22, 1110:11, 1110:15, 1110:16, 1110:19, 1110:20, 1111:1, 1111:10, 1111:16, 1111:19, 1113:17, 1113:18, 1113:19, 1113:25, 1114:1, 1114:6, 1115:2, 1115:4, 1115:6, 1115:7, 1115:8, 1115:10, 1115:18, 1115:20, 1116:5, 1116:12, 1117:6, 1117:12, 1117:22, 1117:24, 1118:1, 1118:25, 1119:2, 1119:6, 1119:17, 1119:23, 1120:4, 1121:3, 1136:6, 1136:7, 1136:14, 1142:8, 1142:10, 1142:11, 1144:20, 1144:22, 1144:25, 1145:3, 1145:5, 1145:10, 1145:13, 1146:9, 1146:11, 1156:15, 1156:18, 1156:22, 1157:22, 1157:24, 1158:11, 1158:20, 1158:23, 1159:1, 1159:3, 1159:10, 1159:20, 1159:25, 1176:11, 1176:12, 1188:7, 1188:8, 1188:10, 1188:17, 1188:20, 1188:25, 1189:2, 1192:7, 1194:20, 1195:9, 1198:14, 1200:15, 1206:8, 1206:16, 1215:13, 1215:16, 1215:19, 1218:9, 1220:1, 1241:10, 1241:16, 1242:6, 1242:10, 1242:16, 1242:21
**lay** [2] - 1153:6, 1180:12
**layer** [28] - 1084:25, 1086:16, 1086:17, 1088:5, 1097:8, 1098:14, 1098:17, 1099:18, 1109:20, 1109:21, 1144:20, 1144:23, 1145:9, 1145:18, 1145:20, 1145:21, 1146:23, 1146:24, 1147:12, 1148:10, 1148:18, 1148:21, 1148:22, 1153:14, 1153:15
**layers** [15] - 1086:25, 1088:4, 1088:11, 1088:13, 1128:20, 1141:21, 1143:22, 1144:23, 1145:16, 1145:22, 1145:25, 1146:3, 1146:4
**layman's** [1] - 1090:24
**layperson** [2] - 1090:12, 1136:25
**lead** [2] - 1134:23, 1184:25
**leading** [5] - 1098:12, 1107:23, 1177:9, 1190:18, 1225:15
**leaping** [1] - 1190:11
**learn** [1] - 1167:13
**learning** [1] - 1170:3
**least** [5] - 1150:14, 1152:8, 1219:17, 1225:23, 1262:21
**leave** [2] - 1127:16, 1158:19
**lecture** [1] - 1186:15
**left** [7] - 1121:15, 1158:12, 1158:14, 1158:22, 1209:17, 1244:25, 1245:11
**legal** [1] - 1185:21
**less** [5] - 1142:21, 1203:11, 1258:22, 1260:14
**lessons** [4] - 1169:4, 1183:20, 1184:2, 1186:4
**letter** [1] - 1132:4
**letters** [1] - 1206:12
**level** [8] - 1082:7, 1093:10, 1095:11, 1095:14, 1104:6, 1135:21, 1135:23, 1198:6
**libs** [1] - 1260:13
**licks** [1] - 1191:25
**lifted** [1] - 1159:25
**lifting** [1] - 1238:1
**light** [3] - 1182:8, 1229:15, 1252:4
**lightly** [1] - 1228:24
**likely** [3] - 1182:12, 1256:18, 1256:19
**likewise** [1] - 1167:1
**Limine** [1] - 1182:5
**limit** [1] - 1148:19
**limited** [4] - 1087:20, 1115:24, 1148:14, 1248:8
**line** [40] - 1082:20, 1096:19, 1099:13, 1102:1, 1102:16,

1102:23, 1104:18, 1114:7, 1115:2, 1115:3, 1116:5, 1121:23, 1132:25, 1135:1, 1135:3, 1136:7, 1137:10, 1137:24, 1138:9, 1138:12, 1138:16, 1147:13, 1189:9, 1189:20, 1208:5, 1208:10, 1208:13, 1208:15, 1213:9, 1213:19, 1214:7, 1233:18, 1233:19, 1244:18, 1252:20, 1252:21, 1254:12, 1265:18, 1268:9
**lined** [1] - 1096:14
**lines** [6] - 1102:20, 1104:19, 1155:24, 1157:21, 1214:7, 1232:5
**lineup** [1] - 1135:7
**link** [2] - 1186:12, 1218:1
**list** [11] - 1161:23, 1161:25, 1163:19, 1164:3, 1165:20, 1186:6, 1207:9, 1248:8, 1248:10
**listed** [2] - 1163:9, 1163:25
**listen** [29] - 1085:20, 1086:3, 1086:6, 1091:9, 1091:12, 1095:19, 1108:12, 1109:10, 1110:9, 1111:9, 1114:18, 1114:22, 1123:1, 1149:12, 1149:20, 1150:7, 1150:19, 1152:1, 1196:20, 1197:17, 1202:6, 1203:5, 1203:25, 1204:1, 1204:8, 1204:18, 1215:13, 1275:7
**listened** [10] - 1131:22, 1144:3, 1144:8, 1175:15, 1179:24, 1202:21, 1218:9, 1242:10, 1251:18, 1253:20
**listener** [2] - 1090:14, 1100:13
**listener's** [1] - 1179:9
**listening** [10] - 1085:19, 1091:10, 1105:17, 1110:5, 1111:24, 1119:12, 1146:24, 1179:11, 1189:6
**literally** [4] - 1084:18, 1107:19, 1110:18, 1175:15
**literature** [1] - 1127:25
**live** [2] - 1101:16, 1222:25
**living** [1] - 1210:24
**LLP** [3] - 1080:7, 1080:13, 1080:16
**location** [1] - 1089:5
**locked** [1] - 1101:22
**logical** [1] - 1135:5
**LOL** [4] - 1230:7, 1230:8, 1231:2, 1231:3
**look** [46] - 1083:23, 1086:14, 1093:23, 1105:23, 1105:24, 1112:24, 1140:3, 1141:16, 1148:1, 1153:18, 1160:10, 1160:23, 1161:6, 1161:17, 1161:23, 1162:2, 1162:6, 1163:20, 1165:8, 1165:15, 1166:16, 1166:19, 1168:11, 1168:15, 1169:8, 1172:21, 1179:2, 1180:14, 1184:5, 1186:21, 1192:22, 1192:24, 1193:14, 1193:23, 1205:12, 1205:14, 1205:17, 1214:4, 1216:4, 1216:8, 1224:5, 1225:3, 1233:17, 1245:4, 1268:6
**looked** [8] - 1084:10, 1084:15, 1085:3, 1086:16, 1094:6, 1123:3, 1184:16, 1185:23
**looking** [8] - 1124:4, 1124:15, 1131:17, 1140:2, 1177:17, 1208:17, 1211:23, 1254:10
**looks** [5] - 1220:11, 1228:8, 1243:18, 1245:20, 1258:10
**loop** [7] - 1177:13, 1198:24, 1199:18, 1200:14, 1257:16, 1258:12, 1258:14
**looped** [1] - 1157:25
**looping** [2] - 1103:8, 1103:17
**loops** [1] - 1082:13
**Los** [5] - 1079:18, 1079:23, 1080:9, 1080:15, 1080:18
**loss** [1] - 1229:11
**lost** [1] - 1268:1
**loud** [5] - 1142:21, 1230:9, 1231:1, 1231:3, 1260:14
**louder** [2] - 1085:14, 1143:17
**Love** [93] - 1082:8, 1085:5, 1085:9, 1086:1, 1094:18, 1096:21, 1107:25, 1109:22, 1110:7, 1119:8, 1119:10, 1133:11, 1135:24, 1140:20, 1145:3, 1146:9, 1179:6, 1179:14, 1189:19, 1189:25, 1190:3, 1190:5, 1191:2, 1192:6, 1198:14, 1200:15, 1206:8, 1206:16, 1208:6, 1212:19, 1214:22, 1215:3, 1216:19, 1217:17, 1219:1, 1222:19, 1224:22, 1226:15, 1229:14, 1230:2, 1231:10, 1232:2, 1233:22, 1234:16, 1237:20, 1238:6, 1238:20, 1239:3, 1239:13, 1239:19, 1239:23, 1243:20, 1248:13, 1249:1, 1249:5, 1249:8, 1249:12, 1250:17, 1254:20, 1255:1, 1255:3, 1256:21, 1257:1, 1257:10, 1258:6, 1258:8, 1258:17, 1258:24, 1259:9, 1259:25, 1261:23, 1262:2, 1262:5, 1262:11, 1262:13, 1263:3, 1263:6, 1263:16, 1263:23, 1264:1, 1264:4, 1264:12, 1266:1, 1266:10, 1266:15, 1267:25, 1268:14, 1269:12, 1269:21, 1270:1, 1270:19, 1274:16
**love** [2] - 1227:5, 1248:21
**low** [4] - 1104:21, 1122:3, 1138:2, 1138:5
**lower** [1] - 1161:2
**lucky** [1] - 1248:11
**Lustig** [29] - 1081:22, 1082:2, 1083:4, 1085:17, 1086:11, 1092:25, 1100:23, 1119:6, 1124:4, 1128:5, 1130:24, 1133:7, 1139:10, 1140:11, 1140:15, 1155:18, 1164:18, 1165:9, 1181:18, 1182:5, 1183:9, 1183:19, 1193:5, 1193:14, 1193:18, 1202:16, 1206:4, 1209:13, 1209:22
**Lustig's** [3] - 1130:19, 1140:4, 1160:9
**lyric** [3] - 1247:10, 1249:2, 1252:21
**lyricist** [4] - 1211:4, 1248:4, 1248:15, 1260:24
**lyrics** [82] - 1155:5, 1159:15, 1159:17, 1159:19, 1179:7, 1190:3, 1206:15, 1211:2, 1211:8, 1215:6, 1215:9, 1215:17, 1215:22, 1216:1, 1218:6, 1218:15, 1218:17, 1219:1, 1219:18, 1219:21, 1220:10, 1220:13, 1221:4, 1222:4, 1222:6, 1222:9, 1233:5, 1233:6, 1233:21, 1234:16, 1234:20, 1234:24, 1234:25, 1235:5, 1235:8, 1241:15, 1242:11, 1242:25, 1243:3, 1243:6, 1243:8, 1243:12, 1243:16, 1243:19, 1243:23, 1244:4, 1244:7, 1244:13, 1244:16, 1245:1, 1245:2, 1245:3, 1245:24, 1245:25, 1246:8, 1247:5, 1247:6, 1249:1, 1249:4, 1249:7, 1249:9, 1249:12, 1249:16, 1250:5, 1250:8, 1252:25, 1253:5, 1260:5, 1260:7, 1260:19, 1262:2, 1263:22, 1269:25, 1270:4, 1270:8, 1270:14, 1270:15, 1270:16, 1270:19, 1271:4, 1271:6, 1272:11

## M

**mail** [1] - 1268:25
**mails** [1] - 1275:22
**main** [10] - 1088:6, 1092:20, 1094:25, 1098:21, 1107:16, 1107:17, 1120:24, 1174:21, 1189:21
**major** [57] - 1089:3, 1089:13, 1089:14, 1089:18, 1089:23, 1090:10, 1090:15, 1090:19, 1091:18, 1092:15, 1098:4, 1111:5, 1112:19, 1114:13, 1132:5, 1157:2, 1157:7, 1172:15, 1172:18, 1176:9, 1176:10, 1176:14, 1176:20, 1176:24, 1177:6, 1178:15, 1192:12, 1194:6, 1194:7, 1194:8, 1194:10, 1194:12, 1195:1, 1195:25, 1198:7, 1198:14, 1198:25, 1199:14, 1199:16, 1199:22, 1200:1, 1200:3, 1200:5, 1200:6, 1200:12, 1200:18
**majority** [13] - 1102:23, 1124:2, 1125:3, 1147:24, 1148:2, 1148:24, 1148:25, 1149:8, 1153:24, 1157:1, 1157:3, 1192:13, 1192:18
**majors** [5] - 1156:23, 1156:24, 1156:25, 1157:1
**management** [1] - 1235:23
**manager** [1] - 1272:13
**marching** [4] - 1099:15, 1138:3, 1147:8, 1151:7

**Mariah** [1] - 1180:17
**mark** [6] - 1095:16, 1160:7, 1181:14, 1181:20, 1183:17, 1193:3
**marked** [3] - 1166:7, 1193:12, 1205:8
**markedly** [1] - 1099:8
**marketplace** [1] - 1185:12
**markings** [1] - 1082:3
**master** [2] - 1168:16, 1259:8
**mastered** [3] - 1085:9, 1143:2, 1143:3
**mastering** [10] - 1085:7, 1085:10, 1085:12, 1142:19, 1143:1, 1143:9, 1143:15, 1143:16, 1143:18
**material** [10] - 1082:8, 1082:9, 1082:10, 1125:12, 1125:13, 1159:20, 1160:24, 1161:19, 1199:25, 1200:17
**materials** [1] - 1184:16
**Matt** [2] - 1141:23, 1142:2
**matter** [13] - 1081:11, 1101:12, 1118:3, 1118:5, 1118:7, 1122:12, 1125:16, 1125:17, 1170:1, 1180:9, 1213:1, 1271:17, 1276:10
**matters** [3] - 1118:9, 1118:11, 1140:17
**Matthew** [12] - 1140:18, 1222:13, 1223:7, 1223:11, 1236:12, 1263:9, 1263:14, 1263:22, 1264:1, 1264:4, 1264:10, 1274:20
**MATTHEW** [1] - 1079:5
**Matty** [13] - 1085:21, 1087:22, 1087:23, 1091:7, 1107:20, 1113:24, 1141:20, 1145:21, 1146:2, 1146:4, 1146:6, 1147:1, 1148:16
**Matty's** [2] - 1087:21, 1114:4
**mean** [42] - 1081:14, 1105:24, 1122:17, 1123:24, 1129:8, 1142:22, 1147:7, 1152:19, 1156:13, 1158:11, 1163:20, 1164:14, 1169:2, 1170:13, 1170:21, 1171:2, 1175:11, 1175:13, 1176:1, 1211:22, 1213:25, 1219:11, 1221:7, 1223:2, 1223:22, 1229:22, 1230:25, 1234:2, 1235:20, 1241:14, 1251:18, 1252:22, 1253:7, 1253:10, 1253:12, 1254:15, 1256:8, 1267:15, 1268:19, 1269:18, 1270:23
**meaning** [2] - 1141:6, 1215:19
**meaningful** [1] - 1129:25
**means** [7] - 1170:15, 1172:9, 1190:25, 1238:11, 1238:14, 1259:7, 1264:8
**meant** [10] - 1087:15, 1128:8, 1134:5, 1158:18, 1170:12, 1219:16, 1253:4, 1253:11, 1254:13, 1260:14
**meantime** [1] - 1227:3
**mechanism** [1] - 1214:12
**Meghan** [1] - 1239:4
**melodic** [8] - 1118:14, 1136:22, 1174:20, 1190:7, 1190:9, 1190:10, 1190:21, 1190:23
**Melodies** [1] - 1181:19
**melodies** [7] - 1159:8, 1188:22, 1188:23, 1190:5, 1190:22, 1190:25, 1191:23
**melody** [45] - 1098:16, 1114:9, 1115:19, 1128:21, 1128:24, 1134:10, 1135:5, 1144:24, 1147:10, 1148:3, 1150:21, 1153:2, 1153:18, 1159:9, 1168:18, 1172:7, 1172:8, 1172:13, 1173:7, 1179:3, 1179:4, 1179:7, 1179:12, 1185:4, 1188:6, 1188:11, 1188:16, 1188:19, 1189:4, 1189:19, 1190:23, 1191:3, 1191:14, 1191:19, 1206:15, 1215:16, 1215:18, 1219:14, 1219:19, 1219:20, 1219:23, 1219:24, 1220:1
**Melodyne** [1] - 1101:6
**members** [2] - 1081:20, 1208:25
**memorable** [1] - 1113:2
**memory** [4] - 1094:21, 1145:8, 1213:15, 1265:7
**mention** [3] - 1136:18, 1188:24, 1222:16
**mentioned** [15] - 1101:13, 1101:14, 1102:3, 1103:4, 1105:7, 1109:3, 1110:23, 1116:10, 1120:10, 1123:2, 1127:10, 1156:21, 1158:3, 1164:5, 1265:5
**mentions** [3] - 1101:8, 1131:21, 1132:19
**Mercedes** [1] - 1149:21
**mere** [2] - 1122:9, 1122:12
**message** [14] - 1212:15, 1216:17, 1240:20, 1251:1, 1252:9, 1253:16, 1254:23, 1255:17, 1256:14, 1256:16, 1259:4, 1260:17, 1270:7, 1271:10
**messages** [6] - 1216:18, 1222:21, 1224:5, 1240:13, 1252:7, 1261:22
**messing** [1] - 1223:12
**messy** [1] - 1153:16
**Meters** [1] - 1203:6
**method** [1] - 1101:9
**methodologies** [4] - 1206:7, 1207:6, 1207:7, 1207:21
**methodology** [6] - 1126:6, 1126:8, 1126:16, 1127:20, 1206:13, 1207:10
**metric** [1] - 1232:11
**Mexico** [5] - 1128:11, 1128:12, 1162:9, 1163:13
**MICHAEL** [1] - 1079:3
**Michael** [4] - 1174:8, 1175:5, 1175:10, 1187:7
**middle** [2] - 1146:15, 1230:1
**MIDI** [1] - 1082:17
**might** [10] - 1141:2, 1154:2, 1172:22, 1208:18, 1209:17, 1219:15, 1253:18, 1265:14, 1275:8
**Mike** [8] - 1227:3, 1227:4, 1227:6, 1227:7, 1227:8, 1227:9, 1227:15, 1228:3
**Miller's** [1] - 1201:14
**million** [3] - 1234:6, 1238:11, 1256:9
**mind** [15] - 1090:15, 1091:17, 1105:10, 1170:2, 1170:6, 1173:19, 1188:1, 1195:5, 1219:20, 1224:8, 1224:9, 1236:20, 1259:20, 1261:13, 1267:16
**mindful** [1] - 1120:22
**mine** [1] - 1210:7
**minimum** [3] - 1086:19, 1146:22, 1148:4
**minor** [29] - 1089:13, 1153:3, 1176:9, 1176:14, 1176:22, 1177:1, 1177:7, 1177:15, 1178:8, 1178:11, 1178:14, 1194:4, 1195:1, 1198:16, 1198:17, 1198:19, 1198:21, 1198:25, 1199:5, 1199:14, 1199:17, 1199:21, 1199:22, 1199:25, 1200:3, 1200:19, 1215:11
**minors** [2] - 1156:23, 1156:25
**minutes** [7] - 1084:24, 1086:4, 1125:7, 1140:1, 1206:5, 1271:18, 1273:15
**missing** [4] - 1109:17, 1144:19, 1154:20, 1204:25
**misspoke** [2] - 1160:15, 1275:15
**mistake** [5] - 1124:9, 1168:13, 1196:12, 1197:13, 1198:12
**mistakenly** [1] - 1198:1
**mistakes** [1] - 1125:22
**mix** [7] - 1087:21, 1087:22, 1087:23, 1142:24, 1143:13, 1146:10, 1259:7
**Mix** [1] - 1258:24
**mixed** [6] - 1085:8, 1117:21, 1119:21, 1136:5, 1143:3, 1143:14
**mixer** [1] - 1259:6
**mixing** [2] - 1143:10, 1144:15
**model** [2] - 1125:5, 1177:19
**modeled** [2] - 1117:12, 1136:7
**models** [1] - 1105:4
**modern** [1] - 1152:2
**modification** [8] - 1176:15, 1177:4, 1177:16, 1177:24, 1177:25, 1178:1, 1178:4, 1198:3
**modular** [1] - 1103:16
**modularly** [1] - 1103:10
**moment** [6] - 1086:8, 1128:6, 1196:16, 1200:21, 1207:24, 1275:10
**Mondays** [1] - 1163:20
**money** [1] - 1262:11
**months** [1] - 1240:13
**Morgan** [1] - 1271:21
**morning** [4] - 1081:20, 1082:2, 1140:15, 1140:16
**most** [20] - 1090:1, 1090:18, 1105:12, 1112:24, 1115:25, 1119:9, 1136:25, 1153:16, 1153:17, 1153:21, 1158:15, 1163:8, 1163:25, 1174:24, 1179:12, 1189:22, 1225:23, 1226:1, 1256:18, 1256:19
**mostly** [1] - 1178:6
**motion** [1] - 1200:13
**Motion** [1] - 1182:5
**motions** [1] - 1150:22
**move** [16] - 1083:24, 1088:16, 1093:4, 1098:6, 1100:4,

1105:10, 1106:2, 1116:25, 1120:7, 1127:14, 1131:1, 1139:18, 1160:1, 1160:10, 1161:10
**moving** [9] - 1097:13, 1097:14, 1097:17, 1098:23, 1116:11, 1116:16, 1118:1, 1136:14, 1237:5
**Mozart** [1] - 1156:6
**MR** [169] - 1081:1, 1081:5, 1081:13, 1081:16, 1081:24, 1082:1, 1083:5, 1083:22, 1084:1, 1084:9, 1086:7, 1087:11, 1093:20, 1093:22, 1093:25, 1094:4, 1094:8, 1094:11, 1095:23, 1096:1, 1096:15, 1100:22, 1102:15, 1104:9, 1106:24, 1107:1, 1108:19, 1109:8, 1109:25, 1111:12, 1114:17, 1114:22, 1117:14, 1119:5, 1129:16, 1129:22, 1131:2, 1135:12, 1137:8, 1138:22, 1139:3, 1139:14, 1139:21, 1139:25, 1140:7, 1140:8, 1140:14, 1141:16, 1142:1, 1149:2, 1149:5, 1149:10, 1149:15, 1149:20, 1149:23, 1153:25, 1154:21, 1155:16, 1158:17, 1160:2, 1160:7, 1160:14, 1160:17, 1160:19, 1161:10, 1161:16, 1165:1, 1166:11, 1166:15, 1167:18, 1168:3, 1168:8, 1168:13, 1181:14, 1181:17, 1182:3, 1182:16, 1182:23, 1183:1, 1183:5, 1183:15, 1192:25, 1193:3, 1193:10, 1193:19, 1195:19, 1202:7, 1202:12, 1205:22, 1205:24, 1206:1, 1206:5, 1207:12, 1207:20, 1207:24, 1208:22, 1209:21, 1210:17, 1213:18, 1213:23, 1214:6, 1214:10, 1216:4, 1221:25, 1225:15, 1230:12, 1231:8, 1235:13, 1235:17, 1236:18, 1237:2, 1237:5, 1237:8, 1240:3, 1240:8, 1240:16, 1241:21, 1242:23, 1243:14, 1243:22, 1244:14, 1245:6, 1245:19, 1245:21, 1246:12, 1246:15, 1246:18, 1246:21, 1246:22, 1246:23, 1247:23, 1249:18, 1250:7, 1251:16, 1252:6, 1253:18, 1254:1, 1254:18, 1254:22, 1255:8, 1255:16, 1257:19, 1257:22, 1258:2, 1258:20, 1259:16, 1259:24, 1261:9, 1265:12, 1266:18, 1266:20, 1270:10, 1273:2, 1273:10, 1273:15, 1273:16, 1273:19, 1273:23, 1274:25, 1275:2, 1275:14, 1275:19, 1276:1, 1276:20, 1276:22, 1276:25, 1277:2, 1277:4, 1277:6
**MS** [3] - 1133:2, 1133:5, 1137:11
**MULLIN** [2] - 1080:13, 1080:16
**mulling** [1] - 1246:1
**multiplatinum** [2] - 1238:9, 1239:6
**multiple** [13] - 1128:14, 1128:17, 1129:13, 1130:6, 1130:13, 1132:10, 1189:1, 1189:23, 1191:17, 1191:22, 1196:17, 1258:18
**music** [89] - 1089:16, 1090:7, 1090:19, 1095:9, 1096:18, 1098:25, 1100:1, 1101:17, 1102:19, 1107:20, 1112:8, 1118:11, 1122:17, 1126:25, 1127:21, 1128:18, 1128:23, 1128:25, 1130:23, 1138:1, 1138:4, 1146:1, 1147:8, 1147:11, 1147:14, 1147:24, 1147:25, 1148:2, 1148:5, 1148:7, 1152:10, 1153:16, 1153:17, 1153:21, 1153:24, 1156:5, 1163:13, 1163:21, 1166:22, 1167:5, 1167:6, 1167:7, 1167:9, 1167:11, 1167:13, 1167:14, 1167:15, 1167:20, 1168:16, 1168:17, 1168:18, 1169:3, 1169:4, 1169:5, 1169:6, 1169:11, 1169:16, 1169:17, 1169:18, 1169:20, 1169:23, 1170:2, 1170:3, 1170:5, 1170:15, 1173:16, 1174:23, 1175:22, 1178:17, 1178:22, 1183:20, 1184:2, 1184:3, 1186:13, 1186:17, 1187:14, 1197:11, 1205:21, 1206:16, 1206:21, 1206:24, 1251:22, 1272:16, 1274:24
**Music** [10] - 1168:4, 1181:18, 1183:13, 1184:21, 1186:14, 1186:16, 1186:23, 1187:1, 1187:9, 1187:13
**musical** [23] - 1086:13, 1087:24, 1088:24, 1093:11, 1113:13, 1114:10, 1118:12, 1127:1, 1132:18, 1134:19, 1138:9, 1171:18, 1174:16, 1176:4, 1181:3, 1181:7, 1233:21, 1237:13, 1262:14, 1266:9, 1266:15, 1267:24, 1268:14
**musically** [3] - 1101:12, 1106:11, 1233:2
**musician** [13] - 1110:10, 1153:5, 1167:20, 1168:24, 1168:25, 1169:11, 1169:15, 1169:18, 1197:13, 1201:1, 1208:17, 1258:14, 1274:20
**musicians** [2] - 1167:9, 1169:20
**musicological** [27] - 1087:23, 1088:7, 1088:8, 1089:6, 1100:17, 1100:19, 1101:9, 1105:11, 1107:3, 1109:15, 1115:24, 1119:19, 1120:17, 1120:24, 1125:4, 1127:18, 1128:13, 1128:16, 1134:14, 1134:19, 1135:16, 1135:20, 1137:16, 1138:13, 1147:4, 1175:12, 1185:8
**musicologically** [5] - 1093:2, 1109:18, 1136:12, 1151:13, 1208:13
**Musicologist** [1] - 1180:16
**musicologist** [10] - 1112:12, 1120:14, 1134:3, 1154:18, 1161:20, 1161:24, 1184:18, 1185:14, 1204:25, 1207:10
**musicologists** [7] - 1088:11, 1124:14, 1172:17, 1179:24, 1180:2, 1180:6, 1180:10
**musicology** [4] - 1128:7, 1131:21, 1147:24, 1178:17
**mute** [2] - 1084:19, 1109:18
**muted** [11] - 1083:9, 1107:19, 1109:11, 1109:14, 1109:23, 1110:21, 1143:25, 1145:24, 1196:21, 1196:23, 1223:6
**muting** [2] - 1143:21
**Myths** [1] - 1168:5

## N

**naively** [1] - 1154:16
**name** [11] - 1163:18, 1210:10, 1226:16, 1226:21, 1244:20, 1244:22, 1244:23, 1257:14, 1265:10, 1265:22, 1266:11
**named** [2] - 1274:19, 1274:20
**namely** [2] - 1102:11, 1192:12
**names** [1] - 1248:10
**Nanai** [1] - 1266:11
**National** [3] - 1128:11, 1162:9, 1163:13
**natural** [2] - 1101:3, 1266:11
**nature** [1] - 1147:9
**nearly** [1] - 1175:2
**necessarily** [7] - 1095:10, 1122:23, 1189:5, 1189:16, 1196:23, 1233:11, 1271:16
**necessary** [5] - 1086:19, 1086:24, 1139:2, 1146:22, 1148:4
**need** [25] - 1102:25, 1114:18, 1125:19, 1130:14, 1134:3, 1138:24, 1149:8, 1150:19, 1150:23, 1169:10, 1169:17, 1169:25, 1171:4, 1188:2, 1203:25, 1206:9, 1208:7, 1209:12, 1217:1, 1250:19, 1260:14, 1267:7, 1267:23, 1269:14
**needed** [3] - 1183:15, 1253:1, 1253:5
**needle** [1] - 1095:4
**needs** [2] - 1081:10, 1148:12
**neoclassical** [1] - 1178:22
**never** [11] - 1105:10, 1140:18, 1202:12, 1225:20, 1225:21, 1227:12, 1229:15, 1232:18, 1236:12, 1239:22, 1264:9
**New** [2] - 1142:7, 1186:16
**new** [11] - 1089:19, 1100:13, 1171:19, 1172:12, 1173:21, 1174:4, 1174:13, 1175:7, 1178:3, 1229:12, 1234:25
**next** [23] - 1092:5, 1164:25, 1165:10, 1174:1, 1181:14, 1183:3, 1183:17, 1186:25, 1187:3, 1194:17, 1209:14, 1217:5, 1219:7,

1221:17, 1225:3, 1227:19, 1227:21, 1232:19, 1232:20, 1241:3, 1253:18, 1254:1, 1259:23
**nice** [6] - 1133:15, 1134:10, 1134:11, 1135:5, 1138:8, 1155:4
**Nicholas** [1] - 1080:8
**Night** [1] - 1271:21
**night** [2] - 1216:22, 1234:4
**nine** [3] - 1081:21, 1140:10, 1209:11
**nobody** [2] - 1115:16, 1273:8
**non** [1] - 1179:11
**non-experts** [1] - 1179:11
**none** [1] - 1110:18
**norm** [1] - 1126:22
**normal** [6] - 1111:5, 1136:20, 1192:16, 1212:13, 1213:16, 1251:5
**normalize** [2] - 1126:22, 1127:6
**normalizing** [1] - 1127:24
**notable** [2] - 1092:16, 1109:13
**notably** [1] - 1144:19
**notated** [3] - 1104:15, 1104:16, 1178:10
**notating** [1] - 1167:20
**notation** [9] - 1093:16, 1093:21, 1094:21, 1096:18, 1112:8, 1124:4, 1168:18, 1175:22, 1203:14
**note** [38] - 1087:6, 1089:12, 1089:19, 1099:25, 1101:1, 1101:10, 1101:15, 1103:12, 1103:13, 1104:17, 1105:2, 1105:21, 1120:5, 1127:4, 1127:7, 1127:12, 1127:24, 1133:8, 1176:14, 1176:16, 1176:19, 1177:8, 1177:22, 1190:25, 1191:1, 1191:3, 1191:4, 1191:6, 1191:19, 1191:23, 1197:8, 1197:18, 1197:25, 1198:2, 1198:10
**noters** [1] - 1089:14
**notes** [56] - 1096:24, 1097:2, 1099:15, 1099:19, 1099:25, 1100:3, 1101:18, 1101:25, 1102:2, 1102:21, 1102:22, 1102:24, 1104:18, 1104:22, 1121:7, 1123:19, 1125:3, 1126:13, 1126:17, 1126:19, 1126:20, 1127:2, 1127:3, 1127:4, 1127:5, 1127:9, 1132:10, 1133:7, 1133:8, 1133:10, 1133:23, 1134:22, 1135:1, 1135:9, 1138:4, 1138:5, 1155:24, 1191:4, 1191:5, 1191:7, 1191:16, 1191:17, 1191:22, 1196:22, 1197:19, 1197:21, 1199:4, 1199:8, 1200:19, 1208:2, 1208:14, 1208:19, 1259:8, 1259:10
**Notes** [1] - 1244:24
**nothing** [13] - 1085:15, 1087:2, 1103:13, 1122:5, 1124:19, 1142:13, 1148:6, 1213:4, 1249:8, 1249:12, 1264:11, 1264:14
**notice** [5] - 1090:17, 1092:4, 1143:6, 1165:2, 1179:10
**noticed** [1] - 1089:2
**nowhere** [1] - 1146:7
**number** [29] - 1094:3, 1094:5, 1104:21, 1126:17, 1126:19, 1126:20, 1141:15, 1142:5, 1146:2, 1146:13, 1147:19, 1147:21, 1151:21, 1154:11, 1157:5, 1161:6, 1161:17, 1179:20, 1179:22, 1184:5, 1184:9, 1195:20, 1202:8, 1203:5, 1204:8, 1204:18, 1205:13, 1225:20, 1271:24
**Number** [3] - 1182:5, 1194:16, 1205:22
**numbers** [2] - 1116:16, 1205:13
**numerals** [1] - 1168:19
**numerous** [1] - 1260:4

## O

**oath** [1] - 1140:11
**object** [3] - 1205:24, 1207:12, 1273:10
**objection** [16] - 1083:25, 1129:15, 1129:22, 1149:15, 1149:23, 1149:25, 1202:14, 1225:15, 1259:16, 1259:17, 1261:9, 1261:10, 1265:12, 1270:10, 1273:2, 1274:25
**objective** [1] - 1101:5
**objectively** [2] - 1105:25, 1121:22
**observe** [1] - 1117:2
**obviously** [8] - 1082:14, 1087:19, 1108:15, 1122:13, 1140:3, 1174:19, 1175:17, 1185:7
**Occam's** [1] - 1200:8
**occasional** [2] - 1212:16, 1213:17
**occasionally** [3] - 1176:13, 1176:25, 1192:12
**occurred** [1] - 1096:11
**occurs** [2] - 1090:18, 1198:8
**October** [1] - 1165:23
**OF** [3] - 1079:2, 1079:15, 1080:1
**off-the-record** [2] - 1209:7, 1276:4
**offbeat** [10] - 1093:15, 1094:16, 1097:6, 1114:6, 1115:3, 1116:6, 1117:6, 1117:22, 1119:22, 1136:7
**offbeats** [2] - 1092:24, 1096:20
**offer** [1] - 1186:5
**offered** [1] - 1221:21
**offering** [4] - 1127:19, 1131:3, 1131:6, 1131:11
**Official** [1] - 1079:22
**official** [4] - 1110:6, 1162:15, 1162:21, 1175:11
**often** [5] - 1097:18, 1098:13, 1112:12, 1123:18, 1172:17
**Old** [1] - 1094:17
**once** [3] - 1090:4, 1203:17, 1233:5
**one** [107] - 1081:2, 1083:11, 1083:14, 1083:22, 1086:8, 1094:25, 1097:4, 1099:11, 1101:1, 1112:23, 1113:7, 1114:23, 1116:10, 1118:7, 1118:8, 1122:22, 1123:17, 1127:1, 1129:10, 1130:18, 1130:19, 1135:12, 1137:9, 1139:14, 1141:20, 1141:23, 1142:2, 1142:5, 1143:3, 1146:10, 1146:13, 1151:2, 1152:4, 1152:11, 1154:2, 1154:22, 1154:23, 1155:2, 1155:11, 1155:20, 1156:10, 1159:11, 1159:22, 1159:23, 1164:12, 1166:11, 1167:1, 1167:5, 1171:10, 1172:4, 1173:10, 1176:7, 1176:8, 1177:14, 1177:18, 1177:20, 1177:21, 1177:22, 1177:25, 1178:2, 1178:6, 1178:7, 1180:4, 1180:5, 1184:19, 1185:25, 1189:23, 1190:6, 1190:11, 1190:15, 1190:16, 1191:11, 1192:11, 1196:3, 1196:15, 1198:2, 1198:9, 1200:6, 1201:6, 1205:3, 1207:18, 1211:5, 1212:10, 1229:12, 1231:2, 1234:3, 1235:5, 1237:6, 1237:13, 1241:5, 1245:5, 1245:7, 1245:12, 1245:17, 1246:15, 1249:11, 1260:14, 1266:24, 1267:5, 1270:7, 1272:3, 1275:14, 1275:15
**ones** [4] - 1084:10, 1084:15, 1085:2, 1094:8
**online** [1] - 1184:4
**open** [3] - 1164:7, 1182:12, 1183:2
**opinion** [33] - 1081:22, 1082:20, 1086:19, 1087:24, 1100:17, 1100:19, 1104:24, 1109:4, 1109:14, 1113:5, 1113:9, 1125:16, 1127:18, 1131:3, 1131:6, 1131:11, 1135:22, 1138:13, 1146:22, 1147:5, 1150:17, 1151:13, 1151:14, 1151:15, 1152:16, 1156:3, 1175:9, 1175:12, 1189:8, 1189:11, 1246:16, 1257:10, 1259:15
**opinions** [7] - 1102:4, 1105:12, 1120:17, 1120:20, 1122:21, 1188:21, 1257:7
**opportunities** [1] - 1211:23
**opportunity** [1] - 1185:5
**optimization** [1] - 1184:25
**orange** [1] - 1157:21
**orchestra** [1] - 1201:14
**Orchestra** [1] - 1204:19
**order** [13] - 1079:25, 1095:16, 1100:12, 1121:14, 1125:18, 1126:20, 1139:18, 1143:17, 1146:11, 1149:9, 1150:19, 1169:18, 1208:20
**ordinary** [1] - 1226:4
**origin** [1] - 1204:24
**original** [12] - 1096:10, 1098:20, 1101:13, 1103:13, 1110:15, 1111:10, 1111:16, 1111:18, 1111:19, 1119:6, 1157:11, 1165:24
**originally** [1] - 1180:21
**ought** [2] - 1096:23, 1178:5
**outside** [6] - 1118:19, 1130:19, 1178:21, 1189:9, 1236:25, 1274:25
**overall** [6] - 1100:17,

1106:2, 1119:19, 1120:6, 1121:4, 1178:2
**overly** [1] - 1105:15
**overruled** [8] - 1129:17, 1129:23, 1149:25, 1202:14, 1225:16, 1259:17, 1261:10, 1270:12
**overstate** [1] - 1149:7
**overview** [1] - 1171:17
**own** [7] - 1105:13, 1116:6, 1116:22, 1136:17, 1170:15, 1187:10
**owns** [1] - 1227:10

## P

**page** [100] - 1132:25, 1137:10, 1141:23, 1161:2, 1161:6, 1161:17, 1162:2, 1162:5, 1163:12, 1163:15, 1163:19, 1165:8, 1165:9, 1166:19, 1168:2, 1168:15, 1169:10, 1169:25, 1171:10, 1171:16, 1171:22, 1172:4, 1172:21, 1172:22, 1174:2, 1179:2, 1180:11, 1180:14, 1180:24, 1184:1, 1184:5, 1184:12, 1185:23, 1186:4, 1186:8, 1186:21, 1186:25, 1187:3, 1193:21, 1194:17, 1195:12, 1205:12, 1205:14, 1207:4, 1207:5, 1212:22, 1213:9, 1216:14, 1217:17, 1218:24, 1219:7, 1220:11, 1221:17, 1224:6, 1224:16, 1225:3, 1227:19, 1229:25, 1230:1, 1231:5, 1231:22, 1232:19, 1232:20, 1233:17, 1233:18, 1240:8, 1240:9, 1240:17, 1241:21, 1242:8, 1242:23, 1243:14, 1243:22, 1244:11, 1244:15, 1245:7, 1245:8, 1245:9, 1245:17, 1245:19, 1245:21, 1247:23, 1247:24, 1249:18, 1250:7, 1252:6, 1253:15, 1253:18, 1253:19, 1254:1, 1254:22, 1255:16, 1257:19, 1258:2, 1258:20, 1265:11, 1265:16, 1268:7
**pages** [10] - 1161:7, 1161:8, 1161:22, 1161:23, 1181:2, 1188:2, 1205:14, 1216:9, 1222:1, 1240:14
**paint** [1] - 1116:16
**paragraph** [8] - 1120:23, 1175:6, 1205:19, 1206:6, 1207:5, 1207:16, 1207:21
**parallel** [2] - 1097:17, 1116:11
**parameters** [1] - 1128:22
**parentheses** [1] - 1196:1
**part** [60] - 1083:1, 1083:9, 1085:10, 1088:8, 1088:9, 1088:10, 1088:25, 1095:19, 1100:14, 1103:13, 1103:14, 1104:4, 1104:5, 1107:8, 1107:9, 1107:18, 1108:10, 1108:12, 1109:11, 1109:14, 1111:21, 1116:15, 1119:22, 1123:24, 1127:4, 1127:11, 1130:10, 1130:24, 1140:1, 1143:15, 1144:7, 1145:16, 1148:8, 1152:7, 1165:7, 1172:13, 1182:4, 1186:18, 1200:14, 1201:17, 1202:25, 1203:2, 1204:5, 1204:6, 1208:1, 1211:8, 1215:18, 1215:19, 1226:7, 1240:16, 1240:17, 1246:6, 1251:5, 1251:23, 1252:21, 1254:6, 1254:7, 1256:1, 1259:13
**partial** [2] - 1196:24, 1197:5
**participate** [1] - 1272:22
**participating** [1] - 1273:1
**particular** [6] - 1091:16, 1114:2, 1148:15, 1148:20, 1215:22, 1240:10
**particularly** [5] - 1093:3, 1124:22, 1151:10, 1163:8, 1188:14
**parties** [5] - 1083:21, 1139:23, 1209:12, 1209:15, 1209:17
**partitioning** [1] - 1146:5
**partner** [1] - 1257:16
**parts** [18] - 1110:9, 1122:8, 1136:6, 1140:23, 1142:14, 1143:7, 1144:1, 1150:6, 1154:13, 1156:11, 1156:14, 1189:1, 1189:25, 1191:7, 1194:1, 1202:19, 1223:8, 1254:3
**passing** [1] - 1199:6
**past** [4] - 1081:7, 1092:1, 1261:5, 1262:22
**paste** [1] - 1174:20
**path** [18] - 1097:21, 1097:22, 1097:23, 1097:24, 1097:25, 1098:1, 1098:12, 1116:13, 1116:18, 1116:20, 1116:22, 1117:11, 1117:25, 1134:4, 1134:8, 1190:8, 1190:9, 1190:12
**paths** [5] - 1090:8, 1112:11, 1133:25, 1136:15, 1190:18
**pattern** [14] - 1092:9, 1092:13, 1094:16, 1103:1, 1114:14, 1125:23, 1225:9, 1225:12, 1225:25, 1226:6, 1226:23, 1239:24, 1246:6, 1262:20
**patterns** [5] - 1089:7, 1102:11, 1103:9, 1123:7, 1124:16
**Pause** [3] - 1086:10, 1207:25, 1275:11
**pay** [1] - 1262:10
**people** [17] - 1095:14, 1099:24, 1100:1, 1129:13, 1130:2, 1130:4, 1179:10, 1179:23, 1179:25, 1185:1, 1227:15, 1229:6, 1236:23, 1248:8, 1275:21, 1275:23
**perceive** [2] - 1154:18, 1204:12
**perceived** [1] - 1151:15
**percent** [13] - 1126:12, 1135:25, 1147:6, 1147:16, 1147:18, 1177:19, 1187:10, 1226:14, 1252:23, 1252:24, 1266:4, 1270:21, 1272:5
**percentage** [4] - 1122:3, 1157:8, 1157:17, 1157:19
**percentages** [6] - 1104:20, 1121:24, 1127:23, 1157:11, 1157:13, 1157:15
**percussion** [19] - 1082:12, 1085:1, 1086:17, 1087:2, 1088:4, 1088:11, 1088:14, 1128:21, 1143:22, 1144:24, 1145:23, 1147:7, 1148:5, 1148:7, 1148:13, 1148:14, 1152:24, 1155:5, 1156:7
**perfect** [4] - 1127:17, 1255:9, 1257:22, 1258:22
**perfectly** [5] - 1135:6, 1154:8, 1155:2, 1156:10
**perform** [2] - 1093:21, 1173:1
**performance** [1] - 1168:22
**performances** [2] - 1082:21, 1082:22
**performed** [3] - 1206:16, 1206:22, 1206:24
**perhaps** [5] - 1107:14, 1129:18, 1130:23, 1148:14, 1272:1
**peril** [1] - 1182:15
**period** [2] - 1228:1, 1261:24
**permission** [7] - 1160:10, 1187:13, 1187:18, 1228:13, 1229:2, 1229:21, 1230:4
**perplexing** [2] - 1129:2, 1129:3
**Perry** [1] - 1248:9
**person** [6] - 1129:11, 1142:7, 1145:23, 1165:13, 1227:14, 1234:5
**personal** [1] - 1151:12
**personally** [1] - 1262:10
**perspective** [4] - 1087:23, 1115:6, 1115:25, 1173:17
**pettiness** [1] - 1101:4
**petty** [1] - 1100:25
**Ph.D** [2] - 1168:16, 1183:20
**Phifer** [2] - 1080:5, 1222:2
**PHIFER** [3] - 1133:2, 1133:5, 1137:11
**Phil** [19] - 1084:17, 1084:18, 1085:24, 1087:16, 1087:17, 1087:22, 1088:2, 1140:19, 1226:10, 1226:13, 1226:14, 1226:17, 1265:4, 1265:7, 1265:20, 1266:1, 1266:10, 1266:16
**Phil's** [3] - 1083:9, 1084:19
**Phillippe** [1] - 1226:18
**phone** [1] - 1256:18
**photo** [1] - 1163:18
**photos** [1] - 1163:15
**phrase** [2] - 1130:11, 1154:8
**physical** [1] - 1200:22
**piano** [21] - 1089:9, 1092:24, 1093:15, 1094:16, 1096:13, 1096:19, 1097:12, 1097:14, 1110:20, 1115:4, 1117:7, 1119:17, 1156:5, 1156:7, 1167:21, 1170:1, 1173:5, 1173:11, 1173:13, 1203:23, 1204:4
**pick** [2] - 1103:10, 1103:12
**picking** [1] - 1200:24
**picture** [1] - 1184:6
**piece** [5] - 1089:11, 1113:7, 1145:14, 1145:25, 1156:5

**pitch** [3] - 1138:5, 1191:10, 1191:11
**pitches** [3] - 1101:22, 1195:8, 1195:9
**place** [3] - 1151:16, 1165:19, 1178:7
**placement** [2] - 1219:22, 1220:1
**plain** [1] - 1099:22
**Plaintiff** [2] - 1079:6, 1080:2
**plaintiff** [6] - 1201:8, 1206:17, 1206:22, 1206:24, 1209:22, 1275:25
**plaintiffs** [2] - 1139:15, 1209:14
**plan** [1] - 1267:3
**platform** [2] - 1143:18, 1184:4
**platinum** [1] - 1238:11
**play** [47] - 1085:18, 1088:21, 1097:14, 1098:3, 1098:4, 1100:9, 1106:21, 1108:2, 1108:16, 1109:25, 1114:25, 1117:14, 1127:3, 1132:22, 1133:4, 1137:20, 1137:21, 1141:2, 1141:3, 1148:10, 1149:10, 1156:23, 1158:3, 1170:1, 1173:5, 1175:14, 1185:10, 1186:18, 1190:5, 1190:7, 1190:21, 1190:25, 1191:2, 1191:11, 1192:4, 1196:24, 1197:4, 1197:5, 1201:2, 1202:7, 1208:17, 1225:18, 1225:21, 1225:23, 1226:1, 1250:19
**played** [50] - 1082:11, 1087:14, 1091:25, 1095:22, 1095:24, 1096:4, 1099:25, 1106:25, 1107:2, 1108:20, 1109:12, 1110:12, 1111:14, 1114:21, 1117:16, 1119:11, 1126:25, 1127:1, 1132:8, 1133:6, 1133:21, 1134:12, 1134:24, 1135:2, 1135:10, 1137:14, 1149:14, 1149:22, 1152:3, 1152:6, 1157:22, 1176:25, 1180:6, 1180:8, 1186:20, 1190:16, 1190:17, 1191:19, 1192:5, 1196:4, 1198:18, 1198:21, 1202:9, 1203:8, 1204:3, 1204:10, 1204:20, 1208:2, 1225:22, 1250:15
**players** [2] - 1089:20, 1132:21
**playing** [35] - 1089:18, 1092:9, 1092:12, 1094:13, 1094:15, 1097:3, 1097:20, 1097:22, 1099:19, 1103:24, 1115:17, 1116:8, 1118:19, 1118:22, 1122:2, 1135:3, 1136:3, 1154:25, 1156:1, 1167:21, 1172:7, 1173:1, 1173:12, 1178:24, 1190:24, 1191:15, 1192:15, 1192:18, 1194:19, 1195:9, 1196:13, 1201:14, 1203:23, 1204:4, 1274:24
**plays** [25] - 1088:23, 1089:25, 1091:22, 1093:7, 1094:20, 1094:22, 1096:24, 1099:6, 1101:23, 1102:1, 1106:8, 1111:4, 1114:5, 1116:9, 1118:21, 1135:25, 1136:2, 1156:25, 1157:7, 1157:9, 1158:4, 1177:14, 1225:19
**pleasing** [1] - 1154:2
**plucking** [1] - 1200:25
**PM** [38] - 1216:22, 1219:2, 1219:3, 1220:14, 1220:25, 1221:17, 1222:3, 1242:1, 1242:25, 1243:2, 1243:17, 1244:5, 1244:12, 1244:16, 1244:17, 1245:2, 1245:3, 1245:5, 1245:7, 1245:15, 1245:24, 1247:1, 1249:20, 1249:21, 1250:5, 1252:18, 1253:17, 1253:20, 1254:4, 1256:20, 1258:3, 1258:24
**Pocky** [1] - 1203:6
**point** [30] - 1081:2, 1105:8, 1105:11, 1110:1, 1131:1, 1143:23, 1153:16, 1162:6, 1174:21, 1175:24, 1189:14, 1200:16, 1201:6, 1206:10, 1223:19, 1223:25, 1224:20, 1226:25, 1229:14, 1235:4, 1236:10, 1242:9, 1242:10, 1244:11, 1245:23, 1253:8, 1260:20, 1263:2, 1269:7
**points** [3] - 1084:24, 1122:24, 1122:25
**policies** [1] - 1186:10
**Ponente** [1] - 1165:10
**poor** [2] - 1125:5
**Pop** [2] - 1186:14, 1186:23
**pop** [17] - 1083:1, 1089:16, 1089:22, 1094:25, 1098:21, 1098:25, 1107:21, 1112:24, 1137:5, 1137:6, 1147:14, 1151:3, 1151:12, 1159:2, 1186:16, 1232:3
**pop-style** [1] - 1151:3
**popping** [2] - 1225:8, 1230:2
**portion** [2] - 1187:6, 1202:21
**portions** [4] - 1150:14, 1150:16, 1160:8, 1188:11
**position** [6] - 1097:13, 1098:23, 1151:24, 1177:15, 1178:20, 1194:24
**possible** [11] - 1122:24, 1169:5, 1196:11, 1211:17, 1212:17, 1212:20, 1226:19, 1236:24, 1246:7, 1247:2, 1261:25
**post** [2] - 1240:20
**posted** [2] - 1160:24, 1168:7
**poster** [2] - 1237:2, 1237:4
**potentially** [2] - 1180:4, 1246:14
**practical** [3] - 1084:6, 1126:3, 1137:1
**practice** [5] - 1178:20, 1239:24, 1246:6, 1262:21, 1267:4
**practices** [1] - 1206:21
**practicing** [1] - 1153:5
**pre** [3] - 1186:2, 1186:3, 1249:24
**pre-beard** [2] - 1186:2, 1186:3
**prechorus** [26] - 1084:23, 1095:5, 1106:3, 1106:5, 1106:22, 1107:1, 1107:4, 1107:17, 1107:22, 1108:10, 1109:10, 1110:8, 1112:15, 1112:16, 1112:23, 1112:25, 1113:6, 1113:8, 1113:10, 1113:12, 1113:13, 1120:1, 1120:3, 1121:4, 1151:8, 1159:2
**prechoruses** [10] - 1106:7, 1106:11, 1106:12, 1106:13, 1106:14, 1106:17, 1107:20, 1108:25, 1109:23, 1136:10
**predate** [1] - 1121:11
**preexisting** [6] - 1144:21, 1158:23, 1181:3, 1181:6, 1188:7, 1192:6
**prefer** [2] - 1140:3, 1234:11
**prehook** [1] - 1223:8
**preliminary** [1] - 1140:17
**prep** [1] - 1108:12
**prepare** [2] - 1120:16, 1189:15
**prepared** [3] - 1083:10, 1084:16, 1134:25
**preparing** [2] - 1108:17, 1189:12
**presence** [2] - 1146:8, 1191:15
**present** [4] - 1157:11, 1162:3, 1184:19, 1212:14
**presented** [9] - 1091:15, 1091:16, 1122:1, 1125:24, 1141:14, 1154:16, 1180:22, 1188:15, 1233:9
**presenting** [2] - 1108:4, 1152:23
**presents** [4] - 1115:9, 1157:2, 1203:14, 1206:12
**Presley** [2] - 1202:1, 1204:9
**press** [2] - 1181:17, 1183:9
**pressing** [2] - 1084:18, 1084:19
**pressured** [1] - 1272:22
**pretty** [9] - 1188:1, 1201:19, 1222:20, 1226:1, 1248:3, 1249:2, 1253:11, 1256:7, 1268:5
**prevent** [1] - 1115:20
**previous** [2] - 1084:22, 1221:7
**previously** [5] - 1162:1, 1166:7, 1174:17, 1209:15, 1237:20
**primacy** [2] - 1179:4, 1189:19
**primarily** [2] - 1211:1, 1211:3
**primed** [1] - 1111:23
**primer** [2] - 1174:22, 1174:24
**primitive** [1] - 1098:8
**Prince's** [3] - 1152:4, 1152:22, 1153:14
**principle** [3] - 1207:7, 1207:9, 1207:22
**print** [1] - 1144:16
**printed** [3] - 1144:16, 1161:3, 1161:8
**printing** [1] - 1161:5
**printout** [3] - 1167:25, 1181:17, 1183:18
**printouts** [1] - 1160:24
**pro** [1] - 1085:14
**Pro** [1] - 1144:11
**problem** [3] - 1081:12, 1199:21, 1223:17
**procedural** [1] - 1126:4
**proceed** [4] - 1081:23, 1084:8, 1140:12, 1210:15
**proceedings** [5] - 1086:10, 1207:25, 1210:3, 1275:11, 1276:10
**proceeds** [1] -

1208:12
**process** [8] - 1085:10, 1129:20, 1158:7, 1206:24, 1237:23, 1251:5, 1256:1, 1258:12
**processing** [1] - 1144:16
**produce** [1] - 1122:3
**producer** [5] - 1210:25, 1258:11, 1258:12, 1263:13, 1274:19
**producers** [1] - 1132:18
**Producers** [1] - 1168:5
**product** [1] - 1130:10
**production** [1] - 1255:10
**professional** [8] - 1101:6, 1152:16, 1156:3, 1170:16, 1183:20, 1226:16, 1257:14, 1274:23
**professional-known-as** [1] - 1226:16
**professionalism** [1] - 1198:6
**professionally** [1] - 1209:23
**professor** [10] - 1128:9, 1128:10, 1162:8, 1162:16, 1162:17, 1162:22, 1162:24, 1163:1, 1165:17, 1166:24
**professors** [4] - 1163:8, 1163:10, 1163:16, 1163:25
**proffer** [1] - 1188:21
**progressing** [1] - 1257:17
**progression** [16] - 1089:12, 1157:25, 1176:8, 1176:11, 1176:12, 1177:11, 1177:12, 1177:21, 1192:11, 1194:20, 1199:13, 1200:2, 1200:7, 1200:9, 1200:10, 1200:11
**progressions** [1] - 1190:14
**project** [3] - 1144:11, 1154:19
**prominent** [1] - 1228:19
**pronounce** [1] - 1162:11
**proper** [1] - 1175:13
**properly** [1] - 1150:23
**proposed** [5] - 1243:6, 1243:11, 1243:19, 1244:7, 1250:5
**proposing** [1] - 1176:18
**provide** [4] - 1085:25, 1161:20, 1171:17, 1190:3
**provided** [3] - 1134:20, 1233:5, 1236:4
**providing** [4] - 1115:16, 1189:3, 1189:11, 1252:15
**province** [1] - 1164:23
**proving** [1] - 1096:7
**provost** [1] - 1162:19
**pub** [3] - 1212:8, 1270:16, 1271:19
**public** [1] - 1164:8
**publish** [4] - 1160:11, 1166:12, 1166:14, 1216:6
**published** [8] - 1161:11, 1168:14, 1171:13, 1180:15, 1180:19, 1183:10, 1205:25, 1206:2
**publishes** [1] - 1231:10
**publishing** [12] - 1168:9, 1211:24, 1211:25, 1226:14, 1234:22, 1235:3, 1235:9, 1264:21, 1264:24, 1266:4, 1270:9, 1271:15
**pull** [3] - 1083:5, 1141:16, 1165:1
**pulling** [1] - 1143:20
**pump** [1] - 1185:3
**purely** [1] - 1110:21
**purpose** [2] - 1120:19, 1182:22
**purposes** [2] - 1110:17, 1149:17
**pursuit** [1] - 1127:22
**put** [29] - 1090:24, 1100:22, 1100:24, 1101:4, 1127:17, 1144:2, 1144:8, 1153:14, 1155:20, 1157:15, 1165:19, 1176:19, 1178:9, 1192:9, 1202:19, 1217:5, 1228:13, 1228:18, 1229:1, 1229:17, 1229:21, 1235:8, 1235:22, 1240:3, 1241:3, 1244:20, 1244:23, 1271:16, 1271:19
**putting** [4] - 1124:11, 1140:22, 1190:20, 1194:24

## Q

**quantified** [2] - 1127:22, 1177:17
**quantitatively** [2] - 1121:24, 1126:15
**quantized** [1] - 1101:21
**quarter** [1] - 1138:4
**query** [1] - 1187:21
**QUESTION** [11] - 1213:12, 1213:24, 1214:12, 1233:20, 1233:24, 1234:2, 1234:15, 1268:12, 1268:18, 1269:3, 1269:7
**questions** [9] - 1164:20, 1164:22, 1187:20, 1202:15, 1208:22, 1244:9, 1270:2, 1273:20, 1273:25
**quick** [2] - 1212:25, 1236:21
**quickly** [1] - 1084:14
**quite** [18] - 1089:15, 1092:7, 1092:10, 1093:14, 1094:23, 1099:3, 1099:8, 1103:19, 1104:21, 1146:25, 1156:13, 1159:3, 1169:1, 1178:21, 1182:11, 1205:3, 1229:18, 1232:14
**quoted** [1] - 1148:8

## R

**rabbit** [1] - 1105:23
**Race** [1] - 1080:5
**Rachel** [1] - 1080:8
**radio** [5] - 1147:14, 1148:7, 1151:3, 1151:12, 1151:17
**raise** [2] - 1081:2, 1209:25
**raised** [2] - 1213:3, 1273:13
**rank** [1] - 1162:15
**ranks** [1] - 1274:12
**rare** [3] - 1178:16, 1178:17, 1178:21
**rate** [3] - 1184:8, 1184:9, 1186:8
**rather** [8] - 1121:21, 1123:20, 1146:21, 1174:13, 1175:7, 1189:6, 1211:18, 1253:2
**Raygor** [13] - 1080:17, 1139:19, 1140:12, 1149:1, 1149:19, 1150:2, 1166:10, 1182:4, 1183:3, 1202:15, 1206:3, 1206:4, 1207:17
**RAYGOR** [52] - 1084:1, 1129:16, 1129:22, 1139:21, 1140:14, 1141:16, 1142:1, 1149:2, 1149:5, 1149:10, 1149:20, 1153:25, 1154:21, 1158:17, 1160:2, 1160:7, 1160:14, 1160:17, 1160:19, 1161:10, 1161:16, 1165:1, 1166:11, 1166:15, 1167:18, 1168:3, 1168:13, 1181:14, 1181:17, 1182:16, 1182:23, 1183:1, 1183:5, 1183:15, 1192:25, 1193:3, 1193:10, 1193:19, 1195:19, 1202:7, 1205:22, 1206:1, 1206:5, 1207:20, 1207:24, 1208:22, 1246:15, 1246:18, 1246:21, 1275:14, 1275:19, 1276:22
**Rayner** [3] - 1101:7, 1246:18, 1275:16
**Razor** [1] - 1200:8
**re** [1] - 1180:19
**re-published** [1] - 1180:19
**reach** [1] - 1235:21
**reached** [3] - 1216:21, 1266:8, 1272:25
**reaching** [1] - 1266:14
**read** [28] - 1096:18, 1130:21, 1138:1, 1152:10, 1169:2, 1169:11, 1169:22, 1171:20, 1171:23, 1172:2, 1199:25, 1201:6, 1207:16, 1213:19, 1214:7, 1216:23, 1225:7, 1231:14, 1233:18, 1240:19, 1240:25, 1241:5, 1241:13, 1252:19, 1259:4, 1259:19, 1260:10, 1265:16
**reading** [5] - 1167:20, 1200:5, 1200:6, 1200:12, 1265:12
**ready** [4] - 1086:7, 1108:19, 1139:6, 1217:21
**real** [3] - 1120:4, 1212:25, 1232:11
**realized** [1] - 1185:4
**really** [58] - 1082:23, 1085:11, 1085:16, 1086:24, 1087:2, 1088:2, 1095:1, 1095:3, 1095:4, 1097:1, 1098:14, 1101:11, 1101:18, 1103:16, 1103:23, 1107:12, 1107:13, 1107:17, 1107:21, 1107:25, 1108:6, 1109:24, 1110:4, 1110:14, 1112:21, 1113:2, 1118:11, 1121:14, 1122:25, 1123:13, 1123:16, 1129:1, 1129:25, 1132:7, 1132:9, 1134:9, 1136:3, 1140:22, 1144:22, 1146:25, 1150:23, 1153:23, 1163:7, 1164:15, 1169:22, 1170:4, 1174:23, 1174:24, 1200:17, 1205:6, 1223:9, 1236:25, 1248:19, 1248:20, 1251:23, 1252:1, 1252:3, 1252:5
**reason** [2] - 1156:20, 1213:21
**reasons** [1] - 1200:6
**rebuttal** [6] - 1103:5, 1120:16, 1120:19, 1193:6, 1201:6, 1205:7
**receipt** [1] - 1216:17
**receive** [7] - 1238:16, 1238:25, 1239:8, 1239:25, 1262:13, 1262:16, 1262:23
**received** [2] - 1251:1,

1266:6
**recess** [3] - 1140:9, 1209:9, 1276:6
**recitation** [1] - 1207:13
**recognizably** [2] - 1174:12, 1175:6
**recognize** [5] - 1104:11, 1108:21, 1165:2, 1216:14, 1226:21
**recollect** [2] - 1223:21, 1223:23
**recollection** [6] - 1171:8, 1250:25, 1256:15, 1260:19, 1265:15, 1265:20
**recommend** [2] - 1091:12, 1110:9
**record** [35] - 1083:1, 1085:12, 1086:5, 1095:3, 1095:12, 1099:18, 1107:5, 1107:21, 1107:25, 1108:8, 1109:18, 1110:7, 1110:21, 1116:14, 1116:15, 1118:20, 1135:6, 1137:3, 1137:4, 1137:5, 1137:7, 1173:1, 1174:9, 1198:23, 1209:5, 1209:7, 1210:11, 1211:16, 1211:18, 1213:24, 1228:7, 1275:12, 1276:3, 1276:4, 1276:10
**record's** [1] - 1092:19
**recorded** [1] - 1082:7
**recording** [40] - 1082:20, 1082:23, 1083:19, 1085:16, 1086:6, 1104:25, 1112:5, 1112:13, 1115:6, 1115:9, 1115:15, 1128:14, 1128:17, 1136:4, 1142:15, 1142:17, 1142:20, 1143:1, 1143:5, 1173:7, 1173:8, 1173:11, 1173:24, 1174:11, 1187:7, 1187:11, 1192:5, 1196:9, 1198:8, 1204:5, 1222:13, 1250:12, 1250:22, 1251:1, 1251:3, 1255:1, 1256:23, 1258:4, 1258:25, 1259:5
**recording-wise** [1] - 1173:8
**recordings** [2] - 1174:18, 1251:6
**records** [2] - 1169:22, 1238:11
**Records** [1] - 1228:7
**recreation** [2] - 1082:15, 1082:17
**recross** [2] - 1208:23, 1273:22
**rECROSS-EXAMINATION** [1] - 1273:22
**rectify** [1] - 1126:1
**red** [2] - 1102:20, 1104:19
**REDIRECT** [1] - 1266:19
**redirect** [4] - 1150:1, 1207:15, 1209:22, 1235:15
**reduction** [1] - 1122:8
**reductive** [2] - 1105:15, 1155:20
**Redwoods** [1] - 1161:4
**refer** [1] - 1129:12
**reference** [2] - 1215:14, 1220:2
**referenced** [1] - 1121:9
**referred** [2] - 1264:21, 1265:6
**referring** [13] - 1087:16, 1094:7, 1127:9, 1132:3, 1158:7, 1165:24, 1202:18, 1204:13, 1221:10, 1224:13, 1224:14, 1242:6, 1256:6
**refers** [1] - 1172:25
**refine** [3] - 1249:4, 1252:16
**refined** [1] - 1260:7
**reflecting** [1] - 1259:21
**reflects** [1] - 1099:4
**reframe** [1] - 1144:5
**refresh** [4] - 1145:8, 1265:7, 1265:15, 1265:20
**refund** [1] - 1186:10
**regard** [1] - 1125:11
**regarding** [6] - 1125:8, 1212:19, 1216:19, 1217:17, 1233:21, 1272:20
**regardless** [1] - 1200:20
**regards** [2] - 1131:18, 1135:17
**reggae** [3] - 1092:11, 1097:16, 1098:24
**reggaeton** [1] - 1102:19
**regional** [1] - 1137:4
**regular** [1] - 1114:13
**reinvent** [1] - 1091:5
**related** [2] - 1170:10, 1204:24
**relates** [1] - 1170:22
**relation** [3] - 1134:4, 1134:11, 1271:15
**relationship** [8] - 1199:23, 1227:11, 1237:11, 1237:14, 1247:18, 1253:8, 1259:22, 1261:15
**relative** [4] - 1197:24, 1199:22, 1200:18, 1200:19
**release** [11] - 1181:17, 1183:9, 1230:11, 1230:20, 1231:11, 1231:18, 1231:24, 1232:2, 1233:9, 1266:21, 1267:4
**released** [18] - 1085:5, 1110:7, 1142:17, 1147:6, 1179:13, 1179:25, 1196:9, 1230:3, 1238:7, 1238:19, 1238:21, 1239:4, 1239:16, 1239:17, 1259:3, 1259:9, 1259:25, 1262:13
**releasing** [1] - 1234:3
**relevance** [1] - 1270:11
**relevant** [6] - 1093:2, 1105:12, 1106:2, 1132:2, 1132:20, 1144:1
**relied** [1] - 1108:17
**relinquish** [1] - 1233:15
**remain** [1] - 1177:3
**remainder** [1] - 1250:8
**remained** [1] - 1174:16
**Remains** [1] - 1171:23
**remains** [2] - 1177:2, 1206:23
**remember** [15] - 1098:2, 1104:21, 1122:22, 1147:2, 1208:1, 1208:25, 1228:17, 1228:20, 1228:22, 1238:2, 1239:12, 1250:15, 1251:12, 1265:4, 1275:5
**remembered** [2] - 1228:23
**remind** [5] - 1088:21, 1091:10, 1112:3, 1114:24, 1133:7
**reminder** [1] - 1244:25
**Remote** [1] - 1183:19
**remove** [4] - 1154:4, 1224:20, 1224:22, 1226:11
**rendition** [1] - 1174:8
**repeat** [2] - 1128:15, 1242:18
**repeated** [1] - 1177:21
**repeating** [4] - 1103:17, 1176:8, 1185:24, 1199:18
**repeats** [1] - 1198:25
**repertoire** [2] - 1181:4, 1181:7
**repetitive** [1] - 1095:10
**rephrase** [3] - 1134:16, 1134:17, 1237:25
**replace** [1] - 1226:12
**replaces** [1] - 1115:6
**replicate** [1] - 1208:5
**replicating** [1] - 1119:22
**report** [36] - 1101:13, 1103:4, 1103:5, 1108:13, 1108:17, 1120:11, 1120:16, 1120:24, 1121:1, 1129:16, 1130:25, 1131:14, 1131:18, 1157:11, 1157:12, 1157:15, 1157:17, 1165:22, 1165:24, 1165:25, 1166:2, 1166:7, 1166:13, 1166:17, 1189:13, 1189:16, 1192:21, 1193:4, 1193:6, 1193:11, 1193:15, 1195:13, 1201:6, 1203:15, 1205:8, 1205:19
**Reporter** [1] - 1079:22
**REPORTER'S** [1] - 1079:15
**reporting** [4] - 1123:18, 1125:22, 1126:10, 1207:11
**reports** [4] - 1182:7, 1187:23, 1188:6, 1198:13
**represent** [9] - 1150:6, 1150:10, 1152:13, 1201:24, 1218:4, 1222:9, 1231:18, 1231:23, 1259:2
**representation** [2] - 1169:7, 1231:20
**representative** [2] - 1081:6, 1081:18
**representatives** [1] - 1187:9
**represented** [4] - 1086:13, 1112:8, 1121:8, 1203:13
**representing** [1] - 1121:13
**represents** [1] - 1206:21
**reputation** [1] - 1120:23
**require** [1] - 1130:8
**requires** [1] - 1139:18
**rerecorded** [1] - 1173:12
**research** [3] - 1181:1, 1181:10, 1182:19
**resemblance** [3] - 1180:25, 1181:9, 1181:13
**resembling** [1] - 1138:12
**reserve** [2] - 1208:23, 1266:18
**residing** [1] - 1218:20
**resolve** [1] - 1086:11
**resources** [1] - 1185:2
**respect** [4] - 1102:6, 1116:1, 1234:12, 1261:19
**respectful** [2] - 1233:14, 1247:18
**respects** [1] - 1259:14
**responded** [5] - 1224:11, 1230:16, 1230:19, 1232:23, 1252:23
**responding** [1] - 1120:16
**responds** [1] - 1255:23
**response** [8] - 1184:9, 1207:3, 1217:16, 1241:23, 1242:13, 1252:19, 1252:24, 1260:10
**responsible** [1] - 1211:1

**rest** [5] - 1100:24, 1101:4, 1107:5, 1178:1, 1242:8
**result** [1] - 1134:23
**results** [1] - 1098:19
**retained** [1] - 1130:25
**retired** [3] - 1139:8, 1209:4, 1275:9
**retort** [1] - 1182:13
**retry** [1] - 1247:8
**return** [2] - 1109:8, 1247:23
**returned** [2] - 1081:19, 1209:10
**reverb** [3] - 1143:6, 1143:10, 1144:17
**review** [6] - 1132:16, 1145:8, 1171:5, 1174:18, 1198:23, 1206:9
**reviewed** [4] - 1102:3, 1120:10, 1121:6, 1170:8
**revised** [2] - 1222:4, 1244:13
**revision** [1] - 1245:2
**rewriting** [1] - 1253:23
**rhythm** [55] - 1092:23, 1093:14, 1094:18, 1094:20, 1100:16, 1102:17, 1102:18, 1103:7, 1103:14, 1103:20, 1103:25, 1104:14, 1104:15, 1104:16, 1105:1, 1105:16, 1105:18, 1107:16, 1123:15, 1123:16, 1123:22, 1124:21, 1124:24, 1125:1, 1125:4, 1128:23, 1138:4, 1159:6, 1168:18, 1176:2, 1186:16, 1192:9, 1200:21, 1200:24, 1201:15, 1201:22, 1202:16, 1203:2, 1203:3, 1203:9, 1203:11, 1203:15, 1203:19, 1203:22, 1204:11, 1204:12, 1204:21, 1204:23, 1205:2, 1206:15, 1208:18
**Rhythm** [2] - 1186:13, 1186:23
**rhythmic** [21] - 1092:8, 1092:13, 1095:16, 1097:2, 1097:7, 1099:18, 1102:10, 1105:7, 1105:9, 1106:17, 1107:4, 1107:17, 1109:6, 1110:22, 1123:7, 1136:10, 1136:11, 1148:6, 1174:19, 1175:2, 1202:24
**rhythmically** [6] - 1106:23, 1117:7, 1117:12, 1117:21, 1135:8, 1138:3
**rhythms** [41] - 1096:22, 1100:12, 1100:20, 1101:22, 1101:24, 1102:6, 1102:9, 1102:11, 1102:17, 1102:22, 1103:6, 1103:22, 1105:2, 1105:4, 1112:17, 1117:6, 1117:22, 1119:22, 1119:23, 1121:7, 1121:23, 1122:5, 1123:7, 1123:14, 1123:15, 1123:21, 1124:6, 1125:2, 1125:6, 1126:18, 1157:23, 1158:14, 1173:16, 1175:18, 1201:1, 1201:5, 1203:21, 1203:23, 1205:1, 1224:18, 1224:24
**richer** [1] - 1090:22
**RICHTER** [2] - 1080:13, 1080:16
**ridiculous** [2] - 1164:16, 1164:19
**right-hand** [1] - 1161:2
**rights** [5] - 1130:22, 1187:10, 1223:17, 1227:16, 1227:24
**rigid** [4] - 1097:17, 1101:21, 1101:22
**ring** [1] - 1197:6
**risers** [1] - 1082:13
**Rochester** [1] - 1186:16
**rock** [2] - 1174:8, 1175:4
**role** [2] - 1099:6, 1108:2
**roles** [1] - 1163:10
**Roman** [1] - 1168:19
**room** [4] - 1083:20, 1084:7, 1212:14, 1246:14
**rooms** [1] - 1247:16
**root** [20] - 1099:19, 1132:5, 1133:7, 1133:8, 1133:9, 1133:10, 1133:21, 1170:13, 1170:15, 1170:20, 1171:2, 1176:24, 1177:1, 1177:15, 1178:20, 1194:24, 1208:2, 1208:14
**roots** [26] - 1131:22, 1131:23, 1131:24, 1131:25, 1132:1, 1132:2, 1132:3, 1132:7, 1133:12, 1133:15, 1133:17, 1133:18, 1133:19, 1134:1, 1134:2, 1138:11, 1170:9, 1170:10, 1170:18, 1170:19, 1170:25, 1171:8, 1171:9, 1178:15, 1194:21
**rose** [1] - 1274:11
**Rosenberg** [5] - 1080:14, 1214:9, 1236:19, 1259:23, 1273:12
**ROSENBERG** [47] - 1139:14, 1139:25, 1140:7, 1213:18, 1214:6, 1214:10, 1225:15, 1235:13, 1237:2, 1237:8, 1240:3, 1240:8, 1240:16, 1241:21, 1242:23, 1243:14, 1243:22, 1244:14, 1245:6, 1245:19, 1245:21, 1246:22, 1247:23, 1249:18, 1250:7, 1251:16, 1252:6, 1253:18, 1254:1, 1254:18, 1254:22, 1255:8, 1255:16, 1257:19, 1257:22, 1258:2, 1258:20, 1259:24, 1266:18, 1270:10, 1273:2, 1273:10, 1273:15, 1273:23, 1275:2, 1277:2, 1277:6
**royalties** [1] - 1112:11
**RPR** [2] - 1079:22, 1276:16
**run** [2] - 1254:6, 1254:7
**rush** [2] - 1217:10, 1217:12

## S

**sad** [1] - 1177:7
**safely** [1] - 1154:17
**sake** [1] - 1213:24
**sample** [5] - 1223:6, 1223:17, 1224:22, 1226:11, 1228:19
**samples** [1] - 1229:2
**sampling** [4] - 1082:16, 1097:18, 1114:1, 1115:8
**sang** [9] - 1133:13, 1134:9, 1134:22, 1135:4, 1137:22, 1137:25, 1138:8, 1220:1, 1220:6
**sat** [1] - 1236:25
**Savage** [92] - 1082:8, 1085:5, 1085:9, 1086:1, 1094:18, 1096:21, 1107:25, 1109:22, 1110:7, 1119:8, 1119:10, 1133:10, 1135:24, 1140:20, 1145:3, 1146:9, 1179:6, 1179:14, 1189:19, 1189:25, 1190:3, 1190:5, 1191:2, 1192:6, 1198:13, 1200:14, 1206:8, 1206:16, 1208:5, 1212:19, 1214:22, 1215:3, 1216:19, 1217:17, 1219:1, 1222:19, 1224:22, 1226:14, 1229:14, 1230:2, 1231:10, 1232:2, 1233:22, 1234:16, 1237:20, 1238:6, 1238:20, 1239:3, 1239:13, 1239:23, 1243:20, 1248:12, 1249:1, 1249:4, 1249:8, 1249:12, 1250:17, 1254:20, 1255:1, 1255:3, 1256:21, 1257:1, 1257:10, 1258:6, 1258:8, 1258:17, 1258:24, 1259:9, 1259:25, 1261:23, 1262:2, 1262:5, 1262:11, 1262:13, 1263:3, 1263:6, 1263:16, 1263:22, 1264:1, 1264:4, 1264:11, 1266:1, 1266:10, 1266:15, 1267:25, 1268:14, 1269:12, 1269:21, 1270:1, 1270:19, 1274:15
**saw** [1] - 1083:15
**sax** [3] - 1188:6, 1188:16, 1188:22
**saxophone** [4] - 1110:19, 1113:19, 1215:23, 1219:14
**saxophone-like** [1] - 1215:23
**scale** [1] - 1199:5
**scales** [1] - 1168:18
**scant** [1] - 1088:4
**scholarship** [1] - 1127:25
**School** [2] - 1186:15, 1187:1
**schools** [1] - 1163:8
**scope** [2] - 1273:4, 1274:25
**scream** [1] - 1234:10
**screen** [6] - 1141:18, 1195:22, 1206:10, 1216:10, 1221:13, 1247:24
**scroll** [7] - 1216:12, 1220:9, 1224:16, 1228:2, 1245:16, 1254:18, 1255:8
**Search** [1] - 1206:19
**search** [1] - 1184:25
**seated** [1] - 1210:5
**second** [16] - 1107:1, 1132:6, 1141:23, 1162:3, 1165:8, 1167:1, 1190:16, 1198:7, 1208:24, 1217:17, 1221:23, 1237:6, 1241:21, 1254:25, 1256:13, 1271:9
**seconds** [12] - 1081:3, 1084:24, 1087:7, 1091:9, 1091:11, 1095:20, 1103:14, 1106:21, 1111:13, 1186:21, 1188:20, 1189:10
**section** [38] - 1088:18, 1091:9, 1092:5, 1093:2, 1093:11, 1093:13, 1095:16, 1099:23, 1100:13, 1100:18, 1106:10, 1107:24, 1108:3, 1109:11, 1111:3, 1112:15, 1113:14, 1114:18, 1116:1,

1116:18, 1116:20, 1117:1, 1117:3, 1117:5, 1117:15, 1117:18, 1118:18, 1118:22, 1119:2, 1119:14, 1136:2, 1136:17, 1157:6, 1192:15, 1196:18, 1207:13, 1223:8
**sections** [23] - 1084:21, 1091:23, 1093:6, 1093:7, 1095:20, 1106:5, 1106:15, 1114:10, 1114:25, 1115:1, 1115:12, 1115:17, 1116:4, 1117:4, 1117:19, 1123:3, 1136:1, 1136:9, 1145:2, 1154:5, 1190:19, 1194:19, 1196:15
**securing** [1] - 1223:17
**see** [91] - 1084:21, 1084:25, 1085:24, 1086:15, 1087:7, 1091:17, 1093:18, 1094:10, 1096:13, 1096:19, 1099:10, 1099:13, 1099:16, 1101:5, 1102:16, 1102:20, 1102:23, 1103:21, 1104:15, 1104:16, 1104:19, 1110:2, 1113:23, 1113:24, 1123:8, 1123:14, 1123:25, 1124:15, 1128:2, 1135:7, 1138:1, 1138:6, 1139:20, 1140:25, 1141:18, 1145:16, 1146:11, 1161:3, 1165:15, 1168:12, 1170:17, 1171:1, 1171:25, 1186:2, 1195:22, 1205:12, 1205:14, 1207:4, 1208:7, 1208:20, 1216:25, 1218:3, 1219:7, 1219:12, 1220:9, 1220:11, 1221:13, 1225:1, 1225:10, 1229:15, 1229:23, 1230:14, 1230:15, 1230:19, 1231:25, 1232:7, 1240:5, 1240:10, 1241:23, 1242:1, 1242:24, 1244:12, 1244:15, 1245:8, 1245:10, 1245:16, 1247:25, 1248:21, 1250:4, 1250:11, 1253:16, 1254:19, 1255:7, 1255:18, 1256:23, 1257:21, 1258:3, 1258:22, 1258:23, 1265:18, 1275:8
**seeking** [2] - 1211:23, 1251:2
**seem** [1] - 1129:9
**seeming** [1] - 1181:12
**seminar** [1] - 1164:10
**send** [10] - 1218:2, 1227:2, 1243:3, 1250:5, 1251:6, 1262:4, 1263:22, 1270:4, 1271:6, 1271:10
**sending** [5] - 1242:24, 1244:13, 1257:4, 1271:1, 1271:4
**sends** [2] - 1250:22, 1268:25
**sense** [10] - 1088:3, 1128:22, 1131:24, 1145:20, 1158:5, 1171:19, 1172:12, 1173:21, 1174:4, 1221:12
**sent** [40] - 1085:7, 1142:19, 1142:25, 1143:9, 1215:13, 1218:25, 1219:6, 1219:12, 1220:10, 1220:13, 1221:5, 1221:23, 1222:3, 1222:6, 1241:23, 1243:17, 1243:24, 1244:4, 1244:7, 1244:16, 1245:2, 1245:14, 1245:23, 1246:8, 1250:8, 1252:10, 1252:19, 1253:16, 1254:4, 1254:25, 1257:1, 1258:9, 1258:24, 1260:4, 1260:7, 1260:17, 1262:7, 1270:7, 1274:2
**sentence** [2] - 1207:18, 1241:5
**SEO** [1] - 1184:25
**separate** [4] - 1115:21, 1121:18, 1145:14
**sequencing** [1] - 1099:1
**services** [3] - 1161:19, 1186:9, 1187:15
**session** [5] - 1214:24, 1221:15, 1255:19, 1258:14, 1274:20
**sessions** [1] - 1192:5
**set** [6] - 1091:8, 1110:2, 1111:12, 1199:12, 1199:13, 1270:4
**sets** [1] - 1211:5
**sextuplet** [1] - 1092:13
**shape** [2] - 1222:16, 1223:10
**share** [5] - 1234:21, 1258:18, 1264:3, 1265:25, 1274:5
**shared** [1] - 1149:16
**Sheeran** [1] - 1151:17
**sheet** [13] - 1112:8, 1138:1, 1169:3, 1169:5, 1169:6, 1169:11, 1169:16, 1169:17, 1169:18, 1169:23, 1171:17, 1175:22, 1184:8
**Sheet** [1] - 1171:11
**SHEPPARD** [2] - 1080:13, 1080:16
**shift** [4] - 1092:4, 1092:6, 1106:22, 1107:17
**shine** [2] - 1098:14, 1107:17
**shit** [1] - 1225:8
**shocked** [1] - 1225:22
**shocking** [1] - 1225:24
**short** [7] - 1090:9, 1137:6, 1184:12, 1185:25, 1199:4, 1237:10
**shorthand** [1] - 1256:3
**shortly** [4] - 1087:2, 1091:21, 1094:19, 1106:20
**show** [22] - 1100:23, 1102:20, 1104:19, 1121:24, 1137:21, 1153:20, 1154:1, 1160:9, 1166:6, 1175:25, 1178:23, 1180:25, 1185:9, 1188:2, 1190:13, 1192:23, 1194:4, 1195:16, 1195:19, 1205:22, 1223:22, 1267:16
**showed** [6] - 1144:20, 1201:3, 1201:4, 1240:4, 1267:11, 1267:14
**showing** [14] - 1094:12, 1100:2, 1102:13, 1137:23, 1141:8, 1145:4, 1146:6, 1184:1, 1186:12, 1219:20, 1219:22, 1231:8, 1267:16, 1267:19
**shown** [2] - 1182:7, 1233:3
**shows** [5] - 1101:10, 1146:8, 1186:4, 1186:6, 1186:8
**shy** [2] - 1247:19, 1247:21
**sic** [1] - 1239:19
**side** [6] - 1082:23, 1100:25, 1101:7, 1115:15, 1118:17, 1255:18
**sides** [2] - 1112:13, 1122:20
**sign** [2] - 1211:16, 1211:18
**signal** [1] - 1116:8
**signature** [4] - 1091:20, 1199:23, 1199:24, 1244:21
**signed** [2] - 1228:5, 1229:9
**significant** [1] - 1176:15
**signing** [1] - 1224:1
**Similar** [1] - 1171:11
**similar** [12] - 1115:2, 1115:3, 1122:4, 1122:5, 1129:4, 1138:14, 1159:5, 1159:6, 1159:8, 1205:3, 1247:13
**similarities** [3] - 1158:8, 1174:25, 1175:16
**Similarity** [2] - 1171:24, 1181:19
**similarity** [15] - 1104:20, 1105:5, 1121:22, 1121:25, 1122:3, 1126:13, 1126:15, 1126:21, 1127:23, 1138:2, 1158:9, 1177:19, 1185:4, 1205:4
**similarly** [2] - 1092:24, 1117:10
**simple** [5] - 1094:16, 1100:10, 1114:7, 1116:12, 1117:22
**simplistic** [1] - 1105:15
**simply** [5] - 1098:19, 1118:1, 1172:8, 1173:19, 1200:11
**sing** [19] - 1131:21, 1132:9, 1132:11, 1132:13, 1137:20, 1170:9, 1170:18, 1172:14, 1173:6, 1189:25, 1208:10, 1208:12, 1208:19, 1215:17, 1219:8, 1219:14, 1219:17, 1234:4, 1244:8
**singer** [1] - 1167:19
**singer/songwriter** [1] - 1107:15
**singing** [19] - 1109:19, 1131:22, 1133:13, 1134:6, 1138:10, 1138:12, 1147:10, 1168:23, 1170:10, 1170:20, 1170:22, 1170:23, 1170:24, 1170:25, 1179:8, 1251:22, 1251:24, 1252:4
**single** [18] - 1097:6, 1113:4, 1115:15, 1116:18, 1147:10, 1156:17, 1191:8, 1191:9, 1191:10, 1191:11, 1191:14, 1191:19, 1191:23, 1214:24, 1217:5, 1235:5, 1241:3
**single-handedly** [1] - 1115:15
**single-note** [2] - 1191:19, 1191:23
**single-tone** [1] - 1191:14
**sings** [1] - 1170:18
**sip** [1] - 1110:3
**siren** [1] - 1082:4
**Siren** [46] - 1082:16, 1082:25, 1086:2, 1089:4, 1089:10, 1089:13, 1091:3, 1092:21, 1094:16, 1095:8, 1098:20, 1100:9, 1101:20, 1107:6, 1108:8, 1109:5, 1110:11, 1119:17, 1137:4, 1142:8, 1142:10, 1142:12, 1144:20, 1144:22, 1145:10, 1145:14, 1146:9,

1146:12, 1158:11, 1159:20, 1159:25, 1176:11, 1188:7, 1195:10, 1200:15, 1215:13, 1215:16, 1215:19, 1218:9, 1220:2, 1241:10, 1241:16, 1242:6, 1242:10, 1242:16, 1242:21
**sit** [1] - 1171:6
**sitting** [5] - 1081:9, 1081:11, 1133:24, 1212:21, 1231:1
**situation** [1] - 1235:1
**six** [1] - 1228:17
**ska** [3] - 1092:11, 1097:16, 1098:24
**skill** [1] - 1211:5
**slide** [15] - 1086:13, 1086:15, 1093:18, 1093:20, 1094:12, 1096:15, 1100:22, 1100:23, 1100:24, 1102:15, 1104:9, 1123:12, 1124:11, 1146:2, 1154:1
**slides** [2] - 1145:9, 1146:8
**slightly** [1] - 1197:8
**slip** [2] - 1198:1, 1198:5
**small** [3] - 1081:2, 1205:12, 1205:13
**smartphone** [1] - 1214:13
**Smooth** [3] - 1174:9, 1174:14, 1175:4
**smooth** [2] - 1097:24, 1098:11
**smoother** [2] - 1099:2, 1190:11
**snaps** [2] - 1082:13, 1109:20
**snare** [1] - 1147:8
**snippets** [2] - 1152:3, 1202:6
**Snoop** [2] - 1266:24, 1266:25
**so-called** [1] - 1200:13
**so..** [2] - 1087:9, 1273:15
**socially** [1] - 1232:18
**software** [3] - 1101:5, 1101:6, 1101:8
**sold** [1] - 1238:11
**solo** [6] - 1084:18, 1129:11, 1130:2, 1130:3, 1156:7, 1192:3
**soloed** [2] - 1143:25, 1145:24
**solos** [1] - 1191:25
**solved** [1] - 1199:20
**someone** [14] - 1105:22, 1123:17, 1124:18, 1129:19, 1132:10, 1185:16, 1214:3, 1234:12, 1249:7, 1249:11, 1265:5, 1268:25, 1269:17
**sometime** [1] - 1243:2
**sometimes** [8] - 1089:21, 1185:15, 1189:15, 1190:15, 1190:16, 1197:7, 1248:5, 1264:21
**somewhat** [3] - 1100:24, 1196:21, 1196:23
**song** [143] - 1088:16, 1091:5, 1091:23, 1095:3, 1095:4, 1098:21, 1106:15, 1110:1, 1111:3, 1112:6, 1112:24, 1113:2, 1116:21, 1119:8, 1121:4, 1133:14, 1135:25, 1144:13, 1144:24, 1148:20, 1149:9, 1149:13, 1150:7, 1150:11, 1150:12, 1151:3, 1151:6, 1151:7, 1151:17, 1152:7, 1152:12, 1152:17, 1158:25, 1159:2, 1173:1, 1173:2, 1173:3, 1173:11, 1173:13, 1174:3, 1174:6, 1174:13, 1174:15, 1175:5, 1175:7, 1176:7, 1176:8, 1176:13, 1177:2, 1177:12, 1177:13, 1177:16, 1177:21, 1179:1, 1179:2, 1179:8, 1179:13, 1179:24, 1187:7, 1192:14, 1192:15, 1192:18, 1199:21, 1200:18, 1201:20, 1204:23, 1215:2, 1215:18, 1215:19, 1220:7, 1223:19, 1226:8, 1226:11, 1227:21, 1228:1, 1228:13, 1228:19, 1229:17, 1232:6, 1232:9, 1232:12, 1233:10, 1234:4, 1234:14, 1234:19, 1234:21, 1235:9, 1236:13, 1238:7, 1238:9, 1238:21, 1238:23, 1239:4, 1239:6, 1239:25, 1240:1, 1241:8, 1241:10, 1241:16, 1241:19, 1242:15, 1242:20, 1243:6, 1243:19, 1248:12, 1249:17, 1251:7, 1252:16, 1253:21, 1255:11, 1256:7, 1256:8, 1257:16, 1257:25, 1258:18, 1258:19, 1259:3, 1259:25, 1260:4, 1260:16, 1260:24, 1261:2, 1262:8, 1262:14, 1262:22, 1263:16, 1263:19, 1267:8, 1267:17, 1268:3, 1268:22, 1269:15, 1269:16, 1269:18, 1270:8, 1271:10, 1271:22, 1271:24, 1272:5
**Song** [1] - 1171:23
**song's** [2] - 1179:2, 1196:15
**songs** [23] - 1147:6, 1147:17, 1150:3, 1150:5, 1151:4, 1151:11, 1151:12, 1151:18, 1151:21, 1152:3, 1189:22, 1211:14, 1212:10, 1237:21, 1239:12, 1239:22, 1248:9, 1251:5, 1257:8, 1259:13, 1262:21, 1267:4, 1267:11
**Songs** [1] - 1171:12
**songwriter** [13] - 1210:25, 1211:1, 1211:9, 1211:22, 1224:4, 1233:14, 1236:10, 1267:14, 1267:15, 1268:4, 1269:15, 1269:19, 1274:8
**songwriters** [4] - 1112:25, 1211:16, 1211:18, 1261:20
**songwriting** [14] - 1094:25, 1237:18, 1237:23, 1238:16, 1238:25, 1239:8, 1239:25, 1262:23, 1264:3, 1264:19, 1265:25, 1267:20, 1274:5
**sonic** [3] - 1090:11, 1111:25, 1115:13
**sonically** [5] - 1090:11, 1092:16, 1092:18, 1108:6, 1112:5
**sonority** [2] - 1090:21, 1113:4
**Sony** [2] - 1187:9, 1187:13
**soon** [2] - 1139:6, 1255:18
**sophisticated** [2] - 1089:20, 1118:2
**sorry** [46] - 1082:9, 1090:11, 1096:1, 1100:8, 1105:10, 1106:11, 1110:2, 1114:20, 1116:19, 1124:8, 1124:9, 1130:9, 1130:17, 1142:1, 1144:5, 1149:2, 1149:5, 1151:22, 1154:11, 1158:18, 1160:15, 1165:8, 1199:1, 1199:15, 1205:7, 1206:5, 1206:11, 1219:3, 1224:9, 1228:21, 1228:25, 1229:25, 1230:18, 1235:11, 1236:8, 1237:9, 1244:2, 1246:4, 1247:24, 1249:10, 1255:8, 1258:22, 1264:17, 1265:21, 1267:22, 1268:1
**sort** [14] - 1088:9, 1090:23, 1091:2, 1092:14, 1099:14, 1110:13, 1111:23, 1117:17, 1120:6, 1120:22, 1123:4, 1130:7, 1146:14, 1155:20
**soulful** [1] - 1102:1
**sound** [36] - 1082:20, 1082:23, 1083:3, 1085:16, 1087:1, 1087:8, 1090:12, 1109:7, 1110:25, 1112:5, 1112:13, 1112:17, 1115:5, 1118:17, 1136:4, 1142:14, 1142:15, 1142:17, 1142:20, 1143:4, 1144:2, 1152:9, 1153:9, 1173:7, 1173:8, 1173:24, 1174:11, 1187:6, 1187:11, 1196:8, 1215:22, 1215:25, 1218:10, 1221:10, 1228:5
**sounded** [6] - 1134:10, 1138:8, 1197:21, 1197:23, 1222:20, 1222:23
**sounding** [7] - 1085:14, 1115:7, 1118:25, 1191:16, 1191:17, 1191:22, 1196:18
**sounds** [18] - 1088:14, 1110:16, 1112:6, 1115:19, 1122:19, 1133:14, 1154:3, 1154:19, 1155:4, 1175:21, 1186:19, 1192:24, 1199:7, 1204:22, 1215:21, 1252:5, 1259:15, 1260:12
**source** [3] - 1082:8, 1082:9, 1082:10
**sources** [1] - 1203:14
**South** [1] - 1080:15
**space** [4] - 1118:2, 1146:5, 1154:5, 1195:4
**spaces** [1] - 1146:15
**spacing** [2] - 1097:9, 1097:22
**spacings** [1] - 1116:14
**Spanish** [5] - 1162:17, 1162:18, 1162:21, 1165:12, 1167:16
**spanning** [1] - 1240:14
**Spatola** [84] - 1082:11, 1082:22, 1088:20, 1088:21, 1088:23, 1089:2, 1089:24, 1091:2, 1091:7, 1091:22, 1092:12, 1093:7, 1093:12, 1093:13, 1093:16, 1094:18, 1095:14, 1098:9, 1099:2, 1099:16, 1099:23, 1100:7, 1100:20,

1101:14, 1101:23, 1103:19, 1106:8, 1106:17, 1109:9, 1109:17, 1109:24, 1111:2, 1113:15, 1113:17, 1114:11, 1115:6, 1115:8, 1115:15, 1115:22, 1116:4, 1116:15, 1132:3, 1132:8, 1133:18, 1133:20, 1134:5, 1134:8, 1134:12, 1134:24, 1135:2, 1135:10, 1135:23, 1136:15, 1137:6, 1137:20, 1138:16, 1140:18, 1141:2, 1141:24, 1142:1, 1142:2, 1155:11, 1155:21, 1158:3, 1159:22, 1189:25, 1192:15, 1196:4, 1196:13, 1206:17, 1208:9, 1222:13, 1222:16, 1223:11, 1236:12, 1258:16, 1263:9, 1263:14, 1263:17, 1263:22, 1264:1, 1264:4, 1264:10, 1274:20
**SPATOLA** [1] - 1079:5
**Spatola's** [66] - 1082:21, 1089:18, 1092:8, 1094:12, 1095:18, 1096:9, 1096:14, 1096:22, 1097:20, 1099:24, 1101:2, 1102:9, 1102:17, 1103:22, 1104:13, 1104:16, 1105:4, 1106:12, 1108:24, 1109:11, 1109:14, 1112:14, 1113:5, 1113:9, 1113:11, 1114:19, 1114:25, 1116:2, 1117:3, 1117:15, 1117:19, 1118:17, 1119:14, 1119:17, 1119:20, 1122:2, 1122:4, 1122:11, 1123:6, 1123:14, 1123:15, 1123:20, 1124:6, 1125:6, 1126:18, 1135:21, 1136:24, 1137:1, 1137:3, 1137:24, 1154:25, 1156:11, 1170:10, 1178:24, 1189:1, 1190:14, 1191:15, 1194:1, 1197:14, 1198:6, 1205:2, 1208:15, 1223:7, 1226:7, 1226:12, 1236:15
**Spatoly** [1] - 1141:24
**speaker** [2] - 1144:3, 1165:12
**speakers** [2] - 1152:8, 1152:21
**speaking** [2] - 1203:12, 1227:6
**Spears** [1] - 1248:9
**special** [3] - 1124:19, 1132:8, 1267:18
**specialties** [1] - 1179:25
**specific** [14] - 1114:10, 1147:19, 1147:21, 1152:23, 1188:3, 1202:23, 1203:15, 1215:18, 1215:19, 1223:2, 1224:18, 1256:4, 1267:24, 1268:13
**specifically** [9] - 1088:18, 1093:5, 1093:10, 1106:6, 1125:11, 1131:17, 1147:25, 1148:3, 1153:22
**specified** [1] - 1138:18
**speculation** [1] - 1259:16
**speeches** [1] - 1164:21
**spell** [1] - 1210:10
**spend** [1] - 1254:16
**spent** [2] - 1262:5, 1272:3
**spice** [5] - 1088:12, 1090:1, 1097:1, 1116:7, 1136:17
**split** [1] - 1247:24
**splits** [8] - 1236:1, 1236:3, 1237:18, 1264:19, 1264:21, 1264:22, 1264:24, 1266:1
**spoken** [3] - 1170:14, 1273:7, 1273:8
**spot** [1] - 1208:18
**Spotify** [1] - 1147:14
**square** [1] - 1254:5
**staff** [2] - 1138:6, 1194:2
**stamp** [2] - 1161:3, 1244:15
**stand** [18] - 1087:24, 1088:2, 1139:10, 1140:11, 1149:8, 1181:23, 1185:11, 1201:11, 1207:8, 1209:16, 1209:24, 1229:3, 1230:8, 1236:20, 1238:4, 1248:25, 1259:18, 1273:17
**stand-alone** [3] - 1087:24, 1088:2, 1229:3
**standard** [17] - 1097:4, 1097:15, 1101:9, 1102:10, 1122:9, 1123:7, 1128:20, 1138:4, 1143:18, 1144:18, 1145:25, 1148:2, 1148:4, 1178:19, 1200:10, 1206:21, 1207:9
**standing** [1] - 1195:25
**standout** [1] - 1092:21
**standpoint** [7] - 1088:7, 1089:6, 1099:21, 1109:15, 1134:14, 1134:19, 1137:16
**stands** [2] - 1179:12, 1230:9
**stark** [1] - 1092:7
**Stars** [1] - 1080:17
**start** [10] - 1087:12, 1087:13, 1106:24, 1139:5, 1141:11, 1153:18, 1208:25, 1217:21, 1219:17, 1275:4
**start-off** [1] - 1219:17
**started** [6] - 1091:4, 1221:6, 1242:11, 1242:24, 1243:9, 1274:15
**starters** [1] - 1158:6
**starting** [10] - 1095:23, 1111:13, 1219:19, 1221:1, 1221:2, 1221:4, 1221:18, 1224:6, 1232:3, 1249:21
**starts** [2] - 1172:22, 1245:17
**state** [14] - 1128:11, 1144:12, 1167:6, 1168:15, 1169:10, 1171:16, 1172:25, 1180:11, 1180:24, 1198:13, 1201:5, 1207:6, 1210:10, 1263:5
**statement** [5] - 1148:19, 1148:21, 1153:21, 1182:17, 1249:9
**STATES** [1] - 1079:1
**States** [1] - 1163:2
**states** [1] - 1167:7
**status** [1] - 1257:25
**stay** [1] - 1254:8
**stealing** [1] - 1229:6
**stem** [1] - 1144:9
**stems** [13] - 1085:7, 1085:8, 1142:18, 1142:23, 1142:25, 1143:8, 1143:9, 1143:14, 1143:16, 1143:17, 1144:10, 1144:14, 1144:15
**step** [1] - 1210:6
**Stevie** [1] - 1169:21
**stick** [2] - 1100:8, 1114:6
**sticking** [3] - 1100:7, 1116:4, 1136:6
**sticks** [1] - 1113:17
**still** [31] - 1096:17, 1099:19, 1114:9, 1116:7, 1127:22, 1130:3, 1140:11, 1153:9, 1154:7, 1157:25, 1158:22, 1172:8, 1172:15, 1173:3, 1173:4, 1173:6, 1173:13, 1174:12, 1175:6, 1177:2, 1194:18, 1201:11, 1207:8, 1227:3, 1244:17, 1252:25, 1253:5, 1259:10, 1260:22, 1265:21
**stipulated** [1] - 1216:5
**Stone's** [1] - 1180:25
**stood** [4] - 1093:10, 1106:10, 1106:16, 1197:24
**stopped** [1] - 1082:2
**story** [4] - 1098:1, 1098:6, 1098:9, 1118:12
**straight** [8] - 1099:15, 1100:9, 1103:25, 1106:19, 1107:7, 1108:5, 1110:24, 1114:7
**strata** [1] - 1202:25
**streaming** [1] - 1238:13
**Street** [2] - 1079:23, 1080:5
**stretch** [2] - 1181:23, 1236:21
**stricken** [1] - 1187:21
**strictly** [2] - 1089:6, 1203:12
**striking** [1] - 1146:21
**string** [3] - 1197:9, 1198:2, 1222:10
**strings** [4] - 1197:1, 1197:7, 1200:25
**strong** [15] - 1092:7, 1094:24, 1095:1, 1095:7, 1106:13, 1106:15, 1107:12, 1107:13, 1110:10, 1112:17, 1112:21, 1112:23, 1112:25, 1120:4, 1126:6
**strongly** [3] - 1106:18, 1121:7, 1207:22
**structural** [7] - 1088:6, 1112:22, 1133:8, 1136:22, 1147:13, 1153:10, 1208:15
**structurally** [2] - 1112:22, 1146:16
**structure** [22] - 1086:21, 1090:16, 1103:18, 1103:24, 1106:18, 1111:7, 1113:13, 1133:22, 1133:25, 1134:6, 1134:11, 1136:19, 1158:25, 1159:1, 1159:3, 1170:24, 1172:14, 1174:19, 1174:20, 1178:16, 1192:10, 1249:2
**structured** [3] - 1099:15, 1127:20, 1128:2
**structures** [1] - 1104:23
**strum** [1] - 1157:3
**strumming** [10] - 1108:5, 1155:6, 1155:10, 1155:11, 1155:13, 1155:19, 1155:20, 1155:23, 1155:25, 1200:24
**stu** [1] - 1224:10
**students** [4] - 1090:2, 1095:1, 1169:2, 1184:9
**studied** [1] - 1129:2
**studio** [11] - 1140:18, 1140:24, 1141:9, 1208:17, 1214:21, 1214:24, 1214:25,

1221:15, 1222:14, 1223:12, 1267:11
**study** [2] - 1147:24, 1147:25
**stuff** [2] - 1229:6, 1238:14
**stupendous** [2] - 1091:1, 1091:4
**style** [11] - 1082:4, 1084:10, 1151:3, 1174:1, 1174:3, 1174:5, 1174:17, 1175:1, 1175:17, 1175:25, 1201:17
**styles** [1] - 1097:19
**subdivision** [2] - 1104:2, 1105:20
**subdivisions** [2] - 1203:12, 1203:17
**subjects** [2] - 1184:2, 1184:3
**submitted** [1] - 1166:6
**submitting** [2] - 1165:22, 1166:2
**submix** [29] - 1083:6, 1083:8, 1084:16, 1085:3, 1087:15, 1087:24, 1088:2, 1095:18, 1109:10, 1113:24, 1114:2, 1141:20, 1141:23, 1142:2, 1143:24, 1145:4, 1145:13, 1146:2, 1146:13, 1146:24, 1148:16, 1153:12, 1153:25, 1154:14, 1154:21, 1157:21, 1158:12, 1158:17, 1159:11
**submixes** [7] - 1085:21, 1141:12, 1141:15, 1142:18, 1143:20, 1145:8, 1145:11
**subset** [4] - 1123:20, 1123:21, 1126:11, 1126:24
**substantial** [5] - 1177:4, 1177:16, 1177:23, 1178:4, 1198:3
**Substantially** [1] - 1171:11
**substitute** [2] - 1185:7, 1226:6
**subtract** [3] - 1123:19, 1145:5, 1158:8
**subtracting** [1] - 1146:11
**subtraction** [1] - 1158:5
**successful** [10] - 1095:4, 1112:24, 1131:9, 1151:3, 1151:17, 1211:14, 1238:9, 1238:23, 1239:6, 1269:19
**suddenly** [1] - 1151:8
**sue** [1] - 1187:19
**Sue** [1] - 1180:16
**sufficient** [3] - 1156:2, 1156:8, 1205:6
**suggested** [1] - 1164:20
**suggestion** [1] - 1247:8
**Suite** [2] - 1080:9, 1080:17
**sum** [1] - 1169:24
**summarize** [5] - 1082:6, 1084:14, 1123:4, 1123:5, 1135:21
**summary** [1] - 1140:3
**summer** [4] - 1232:6, 1232:9, 1232:10, 1232:12
**superprof.com** [1] - 1183:25
**supplemental** [1] - 1193:10
**support** [3] - 1147:4, 1153:20, 1191:10
**supporting** [1] - 1191:6
**supports** [1] - 1147:16
**suppose** [2] - 1101:13, 1166:18
**supposed** [2] - 1205:25, 1206:9
**surface** [1] - 1227:13
**surprise** [2] - 1188:8, 1188:13
**surprised** [6] - 1151:19, 1179:23, 1180:2, 1187:12, 1201:17, 1275:24
**suspect** [1] - 1152:3
**sustained** [2] - 1273:5, 1275:1
**Suzanne** [2] - 1149:13, 1150:10
**Swalla** [8] - 1238:21, 1238:23, 1239:1, 1239:11, 1247:14, 1255:23, 1256:6, 1275:7
**sweet** [1] - 1208:18
**Swift** [1] - 1151:17
**swing** [2] - 1201:18, 1203:3
**swore** [1] - 1213:4
**sworn** [2] - 1210:4, 1212:25
**swung** [11] - 1201:16, 1201:22, 1202:3, 1202:5, 1202:17, 1203:23, 1204:4, 1204:17, 1204:21, 1204:22, 1205:5
**symbol** [1] - 1144:3
**syncopated** [2] - 1092:9, 1157:22
**synth** [5] - 1110:19, 1113:19, 1188:6, 1188:16, 1188:22
**system** [4] - 1162:25, 1163:2, 1163:3, 1185:3
**systematic** [3] - 1102:12, 1127:20, 1128:2
**systematically** [1] - 1205:2
**systems** [1] - 1085:15

**T**

**table** [1] - 1081:10
**tailored** [1] - 1182:22
**Tale** [1] - 1094:17
**talented** [1] - 1131:7
**talks** [1] - 1182:18
**tapped** [1] - 1233:3
**tapping** [3] - 1150:12, 1192:1, 1192:3
**taught** [4] - 1164:6, 1164:9, 1165:2
**Taylor** [1] - 1151:17
**teach** [12] - 1162:22, 1162:23, 1163:24, 1164:4, 1165:21, 1167:6, 1167:7, 1167:9, 1167:12, 1169:4, 1184:2, 1186:6
**teacher** [1] - 1169:5
**teaching** [4] - 1163:23, 1167:11, 1186:13
**Teaching** [1] - 1166:20
**team** [5] - 1130:3, 1235:23, 1236:1, 1269:5, 1272:14
**technical** [1] - 1200:16
**technique** [1] - 1098:12
**techniques** [4] - 1143:19, 1144:18, 1155:11, 1155:21
**tedious** [1] - 1086:5
**telephone** [1] - 1246:7
**tempo** [2] - 1175:1, 1175:25
**tempting** [1] - 1275:7
**tended** [1] - 1090:2
**tends** [1] - 1177:6
**tension** [1] - 1107:22
**tenured** [1] - 1163:2
**term** [2] - 1264:19, 1264:24
**terminology** [1] - 1167:16
**terms** [18] - 1085:15, 1090:24, 1092:20, 1103:18, 1107:3, 1109:6, 1112:17, 1112:22, 1119:21, 1123:13, 1125:4, 1126:14, 1136:12, 1147:19, 1191:14, 1197:24, 1228:4, 1248:25
**testified** [10] - 1192:10, 1217:20, 1235:25, 1237:25, 1248:24, 1251:9, 1258:16, 1261:5, 1272:13, 1274:7
**testifies** [1] - 1210:4
**testify** [3] - 1130:24, 1139:2, 1139:17
**testifying** [1] - 1192:13
**testimony** [7] - 1130:19, 1132:17, 1140:4, 1182:6, 1201:4, 1238:4, 1251:12
**text** [37] - 1212:15, 1213:16, 1216:17, 1216:18, 1218:3, 1222:10, 1222:20, 1224:5, 1230:25, 1231:5, 1240:5, 1240:10, 1240:13, 1240:20, 1241:23, 1242:14, 1249:20, 1249:21, 1252:6, 1252:8, 1252:9, 1253:14, 1253:16, 1254:23, 1255:5, 1255:17, 1256:14, 1256:16, 1257:20, 1259:4, 1260:10, 1260:17, 1261:22, 1268:25, 1270:7, 1271:10, 1274:2
**textbook** [1] - 1148:2
**texted** [9] - 1216:1, 1245:3, 1250:12, 1251:3, 1254:20, 1256:21, 1258:4, 1262:17, 1269:20
**texting** [2] - 1231:1, 1249:21
**texture** [2] - 1113:13, 1128:24
**textures** [1] - 1088:12
**thanked** [1] - 1232:19
**that..** [1] - 1087:6
**THE** [121] - 1081:3, 1081:9, 1081:14, 1081:20, 1083:14, 1083:16, 1083:17, 1083:25, 1084:2, 1086:9, 1087:10, 1093:24, 1094:1, 1094:6, 1094:10, 1094:12, 1095:25, 1096:3, 1119:4, 1124:3, 1124:6, 1124:8, 1129:15, 1129:17, 1129:18, 1129:23, 1129:24, 1130:17, 1132:25, 1133:4, 1137:10, 1137:13, 1139:1, 1139:4, 1139:9, 1139:19, 1139:23, 1140:2, 1140:10, 1149:1, 1149:3, 1149:6, 1149:17, 1149:25, 1155:17, 1155:19, 1160:12, 1160:15, 1160:18, 1160:20, 1160:21, 1160:22, 1161:12, 1164:18, 1166:10, 1166:13, 1168:2, 1168:10, 1181:16, 1181:20, 1182:1, 1182:4, 1182:21, 1182:24, 1183:3, 1183:7, 1183:8, 1183:23, 1183:24, 1187:20, 1193:1, 1193:2, 1193:9, 1193:12, 1193:17, 1193:20, 1195:21, 1202:11, 1202:14, 1206:2, 1207:14, 1208:24, 1209:5, 1209:11, 1209:25, 1210:5, 1210:7, 1210:8, 1210:9, 1210:10, 1210:12, 1210:14, 1210:15,

1213:21, 1214:8, 1214:11, 1225:16, 1230:13, 1235:14, 1236:19, 1236:20, 1236:22, 1236:25, 1246:16, 1246:19, 1259:17, 1261:10, 1261:13, 1265:13, 1270:12, 1273:4, 1273:12, 1273:18, 1273:21, 1275:1, 1275:3, 1275:10, 1275:12, 1275:17, 1275:20, 1276:2
**Theory** [1] - 1168:4
**theory** [14] - 1147:24, 1148:2, 1167:11, 1167:15, 1168:16, 1168:17, 1169:4, 1170:3, 1170:5, 1170:16, 1178:17, 1183:20, 1184:2, 1186:13
**thereafter** [1] - 1139:6
**therefore** [3] - 1083:19, 1126:11, 1150:17
**Thereupon** [35] - 1081:19, 1087:14, 1091:25, 1095:22, 1095:24, 1096:4, 1106:25, 1107:2, 1108:20, 1109:12, 1110:12, 1111:14, 1114:21, 1117:16, 1119:11, 1133:6, 1137:14, 1139:8, 1140:9, 1149:14, 1149:22, 1152:6, 1186:20, 1202:9, 1203:8, 1204:3, 1204:10, 1204:20, 1209:4, 1209:7, 1209:9, 1209:10, 1275:9, 1276:4, 1276:6
**THEREUPON** [1] - 1210:1
**thickest** [1] - 1205:9
**thinking** [2] - 1224:2, 1246:2
**thinks** [1] - 1261:8
**third** [7] - 1142:2, 1162:6, 1165:8, 1195:24, 1199:5, 1256:25
**Thomas** [1] - 1080:4
**thoughts** [3] - 1250:23, 1251:2, 1251:15
**three** [28] - 1082:10, 1086:4, 1089:12, 1089:14, 1093:9, 1100:21, 1104:5, 1106:7, 1107:8, 1118:19, 1118:22, 1124:5, 1124:9, 1135:23, 1136:3, 1159:21, 1177:18, 1179:19, 1187:23, 1188:5, 1196:22, 1199:4, 1199:8, 1199:24, 1200:3, 1204:6, 1240:13, 1262:21
**three-note** [1] - 1089:12
**three-noters** [1] - 1089:14
**three-part** [3] - 1104:5, 1107:8, 1204:6
**threes** [2] - 1103:22, 1103:23
**throughout** [10] - 1146:23, 1146:24, 1147:11, 1148:10, 1148:11, 1150:11, 1176:9, 1177:13, 1226:8, 1226:12
**Thursdays** [1] - 1163:23
**ticket** [1] - 1175:14
**tied** [1] - 1115:18
**tightly** [1] - 1180:22
**TikTok** [4] - 1217:4, 1230:2, 1241:2, 1275:7
**timeline** [1] - 1231:8
**tin** [1] - 1136:25
**title** [8] - 1162:15, 1162:18, 1186:22, 1186:25, 1187:3, 1248:12, 1248:16, 1248:19
**titled** [3] - 1087:16, 1181:18, 1276:10
**titling** [2] - 1162:25, 1180:22
**today** [16] - 1085:3, 1127:10, 1139:14, 1139:16, 1141:13, 1156:21, 1160:16, 1171:6, 1209:16, 1213:7, 1214:19, 1224:12, 1267:20, 1272:22, 1273:17, 1275:4
**Today** [2] - 1090:24, 1090:25
**together** [17] - 1085:8, 1100:17, 1140:23, 1202:19, 1209:19, 1212:10, 1222:13, 1234:16, 1239:12, 1239:25, 1247:15, 1253:9, 1262:22, 1269:16, 1274:4, 1274:5, 1274:12
**Toluca** [1] - 1218:17
**Tom's** [1] - 1149:13
**tomorrow** [5] - 1217:6, 1217:13, 1227:2, 1275:4, 1275:8
**tone** [4] - 1191:8, 1191:14, 1230:25
**tones** [3] - 1191:9, 1195:8, 1195:9
**took** [6] - 1121:20, 1134:5, 1134:8, 1146:20, 1270:18, 1271:17
**tool** [7] - 1100:6, 1183:12, 1184:21, 1184:23, 1184:25, 1185:6, 1185:8
**tools** [2] - 1130:8, 1170:2
**Tools** [1] - 1144:11
**top** [28] - 1088:12, 1089:24, 1096:19, 1099:13, 1102:16, 1111:2, 1126:18, 1133:24, 1134:25, 1135:1, 1135:3, 1137:24, 1150:25, 1178:9, 1179:8, 1186:4, 1188:18, 1194:2, 1197:1, 1201:21, 1203:24, 1205:14, 1217:17, 1232:20, 1244:20, 1244:23, 1254:8
**topic** [1] - 1120:8
**totally** [3] - 1100:11, 1136:9, 1174:9
**touch** [3] - 1101:16, 1197:8, 1198:2
**touched** [4] - 1110:13, 1118:16, 1130:7, 1132:15
**touches** [1] - 1130:21
**touts** [1] - 1187:14
**trace** [1] - 1190:8
**tracing** [1] - 1136:15
**tracks** [2] - 1084:19, 1084:20
**tradition** [1] - 1095:9
**traditionally** [1] - 1112:7
**traditions** [1] - 1099:4
**training** [3] - 1129:5, 1170:4, 1180:1
**Trainor** [1] - 1239:4
**transcribe** [3] - 1125:25, 1188:6, 1205:1
**transcribed** [4] - 1088:19, 1093:9, 1188:9, 1188:19
**transcript** [4] - 1228:15, 1229:23, 1233:18, 1276:9
**TRANSCRIPT** [1] - 1079:15
**transcription** [8] - 1101:1, 1125:15, 1125:21, 1132:20, 1137:23, 1188:15, 1189:4, 1189:6
**transcriptions** [16] - 1121:6, 1121:8, 1121:12, 1125:8, 1125:14, 1125:23, 1128:4, 1178:11, 1178:23, 1189:9, 1189:12, 1189:13, 1189:15, 1190:13, 1190:14, 1192:23
**transcripts** [1] - 1079:25
**transformation** [1] - 1142:23
**transforms** [1] - 1137:6
**transpired** [1] - 1247:12
**transpose** [1] - 1172:18
**treat** [1] - 1130:9
**tresillo** [27] - 1102:11, 1102:17, 1103:1, 1103:7, 1103:11, 1103:20, 1103:24, 1105:1, 1105:3, 1105:16, 1123:3, 1123:7, 1123:15, 1123:21, 1124:20, 1125:1, 1201:5, 1201:7, 1201:22, 1202:16, 1203:1, 1203:3, 1203:9, 1203:11, 1203:15, 1204:11, 1204:12
**triad** [13] - 1089:23, 1090:16, 1090:19, 1092:16, 1111:5, 1112:20, 1114:14, 1136:20, 1176:14, 1176:16, 1176:20, 1178:10, 1192:16
**triads** [4] - 1089:11, 1089:14, 1097:13, 1098:23
**Trial** [2] - 1083:5, 1240:3
**TRIAL** [1] - 1079:15
**tricky** [1] - 1127:3
**tried** [2] - 1218:2, 1246:12
**tries** [1] - 1123:6
**triplet** [13] - 1097:7, 1103:24, 1105:20, 1106:18, 1107:6, 1110:23, 1201:16, 1201:23, 1202:4, 1202:16, 1203:4, 1204:4, 1204:16
**triplet-based** [2] - 1106:18, 1110:23
**triplets** [5] - 1103:23, 1103:25, 1104:17, 1201:8, 1201:18
**trouble** [2] - 1169:21, 1224:25
**true** [17] - 1105:25, 1162:23, 1168:21, 1169:7, 1169:14, 1170:7, 1173:10, 1175:8, 1178:13, 1179:6, 1190:17, 1194:16, 1199:9, 1233:11, 1249:9, 1249:13, 1274:11
**trumpet** [1] - 1173:2
**trust** [4] - 1122:18, 1123:1, 1168:16
**trusted** [1] - 1218:14
**truth** [6] - 1125:18, 1125:20, 1213:4, 1213:5
**truthful** [1] - 1131:4
**try** [8] - 1130:11, 1151:22, 1152:4, 1205:23, 1210:22, 1223:21, 1224:21, 1247:20
**tryin** [1] - 1252:20
**trying** [7] - 1086:11, 1124:15, 1224:20, 1225:6, 1227:15, 1227:20, 1236:23
**Tuesdays** [1] - 1163:23
**tune** [2] - 1133:14, 1170:23
**turn** [12] - 1089:9, 1106:5, 1113:14, 1128:6, 1137:5,

1162:5, 1172:23, 1180:11, 1184:12, 1195:12, 1212:22, 1258:20
**turnaround** [1] - 1217:6
**tutoring** [3] - 1184:4, 1186:9, 1187:15
**TV** [1] - 1085:13
**twists** [1] - 1116:6
**two** [32] - 1087:25, 1089:7, 1090:12, 1099:10, 1102:22, 1103:14, 1104:7, 1104:23, 1105:17, 1112:9, 1113:23, 1118:21, 1122:20, 1124:9, 1125:2, 1128:10, 1130:18, 1136:2, 1150:3, 1151:11, 1152:3, 1157:23, 1172:7, 1173:9, 1191:13, 1194:19, 1209:17, 1240:13, 1245:4, 1271:17, 1271:18
**type** [4] - 1159:2, 1200:17, 1219:19, 1237:11
**typical** [1] - 1112:20
**typically** [2] - 1211:18, 1211:20
**typing** [1] - 1231:3

## U

**U.S** [1] - 1079:3
**ultimate** [2] - 1233:8, 1234:18
**ultimately** [6] - 1130:20, 1233:20, 1234:5, 1234:7, 1247:17, 1266:8
**um-hum** [13] - 1127:11, 1212:24, 1213:10, 1220:15, 1224:19, 1228:11, 1229:10, 1236:2, 1255:6, 1256:10, 1256:22, 1268:11, 1274:17
**UNAM** [6] - 1128:12, 1162:9, 1164:6, 1165:7, 1166:22, 1167:5
**uncommon** [1] - 1089:22
**under** [9] - 1138:24, 1140:11, 1152:15, 1165:9, 1166:20, 1186:9, 1187:16, 1227:13, 1259:4
**undergraduates** [1] - 1167:8
**underlying** [4] - 1142:8, 1142:9, 1159:19, 1174:15
**underneath** [1] - 1133:22
**understood** [6] - 1111:16, 1121:17, 1170:12, 1182:16, 1253:14, 1262:20
**underwent** [1] - 1142:23
**unfair** [1] - 1182:8
**unfamiliar** [1] - 1265:21
**unfinished** [1] - 1086:24
**unfortunately** [1] - 1158:9
**unilaterally** [1] - 1274:13
**unique** [5] - 1097:21, 1116:18, 1117:18, 1124:16, 1152:12
**United** [1] - 1163:2
**UNITED** [1] - 1079:1
**universal** [1] - 1083:2
**universities** [4] - 1128:10, 1162:20, 1163:6, 1164:17
**university** [7] - 1162:16, 1162:22, 1162:23, 1163:5, 1164:12, 1165:17, 1165:18
**University** [8] - 1128:11, 1128:12, 1162:9, 1162:13, 1163:13, 1163:22, 1164:6, 1167:2
**unless** [4] - 1101:18, 1116:24, 1148:5, 1245:4
**unlike** [2] - 1107:5
**unlikely** [2] - 1198:5, 1223:12
**unpack** [1] - 1255:25
**up** [58] - 1083:5, 1090:14, 1091:8, 1093:20, 1095:15, 1096:14, 1100:22, 1102:23, 1104:18, 1110:2, 1111:12, 1113:8, 1121:23, 1124:11, 1124:24, 1139:14, 1141:17, 1142:23, 1163:7, 1164:3, 1165:1, 1176:7, 1181:23, 1184:24, 1185:5, 1185:9, 1195:8, 1199:6, 1199:12, 1199:13, 1207:14, 1209:16, 1211:22, 1216:7, 1224:17, 1228:9, 1233:3, 1234:25, 1235:16, 1236:21, 1240:3, 1240:17, 1247:9, 1248:12, 1248:15, 1251:16, 1252:7, 1254:16, 1255:8, 1255:9, 1258:21, 1267:12, 1267:14, 1267:16, 1267:19, 1274:11
**up-to-date** [1] - 1164:3
**updated** [1] - 1186:1
**updates** [1] - 1257:25
**upper** [3] - 1133:25, 1134:6, 1170:24
**useful** [2] - 1135:15, 1171:17
**uses** [16] - 1089:5, 1089:11, 1089:18, 1091:23, 1098:25, 1101:8, 1101:14, 1104:17, 1105:21, 1106:13, 1117:6, 1117:9, 1155:11, 1155:21, 1207:11, 1270:16
**utterly** [1] - 1110:25

## V

**vacation** [1] - 1210:20
**vague** [2] - 1171:9, 1268:5
**valid** [1] - 1144:22
**validated** [1] - 1101:9
**valued** [1] - 1257:10
**values** [1] - 1257:7
**various** [9] - 1082:12, 1088:19, 1110:9, 1128:19, 1136:15, 1161:23, 1165:20, 1184:2, 1216:9
**vast** [10] - 1102:23, 1147:24, 1148:2, 1148:24, 1148:25, 1149:8, 1153:24, 1192:13, 1192:18, 1221:5
**Vega** [1] - 1150:11
**Vega's** [1] - 1149:13
**Veronica** [1] - 1080:5
**verse** [35] - 1084:22, 1092:6, 1092:8, 1093:5, 1093:7, 1093:11, 1093:13, 1094:13, 1095:6, 1096:3, 1099:7, 1099:8, 1099:17, 1099:23, 1100:8, 1100:11, 1100:18, 1102:6, 1102:9, 1102:17, 1104:13, 1104:14, 1104:25, 1121:4, 1157:18, 1159:2, 1220:23, 1221:18, 1221:23, 1226:7, 1244:17, 1248:1, 1249:22, 1253:23, 1254:3
**Verse** [1] - 1254:5
**verses** [18] - 1093:4, 1094:19, 1095:20, 1096:9, 1100:21, 1106:1, 1120:3, 1124:5, 1124:7, 1124:9, 1136:9, 1157:7, 1157:13, 1192:14, 1192:20, 1194:14, 1194:18, 1196:19
**version** [27] - 1085:5, 1085:8, 1110:1, 1111:19, 1119:7, 1143:2, 1144:11, 1144:12, 1174:14, 1175:5, 1175:9, 1175:10, 1196:12, 1234:13, 1244:13, 1245:14, 1251:9, 1251:10, 1253:20, 1254:20, 1254:25, 1255:22, 1256:21, 1258:4, 1258:8, 1271:8
**versions** [2] - 1258:16, 1258:18
**versus** [10] - 1090:10, 1091:18, 1105:13, 1115:13, 1117:4, 1117:19, 1129:21, 1145:3, 1151:7, 1173:2
**VI** [1] - 1079:16
**via** [1] - 1212:19
**vibe** [1] - 1151:6
**video** [10] - 1132:23, 1133:6, 1137:14, 1141:8, 1186:12, 1186:18, 1186:20, 1187:17, 1213:1, 1218:7
**videoconferencing** [1] - 1214:12
**videos** [1] - 1230:7
**view** [1] - 1106:18
**violin** [2] - 1132:21, 1173:2
**viral** [2] - 1217:4, 1241:2
**visitors** [1] - 1275:24
**visual** [2] - 1113:23, 1189:14
**visually** [5] - 1096:13, 1099:10, 1102:23, 1135:7, 1138:1
**vocabulary** [2] - 1105:7, 1105:9
**vocal** [14] - 1114:9, 1150:21, 1152:22, 1152:24, 1153:9, 1153:18, 1179:2, 1179:12, 1188:21, 1188:25, 1189:9, 1189:20, 1189:25
**vocalist** [1] - 1098:14
**vocally** [1] - 1132:11
**vocals** [10] - 1082:14, 1091:13, 1140:23, 1153:13, 1153:14, 1155:5, 1156:8, 1159:15, 1179:7, 1189:22
**voice** [7] - 1098:12, 1159:14, 1159:16, 1159:19, 1167:23, 1177:8, 1190:18
**voice-leading** [2] - 1098:12, 1190:18
**voices** [1] - 1195:7
**voicing** [7] - 1097:9, 1097:22, 1099:2, 1100:16, 1117:25, 1118:7, 1176:3
**voicings** [32] - 1100:20, 1109:6, 1112:18, 1116:13, 1116:14, 1116:22, 1117:11, 1119:24, 1122:6, 1132:9, 1133:21, 1133:24, 1134:7, 1135:2, 1136:12, 1136:13, 1136:16, 1136:17, 1158:4, 1158:10, 1158:15, 1170:11, 1170:24, 1173:16, 1190:7, 1190:8, 1190:15, 1190:20, 1192:17, 1194:21, 1195:6

**VOLUME** [1] - 1079:16
**volume** [2] - 1197:18, 1197:19
**vs** [1] - 1079:7

## W

**wait** [1] - 1249:25
**walk** [1] - 1182:1
**Wallen's** [1] - 1271:21
**wanna** [2] - 1254:6, 1254:7
**wants** [13] - 1090:5, 1105:22, 1124:18, 1132:22, 1217:4, 1217:13, 1234:6, 1234:7, 1234:9, 1241:3, 1247:20, 1257:5, 1259:14
**War** [1] - 1239:19
**warned** [1] - 1096:6
**warning** [1] - 1182:14
**watch** [1] - 1210:5
**water** [2] - 1110:3, 1210:7
**ways** [8] - 1098:3, 1098:5, 1098:9, 1112:15, 1118:8, 1129:9, 1213:16, 1247:11
**weak** [2] - 1146:16, 1154:4
**web** [4] - 1163:12, 1163:15, 1163:19, 1184:1
**website** [16] - 1160:3, 1160:9, 1160:25, 1161:5, 1161:7, 1161:9, 1163:4, 1163:14, 1164:2, 1168:1, 1168:7, 1171:14, 1180:15, 1183:18, 1187:4, 1187:14
**websites** [2] - 1163:6, 1163:11
**Wednesday** [1] - 1079:19
**weeds** [3] - 1104:2, 1126:18, 1127:16
**week** [3] - 1105:23, 1217:5, 1241:3
**weeks** [3] - 1231:19, 1271:18, 1272:1
**welcome** [3] - 1140:10, 1183:21, 1209:11
**well-established** [3] - 1147:22, 1153:23, 1199:20
**well-said** [1] - 1115:14
**WERGE** [28] - 1080:4, 1081:1, 1081:5, 1081:13, 1081:16, 1140:8, 1209:21, 1210:17, 1213:23, 1216:4, 1221:25, 1230:12, 1231:8, 1235:17, 1236:18, 1237:5, 1246:12, 1246:23, 1259:16, 1261:9, 1265:12, 1266:20, 1273:16, 1273:19, 1274:25, 1276:1, 1276:25, 1277:4
**Werge** [14] - 1080:4, 1209:20, 1210:15, 1213:22, 1214:11, 1235:14, 1240:4, 1242:3, 1244:9, 1265:4, 1265:14, 1273:12, 1273:21, 1273:25
**West** [1] - 1079:23
**WESTERN** [1] - 1079:2
**whatsoever** [2] - 1236:13, 1236:16
**whereas** [1] - 1201:8
**white** [1] - 1154:5
**whole** [4] - 1166:13, 1177:23, 1213:4, 1245:16
**Wiggle** [10] - 1238:7, 1238:17, 1239:11, 1247:14, 1266:22, 1266:25, 1269:20, 1274:8, 1274:18, 1275:7
**wildly** [1] - 1105:19
**Wilshire** [1] - 1080:9
**wise** [1] - 1173:8
**wish** [1] - 1166:14
**Witness** [1] - 1089:10
**WITNESS** [20] - 1083:16, 1094:12, 1095:25, 1096:3, 1124:6, 1129:18, 1129:24, 1149:6, 1155:19, 1183:8, 1183:24, 1193:2, 1193:20, 1210:7, 1210:9, 1210:12, 1236:20, 1236:25, 1261:13, 1273:18
**witness** [87] - 1081:14, 1081:22, 1089:23, 1089:25, 1090:3, 1090:4, 1090:5, 1090:16, 1090:20, 1090:21, 1091:19, 1092:9, 1092:12, 1093:15, 1094:17, 1094:22, 1094:23, 1096:20, 1096:22, 1096:25, 1097:5, 1097:16, 1097:23, 1097:24, 1097:25, 1098:6, 1098:10, 1099:1, 1099:14, 1099:17, 1102:18, 1104:3, 1104:15, 1105:18, 1105:19, 1106:18, 1106:19, 1107:7, 1107:9, 1107:11, 1113:20, 1116:16, 1116:19, 1117:7, 1118:12, 1118:13, 1131:4, 1133:23, 1135:3, 1135:4, 1136:14, 1136:16, 1136:20, 1136:21, 1141:5, 1149:3, 1152:25, 1153:1, 1153:2, 1153:4, 1153:7, 1155:17, 1160:9, 1160:19, 1161:12, 1168:11, 1183:5, 1183:22, 1187:21, 1190:9, 1190:10, 1203:16, 1204:5, 1207:17, 1209:14, 1209:15, 1209:20, 1246:14, 1246:16, 1246:19, 1275:15, 1275:18
**witnesses** [1] - 1275:16
**Wonder** [1] - 1169:21
**Wong** [1] - 1080:14
**word** [4] - 1225:5, 1230:13, 1231:15, 1244:18
**words** [23] - 1084:19, 1129:9, 1172:11, 1173:21, 1174:11, 1177:2, 1189:20, 1198:24, 1219:12, 1219:13, 1219:14, 1219:19, 1220:4, 1238:1, 1241:13, 1241:14, 1241:18, 1248:20, 1250:22, 1253:15, 1255:13, 1261:7, 1261:17
**works** [10] - 1122:5, 1156:6, 1198:18, 1198:21, 1211:12, 1212:7, 1221:16, 1227:10, 1229:12, 1268:22
**world** [3] - 1101:20, 1110:25, 1128:25
**worth** [3] - 1116:24, 1124:25, 1270:22
**wrap** [2] - 1113:8, 1235:15
**write** [34] - 1169:10, 1169:11, 1169:18, 1217:5, 1238:1, 1239:12, 1241:4, 1241:6, 1241:8, 1241:14, 1241:15, 1241:19, 1242:14, 1242:15, 1242:16, 1242:20, 1243:3, 1243:9, 1244:18, 1244:19, 1247:25, 1250:5, 1256:12, 1260:1, 1261:7, 1261:17, 1262:18, 1267:7, 1267:11, 1267:17, 1268:22, 1269:14, 1269:21, 1274:3
**writer** [4] - 1258:11, 1263:13, 1268:21, 1269:11
**writers** [4] - 1263:3, 1265:1, 1269:1, 1269:8
**writes** [2] - 1251:14, 1255:13
**writing** [20] - 1211:2, 1211:8, 1219:16, 1223:22, 1231:24, 1234:16, 1242:11, 1248:3, 1251:5, 1255:18, 1256:1, 1257:16, 1262:2, 1262:5, 1262:8, 1262:16, 1263:5, 1268:3, 1269:16, 1269:18
**written** [6] - 1184:15, 1211:11, 1245:14, 1248:9, 1249:24, 1262:8
**wrote** [32] - 1103:5, 1168:4, 1171:13, 1183:9, 1215:6, 1215:8, 1216:2, 1217:16, 1218:6, 1218:15, 1219:8, 1219:21, 1223:15, 1232:5, 1239:24, 1240:25, 1244:7, 1249:2, 1249:7, 1249:11, 1253:2, 1253:3, 1254:4, 1254:6, 1255:25, 1256:5, 1256:8, 1258:19, 1260:13, 1261:2, 1268:24
**www.amydiazfedreporter.com** [1] - 1079:25

## Y

**years** [6] - 1186:1, 1212:1, 1225:21, 1228:17, 1263:11, 1274:16
**yes'** [1] - 1233:25
**yesterday** [23] - 1082:2, 1082:24, 1083:15, 1084:11, 1084:13, 1084:15, 1085:4, 1086:18, 1087:21, 1094:7, 1096:6, 1097:9, 1098:2, 1098:18, 1109:3, 1121:10, 1128:8, 1141:12, 1141:14, 1146:20, 1148:8, 1148:16, 1156:21
**York** [1] - 1186:16
**younger** [1] - 1275:23
**yourself** [2] - 1129:12, 1212:5
**YouTube** [4] - 1186:12, 1217:25, 1218:7, 1275:6
**yup** [11] - 1210:21, 1217:15, 1240:15, 1243:18, 1244:10, 1245:13, 1250:24, 1251:25, 1268:8, 1269:24, 1270:6

## Z

**Zealand** [1] - 1142:7
**zoom** [2] - 1217:1, 1257:22